Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

HEATON et al

        Plaintiff(s)

  v.

Civil Action: 19-cv-03003-JMC

ISLAMIC REPUBLIC OF IRAN

        Defendant(s)

**RE:** ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 5/6/2022, and an affidavit on behalf of the plaintiff having been filed, it is this 26th day of August, 2022 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Erica Duncan
      Deputy Clerk