# <u>EXHIBIT 1</u>

**Exhibit 1: Plaintiffs And Their Specific Injuries/Damages**

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| Mary Heaton | Family Member (Mother of KIA Service Member Robert West) | Dkt. No. 51-7; R. West 002, 005. | Solatium | Dkt. No. 51-7; R. West 002–008. | $6,250,000 – Solatium Damages[1] |
| Lisa Brooks | Family Member (Sister of KIA Service Member Robert West) | Dkt. No. 51-7; R. West 016. | Solatium | Dkt. No. 51-7; R. West 016–022. | $2,500,000 – Solatium Damages[2] |
| Victoria Croft | Family Member (Mother of KIA Service Member David Croft) | Dkt. No. 51-8; Croft 002, 019. | Solatium | Dkt. No. 51-8; Croft 002–018. | $6,250,000 – Solatium Damages.[3] |
| Robin Messer | Family Member (Sister of KIA Service Member David Croft) | Dkt. No. 51-8; Croft 120 | Solatium | Dkt. No. 51-8; Croft 120–119. | $3,125,000 – Solatium Damages[4] |

---

[1]*See Flanagan v. Islamic Republic of Iran*, 87 F. Supp. 3d 93, 118 (D.D.C. 2015) (solatium award to the mother of KIA service member Kevin Rux).

[2]*See id*. at 117–18 (baseline solatium award to siblings of deceased victims of terrorist attacks); *Opati v. Republic of Sudan*, 60 F. Supp. 3d 68, 79 (D.D.C. 2014) (same).

[3]*See Flanagan*, 87 F. Supp. 3d at 118 (solatium award to the mother of KIA service member Kevin Rux).

[4]*See id*. (solatium award to the siblings of KIA service member Kevin Rux).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| Tyler Croft | Family Member (Brother of KIA Service Member David Croft) | Dkt. No. 51-8; Croft 115. | Solatium | Dkt. No. 51-8; Croft 115–119. | $3,125,000 – Solatium Damages[5] |
| Melodie Hanson | Family Member (Half-Sister of KIA Service Member David Croft)[6] | Dkt. No. 51-8; Croft 131. | Solatium | Dkt. No. 51-8; Croft 131–135 | $3,125,000 – Solatium Damages[7] |
| Andrea Croft | Family Member (Half-Sister of KIA Service Member David Croft)[8] | Dkt. No. 51-8; Croft 126. | Solatium | Dkt. No. 51-8; Croft 126–130 | $3,125,000 – Solatium Damages[9] |
| Laurie West | Family Member (Parent of KIA Service Member Laurent West) | Dkt. No. 51-9; L. West 002–003 | Solatium | Dkt. No. 51-9; L. West 002–012 | $6,250,000 – Solatium Damages.[10] |
| **Albert Dyk** | Direct Victim | Dkt. No. 51-10; Dyk 002, 018 | Post Traumatic Stress Disorder ("PTSD") rated 100% disabling by the Department of Veteran Affairs ("VA") | Dkt. No. 51-10; Dyk 003, 005–007, Dyk 022–023, 027, 029 | $4,750,000 – Pain & Suffering Damages[11] |

[5]*See id.*

[6]In this District, half-siblings of deceased victims of terrorism can recover solatium damages to the same extent as full siblings. *See, e.g.*, *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010) ($2.5 million solatium award to Bryan Harris).

[7]*See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the siblings of KIA service member Kevin Rux).

[8]*See* Note 6, *supra.*

[9]*See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the siblings of KIA service member Kevin Rux).

[10]*See id.* (solatium award to the mother of KIA service member Kevin Rux).

