# **EXHIBIT 2**

**Exhibit 2: Plaintiffs Individualized Proposed Damages[1]**

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post- Judgment Interest Rate |
|---|---|---|---|---|---|
| Mary Heaton | Family Member (Mother of KIA Service Member Robert West) | $6,250,000 – Solatium Damages[2] | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| Lisa Brooks | Family Member (Sister of KIA Service Member Robert West) | $2,500,000 – Solatium Damages[3] | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| Victoria Croft | Family Member (Mother of KIA Service Member David Croft) | $6,250,000 – Solatium Damages.[4] | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| Robin Messer | Family Member (Sister of KIA Service Member David Croft) | $3,125,000 – Solatium Damages[5] | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |

---

[1] The Bellwether "KIA-Plaintiffs" (*i.e.*, family members of armed forces members and military contractors killed in action in Iraq); the Bellwether "Surviving-Plaintiffs" (*i.e.*, service members and military contractors who survived a terrorist attack in Iraq); and immediate family members of the Bellwether "Surviving Plaintiffs" who are also plaintiffs in this action no longer seek pre-judgment interest, attorney's fees, and case expenses. ECF No. 26 at 371–72; ECF. No. 48. The Bellwether "Surviving-Plaintiffs" also no longer seek economic damages.

To calculate punitive damages, Plaintiffs applied the 3:1 punitive-to-compensatory damages ratio used in *Flanagan v. Islamic Republic of Iran*, 87 F. Supp. 3d 126–127 (D.D.C. 2015). Similarly, regarding the post-judgment interest rate, Plaintiffs request that the Court, as in *Flanagan*, apply the statutory rate, 28 U.S.C. § 1961(a). *See Flanagan*, 87 F. Supp. 3d at 127 n.39; 28 U.S.C. § 1961(a) (post-judgment interest shall be calculated at a rate equal to the weekly average 1-year constant Treasury yield, as published by the Board of Governors of the Federal Reserve system, for the calendar week preceding the Judgment).

[2] *See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the mother of KIA service member Kevin Rux).

[3] *See id*. at 117–18 (baseline solatium award to siblings of deceased victims of terrorist attacks); *Opati v. Republic of Sudan*, 60 F. Supp. 3d 68, 79 (D.D.C. 2014) (same).

[4] *See id.* at 118 (solatium award to the mother of KIA service member Kevin Rux).

[5] *See id*. (solatium award to the siblings of KIA service member Kevin Rux).

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post-Judgment Interest Rate |
|---|---|---|---|---|---|
| Tyler Croft | Family Member (Brother of KIA Service Member David Croft) | $3,125,000 – Solatium Damages[6] | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Melodie Hanson | Family Member (Half-Sister of KIA Service Member David Croft)[7] | $3,125,000 – Solatium Damages[8] | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Andrea Whatley | Family Member (Half-Sister of KIA Service Member David Croft)[9] | $3,125,000 – Solatium Damages[10] | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Laurie West | Family Member (Parent of KIA Service Member Laurent West) | $6,250,000 – Solatium Damages[11] | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| **Albert Dyk** | Direct Victim | $4,750,000 – Pain & Suffering Damages[12] | $14,250,000 | $19,000,000 | 28 U.S.C. § 1961(a) |
| **Joseph Morcerf** | Direct Victim | $5,000,000 – Pain & Suffering Damages[13] | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |

---

[6]*See id.* (solatium award to the siblings of KIA service member Kevin Rux).

[7]In this District, half-siblings of deceased victims of terrorism can recover solatium damages to the same extent as full siblings. *See, e.g., Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010) ($2.5 million solatium award to Bryan Harris).

[8]*See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the siblings of KIA service member Kevin Rux).

[9]*See* Footnote 7 above.

[10]*See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the siblings of KIA service member Kevin Rux).

[11]*See id.* (solatium award to the mother of KIA service member Kevin Rux).

