# EXHIBIT 3

## DECLARATION OF MICHAEL KNIGHTS, Ph.D.
## REGARDING EXPLOSIVELY-FORMED PENETRATORS

Under 28 USC § 1746, I, Michael Knights, PhD, hereby declare under penalty of perjury as follows:

### I.  Qualifications of the Witness

1.      I am an adult citizen who resides in Massachusetts.

2.      I am an expert on the foreign and security policies of the Islamic Republic of Iran ("Iran") and its militia and terrorist proxies. Since 1998, I have undertaken expert research, including fieldwork, on Iranian militias and terrorists in the Middle East.

3.      This declaration is submitted to provide the Court with facts and evidence concerning Iran's provision of Explosively-Formed Penetrators (EFPs, also called Explosively-Formed Projectiles) to anti-U.S. insurgent and terrorist groups in Iraq.

4.      I am a senior fellow at the Washington Institute for Near East Policy (which I will refer to from now on as "The Washington Institute"), where I have been employed since 2003 in a combination of full- and part-time fellowships.  My previous positions include six years as the head of intelligence for Olive Group, a private security company operating in every province in Iraq. This gave me daily hands-on access to intelligence drawn from Iraq, and in many cases shared by U.S. forces in Iraq regarding the threat of terrorism and insurgent attacks, including EFP incidents.

5.      The Washington Institute is a think tank, in other words, a 501(c)(3) organization, which receives funding from a variety of individuals, only Americans, to conduct studies about U.S. foreign policy interests and concerns in the Middle East.  I lead the Militia Spotlight project

1

at the Institute, which focuses on preserving and analyzing court-quality evidence of Iran-backed terrorist and militia groups in Iraq and Syria. My work includes extensive research regarding the Iranian Ministry of Intelligence and Security ("MOIS") the Iranian Revolutionary Guard Corps (the "IRGC") and its Qods Force ("Qods Force" or "IRGC-QF").

6.      I have done contract consulting work on Iran and the Middle East for several U.S. government agencies over the last 20 years, including the Central Intelligence Agency, the Defense Department, the State Department Bureau of Intelligence and Research, and, through various contractors, the National Security Agency and the Defense Intelligence Agency.   I have briefed U.S. military officers in Iraq on numerous occasions, and briefed U.S. Central Command (the U.S. military command responsible for the Middle East) and its subordinate commands, and with the staff of the Joint Chiefs of Staff. I was chosen by the U.S. military to take part in the campaign assessment for Operation Inherent Resolve (with war against the Islamic State) in Iraq in 2017 and played a role in planning the campaign to retake Mosul from the terrorist group.

7.      For the past 20 years, I have been a senior fellow in the Military and Security Studies program at the Washington Institute, a think tank focusing on contemporary issues of the Middle East.

8.      In this capacity, I work primarily on Iraq.  Researchers with whom I have worked at the Washington Institute include Dennis Ross, President Clinton's chief Middle East peace process negotiator, and who was for four years the individual at the Obama Administration's National Security Council responsible for the "Central Region," the Central Command covering the Middle East; former Deputy Assistant Secretary of the Treasury for Intelligence Matthew Levitt, responsible inter alia for following Iranian terror financing; and several former U.S. ambassadors, including James Jeffrey, Ambassador to Turkey and Iraq (at different times) as

well as currently State Department Special Envoy to the Global Coalition to Defeat ISIS (the Islamic State in Iraq and Syria), and Barbara Leaf, Ambassador to the United Arab Emirates. I also brief and receive briefings from senior United States military officials and senior officials of other governments friendly to the United States.

9.     I have testified about Iran and/or Syria before the Senate Foreign Relations Committee and House Armed Services Committee on the issue of security in Iraq.

10.     I have made presentations about Iran-backed militias in Iraq at numerous conferences sponsored by, amongst other organizations, the U.S. Central Intelligence Agency, the U.S. State Department, the U.S. Department of Defense, the UK Foreign and Commonwealth Office, the UK Ministry of Defense, the Canadian government, the Royal Institute for International Affairs in London, UK, the Royal United Services Institute in London, UK, the Brookings Institute in in Washington, D.C., the U.S. National Defense University in Washington, D.C., U.S. Central Command in Florida, Combined Joint Task Force – Operation Inherent Resolve in Iraq and Kuwait, the Council for Foreign Relations in New York City, the Institute for the Study of War in Washington, D.C., Chatham House in London, the Hudson Institute in Washington, D.C., the U.S. Institute for Peace in Washington, D.C., and many universities.

