# **<u>EXHIBIT 4</u>**

**DECLARATION OF MICHAEL KNIGHTS, Ph.D.
REGARDING MILITIA GROUP ATTACKS**

Under 28 USC § 1746, I, Michael Knights, PhD, hereby declare under penalty of perjury as follows:

## I. Qualifications of the Witness

1. I am an adult citizen who resides in Massachusetts.

2. I am an expert on the foreign and security policies of the Islamic Republic of Iran ("Iran") and its militia and terrorist proxies. Since 1998, I have undertaken expert research, including fieldwork, on Iranian militias and terrorists in the Middle East.

3. This declaration is submitted to provide the Court with facts and evidence concerning Iran's provision of Explosively-Formed Penetrators (EFPs, also called Explosively-Formed Projectiles) to anti-U.S. insurgent and terrorist groups in Iraq.

4. I am a senior fellow at the Washington Institute for Near East Policy (which I will refer to from now on as "The Washington Institute"), where I have been employed since 2003 in a combination of full- and part-time fellowships. My previous positions include six years as the head of intelligence for Olive Group, a private security company operating in every province in Iraq. This gave me daily hands-on access to intelligence drawn from Iraq, and in many cases shared by U.S. forces in Iraq regarding the threat of terrorism and insurgent attacks, including EFP incidents.

5. The Washington Institute is a think tank, in other words, a 501(c)(3) organization, which receives funding from a variety of individuals, only Americans, to conduct studies about U.S. foreign policy interests and concerns in the Middle East. I lead the Militia Spotlight project

1

at the Institute, which focuses on preserving and analyzing court-quality evidence of Iran-backed terrorist and militia groups in Iraq and Syria. My work includes extensive research regarding the Iranian Ministry of Intelligence and Security ("MOIS") the Iranian Revolutionary Guard Corps (the "IRGC") and its Qods Force ("Qods Force" or "IRGC-QF").

6. I have done contract consulting work on Iran and the Middle East for several U.S. government agencies over the last 20 years, including the Central Intelligence Agency, the Defense Department, the State Department Bureau of Intelligence and Research, and, through various contractors, the National Security Agency and the Defense Intelligence Agency. I have briefed U.S. military officers in Iraq on numerous occasions, and briefed U.S. Central Command (the U.S. military command responsible for the Middle East) and its subordinate commands, and with the staff of the Joint Chiefs of Staff. I was chosen by the U.S. military to take part in the campaign assessment for Operation Inherent Resolve (with war against the Islamic State) in Iraq in 2017 and played a role in planning the campaign to retake Mosul from the terrorist group.

7. For the past 20 years, I have been a senior fellow in the Military and Security Studies program at the Washington Institute, a think tank focusing on contemporary issues of the Middle East.

8. In this capacity, I work primarily on Iraq. Researchers with whom I have worked at the Washington Institute include Dennis Ross, President Clinton's chief Middle East peace process negotiator, and who was for four years the individual at the Obama Administration's National Security Council responsible for the "Central Region," the Central Command covering the Middle East; former Deputy Assistant Secretary of the Treasury for Intelligence Matthew Levitt, responsible inter alia for following Iranian terror financing; and several former U.S. ambassadors, including James Jeffrey, Ambassador to Turkey and Iraq (at different times) as

well as currently State Department Special Envoy to the Global Coalition to Defeat ISIS (the Islamic State in Iraq and Syria), and Barbara Leaf, Ambassador to the United Arab Emirates. I also brief and receive briefings from senior United States military officials and senior officials of other governments friendly to the United States.

9. I have testified about Iran and/or Syria before the Senate Foreign Relations Committee and House Armed Services Committee on the issue of security in Iraq.

10. I have made presentations about Iran-backed militias in Iraq at numerous conferences sponsored by, amongst other organizations, the U.S. Central Intelligence Agency, the U.S. State Department, the U.S. Department of Defense, the UK Foreign and Commonwealth Office, the UK Ministry of Defense, the Canadian government, the Royal Institute for International Affairs in London, UK, the Royal United Services Institute in London, UK, the Brookings Institute in in Washington, D.C., the U.S. National Defense University in Washington, D.C., U.S. Central Command in Florida, Combined Joint Task Force – Operation Inherent Resolve in Iraq and Kuwait, the Council for Foreign Relations in New York City, the Institute for the Study of War in Washington, D.C., Chatham House in London, the Hudson Institute in Washington, D.C., the U.S. Institute for Peace in Washington, D.C., and many universities.