[11]*See Taitt v. Islamic Republic of Iran,* No. 1:20-cv-01557 (RC), 2023 WL 2536518 (D.D.C. March 16, 2023) (awarding $4.75 million to Adrian Payne).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Joseph Morcerf** | Direct Victim | Dkt. No. 51-11; Morcerf 002, 027 | Loss of consciousness | Dkt. No. 51-11; Morcerf 004 | $5,000,000 – Pain & Suffering Damages[12] |
| | | | Traumatic Brain Injury ("TBI") rated 50% disabling by the VA | Dkt. No. 51-11; Morcerf 004, 006, 027, 032 | |
| | | | PTSD rated 50% disabling by the VA | Id. | |
| | | | Shrapnel wounds in the left knee causing permanent knee pain, rated 10% disabling by the VA | Dkt. No. 51-11; Morcerf 004, 006, 028, 032, 036 | |
| | | | Tinnitus in the left ear | Dkt. No. 51-11; Morcerf 004, | |
| **James W. Hull** | Direct Victim | Dkt. No. 51-12; Hull 002, 024 | Shrapnel wounds to the left forearm | Dkt. No. 51-12; Hull 013, 026 | $5,000,000 – Pain & Suffering Damages[13] |

---

[12]*See id.* (awarding $5 million to Bryan Mitchell, Sr.).
[13]*See id.* (awarding $5 million to Sheila Cooper).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **James W. Hull (cont.)** | | | A concussion | Dkt. No. 51-12; Hull 013, 030–031. | |
| | | | Residuals of a TBI causing headaches | Id. | |
| | | | A TBI rated 70% disabling by the VA, resulting in cognitive disorder | Dkt. No. 51-12; Hull 013, 016, 033. | |
| | | | PTSD rated 70% disabling by the VA, resulting in depression, insomnia, and anger issues. | Id. | |
| | | | Tinnitus rated 10% disabling by the VA | Id. | |
| Teresa Hull | Family Member (Mother) | Dkt. No. 51-12; Hull 035. | Solatium | Dkt. No. 51-12; Hull 035–039 | $2,500,000 – Solatium Damages.[14] |

---

[14] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to parents of injured terrorism victims).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| James Hull | Family Member (Father) | Dkt. No. 51-12; Hull 040. | Solatium | Dkt. No. 51-12; Hull 040–044 | $2,500,000 – Solatium Damages.[15] |
| **Maximillian Miller** | Direct Victim | Dkt. No. 51-13; Miller 002, 015 | A concussion resulting in loss of consciousness and post-concussive headaches | Dkt. No. 51-13; Miller 004, 020, 026 | $5,000,000 – Pain & Suffering Damages[16] |
| | | | A shoulder injury and back pain | Dkt. No. 51-13; Miller 004 | |
| | | | A TBI causing balance issues (Peripheral Vestibular Disorder), rated a combined 80% disabling by the VA. | Dkt. No. 51-13; Miller 004, 007, 032, and 035 | |
| | | | PTSD rated 70% disabling by the VA, resulting in depression | Dkt. No. 51-13; Miller 004, 032 | |
| | | | Tinnitus rated 10% disabling by the VA | *Id.* | |

---

[15] *See id.*

[16] *See Taitt*, 2023 WL 2536518 (awarding $5 million to Sheila Cooper).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| Maximillian Miller as Next Friend of J.M. | Family Member (Minor Son) | Dkt. No. 51-13; Miller 002–003 | Solatium | Dkt. No. 51-13; Miller 005–006. | $2,500,000 – Solatium Damages[17] |
| Caitlin Miller | Family Member (Wife) | Dkt. No. 51-13; Miller 036 | Solatium | Dkt. No. 51-13; Miller 036–040 | $4,000,000 – Solatium Damages[18] |
| **Jon Kone** | Direct Victim | Dkt. No. 51-14; Kone 002, 024, 027 | Shrapnel wounds in the shoulder/back area | Dkt. No. 51-14; Kone 009–010, 030, 038. | $6,000,000 – Pain & Suffering Damages[19] |
| | | | Brief loss of consciousness | Dkt. No. 51-14; Kone 029. | |
| | | | Spinal cord trauma resulting in a ruptured disc, syringomyelia of the spinal cord, and back spasms – rated 30% disabling by the VA. These back injuries (plus PTSD) caused Sgt. Kone to be medically retired from the Air Force. | Dkt. No. 51-14; Kone 009–010, 016, 030–035, 041. | |

[17] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to children of injured terrorism victims).