[12]*See Taitt v. Islamic Republic of Iran,* No. 1:20-cv-01557 (RC), 2023 WL 2536518 (D.D.C. March 16, 2023) (awarding $4.75 million to Adrian Payne).

[13]*See id.* (awarding $5 million to Bryan Mitchell, Sr.).

3

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post-Judgment Interest Rate |
|---|---|---|---|---|---|
| **James W. Hull** | Direct Victim | $5,000,000 – Pain & Suffering Damages[14] | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| Teresa Hull | Family Member (Mother) | $2,500,000 – Solatium Damages.[15] | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| James Hull | Family Member (Father) | $2,500,000 – Solatium Damages.[16] | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| **Maximillian Miller** | Direct Victim | $5,000,000 – Pain & Suffering Damages[17] | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| Maximillian Miller as Next Friend of J.M. | Family Member (Minor Son) | $2,500,000 – Solatium Damages[18] | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| Caitlin Miller | Family Member (Wife) | $4,000,000 – Solatium Damages[19] | $12,000,000 | $16,000,000 | 28 U.S.C. § 1961(a) |
| **Jon Kone** | Direct Victim | $6,000,000 – Pain & Suffering Damages[20] | $18,000,000 | $24,000,000 | 28 U.S.C. § 1961(a) |

---

[14] *See id.* (awarding $5 million to Sheila Cooper).

[15] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to parents of injured terrorism victims).

[16] *See id.*

[17] *See Taitt*, 2023 WL 2536518 (awarding $5 million to Sheila Cooper).

[18] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to children of injured terrorism victims).

[19] *See id.* (baseline solatium damage award to spouses of injured terrorism victims).

[20] *See Taitt*, 2023 WL 2536518 (awarding $6 million to Isadore Sims).

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post- Judgment Interest Rate |
|---|---|---|---|---|---|
| Lisa Hundley | Family Member (Wife of KIA Military Contractor Curtis Lee Hundley). | $10,000,000 – Solatium Damages[21] | $30,000,000 | $40,000,000 | 28 U.S.C. § 1961(a) |
| Lisa Hundley As Personal Representative of the Estate of Curtis Lee Hundley | Family Member (Executor/Personal Representative of the Estate of Curtis Lee Hundley). | $1,000,000 – Conscious Pain & Suffering Survival Damages[22] | $3,000,000 | $4,000,000 | 28 U.S.C. § 1961(a) |
| **Robert Sabado** | Direct Victim | $7,000,000 – Pain & Suffering Damages[23] | $21,000,000 | $28,000,000 | 28 U.S.C. § 1961(a) |
| Michelle Sabado | Family Member (Wife) | $4,000,000 – Solatium Damages[24] | $12,000,000 | $16,000,000 | 28 U.S.C. § 1961(a) |
| Skyler Sabado | Family Member (Son) | $2,500,000 – Solatium Damages[25] | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |

---

[21]*See Opati,* 60 F. Supp. 3d at 79 ($8 million is the baseline solatium award to spouses of deceased victims of terrorism); *Flanagan,* 87 F. Supp. 3d at 117–18 (holding that one of the factors that warranted a 25% upward departure from the solatium baseline was the violent nature in which the decedent was killed coupled with the family's knowledge of the decedent's pre-death suffering).

Here, Curtis Hundley's autopsy photographs (Hundley 016–023) and the Affidavit of Paul Fondren (Hundley-Sabado 011—012) show that Mr. Hundley died in extremely violent fashion and also experienced several minutes of conscious pain and suffering before his death.

[22]*See Estate of Hirshfeld v. Islamic Republic of Iran*, 330 F. Supp. 3d 107, 145-46 (D.D.C. 2018) (awarding $ 1 million to the Estate of Yonadav Hirshfeld due to evidence that the decedent lived for at least a few minutes after he was shot).

[23]*See Taitt*, 2023 WL 2536518 (awarding $7 million to Sean Taitt).