11.     My books and monographs published on Iraq in the last ten years are: Back to Basics U.S.-Iraq Security Cooperation in the Post-Combat Era (2021); Accidental Allies: The US–Syrian Democratic Forces Partnership Against the Islamic State (2021); Honored, Not Contained: The Future of Iraq's Popular Mobilization Forces (2020); How to Secure Mosul: Lessons from 2008-2014 (2016); The Future of Iraq's Armed Forces (2016); The Long Haul: Rebooting U.S. Security Cooperation in Iraq (2015); Rising to Iran's Challenge: GCC Military

Capability and U.S. Security Cooperation (2013); The Iraqi Security Forces: Local Context and U.S. Assistance (2011); Iran's Influence in Iraq: Countering Tehran's Whole-of-Government Approach (2011); Kirkuk in Transition: Confidence Building in Northern Iraq (2010); Provincial Politics in Iraq: Fragmentation or New Awakening? (2008); The Future of the Iraqi Kurds (2008); Calm before the Storm: The British Experience in Southern Iraq (2007); Cradle of Conflict: Iraq and the Birth of the Modern U.S. Military (2006); Troubled Waters: Future U.S. Security Assistance in the Persian Gulf (2006); and Operation Iraqi Freedom and the New Iraq: Insights and Forecasts (2004). A complete list of those publications can be found on The Washington Institute for Near East Policy website, washingtoninstitute.org, in the page about me, https://www.washingtoninstitute.org/experts/michael-knights.

12.     I have written about Iraq for *Foreign Affairs, Foreign Policy, Politico, Economist,* and numerous other news and scholarly publications.  I have also authored op-ed articles in *Financial Times, Wall Street Journal*, and *Washington Post*, amongst other newspapers.

13.     My Ph.D. in strategic studies at King's College London was undertaken in a multi-disciplinary environment.  The Department of War Studies utilizes the disciplinary perspectives of historians, sociologists, philosophers, and practitioners to understand the phenomenon of conflict in human society.  My work gravitated towards the roles of coercion, asymmetry, intelligence, and military ethics in contemporary warfare.

14.     My knowledge about Iraq comes as a result of my routine and in-depth access to persons inside and facts concerning that country, its politics, its security and my extensive study as outlined herein, including my professional research and publishing in this field over the course of twenty years. Indeed, as part of my work, I spend multiple hours per day reviewing new human source data that has been securely received from my strong contact network in Iraq. I also

spend at least an hour a day reviewing writings, including online sources, from and about Iraq, and I have a research team that performs translations on local news reporting. From my years studying Iraqi militias and given the competing sources that can be compared, I have a strong capability to analyze source data and determine credibility levels.  The U.S. government uses me on a regular basis as a briefer for diplomats and military personnel upon their deployment to Iraq, and during their service in Iraq.

15.     My opinions set forth below are based upon my education, research, and experience as well as my review and analysis of documents typically relied upon by experts in my field.  The bases for the opinions set forth herein include, but are not limited to: my experience of handling EFPs in Iraq and other theaters of war; photographic and technical intelligence on EFPs and the networks that operated them; photographic and technical intelligence on EFP smuggling into Iraq from Iran; declassified intelligence materials about EFP networks and their connections to Iran; U.S. government official statements on EFPs; and my review and analysis of relevant documents, including newspaper accounts.

16.     I am being compensated by counsel for the plaintiffs for my time expended on this matter.  My hourly rate for my research, analysis and the preparation of this report is $250.

## II.  Scope of Opinions

17.     In this declaration, I will lay out the evidence that links Iran's security agencies to the provision of EFPs in the Iraq conflict of 2003-2011. I will review why the U.S. government assesses that Iran was the source of EFPs used against U.S. forces in Iraq.   I will also explore non-U.S. evidence, for instance from the UK military, which also assessed Iran as the source of EFP munitions in Iraq. Based upon my expertise and the facts of which I have been apprised, I

conclude that EFP weapons were introduced into Iraq and their use against U.S. persons was facilitated and encouraged by the Islamic Republic of Iran.

### III. General Background of EFPs

18.     The Explosively-Formed Penetrator (EFP, also sometimes called an Explosively-Formed Projectile) is an explosive device that functions as an "off-route mine", that is, a kind of land mine that can be positioned away from a road or airstrip and yet still attack vehicles or other targets on the road or airstrip. This allows the mine-employing force to defeat any route-clearance measures that only focus on a road or airstrip, increasing the clearance burden on the defending force.