11. My books and monographs published on Iraq in the last ten years are: Back to Basics U.S.-Iraq Security Cooperation in the Post-Combat Era (2021); Accidental Allies: The US–Syrian Democratic Forces Partnership Against the Islamic State (2021); Honored, Not Contained: The Future of Iraq's Popular Mobilization Forces (2020); How to Secure Mosul: Lessons from 2008-2014 (2016); The Future of Iraq's Armed Forces (2016); The Long Haul: Rebooting U.S. Security Cooperation in Iraq (2015); Rising to Iran's Challenge: GCC Military

3

Capability and U.S. Security Cooperation (2013); The Iraqi Security Forces: Local Context and U.S. Assistance (2011); Iran's Influence in Iraq: Countering Tehran's Whole-of-Government Approach (2011); Kirkuk in Transition: Confidence Building in Northern Iraq (2010); Provincial Politics in Iraq: Fragmentation or New Awakening? (2008); The Future of the Iraqi Kurds (2008); Calm before the Storm: The British Experience in Southern Iraq (2007); Cradle of Conflict: Iraq and the Birth of the Modern U.S. Military (2006); Troubled Waters: Future U.S. Security Assistance in the Persian Gulf (2006); and Operation Iraqi Freedom and the New Iraq: Insights and Forecasts (2004). A complete list of those publications can be found on The Washington Institute for Near East Policy website, washingtoninstitute.org, in the page about me, https://www.washingtoninstitute.org/experts/michael-knights.

12. I have written about Iraq for *Foreign Affairs, Foreign Policy, Politico, Economist,* and numerous other news and scholarly publications. I have also authored op-ed articles in *Financial Times, Wall Street Journal*, and *Washington Post*, amongst other newspapers.

13. My Ph.D. in strategic studies at King's College London was undertaken in a multi-disciplinary environment. The Department of War Studies utilizes the disciplinary perspectives of historians, sociologists, philosophers, and practitioners to understand the phenomenon of conflict in human society. My work gravitated towards the roles of coercion, asymmetry, intelligence, and military ethics in contemporary warfare.

14. My knowledge about Iraq comes as a result of my routine and in-depth access to persons inside and facts concerning that country, its politics, its security and my extensive study as outlined herein, including my professional research and publishing in this field over the course of twenty years. Indeed, as part of my work, I spend multiple hours per day reviewing new human source data that has been securely received from my strong contact network in Iraq. I also

spend at least an hour a day reviewing writings, including online sources, from and about Iraq, and I have a research team that performs translations on local news reporting. From my years studying Iraqi militias and given the competing sources that can be compared, I have a strong capability to analyze source data and determine credibility levels. The U.S. government uses me on a regular basis as a briefer for diplomats and military personnel upon their deployment to Iraq, and during their service in Iraq.

15. I have reviewed the file materials for each of the following attacks, and I have written reports documenting my findings and the bases for those findings. My opinions set forth below and in my reports on these attacks are based upon my education, research, and experience as well as my review and analysis of documents typically relied upon by experts in my field. to: The bases for the opinions set forth herein include, but are not limited to: my experience of working in Iraq with U.S. forces and commercial intelligence companies in specialized investigations of Iraqi militia groups; direct interaction with Iraqi militia groups on the ground; declassified intelligence materials about Iraqi militia groups and their connections to Iran; liaison with Iraqi intelligence services engaged in fighting militias in Iraq; U.S. government official statements on Iraqi militias; my review and analysis of relevant documents, including newspaper accounts; and my review and analysis of relevant file materials for each attack.

16. I am being compensated by counsel for the plaintiffs for my time expended on this matter. My hourly rate for my research, analysis and the preparation of this report is $250.