[18] *See id.* (baseline solatium damage award to spouses of injured terrorism victims).

[19] *See Taitt*, 2023 WL 2536518 (awarding $6 million to Isadore Sims).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| Jon Kone (cont.) | | | PTSD rated 50% disabling by the VA, resulting in anxiety and survivor's guilt.<br><br>This injury (plus the back injuries described above) caused Sgt. Kone to be medically retired from the Air Force. | *Id.* | |
| Lisa Hundley | Family Member (Wife of KIA Military Contractor Curtis Lee Hundley). | Dkt. No. 51-15; Hundley 002–003. | Solatium | Dkt. No. 51-15; Hundley 002–023[20]; Dkt. No. 51-15; Hundley-Sabado 011–012 (Affidavit of Paul Fondren). | $10,000,000 – Solatium Damages[21] |

[20]The un-redacted autopsy photographs of Mr. Hundley (Hundley 016–020) are filed under seal. *See* Dkt. No. 50-2

[21]*See Opati,* 60 F. Supp. 3d at 79 ($8 million is the baseline solatium award to spouses of deceased victims of terrorism); *Flanagan,* 87 F. Supp. 3d at 117–18 (holding that one of the factors that warranted a 25% upward departure from the solatium baseline was the violent nature in which the decedent was killed and the family's knowledge of the decedent's pre-death suffering). Here, Curtis Hundley's autopsy photographs (Hundley 016–023) and the Affidavit of Paul Fondren (Hundley-Sabado 011–012) show that Mr. Hundley died in extremely violent fashion and also experienced several minutes of conscious pain and suffering before his death.

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| Lisa Hundley, As Personal Representative of the Estate of Curtis Lee Hundley | Family Member (Executor/Personal Representative of the Estate of Curtis Lee Hundley). | Dkt. No. 51-15; Hundley 010. | Conscious Pain & Suffering | Dkt. No. 51-15; Hundley 0016–020;[22] Dkt. No. 51-15; Hundley–Sabado 011–012 (Affidavit of Paul Fondren). | $1,000,000 – Conscious Pain & Suffering Survival Damages[23] |
| **Robert Sabado** | Direct Victim | Dkt. No. 51-16; Sabado 002, 021, 034–049 | 5 emergency surgeries in 6 days after the attack at issue. | Dkt. No. 51-16; Sabado 007, 061,070, 072 | $7,000,000 – Pain & Suffering Damages[24] |
| | | | A severed right arm | Dkt. No. 51-16; Sabado 007, 070, 072 | |
| | | | Multiple shrapnel wounds in the upper left thigh and right thigh | *Id.* | |
| | | | Shrapnel wounds to the penis and scrotum | *Id.* | |

---

[22]The un-redacted autopsy photographs of Mr. Hundley (Hundley 016–020) are filed under seal. *See* Dkt. No. 50-2

[23]*See Estate of Hirshfeld  v. Islamic Republic of Iran*, 330 F. Supp. 3d 107, 145-46 (D.D.C. 2018) (awarding $ 1 million to the Estate of Yonadav Hirshfeld due to evidence that the decedent lived for at least a few minutes after he was shot).

[24]*See Taitt*, 2023 WL 2536518 (awarding $7 million to Sean Taitt).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Robert Sabado (cont.)** | | | PTSD resulting in depression, survivor's guilt, anxiety, severe mood swings, suicidal thoughts, abandonments issues, and anger issues. | Dkt. No. 51-16; Sabado 008, 010–011, 144, 149–50, 152,159–60, 167, 173. | |
| Michelle Sabado | Family Member (Wife) | Dkt. No. 51-16; Sabado 177–178. | Solatium | Dkt. No. 51-16; Sabado 177–185. | $4,000,000 – Solatium Damages[25] |
| Skyler Sabado | Family Member (Son) | Dkt. No. 51-16; Sabado 195 | Solatium | Dkt. No. 51-16; Sabado 195–199. | $2,500,000 – Solatium Damages[26] |
| Crystal Sabado | Family Member (Daughter) | Dkt. No. 51-16; Sabado 191 | Solatium | Dkt. No. 51-16; Sabado 191–194. | $2,500,000 – Solatium Damages[27] |
| Tiffany Sabado | Family Member (Daughter) | Dkt. No. 51-16; Sabado 186 | Solatium | Dkt. No. 51-16; Sabado 186–190. | $2,500,000 – Solatium Damages[28] |

---

[25]*See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to spouses of injured terrorism victims).