[24]*See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to spouses of injured terrorism victims).

[25]*See id.* (baseline solatium damage award to children of injured terrorism victims).

5

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post-Judgment Interest Rate |
|---|---|---|---|---|---|
| Crystal Sabado | Family Member (Daughter) | $2,500,000 – Solatium Damages[26] | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| Tiffany Sabado | Family Member (Daughter) | $2,500,000 – Solatium Damages[27] | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| **Christopher Gomes** | Direct Victim | $9,000,000 – Pain & Suffering Damages[28] | $27,000,000 | $36,000,000 | 28 U.S.C. § 1961(a) |
| **Joshua Matson** | Direct Victim | $6,000,000 – Pain & Suffering Damages[29] | $18,000,000 | $24,000,000 | 28 U.S.C. § 1961(a) |
| Joshua G. Matson | Family Member (Son) | $2,500,000 – Solatium Damages[30] | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| **Manuel Roman** | Direct Victim | $7,000,000 – Pain & Suffering Damages[31] | $21,000,000 | $28,000,000 | 28 U.S.C. § 1961(a) |
| **Bradley Salisbury**[32] | Direct Victim | $6,500,000 – Pain & Suffering Damages[33] | $19,500,000 | $26,000,000 | 28 U.S.C. § 1961(a) |

---

[26] *See id.* (baseline solatium damage award to children of injured terrorism victims).

[27] *See id.* (baseline solatium damage award to children of injured terrorism victims).

[28] *See Cabrera v. Islamic Republic of Iran*, No. CV 18-2065 (JDB), 2022 WL 2817730, at *44, *56 (D.D.C. July 19, 2022) (awarding $9 million to SGT Jerod Lemon).

[29] *See Taitt*, 2023 WL 2536518 (awarding $6 million to Rodney Jackson).

[30] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to children of injured terrorism victims).

[31] *See Taitt*, 2023 WL 2536518 (awarding $7 million to Michael Proctor).

[32] As seen in his Affidavit, Mr. Salisbury is no longer serving as next friend of his minor daughter, M.S.

[33] *See Taitt*, 2023 WL 2536518 (awarding $6.5 million to Tiffany Putman).

6

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post-Judgment Interest Rate |
|---|---|---|---|---|---|
| Deidre Salisbury | Family Member (Wife) | $4,000,000 – Solatium Damages[34] | $12,000,000 | $16,000,000 | 28 U.S.C. § 1961(a) |
| Robin Bogacz | Family Member (Mother) | $2,500,000 – Solatium Damages[35] | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| Amy Crandall | Family Member (Sister) | $1,250,000 – Solatium Damages[36] | $3,750,000 | $5,000,000 | 28 U.S.C. § 1961(a) |
| **Robert Crossno** | Direct Victim | $7,500,000 – Pain & Suffering Damages[37] | $22,500,000 | $30,000,000 | 28 U.S.C. § 1961(a) |
| Angela Crossno | Family Member (Mother) | $2,500,000 – Solatium Damages[38] | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| **Jeffrey Kadis** | Direct Victim | $6,500,000 – Pain & Suffering Damages[39] | $19,500,000 | $26,000,000 | 28 U.S.C. § 1961(a) |
| Theresa Kadis | Family Member (Wife) | $4,000,000 – Solatium Damages[40] | $12,000,000 | $16,000,000 | 28 U.S.C. § 1961(a) |

---

[34] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to spouses of injured terrorism victims).
[35] *See id.* (baseline solatium damage award to parents of injured terrorism victims).
[36] *See id.* (baseline solatium damage award to siblings of injured terrorism victims).
[37] *See Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25, 55 (D.D.C. 2007) (awarding $7.5 million to Anthony Banks).
[38] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to parents of injured terrorism victims).
[39] *See Taitt*, 2023 WL 2536518 (awarding $6.5 million to Tiffany Putman).
[40] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to spouses of injured terrorism victims).