19.     As the U.S. Army notes:

> *EFPs were complex shaped-charge explosives that required careful milling of a concave copper plate that transformed into a molten slug when detonated. The copper slug offered significant advantages over a regular improvised explosive device (IED) because it could penetrate the armor of almost all coalition vehicles, including the M1 tank, and because it could fly a reasonable distance and hit a target at a standoff range.[1]*

20.     As the U.S. Army explanation suggests, the EFP is not a simple device to make and it has not commonly been seen on battlefields. A weapons intelligence report produced in Iraq in 2005 by U.S. explosives experts[2] noted:

> *The EFP is a kind of "platter charge". The way that a platter charge works is similar to shaped charges, except that instead of a cavity at the front of the charge, there is a contoured copper plate. When the charge detonates, the force of the blast molds the copper plate into any of a number of configurations, depending on how the plate is formed and how the explosive is detonated. Sophisticated EFP warheads have multiple detonators that can be fired in*

---

[1] The U.S. Army official history of the Iraq War, which was written with full access to all classified records about the war, by officers involved in the senior command headquarters at all key points of the war, produced a number of definitive statements about Iran's role in introducing EFPs to Iraq and supplying them to Shia militant groups. See Colonel Joel D. Rayburn and Colonel Frank K. Sobchak, The U.S. Army in the Iraq War: Volume 1 – Invasion, Insurgency and Civil War, 2003-2006, Strategic Studies Institute and U.S. Army War College Press, 2019, p. 498.

[2] Explosively Formed Projectiles: A Primer, US CEXI, November 2005.

*different arrangements causing different types of waveform in the explosive, resulting in a long rod penetrator, an aerodynamic slug projectile or multiple high-velocity fragments depending on which type of target is being engaged.[3]*

21.     The formation of an explosive slug or rod is shown in the image below.



**Figure 1. Formation of the molten slug when an EFP warhead is detonated.**

22.     A vehicle or a structure struck by one or more EFP slug projectiles is very likely to be penetrated due to the extraordinary armor-piercing capabilities of the warhead. The "behind-armor" effects inside an effected target include vehicle armor back-spall (i.e., the inner edge of the armor melts and/or shatters into deadly fragments), a wide spray of semi-molten metal, and intense overpressure and incendiary effects.

23.     The complex metallurgy, thermodynamics and fabrication of EFP warheads gives them a number of characteristics that have helped to narrow down the range of sources from which they have originated. As the quite above indicates, the exact metallurgical composition and "milling" (on an industrial lathe) of each EFP allows the analyst to group them according to "lots" produced on the same lathe, set by the same operator, and using the same raw materials and chemicals.

---

[3] EFP presentation 2005.



**Figure 2. A milled copper EFP "liner" or plate. The image shows the "business-end of a liner, as it faces towards enemy. Each EFP fabrication workshop makes metal lines or plates in a unique way, die to the use of different techniques, dies and presses or lathes. Note the concentric milling marks, which can constitute a "signature" of individual workshops and lathes.**

24.     The explosive filler used in the EFP can also allow "lots" to be categorized that, for instance, used C4 explosives with a common chemical signature. That chemical signature can often be tied to specific explosive factories based on other uses of the explosive that have been sampled elsewhere, potentially in combination with explosive devices known to have originated from a certain factory at a certain moment in time. (Indeed many weapons systems have "lot markings" on them for quality assurance purposes, with production dates.)

25.     The combination of an EFP warhead with electronic components of the overall explosive device also creates a characteristic that can connect two EFP devices to a common design / designer or workshop or militant force. The EFP has a number of sub-elements that turn it from a warhead (explosives behind the concave plate, contained within a plastic tube) into a complete weapons system:

(a)     Arming switch, an electronic device that powers the bomb, either via a command wire or a radio signal.

(b)     Firing switch, an electronic device that detonates a blasting cap or otherwise detonates the explosive filler, when instructed to do so by the sensor.

(c)     Sensor, typically a Passive Infrared (PIR) device used to sense movement to the frontal arc of the sensor and turn on exterior or garage lights.

(e)     Self-destruct devices, which may be used to destroy (a), (b), and (c) to leave fewer exploitable traces of bomb-maker design and biometric identifiers.

(f)     Concealment measures, most usually a layer of insulation foam shaped to resemble a rock, kerb-stone or breeze-block and painted appropriately.

Each other of these sub-elements has its own unique features and may be tied to specific bomb-assemblers and emplacers, including artisanship, components, errors, and preferred configurations.



**Figure 3. EFP warhead with radio control (RC) and Passive Infrared (PIR) sensor.** Electronic Counter—Measures (ECM, jamming) on the target vehicle is ineffective as the PIR sensor has already been remotely armed by the time the vehicle enters the kill zone, and thereafter no radio signals are needed to detonate the device.

26.     The EFP is not a weapon in ubiquitous use on modern battlefields, and has instead been almost exclusively operated by militant groups with close operational ties to the IRGC and Lebanese Hezbollah.

27.     Lebanese Hezbollah made the most prolific use of explosively formed projectiles during the late 1990s. There are strong circumstantial reasons to believe that Hezbollah's interest was spurred by Iranian technical assistance, utilizing EFP-type warheads scavenged and reverse-engineered by Hezbollah's backer, Iran, from so-called "top-attack" anti-tank missile munitions that detonated a downward-firing EFP above enemy tanks and other vehicles.  Between 1997 and 1999, Hezbollah used EFPs to attack Israeli Defense Force and South Lebanese Army armored vehicles.[4] Hezbollah pioneered the overall weapon system of an EFP warhead tied to a passive infrared sensor, encased within fake rocks made out of insulation foam. After the Al-Aqsa intifada began in 2000, Hezbollah opened up a new front against Israel by transferring explosively formed projectile expertise, devices and components to Palestinian militant groups.