17. Based on my review of file materials and my expertise regarding militia groups operating in the various geographic regions of Iraq at all times relevant to these attacks, I have attributed each of the following attacks to the militia groups that perpetrated them and/or identified the militia groups operating in the area at the time of the attack. For attacks where

more than one militia groups is identified, to a reasonable degree of certainty, one of the identified militia groups carried out the attack   All of my reports related to the following attacks are incorporated herein by reference as if set forth fully herein and attached as Exhibits:

    a.    The May 21, 2004 Extrajudicial Killing of Army Staff Sergeant Jeremy Horton;
    b.    The September 19, 2007 Extrajudicial Killing of Army Corporal Christian M. Neff;
    c.    The June 20, 2007 Extrajudicial Killing of Army Staff Sergeant Darren Hubbell;
    d.    The March 22, 2008 Extrajudicial Killing of Army Specialist David Stelmat, Jr; and
    e.    The April 20, 2008 Attempted Extrajudicial Killing of Army Specialist Michael Sandeep Wells.

18.    All of the opinions in this declaration and the attached reports are expressed to a reasonable degree of certainty/probability and I adopt the facts and conclusions therein.

"**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**"

DATED: 5/29/2023

_____
MICHAEL KNIGHTS, Ph.D.

# Jeremy Horton, Case #7

To Whom It May Concern,

Subject: Assessment of the terrorist/insurgent group responsible for the May 21, 2004 attack on Jeremy Horton, Case #7.

My name is Dr. Michael Knights and I lead the Iraq program at the Washington Institute for Near East Policy (WINEP).  The following is my professional assessment regarding the terrorist/insurgent group responsible for the May 21, 2004 attack on Jeremy Horton, Case #7.

## Summary of the case

US Army Sergeant Jeremy Horton was mortally wounded by an IED explosion near Iskandariyah, Iraq on May 21, 2004.

## Analytic finding

Horton was killed in an area where both Sunni insurgents (Al-Qaeda in Iraq, Ansar al-Sunnah, or the Islamic Army of Iraq) and the Iran-backed Shia insurgent group Jaish al-Mahdi (JAM) were operating in May 2004. Considering all the known facts, and applying my detailed knowledge of the Iraqi insurgent groups / tactics / operating areas, on the balance of evidence, therefore, one of these insurgent groups caused the death of Sergeant Jeremy Horton.

## Evidence to support the analytic finding

- **Location of the attack.**  The May 12, 2023 Affidavit of Plaintiff Gretchen Miller (Bates-Labeled Horton 002–007) provides Iskandariyah as the location of the attack on Sergeant Jeremy Horton. Based on the expert's research, at the time this was an area in which the above Sunni insurgent groups were highly active in attacking U.S. forces in May 2004. A month prior, the Iran-backed JAM had begun its armed uprising against the U.S. in the adjacent province of Babil and was also attacking U.S. convoys on roads near Iskandariyah in May 2004.
- **Surface-laid explosive IED.** Based on the expert's research, Al-Qaeda in Iraq, Ansar al-Sunnah, the Islamic Army of Iraq, and Jaish al-Mahdi Jaish al-Mahdi all employed blast and shrapnel IEDs in urban and rural areas against U.S. targets in May 2004.

**I hold all of these opinions to a reasonable degree of professional probability.**

I declare, under penalty of perjury, that the above information is true and correct.



# Christian M. Neff, Case #42

To Whom It May Concern,

Subject: Assessment of the terrorist/insurgent group responsible for the September 19, 2007 attack on Christian M. Neff, Case #42.

My name is Dr. Michael Knights and I lead the Iraq program at the Washington Institute for Near East Policy (WINEP).  The following is my professional assessment regarding the terrorist/insurgent group responsible for the September 19, 2007 attack on Christian M. Neff, Case #42.

## Summary of the case

US Army Specialist Christian M. Neff was killed in action in an IED explosion in Baghdad, Iraq on September 19, 2007.

## Analytic finding

Considering all the known facts, and applying my detailed knowledge of the Iraqi insurgent groups / tactics / operating areas, Neff was killed in an attack mounted by one of the predominant Sunni insurgent groups active in the Khadra area of Baghdad in September 2007, namely either **Al-Qaeda in Iraq, Ansar al-Sunnah, or the Islamic Army of Iraq.**

## Evidence to support the analytic finding

- **Location of the attack.** Exhibit P of the FOIA request (see below) includes a military grid reference ("IED Grid") that allows the location of the attack to be precisely displayed on Google Earth. The location is in Khadra neighbourhood of west Baghdad, a Sunni-populated area where only Sunni terrorist/insurgent groups were active in September 2007.