[26]*See id.* (baseline solatium damage award to children of injured terrorism victims).

[27]*See id.* (baseline solatium damage award to children of injured terrorism victims).

[28]*See id.* (baseline solatium damage award to children of injured terrorism victims).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Christopher Gomes** | Direct Victim | Dkt. No. 51-18; Gomes 002, 010 | Right above knee amputation | Dkt. No. 51-18; Gomes 003, 005–006, 008, 013 | $9,000,000 – Pain & Suffering Damages[29] |
| | | | Nerve and muscle damage in the left leg | Dkt. No. 51-18; Gomes 003, 007–008, 027 | |
| | | | Shrapnel wounds in the left leg and knee | Dkt. No. 51-18; Gomes 003, 007–008 | |
| | | | Loss of consciousness | Dkt. No. 51-18; Gomes 018 | |
| | | | Severe knee and leg injuries rated a combined 120% disabling by the VA | Dkt. No. 51-18; Gomes 008, 027 | |
| | | | A TBI causing migraines, rated a combined 100% disabling by the VA | Dkt. No. 51-18; Gomes 008, 018, 023, 027 | |

---

[29]*See Cabrera v. Islamic Republic of Iran*, No. CV 18-2065 (JDB), 2022 WL 2817730, at *44, *56 (D.D.C. July 19, 2022) (awarding $9 million to SGT Jerod Lemon).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Christopher Gomes (cont.)** | | | Erectile Dysfunction | Dkt. No. 51-18; Gomes 003, 008, 027 | |
| | | | PTSD rated 100% disabling by the VA | Dkt. No. 51-18; Gomes 003, 008, 027 | |
| | | | Femur injuries rated 10% disabling by the VA | Dkt. No. 51-18; Gomes 027 | |
| **Joshua Mattson** | Direct Victim | Dkt. No. 51-19; Mattson 002, 013 | Multiple shrapnel wounds to the left calf and wounds to the right calf | Dkt. No. 51-19; Mattson 004–007, 016–019. | $6,000,000 – Pain & Suffering Damages[30] |
| | | | A fractured left kneecap resulting in surgery and chronic knee pain. Left leg varicose veins.<br><br>The VA rates these left leg/left knee injuries as a combined 30%  disabling | Dkt. No. 51-19; Mattson 004, 010–011, 035 | |
| | | | Loss of consciousness and a concussion | Dkt. No. 51-19; Mattson 004, 021-022 | |

---

[30]*See Taitt*, 2023 WL 2536518 (awarding $6 million to Rodney Jackson).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Joshua Mattson (cont.)** | | | PTSD resulting in alcohol abuse issues, rated 50% disabling by the VA. | Dkt. No. 51-19; Mattson 004, 010–011, 031 | |
| | | | A TBI resulting in headaches and requiring extensive cognitive rehabilitation, rated 10% disabling by the VA. | Dkt. No. 51-19; Mattson 004,008, 010–011, 021–022, 032 | |
| Joshua G. Matson | Family Member (Son) | Dkt. No. 51-19; Mattson 003, 037 | Solatium | Dkt. No. 51-19; Mattson 037–040 | $2,500,000 – Solatium Damages[31] |
| **Manuel Roman** | Direct Victim | Dkt. No. 51-20; Roman 002, 007 | Shrapnel wounds in the lower back and buttocks requiring surgery, extensive physical rehabilitation, and ultimately resulting in chronic back pain. | Dkt. No. 51-20; Roman 003–004, 009, 014–015, 024, 059, 064, 077 | $7,000,000 – Pain & Suffering Damages[32] |
| | | | Degenerative disc disease rated 40 % disabling by the VA | Dkt. No. 51-20; Roman 005, 047, 078 | |
| | | | PTSD resulting in depression, rated 50% disabling by the VA | Dkt. No. 51-20; Roman 005, 019, 047, 078 | |