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post- Judgment Interest Rate |
|---|---|---|---|---|---|
| Lisa Ruiz[41] | Family Member (Mother of KIA Service Member Manuel Antonio Ruiz).[42] | $5,000,000 – Solatium Damages[43] | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| Manuel Ruiz, Sr. | Family Member (Father of KIA Service Member Manuel Antonio Ruiz). | $5,000,000 – Solatium Damages[44] | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| Joshua Ruiz | Family Member (Brother of KIA Service Member Manuel Antonio Ruiz). | $3,125,000 – Solatium Damages[45] | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Jacobo Ruiz | Family Member (Brother of KIA Service Member Manuel Antonio Ruiz). | $3,125,000 – Solatium Damages[46] | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |

---

[41] As seen in her Affidavit, Mrs. Ruiz is no longer seeking damages on behalf of the Estate of Manuel Antonio Ruiz.

[42] As seen in her Affidavit, Lisa Ruiz is not Manuel's biological mother but served as the functional equivalent of Manuel's mother. Court's in this District have held that the "functional equivalent" of a decedent's parent (even if the parent never adopted the decedent) may recover damages under the FSIA. *See, e.g., Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 80– 81 (D.D.C. 2010) ("Because Mr. McDonough grew up with Mr. Kirkwood, Sr., as though they constituted a natural family, the Court concludes that Mr. Kirkwood, Sr., *if non-adoptive, was the functional equivalent of a father.*") (emphasis added).

[43] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to parents of deceased terrorism victims).

[44] *See id.*

[45] *See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the siblings of KIA service member Kevin Rux).

[46] *See id.*

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post- Judgment Interest Rate |
|---|---|---|---|---|---|
| Gretchen Miller | Family Member (Mother of KIA Service Member Jeremy Horton). | $5,000,000 – Solatium Damages[47] | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| William Neff | Family Member (Father of KIA Service Member Christian Neff). | $6,250,000 – Solatium Damages[48] | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| Nancy Neff | Family Member (Mother of KIA Service Member Christian Neff). | $6,250,000 – Solatium Damages[49] | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| Shannon Neff | Family Member (Sister of KIA Service Member Christian Neff). | $3,125,000 – Solatium Damages[50] | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Gary Hubbell | Family Member (Father of KIA Service Member Darren Hubbell). | $5,000,000 – Solatium Damages[51] | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| David Stelmat, Sr. | Family Member (Father of KIA Service Member David Stelmat, Jr.). | $6,250,000 – Solatium Damages[52] | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |

---

[47] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to parents of deceased terrorism victims).
[48] *See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the mother of KIA service member Kevin Rux).
[49] *See id.*
[50] *See id*. (solatium award to the siblings of KIA service member Kevin Rux).
[51] *See Opati,* 60 F. Supp. 3d at 79 (baseline solatium damage award to parents of deceased terrorism victims).
[52] *See Flanagan,* 87 F. Supp. 3d at 118 (solatium award to the mother of KIA service member Kevin Rux).

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post- Judgment Interest Rate |
|---|---|---|---|---|---|
| Carisa Girdwood | Family Member (Sister of KIA Service Member David Stelmat, Jr.). | $3,125,000 – Solatium Damages[53] | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Rebecca McGraw | Family Member (Sister of KIA Service Member David Stelmat, Jr.). | $3,125,000 – Solatium Damages[54] | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| **Michael Wells** | Direct Victim | $6,500,000 – Pain & Suffering Damages[55] | $19,500,000 | $26,000,000 | 28 U.S.C. § 1961(a) |

---

[53] *See Opati,* 60 F. Supp. 3d at 79 (solatium award to the siblings of KIA service member Kevin Rux).
[54] *See id.*
[55] *See Taitt*, 2023 WL 2536518 (awarding $6.5 million to Tiffany Putman).