28.     In addition to use by Lebanese Hezbollah, an organization formed by the IRGC, the EFP has been encountered only in the use of other armed groups supported by the IRGC:

(a)     Iraq. See below for a detailed discussion of EFPs in Iraq.

(b)     Bahrain. Iran-backed Shia militants in Bahrain have been receiving EFPs since at least December 28, 2013, when a shipment of the warheads were intercepted on an Iranian speedboat entering Bahrain. EFPs were also found in two bomb-making workshops in Bahrain: in Dar Kublai (on June 6, 2015) and in Nuwaidrat (on September 27, 2015).[5]

(c)     Saudi Arabia. On May 8, 2015, a vehicle carrying EFP charges was intercepted as it attempted to transit the King Fahd Causeway from Bahrain to Saudi Arabia. It was eventually

---

[4] Michael Gordon and Scott Shane, U.S. has long worried that Iran supplied deadly device, New York Times, March 26, 2007.
[5] See Michael Knights and Matthew Levitt, "The Evolution of Shia Insurgency in Bahrain," CTC Sentinel 11, no. 1 (January 2018).  Also see The IED Threat in Bahrain: A comparative analysis of components documented in the Gulf region, Conflict Armament Research, December 2019.

linked to the bomb workshop at Dar Kulaib, where the smugglers received the EFPs from Iran via boat. [6]

(d)     Yemen. The first Iranian-provided EFPs are known to have been sent to Yemen in January 2013, carried on the Jihan-1 boat, which was intercepted by the U.S. and Saudi navies and its contents subjected to U.S. technical analysis.[7] The weapons intelligence consultancy Conflict Armament Research (CAR) saw imagery from the Jihad-1 and concluded that it contained: "components identical to Iranian-provided Explosively-Formed Penetrator (EFP) mines used in Iraq and Lebanon."[8] The author this affidavit has personally examined scores of defused Houthi EFPs in Yemen as recently as 2018, and they are indeed identical in most features to EFP devices in Iraq, including the arrangement of PIR sensors and foam rock camouflage.[9]

(e)     Palestinian Authority. Israeli intelligence reported Lebanese Hezbollah-provided EFPs being discovered in the Palestinian Authority in the hands of Iran-backed Palestinian militant groups in 2000.[10]

(f)     Afghanistan. From 2007, EFPs described as Iran-supplied were present in Afghanistan, where they were used against NATO forces.[11]   As the West Point Combating Terrorism Center journal Sentinel noted in 2010: *"Another concern in Afghanistan has been the discovery of AK-47s, C4 plastic explosives, mortars and advanced armor piercing explosives, known as Explosively-Formed Penetrators (EFPs), a shaped charge used with deadly effect by insurgents in Iraq. EFPs, which appear to come from Iran, have earned the nickname in Afghanistan as "Dragons" because they are shaped so that the explosive force is concentrated in the direction of the designated target rather than blasting in all directions and therefore weakening the impact. The Taliban have credited Iranian-supplied weapons as being responsible for successful attacks against NATO forces in southern Afghanistan."[12]*

## IV. History of the Use of EFPs in Iraq

29.     According to the U.S. military, in Iraq, at least 1,526 EFPs were recorded to have

---

[6] Michael Knights, Iranian EFPs in the Gulf: An Emerging Strategic Risk, Washington Institute for Near East Policy, Feb 23, 2016.

[7] Michael Knights, Defeating Iran's Roadside Bombs in Yemen, Washington Institute for Near East Policy, Mar 26, 2018. Also see the authoritative, peer-reviewed journal of West Point military academy's Countering Terrorism Center: Michael Knights, The Houthi War Machine: From Guerrilla War to State Capture, September 2018, Volume 11, Issue 8.

[8] "Frontline Perspective: Radio-Controlled, Passive Infrared-Initiated IEDs: Iran's latest technological contributions to the war in Yemen," Conflict Armament Research, March 2018, p. 10.

[9] Michael Knights, The Houthi War Machine: From Guerrilla War to State Capture, September 2018, Volume 11, Issue 8.

[10] Michael Knights, Deadly developments - Explosively formed projectiles in Iraq, Jane's Intelligence Review, March 1, 2007.