*Figure 1 – Exhibit P from Christian Neff FOIA request / Article 15-6*
*(Bates-Labeled Neff 096)*

- **Main Sunni insurgent groups attacking Americans in Baghdad in September 2007.** In September 2007, the Sunni insurgency had split and the predominant groups still undertaking attacks on the Americans in Baghdad were Al-Qaeda in Iraq, Ansar al-Sunnah, and the Islamic Army of Iraq. Based on the expert's research, one of these three groups carried out the attack.
- **Large surface-laid explosive IED.** In September 2007, the Sunni insurgency were the only groups taking on heavily-armored US M1 tanks with large surface-laid (buried) improvised explosive devices. In particular, Exhibit J (from Christian Neff FOIA request / Article 15-6)[1] shows damage to the M1 tank consistent with a large surface-laid (buried) improvised explosive device. A planned attack with a large surface-laid (buried) improvised explosive device is consistent with and indicative of an organized militia group perpetrating the attack rather an individual or informal group of local Iraqis.

**I hold all of these opinions to a reasonable degree of professional probability.**

---

I declare, under penalty of perjury, that the above information is true and correct.

---

[1] Exhibit J is Bates-Labeled Neff 079-081



# Darren Hubbell, Case #38

To Whom It May Concern,

Subject: Assessment of the terrorist/insurgent group responsible for the June 20, 2007 attack on Sgt. Darren Hubbell, Case #38.

My name is Dr. Michael Knights and I lead the Iraq program at the Washington Institute for Near East Policy (WINEP).  The following is my professional assessment regarding the terrorist/insurgent group responsible for the June 20, 2007 attack on Darren Hubbell, Case #38.

## Summary of the case

US Army Sergeant Darren Hubbell was mortally wounded by an IED explosion in the Al Jamaa area of Baghdad, Iraq on June 20, 2007.

## Analytic finding

Hubbell was killed in a Sunni area of Baghdad where only Sunni insurgents (Al-Qaeda in Iraq, Ansar al-Sunnah, or the Islamic Army of Iraq) were operating in June 2007. Considering all the known facts, and applying my detailed knowledge of the Iraqi insurgent groups / tactics / operating areas, on the balance of evidence, therefore, one of these insurgent groups caused the death of Sergeant Darren Hubbell. This attack is characteristic of tactics used by Al-Qaeda in Iraq in this region during this time period.

### Evidence to support the analytic finding

- **Location of the attack.** Data provided by the family (Bates-Labeled Hubbell 015) provides Al Jamaa, Baghdad as the location of the attack on Sergeant Darren Hubbell. Based on the expert's research, Hubbell was killed in an area where only Sunni insurgents (Al-Qaeda in Iraq, Ansar al-Sunnah, or the Islamic Army of Iraq) were operating in June 2007.
- **Surface-laid explosive IED.** Based on the expert's research, Al-Qaeda in Iraq, Ansar al-Sunnah, and the Islamic Army of Iraq all employed blast and shrapnel IEDs in urban and rural areas against U.S. targets in June 2007.

- **House-borne IED (HBIED)** - Based on the expert's research, Al-Qaeda in Iraq, Ansar al-Sunnah, and the Islamic Army of Iraq all employed blast and shrapnel IEDs embedded in the construction of houses (i.e., like the door frame in the Hubbell case) in urban and rural areas against U.S. targets in June 2007.

**I hold all of these opinions to a reasonable degree of professional probability.**

---

I declare, under penalty of perjury, that the above information is true and correct.



## David Stelmat, Case #45

To Whom It May Concern,

Subject: Assessment of the terrorist/insurgent group responsible for the March 22, 2008 attack on David Stelmat, Case #42.

My name is Dr. Michael Knights and I lead the Iraq program at the Washington Institute for Near East Policy (WINEP). The following is my professional assessment regarding the terrorist/insurgent group responsible for the March 22, 2008 attack on David Stelmat, Case #42.

### Summary of the case

US Army Sergeant David Stelmat was mortally wounded by an IED explosion near Husseiniyah, Iraq on March 22, 2008.

### Analytic finding

Considering all the known facts, and applying my detailed knowledge of the Iraqi insurgent groups / tactics / operating areas, it is very likely – as claimed in the Stelmat IED Storyboard (Bates-Labeled Stelmat 012-013) – that Stelmat was killed on March 22, 2008 by the Iran-backed Al Qaida in Iraq (**AQI**).