---

[31]*See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to children of injured terrorism victims).
[32]*See Taitt*, 2023 WL 2536518 (awarding $7 million to Michael Proctor).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Manuel Roman (cont.)** | | | A concussion | Dkt. No. 51-20; Roman 067, 077 | |
| **Bradley Salisbury** | Direct Victim | Dkt. No. 51-21; Salisbury 002, 015 | Loss of consciousness | Dkt. No. 51-21; Salisbury 005, 018, 023 | $6,500,000 – Pain & Suffering Damages[33] |
| | | | Bruised femur bone | *Id.* | |
| | | | Burn wounds in the face and esophagus | *Id.* | |
| | | | Shrapnel wounds in the right leg | Dkt. No. 51-21; Salisbury 005, 018 | |
| | | | PTSD rated 50% disabling by the VA | Dkt. No. 51-21; Salisbury 006, 029, 038, 041 | |

---

[33] *See Taitt*, 2023 WL 2536518 (awarding $6.5 million to Tiffany Putman).

14

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Bradley Salisbury (cont.)** | | | Migraines rated 30% disabling by the VA | Dkt. No. 51-21; Salisbury 006, 023, 038, 043 | |
| | | | Tinnitus rated 10% disabling by the VA | Dkt. No. 51-21; Salisbury 006–007, 027, 039 | |
| Deidre Salisbury | Family Member (Wife) | Dkt. No. 51-21; Salisbury 069–070 | Solatium | Dkt. No. 51-21; Salisbury 069–073 | $4,000,000 – Solatium Damages[34] |
| Robin Bogacz | Family Member (Mother) | Dkt. No. 51-21; Salisbury 074 | Solatium | Dkt. No. 51-21; Salisbury 074–077 | $2,500,000 – Solatium Damages[35] |
| Amy Crandall | Family Member (Sister) | Dkt. No. 51-21; Salisbury 078 | Solatium | Dkt. No. 51-21; Salisbury 078–081 | $1,250,000 – Solatium Damages[36] |

---

[34]*See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to spouses of injured terrorism victims).

[35]*See id.* (baseline solatium damage award to parents of injured terrorism victims).

[36]*See id.* (baseline solatium damage award to siblings of injured terrorism victims).

15

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Robert Crossno** | Direct Victim | Dkt. No. 51-22; Crossno 002, | Severe shrapnel wounds to the face/right eyeball requiring multiple surgeries and a year of physical rehabilitation. | Dkt. No. 51-22; Crossno 008–011, 026,029, 031 | $7,500,000 – Pain & Suffering Damages[37] |
| | | | Complete loss of vision in the right eye, rated 30% disabling by the VA. | Dkt. No. 51-22; Crossno 011, 014, 018, 035, 055, 057 | |
| | | | A TBI requiring rehabilitation and causing communication issues, rated 40% disabling by the VA | Dkt. No. 51-22; Crossno 008– 011, 014–016, 029, 060 | |
| | | | Permeant shrapnel wounds causing nerve damage and Temporomandibular Joint Dysfunction ("TMJ"). <br><br> The TMJ is rated 10% disabling by the VA. The permanent facial scarring is rated 50% disabling by the VA. The left sinus fracture is rated 10% disabling by the VA. | Dkt. No. 51-22; Crossno 011,014, 018– 019 | |