[11] Kate Clark, "Taliban Claim Weapons Supplied by Iran," Daily Telegraph, September 14, 2008; Kate Clark, "Assignment," BBC, September 18, 2008; David Hambling, "'Deliberate Slip' Reveals Afghan Superbombs," Wired, January 28, 2009; Greg Bruno, "Iran and the Future of Afghanistan," Council on Foreign Relations, March 30, 2009.

detonated in Iraq, killing at least 196 U.S. troops and injuring at least 861 others between November 2005 and December 2011; British troops were intensively targeted as well and suffered many casualties.[13]

30.     According to the U.S. Army's official history of the Iraq War, "EFPs had been used in the south as early as August 2004." [14] (By "south", they mean southern Iraq, including Basra and Baghdad). The emergence of regular EFP use during the major Shia uprising in the summer of 2004 against the coalition was not a coincidence as militant elements of the Shia community received the weapons from Iran in order to aid their uprising against the U.S.-led coalition.

31.     As the U.S. Army history notes, EFP use greatly accelerated in 2005. "[Coalition] statistics from the time showed that the weapon was becoming more prevalent: EFP attacks nearly tripled in just 4 months in mid-2005, from about 20 in June to 58 in October. By comparison, EFPs averaged only five per month through April 2005."[15]

32.     U.S. Special Forces investigated the source of the new weapons in 2005. The U.S. Army official history notes that they quickly gained evidence that Iran was providing the EFPs, noting: *"Drawing on their extensive human intelligence network, [U.S.] troops discovered that, in addition to providing EFPs to Shia militias, Iranian intelligence services and the Islamic Revolutionary Guard Corps of Iran (IRGC) were creating front companies in Iraq to facilitate their covert activities."[16]* The U.S. Army official history notes*: "By fall 2005, Colonel Kevin McDonnell, the commander of the 5th Special Forces Group and the Combined Joint Special

---

[12] Sajjan M. Gohel, Iran's Ambiguous Role in Afghanistan, Sentinel, March 2010, Volume 3, Issue 3.
[13] Quoted in Michael Knights, "Iranian EFPs in the Gulf: An Emerging Strategic Risk," Washington Institute for Near East Policy, February 23, 2017.
[14] See Colonel Joel D. Rayburn and Colonel Frank K. Sobchak, The U.S. Army in the Iraq War: Volume 1 – Invasion, Insurgency and Civil War, 2003-2006, Strategic Studies Institute and U.S. Army War College Press, 2019, p. 501.

Operations Task Force–Arabian Peninsula (CJSOTF-AP), concluded that Iran was conducting a full-scale unconventional warfare campaign in Iraq to dominate the emerging Iraqi Government while keeping the U.S.-led coalition off balance by supplying deadly explosively formed penetrators (EFP) to Shi'a militias."[17] According to a New York Times investigative report, on July 19, 2005, the U.S. State Department secretly issued a protest directly to the Iranian government about the EFPs and other lethal support to militants.[18]

33.    In October 2005, on the basis of the EFP evidence, the U.S. military commander in Iraq, General Casey, *"ordered his staff to draw up contingency plans for a possible conflict with the IRGC and other Iranian operatives in Iraq, and tasked his staff judge advocate to determine whether the IRGC–Qods Force (IRGC-QF) could legally be declared a hostile force."* The review found *"that not only had the Qods Force provided guidance, training, logistics, and financial support to Shi'a militants, it had also "support[ed] two separate Iraqi EFP networks by sponsoring EFP IED training in Iran, Iraq, and Lebanon, and facilitating movement of EFP network personnel and equipment between Iran and Iraq."[19]*

34.    U.S. special forces then intercepted EFPs entering Iraq from Iran, over the marshes connecting the two countries. U.S. Special Forces *"intercepted crates of the copper plates that went into making EFPs, and all were turned on the same lathe in Iran. The FBI traced several Nokia phones captured in the same shipment back to their origin in Japan, where they found the purchase order that had shipped them to Iran."[20]*   The official history also notes: *"U.S. analysts determined it was of the same design used by Lebanese Hizballah and likely of*

---

[15] The U.S. Army in the Iraq War: Volume 1, p. 501.
[16] The U.S. Army in the Iraq War: Volume 1, p. 498.
[17] The U.S. Army in the Iraq War: Volume 1, p. 498.
[18] Michael Gordon and Scott Shane, U.S. has long worried that Iran supplied deadly device, New York Times, March 26, 2007.
[19] The U.S. Army in the Iraq War: Volume 1, p. 498.