### Evidence to support the analytic finding

- **Location of the attack.** The Stelmat IED Storyboard and FOIA request / Article 15-6 request provides location details that allow the attack to be exactly located and matched to a geolocated attack report generated by US forces. The location is on a rural road between FOB Taji and Joint Security Station East / Boob al-Sham in Husseiniyah (see Bates-Label Stelmat 012, 036–038).
- **Surface-laid explosive IED.** Based on the expert's research, AQI employed command-wire surface-laid IEDs in rural areas against targets in the lightly armored class (such has the M1114 Uparmored Hummer struck on March 22, 2008).

```
CLOSEST ISF/SoI CP: IP CP#1
UNIT: TF 95 MP
GRID: 38SMC 42950 07600
DISTANCE AND DIRECTION: 1.6 MILES EAST OF IED STRIKE ON ROUTE
DOVER.
OWNER: SHEIK SAAD LOCAL POLICE STATION

S2 ASSESSMENT:
THIS ATTACK WAS MORE THAN LIKELY CONDUCTED BY AQI DUE TO THE
FACT THAT THIS WAS A DEEP BURIED, COMMAND WIRE DETONATED IED
WHICH IS A COMMON TTP OF AQI. SINCE 01 JANUARY 2008, THERE HAS
BEEN ONE IED STRIKE AND THREE FOUND IEDS ON RTE KETTLE. THE
STRIKE WAS 1 X 130MM ARTILLERY ROUND THAT WAS PLACED IN AN
EXISTING POTHOLE AND COMMAND WIRE DETONATED. TWO OF THE
THREE FOUND IEDS WERE ARTILLERY ROUNDS; ONE WAS PARTIALLY
BURIED ON THE SIDE OF THE ROAD AND THE OTHER WAS FULLY BURIED.
THE THIRD FOUND IED WAS A METAL CONTAINER WITH HME BURIED 2 FEET
DEEP IN A BERM ON THE WEST SIDE OF THE ROAD. ALL THREE OF THE
FOUND IEDS WERE COMMAND WIRED. ALL OF THESE EVENTS WERE
ATTRIBUTED TO AQI.
```

*Figure 1 –David Stelmat IED Storyboard*
*(Bates-Labeled Stelmat 012)*

**I hold all of these opinions to a reasonable degree of professional probability.**

I declare, under penalty of perjury, that the above information is true and correct.

*[signature]*

## Michael Wells, Case #60

To Whom It May Concern,

Subject: Assessment of the terrorist/insurgent group responsible for the April 8, 2008 attack on Michael Wells, Case #60.

My name is Dr. Michael Knights and I lead the Iraq program at the Washington Institute for Near East Policy (WINEP).  The following is my professional assessment regarding the terrorist/insurgent group responsible for the April 20, 2008 attack on Michael Wells, Case #60.

### Summary of the case

US Army SPC Michael Wells was involved in heavy armed contact with Jaish al-Mahdi (JAM) IEDs and IED operators, plus other JAM fighters, in Baghdad, Iraq, on April 20, 2008.

### Analytic finding

Considering all the known facts, and applying my detailed knowledge of the Iraqi insurgent groups / tactics / operating areas, it is very likely – as claimed in his Bronze Star narrative – that Wells was attacked on April 20, 2008 by the Iran-backed Jaish al-Mahdi (JAM) militia.

### Evidence to support the analytic finding

- **Location of the attack.** The Bronze Star narrative (Bates-Labeled Wells 003) describes the attack on Wells as occurring during Operation Golden Wall, which was a U.S. military operation against the Iran-backed JAM in Sadr City in Baghdad in April 2008. At the time, JAM was the only militant group engaged in operations against the U.S. in this specific area.
- **Explosively-Formed Penetrators or Explosively-Formed Projectiles (EFPs).** The Bronze Star narrative describes Wells undertaking clearance operations against EFP IEDs and their operators. The EFP is a signature weapon of the Iran-backed terrorist groups and militias in Iraq. It is a very strong indicator of Iranian involvement in the attack.

**I hold all of these opinions to a reasonable degree of professional probability.**

I declare, under penalty of perjury, that the above information is true and correct.