[37]*See Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25, 55 (D.D.C. 2007) (awarding $7.5 million to Anthony Banks).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Robert Crossno (cont.)** | | | PTSD rated 50% disabling by the VA | Dkt. No. 51-22; Crossno 011–012, 014–015, 019, 065, 069 | |
| | | | Migraines rated 50% disabling by the VA | Dkt. No. 51-22; Crossno 014–015 | |
| | | | Hearing loss and Tinnitus, rated 10% disabling by the VA | Dkt. No. 51-22; Crossno 014, 017, 043, 055 | |
| | | | Erectile Dysfunction | Dkt. No. 51-22; Crossno 014, 016 | |
| | | | Loss of consciousness | Dkt. No. 51-22; Crossno 041, 053 | |
| Angela Crossno | Family Member (Mother) | Dkt. No. 51-22; Crossno 077 | Solatium | Dkt. No. 51-22; Crossno 077–084 | $2,500,000 – Solatium Damages[38] |

---

[38] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to parents of injured terrorism victims).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Jeffrey Kadis** | Direct Victim | Dkt. No. 51-23; Kadis 002,019 | Shrapnel wounds in the right leg resulting in surgery | Dkt. No. 51-23; Kadis 007–008, 023, 039, 071 | $6,500,000 – Pain & Suffering Damages[39] |
| | | | A concussion | Dkt. No. 51-23; Kadis 029–030 | |
| | | | A TBI with post-traumatic vestibular system dysfunction requiring physical therapy, rated 10% disabling by the VA | Dkt. No. 51-23; Kadis 007–008, 098 | |
| | | | A bulging disc in the lower back and sciatic nerve radiculopathy of both the right and left extremities.<br><br>The VA rates Sgt. Kadis' back injuries as a combined 120% disabling. | Dkt. No. 51-23; Kadis 007 010, 081, 084, 090–91, 094, 099 | |
| | | | Post-traumatic headaches rated 50% disabling by the VA | Dkt. No. 51-23; Kadis 007 010, 034, 039, 043, 056–057, | |
| | | | PTSD resting in alcohol abuse issues, rated 30% disabling by the VA | Dkt. No. 51-23; Kadis 007, 010. 050–052, 098 | |

---

[39] *See Taitt*, 2023 WL 2536518 (awarding $6.5 million to Tiffany Putman).

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| **Jeffrey Kadis (cont.)** | | | Permanent ringing in both ears (Tinnitus), rated 10% disabling by the VA | Dkt. No. 51-23; Kadis 007, 033, 067, 069, 098 | |
| Theresa Kadis | Family Member (Wife) | Dkt. No. 51-23; Kadis 100–101 | Solatium | Dkt. No. 51-23; Kadis 100–106 | $4,000,000 – Solatium Damages[40] |
| Lisa Ruiz | Family Member (Mother of KIA Service Member Manuel Antonio Ruiz).[41] | Dkt. No. 51-24; Ruiz 002, 017, 023 | Solatium | Dkt. No. 51-24; Ruiz 002–013, 017, 023 | $5,000,000 – Solatium Damages[42] |
| Manuel Ruiz, Sr. | Family Member (Father of KIA Service Member Manuel Antonio Ruiz). | Dkt. No. 51-24; Ruiz 014, 027 | Solatium | Dkt. No. 51-24; Ruiz 027–030 | $5,000,000 – Solatium Damages[43] |

---

[40]*See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to spouses of injured terrorism victims).

[41]As seen in her Affidavit, Lisa Ruiz is not Manuel's biological mother, but she served as the functional equivalent of Manuel's mother. Courts in this District have held that the "functional equivalent" of a decedent's parent (even if the parent never adopted the decedent) may recover damages under the FSIA. *See, e.g.*, *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 80–81 (D.D.C. 2010) ("Because Mr. McDonough grew up with Mr. Kirkwood, Sr., as though they constituted a natural family, the Court concludes that Mr. Kirkwood, Sr., *if non-adoptive*, *was the functional equivalent of a father*.") (emphasis added).

[42]*See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to parents of deceased terrorism victims).