*Iranian origin."[21]*

35.     U.S. forces viewed the evidence of Iranian provision of EFPs so seriously that in 2006 they deployed new Iraqi border forces to the Iranian border, even at a time when stopping Al-Qaeda suicide bombers coming in from Syria was a coalition priority. The U.S. Army official history notes: *"Because a steady drumbeat of intelligence in late 2005 and early 2006 had warned of Iranian involvement in explosively formed penetrators (EFP) smuggling and sectarian violence, [coalition] leaders decided that most of the new [border guards] would deploy to the Iranian border."[22]*

36.     Coalition commander General Casey wrote to his deputy, General Chiarelli, in May 2006, to express his concern at Iranian provision of EFPs and other lethal support to militants fighting the U.S. in Iraq. *"[A]t my level what most concerns me is [the Iranians'] apparent active participation in killing and maiming U.S. and coalition soldiers . . . . Evidence of the Iranian government in violence against the coalition seems to be growing ... The Government of Iran is pursuing a multi-faceted, interventionist policy in Iraq ...the primary purpose of their activities is to ensure that Iraqi policy is determined by a relatively weak, pro-Iranian, Shia-dominated, Islamist government. . . . The secondary purpose is to either accelerate the withdrawal of Coalition Forces or, perhaps, to keep us tied up here and 'bleed us white'."[23]*

**V. U.S. Government Attribution of EFP Attacks as a Form of Lethal Iranian Support to Iraqi Insurgent and Terrorist Groups**

37.     The U.S. Army official history of the Iraq War, which was written with full access to all classified records about the war, by officers involved in the senior command

---

[20] The U.S. Army in the Iraq War: Volume 1, p. p. 500.
[21] The U.S. Army in the Iraq War: Volume 1, p. 501.
[22] The U.S. Army in the Iraq War: Volume 1, p. 546.
[23] The U.S. Army in the Iraq War: Volume 1, p. 573.

headquarters at all key points of the war, produced a number of definitive statements about Iran's role in introducing EFPs to Iraq and supplying them to Shia militant groups.

38.     The U.S. had a good understanding of how EFPs entered Iraq from Iran. *"The lethal materiel supplied through these networks entered Iraq through ports of entry along the eastern border. Key cities across the southern provinces served as waypoints for the smuggled goods as they traveled hundreds of miles over roads and "ratlines" and passed through multiple tribal areas. Amarah was a major crossroads, from which EFPs were funneled south to Basra or north through Kut."*[24]

39.     The U.S. had a good understanding of the Iran-backed political and militia groups that helped smuggle the EFPs into Iraq from Iran*: "the Quds Force funneled EFPs to JAM-affiliated or Special Group surrogates using Badr Corps connections."*[25] (JAM refers to Jaish al-Mahdi, the Iran-backed Shia movement that fought an uprising against the U.S. from late 2003 onwards; Special Groups are the Iran-backed militant cells used by undertake EFP and other anti-U.S. attacks.) Badr was another Iran-formed militant group that cooperated with the U.S. to its face but supported terrorist attacks on the use behind its back, including playing a key role in EFP importation from Iran. The U.S. Army history notes: *"These smuggling networks and Iran's involvement with Badr would later be instrumental in funneling lethal support such as explosively formed penetrators (EFP) into Iraq to be used against Iran's enemies and the coalition military."*[26]

40.     Indeed, The U.S. knew the names of the smugglers involved. *"A well-established network of Iranian-sponsored militants were smuggling EFP devices and other weapons across the Iran-Iraq border in the south and in the Diyala Valley. The most active EFP smugglers were*

---

[24] The U.S. Army in the Iraq War: Volume 2, p. 65.
[25] The U.S. Army in the Iraq War: Volume 1, p. 66.

the operatives headed by Abu Mustafa al-Sheibani and his brother Abu Yaser al-Sheibani, who moved the Iranian weapons through Maysan and Wasit Provinces to deliver them to JAM and other militant groups."[27]

41.    As noted, by the summer of 2006, the U.S. operational commander in Iraq, General Chiarelli, assessed, based on *"undeniable evidence", "that the Iranian regime was responsible for the EFPs causing mounting American casualties."*[28]

By the summer of 2006, the U.S. Army official history found that Chiarelli *"had assembled undeniable evidence that the Iranian regime was responsible for the EFPs causing mounting American casualties."*[29]

42.    The U.S. government went fully public in September 2006 on Iranian EFP provision to militants attacking U.S. forces in Iraq.  *U.S.* Major General Richard Zahner, deputy chief of staff for intelligence at the coalition, gave an exceptionally detailed press conference on September 27, 2006 in which he laid out the case against Iran. Zahner noted: *"When you talk about devices such as explosively formed projectiles; that is almost uniquely Iranian; in fact, the fingerprint of copper plate [liner] being formed in a machine shop. I mean, the pattern is so identical that, you know, we can easily identify it right there."*  Zahner added that military grade C-4 explosives used in explosively formed projectiles were marked with the same batch number as explosives seized on the Abu Hassan, an Egyptian-owned, Lebanese-flagged fishing boat captured by Israeli naval forces off Haifa in 2003. The intercepted shipment was assessed to have originated with the Iran-backed Hezbollah militia. Zahner disclosed that since August 2005, the U.S. had recovered Arabic-language Hezbollah CD-ROMs and videos in Iraq that showed the