[43]*See id.*

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| Joshua Ruiz | Family Member (Brother of KIA Service Member Manuel Antonio Ruiz). | Dkt. No. 51-24; Ruiz 014, 036 | Solatium | Dkt. No. 51-24; Ruiz 036–040 | $3,125,000 – Solatium Damages[44] |
| Jacobo Ruiz | Family Member (Brother of KIA Service Member Manuel Antonio Ruiz). | Dkt. No. 51-24; Ruiz 014, 031 | Solatium | Dkt. No. 51-24; Ruiz 031–035 | $3,125,000 – Solatium Damages[45] |
| Gretchen Miller | Family Member (Mother of KIA Service Member Jeremy Horton). | Dkt. No. 51-25; Horton 002, 008 | Solatium | Dkt. No. 51-25; Horton 002–007 | $5,000,000 – Solatium Damages[46] |
| William Neff | Family Member (Father of KIA Service Member Christian Neff). | Dkt. No. 51-26; Neff 002, 009, 106 | Solatium | Dkt. No. 51-26; Neff 002–008 | $6,250,000 – Solatium Damages[47] |
| Nancy Neff | Family Member (Mother of KIA Service Member Christian Neff). | Dkt. No. 51-26; Neff 106–107 | Solatium | Dkt. No. 51-26; Neff 107–111 | $6,250,000 – Solatium Damages[48] |

---

[44]*See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the siblings of KIA service member Kevin Rux).

[45]*See id*.

[46]*See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to parents of deceased terrorism victims).

[47]*See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the mother of KIA service member Kevin Rux).

[48]*See id.*

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| Shannon Neff | Family Member (Sister of KIA Service Member Christian Neff). | Dkt. No. 51-26; Neff 112 | Solatium | Dkt. No. 51-26; Neff 112–116 | $3,125,000 – Solatium Damages[49] |
| Gary Hubbell | Family Member (Father of KIA Service Member Darren Hubbell). | Dkt. No. 51-27; Hubbell 002, 010 | Solatium | Dkt. No. 51-27; Hubbell 002–007 | $5,000,000 – Solatium Damages[50] |
| David Stelmat, Sr. | Family Member (Father of KIA Service Member David Stelmat, Jr.). | Dkt. No. 51-28; Stelmat 002, 199 | Solatium | Dkt. No. 51-28; Stelmat 002–011 | $6,250,000 – Solatium Damages[51] |
| Carisa Girdwood | Family Member (Sister of KIA Service Member David Stelmat, Jr.). | Dkt. No. 51-28; Stelmat 200 | Solatium | Dkt. No. 51-28; Stelmat 200–204 | $3,125,000 – Solatium Damages[52] |
| Rebecca McGraw | Family Member (Sister of KIA Service Member David Stelmat, Jr.). | Dkt. No. 51-28; Stelmat 205 | Solatium | Dkt. No. 51-28; Stelmat 205–209 | $3,125,000 – Solatium Damages[53] |

---

[49] *See id*. (solatium award to the siblings of KIA service member Kevin Rux).

[50] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to parents of deceased terrorism victims).

[51] *See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the mother of KIA service member Kevin Rux).

[52] *See Opati,* 60 F. Supp. 3d at 79 (solatium award to the siblings of KIA service member Kevin Rux).

[53] *See id.*

| Plaintiff | Direct Victim/Family Member | Proof of Status | Nature and Extent of Injuries | Proof of Injury | D.D.C. Standard Damages Amount |
|---|---|---|---|---|---|
| Michael Wells | Direct Victim | Dkt. No. 51-29; Wells 002–003, 010, | A TBI resulting in disorientation, vomiting, and migraine headaches.<br><br>The VA rates the TBI and migraines as a combined 50% disabling. | Dkt. No. 51-29; Wells 007, 009, 014, 016, 020–021, | $6,500,000 – Pain & Suffering Damages[54] |
| | | | PTSD causing major depressive disorder and psychotic features, rated 100% disabling by the VA | Dkt. No. 51-29; Wells 009, 014–015, 020–21. | |
| | | | Tinnitus in the left ear, rated 10% disabling by the VA | Dkt. No. 51-29; Wells 009, 014, 020–021. | |

---

[54]*See Taitt*, 2023 WL 2536518 (awarding $6.5 million to Tiffany Putman).