---

[26] The U.S. Army in the Iraq War: Volume 2, p. 81.
[27] The U.S. Army in the Iraq War: Volume 2, p. 222.
[28] The U.S. Army in the Iraq War: Volume 2, p.. 67.
[29] The U.S. Army in the Iraq War: Volume 2, p. 67.

fabrication of explosives into the main charges for EFPs and instructed on the installation of such charges and metal liners into firing pipes. Owing to the high production quality, US analysts assessed the footage to have been produced with the aid of Hezbollah's media organization, Al-Manar Television.[30]

43.     By April 2007. U.S. leaders were briefing Congressional delegations about the Iranian provenance of the EFP threat. *"The nature of the EFP smuggling operation and the employment of EFPs left U.S. commanders with no doubt that the weapons were part of an Iranian regime proxy war against the United States and parts of the Iraqi Government, a judgment that [U.S. commanding General] Petraeus and [U.S. Ambassador to Iraq] Crocker relayed to the visiting Nebraska Senator Charles T. Hagel on April 15. At that time, U.S. analysts believed that 100 percent of EFPs were meant to target coalition troops, though they often killed or wounded Iraqis as collateral damage. The EFPs also never proliferated into the hands of Sunni militants, indicating that the Iranians kept tight control of their distribution."*[31]

**VI. UK Government Concurrence That EFPs in Iraq Were Provided by Iran**

44.     In August 2006, Brigadier James Dutton, commander of UK forces in Iraq, was quoted by the UK Daily Telegraph as noting that EFPs had led to a marked increase in the lethality of attacks and that the "technology certainly, and probably the equipment is coming through Iran." Similarly, an unnamed UK government official told reporters the same month: "We think it has come from Lebanese Hezbollah via Iran. It is not Hezbollah that woke up one day and said let us give this to the Iraqis. It is the Iranians who decided to do it." [32]

45.     British military views on the issue were informed by interrogations, captured

---

[30] "Iranian Government Behind Shipping Weapons to Iraq." American Forces Press Service, September 28, 2006.
[31] US Army History, Vol II, p. 223.

materiel and numerous interceptions of EFP shipments in the Multinational Division Southeast area of operations. The author of this affidavit worked in southern Iraq from 2006-2012 and read a number of UK military assessments of the EFP weapons systems encountered, and it was the consensus view of UK officers that they had come across the border from Iran. The exact crossing points and "hide sites" were in many cases documented by UK forces using aerial photography and physical exploitation of EFP storage locations.

## VII. Iranian Opposition Evidence That EFPs Were Provided by Iran

46.     Another source of detailed attribution data linking Iran to EFP use in Iraq is the Iranian opposition movement, the National Council for Resistance in Iran (NCRI), the Washington lobby of Iranian dissidents associated with the anti-Iranian regime Mujahedeen-e-Khalq organization. In August 2006[33] and again in June 2008,[34] NCRI made very specific allegations that EFP used in Iraq were manufactured in three factories run by the IRGC Qods Force. According to the NCRI, the Sattari, Seyyed Shirazi and Shiroodi factories manufactured the EFPs using specialized equipment that is normally used to fabricate TOW missile anti-armor warheads for Iran's reverse-engineered optically-tracked, wire-guided TOW missile variants.

47.     While the Iranian opposition has an obvious motive for stressing Iran's malign involvement in Iraq, there is no reason to automatically doubt the veracity of the information. The NCRI has demonstrated effective intelligence previously, most notably the exposure of Iran's uranium enrichment facilities at Natanz in 2002, which proved correct. In the view of this

---

[32] Toby Harnden, Three Iranian factories 'mass-produce bombs to kill British in Iraq', Daily Telegraph, August 20, 2006. Michael Knights, "EFP Spread across Iraq Tied to Iran-Hezbollah Axis," Jane's Intelligence Review (February 2007).
[33] Toby Harnden, Three Iranian factories 'mass-produce bombs to kill British in Iraq', Daily Telegraph, August 20, 2006.
[34] Qods Force sends arms and roadside bombs to Iraq for terrorist attacks, Press Conference by the National Council of Resistance of Iran, Palace of Westminster, London, June 10, 2008, (Prepared remarks by Hossein Abedini, member of the NCRI's Foreign Affairs Committee).

affidavit's author, based on his experience of NCRI and its connections to U.S. intelligence, NCRI is used by Western intelligence agencies to leak information into the public realm.

## VIII. Other Evidence That EFPs Were Provided by Iran

48.     One circumstantial pointer towards Iranian provision of EFPs is that there is no evidence of a "trial and error" indigenous discovery of EFPs by Iraqi groups or their own. The sudden appearance of sophisticated, well-machined EFP is an important factor to consider. When explosively formed projectiles began to appear in 2004, there were none of the indicators that might be expected if the technique had been learnt from the internet or from manuals. Early EFP included carefully milled and lathed copper liners that had been professionally finished and precisely welded into custom-designed pipes. Passive infrared firing switches were observed from the outset. Where appropriate to the terrain, EFP were concealed within insulation foam molded to resemble rocks and paving stones. Hezbollah-style use was made of Claymore-type devices to destroy arming switches and radio receivers. As early as 2004, multi-EFP arrays were being used to fire spreads of penetrator rods at targets. In September 2004, an array of 16 EFP warheads was discovered in Iskandariyah, Iraq. Features such as these suggest access to foreign expertise and complete weapons systems rather than indigenous development.

49.     In another circumstantial pointer towards Iranian provision of EFPs, there is also no record of Sunni militants in Iraq themselves developing EFPs. Considering the mammoth, years-spanning use of thousands of well-designed Improvised Explosive Devices by Iraqi Sunni militants, this suggests EFPs are hard to make by a non-state actor and were imported into Iraq as complete, professionally designed weapons systems.[35]

---

[35] US Army History, Vol II, p. 223.

## IX. Conclusions

50.     The Iranian government has a long history of using shadowy means to carry out deniable terrorist operations against U.S. persons. They are proven to have acted against U.S. interests in Iraq during the 2003-2011 period. As the authoritative, non-partisan Congressional Research Service concluded in 2008: *"Iran is materially assisting major Shiite Muslim political factions in Iraq, most of which have longstanding ideological, political, and religious ties to Tehran, and their armed militias. In late 2007, the Administration noted a decrease in Iranian weapons shipments, but there is debate in the Administration over whether this was driven by U.S. policy toward Iran, including interdiction as well as bilateral diplomacy on Iraq stabilization, or an Iranian re-evaluation of its own strategy in Iraq."*[36]

51.     It is my opinion, based on all I have articulated in this declaration, to a reasonable degree of certainty, that the Iranian government, including the IRGC and its Qods Force, was the principal supplier of almost all, if not all, EFP warheads used in Iraq prior to U.S. military withdrawal in late 2011.

52.     It is my opinion, based on all I have articulated in this declaration to a reasonable degree of certainty/probability, that EFP attacks on U.S. persons in Iraq from 2004-2011 are examples of Iranian government material support to attempted extrajudicial killings and extrajudicial killings against U.S. persons.  Therefore, it is my expert opinion that in attacks where an EFP was used, there is a reasonable connection between Iran's material support and the personal injuries and deaths suffered as a result.

53.     Based on my review of Col. Ryan Thompson's Expert Bomb Reports finding the attacks involved EFP, the following attacks were perpetrated with material support from Iran and

---

[36] Kenneth Katzman, Iran's Activities and Influence in Iraq, January 24, 2008.

there is a reasonable connection between Iran's material support and the personal injuries and

deaths suffered as a result:

    a.    The May 14, 2006 Extrajudicial Killing of Army Master Sergeant Robert West;

    b.    The January 5, 2010 Extrajudicial Killing of Army Specialist David Andrew Croft, Jr;

    c.    The March 11, 2008 Extrajudicial Killing of Army Staff Sergeant Laurent J. West and Attempted Extrajudicial Killing of Army Specialist Albert Dyk;

    d.    The December 26, 2007 Attempted Extrajudicial Killing of Army Sergeant Joseph Morcerf;

    e.    The May 17, 2011 Attempted Extrajudicial Killing of Army Sergeant James W. Hull;

    f.    The January 4, 2011 Attempted Extrajudicial Killing of Army Specialist Maximillian Miller;

    g.    The September 8, 2009 Attempted Extrajudicial Killing of Senior Airman Jon Kone;

    h.    The April 21, 2005 Extrajudicial Killing of Blackwater Contractor Curtis Lee Hundley and Attempted Extrajudicial Killing of Blackwater Contractor Robert Scott Sabado;

    i.    The October 29, 2008 Attempted Extrajudicial Killing of Army Sergeant Christopher G. Gomes;

    j.    The May 16, 2006 Attempted Extrajudicial Killing of Army Sergeant Joshua Mattson;

    k.    The March 29, 2007 Attempted Extrajudicial Killing of Army Specialist Manuel Roman;

    l.    The January 18, 2007 Attempted Extrajudicial Killing of Army Sergeant Bradley Salisbury;

    m.    The August 21, 2007 Attempted Extrajudicial Killing of Army Sergeant Robert Crossno; and

    n.    The April 20, 2007 Attempted Extrajudicial Killing of Army Staff Sergeant Jeffrey Kadis.

54.    It is my professional opinion that all of the authority cited in this declaration is

reliable.

55.    All of the opinions in this declaration are expressed to a reasonable degree of

certainty/probability and I adopt the facts and conclusions therein.

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

DATED: _5/29/2023_     _____

MICHAEL KNIGHTS, Ph.D.