# EXHIBIT 10

# Staff Sergeant Albert Dyk



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY B. HEATON, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:19-cv-03003-JMC |
| THE ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

### TESTIMONIAL AFFIDAVIT OF PLAINTIFF ALBERT DYK IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN

Pursuant to 28 U.S.C. § 1746, I, Albert Dyk, hereby declare as follows:

1.      "I am one of the Plaintiffs in this case. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

2.      I was born in March 1980 and am now 43 years old. I am a resident of the State of Nevada. In accordance with 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I)–(II) and 1605A(c)(1)–(2), at the time of the March 11, 2008 terrorist attack in which I was injured (hereinafter '**the Attack'**) I was a United States citizen and member of the United States armed forces. Specifically, I was a member of the Army. I was 27 years old at the time of the Attack. The photograph on the preceding page was taken around 2012 before my military retirement and accurately depicts me in my Army uniform.

3.      I am presenting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ('**Iran**'). More specifically, I am submitting this Affidavit to provide the Court with facts and evidence concerning the March 11, 2008 terrorist attack, the injuries I suffered in the Attack, the medical care and treatment I have received for my Attack–related injuries, my current condition, and how the Attack and my injuries

2

have impacted my life. *See* Pls.' First Amend. Compl. at 115.

4.     Prior to signing this Affidavit, my attorneys asked me series of questions about the Attack, my resulting injuries, the medical care and treatments I have received since the Attack, and my life today. Below are the questions and my answers:

**Q**. When did you first join the Army and why did you enlist?

A. In 2004. I joined because America was at war and I felt that I needed to serve my country.

**Q**. What your mission, and what happened to you on March 11, 2008?

As seen in my sworn statement (dated February 7, 2013 and attached to this Affidavit), on March 11, 2008, my unit (the 3-73rd Calvary Regiment) had a meeting at a Sheik's house near Kishkishkia/Al Diwaniyah, Iraq. Al Diwaniyah is like a suburb of Kishkishkia, so Kishkishkia is the more populated area. The Sheik was a local leader in the Kishkishkia/Al Diwaniyah area. The Sheik was supposed to provide info on where a cache of rockets was but he was leading us on. About a week before March 11, 2008, we told our Platoon Leader and Co Commander that we thought it was an ambush and shouldn't go. The Sheik's house was in a known danger area. In fact, we found a smaller Explosively Formed Penetrator ('**EFP**') in the area about a week before the Attack.

On March 11th, we went to the Sheik's house anyways though. Our Platoon Leader and Co Commander gave the Sheik our expected arrival time. We traveled to the Sheik's house in a 5 truck convoy. We were travelling in 1151 Humvees with armor recently upgraded by the U.S. military. I was in the 2nd vehicle in the convoy.

After we left the Sheik's house, the 1st truck in the convoy got blown up by an EFP. It was a staged and coordinated attack. The EFP had an extremely loud and powerful blast and it ripped through the front truck. The blast was so large that I was temporarily disengaged and had a mouth full of dirt. Since I was in the 2nd vehicle in the convoy, I had a good view of the EFP explosion.

The Truck Commander in the truck hit by the EFP was my good friend, Staff Sergeant Laurent West. Laurent was cut in half by the EFP and killed immediately. The 4th truck in the convoy removed Laurent's body from the hit truck.

The day after the Attack, myself and another soldier had to wash the truck that was blown up. I could still smell the blood inside. Even today, this memory still haunts me as I sometimes have hallucinations of Laurent's dead body and smell blood even though nothing is there.

**Q**. Why do you believe the Attack involved an EFP?

**A.** It definitely was**.** The EFP was a multi-array weapon, meaning that there were multiple charges of copper being deployed to penetrate the current armor the U.S. military was using. The Army's

DYK 003

Explosive Ordinance Disposal (EOD) team investigated it at Forward Operating Base and/or Base Scania. I also witnessed the devastating EFP and saw how it was made to destroy 1151 Humvee armor. So many holes ripped through Laurent's truck.

My attorneys also informed me that they received a redacted 6 page OPS Report and a redacted 4 page IED Report from United States Central Command ('CENTCOM') in response to a *Touhy* Request for records related to the Attack. After reviewing the OPS Report and IED Report (both attached to this Affidavit), **it is my opinion that the OPS Report and IED Report fairly and accurately describe the March 11, 2008 attack at issue in this lawsuit.** For instance, the date and time of the attack described in the OPS Report (March 11, 2008 at 21:18 hours); the description of the casualties (1 service member killed in action); the unit involved (3-73rd Calvary Regiment or 'CAV'); and attack details ('lead truck hit by an IED') are all consistent with my recollection of the Attack. Similarly, the date and time of the attack described in the IED Report (March 11, 2008 at 21:18 hours); the description of the casualties (1 service member 'KIA'); and the description of the weapon involved (a 'multi-unit EFP array') are all consistent with my recollection of the Attack.

**Q**. Please describe what happened to you, including the injuries you suffered, in the Attack?

**A.** I suffer from Post-Traumatic Stress Disorder ('**PTSD**') as a result of the Attack.

**Q.** What plans did you have for your future before the Attack?

**A**. My plans were to become a Sergeant Major in the Army. Serve 20 to 25 years.  Win! Later after my retirement, maybe serve in ministerial roles at my church.

**Q**. What activities did you enjoy doing before the Attack that you can no longer do?

**A.** A lot of activities… I used to enjoy friends and social outings. Church is hard for me now. I don't live a normal life or feel normal. I feel as if my chest is also going to explode a lot from the anxiety and intrusive thoughts resulting from the Attack.  I need sleeping pills and I was even suicidal at one point as well.

**Q**. What activities do you wish you could do that are not possible now?

A. I wish I felt normal in public, emotionally and mentally. Group activities and spending time with friends are not going happen for me anymore. I get panic attacks and/or sick being a passenger in vehicles too. So I must be the driver when I drive, which is rare.

I must also limit my driving as well. Driving cars triggers a lot of PTSD, like sometime I feel like my chest is going to explode when I'm driving. So I must limit my driving and traveling. I must set boundaries and things like this. I also don't like to be a passenger either. So I ride motorcycles and practice martial arts for therapy.

**Q**. Where are you living now?

DYK 004

**A.** I'm not connected with my family anymore after my military service. I got divorced after as well. I now live in Northern Nevada. I acquired 40 acres of 'off grid' property. I live in nature, with a small tiny house. Off grid with minimal accessories. I prefer it. Conventional neighborhoods are not comfortable to me at this time in my life.

**Q.** Are you working?

A. I don't work. I can't work in a normal conventional work environment. I am deemed unemployable by the VA and am retired from the Army/Veterans Affairs.

I train martial arts right now regularly for my mental and physical health. Living 'off the grid,' outside of the norm, is good for me.

**Q**. Would you please describe a typical day in your life now?

**A**. My day to day life consists of intrusive thoughts, anxiety, uncontrollable crying spells, ringing of the ears, and not being able to enjoy the same circles of society like I did before.

I spend most days in isolation. I can't really go to bars and any social activity that involves crowds and music. Strangers who have been drinking can sometimes trigger my PTSD. Although I love music, I must have boundaries in place for social gatherings. I can get panic attacks. I sometimes feel as though my emotions are going to make my chest explode from the intrusive thoughts of the Attack. A lot of these thoughts are due to all the manipulation by the Sheik that is tied to the Attack.

**Q**. What healthcare care are you currently receiving?

**A**. I receive ongoing out patient treatment from the VA in Reno, Nevada with scheduled appointments, along with taking my current sleeping pills.

**Q.** What plans for the future do you have now?

**A**. My current plans are to stay retired and maintain stability within my mental and physical health as best I can. For example, continue martial arts exercises for therapy and coping. And continue my routine treatment within the VA medical systems.

5.        The medical and military records attached to this Affidavit are true and correct

copies of my military service records and medical records from the Army and my medical records

from the Department of Veteran Affairs ('VA.'). These records fairly and accurately describe my

military service experience and my related medical history.

6.        A true and correct copy of my VA disability ratings is on Page 7 below. As see

on Page 7, the VA rates my PTSD resulting in major depression disorder as 100% disabling.

5

Overall, I am rated 100% disabled by the VA."

"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."

_____
Albert Dyk

SIGNED under oath before me on 11 April 2023

See Notary Language Below
_____
Notary Public – State of Nevada

State of Nevada
County of Humboldt

Subscribed and sworn to (or affirmed) before me on 4/11/2023
by Albert Dyk

_____
Notary Public

T SPERO
Notary Public - State of Nevada
Appointment Recorded in Humboldt County
No. 94-1226-9 - Expires January 6, 2026

6

# Disabilities



100%

**Total Combined Disability**

You have a 100% final degree of disability. This percentage determines the amount of benefit pay you will receive.

How is this calculated

**Add Disabilities**

Submit a claim to make any updates to the disabilities that you believe are related to your military service.

Apply Now.

# Rated Disabilities

| Disability | Rating | Decision | Related To | Effective Date |
|---|---|---|---|---|
| obstructive sleep apnea | 50% | Service Connected | Disability Evaluation System (DES) | 10/17/2013 |
| posttraumatic stress disorder (referred and claimed as posttraumatic stress disorder and major depression disorder in combination) | 100% | Service Connected | Disability Evaluation System (DES)<br><br>PTSD - Combat | 08/07/2014 |
| bilateral plantar fasciitis | 0% | Service Connected | Disability Evaluation System (DES) | 10/17/2013 |

DYK 007

UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035    Approved for Release to OGC - FOUO / PA applies    03/23/22 001
DYK 008

UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035        Approved for Release to OGC - FOUO / PA applies        03/23/22 002
**DYK 009**



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035   Approved for Release to OGC - FOUO / PA applies   03/23/22 003

DYK 010



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035          Approved for Release to OGC - FOUO / PA applies          03/23/22 004

DYK 011



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035          Approved for Release to OGC - FOUO / PA applies          03/23/22 005
DYK 012



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035     Approved for Release to OGC - FOUO / PA applies     03/23/22 006
DYK 013

UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0120
**DYK 014**
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
11/18/22 001



UN-REDACTED VERSION FILED UNDER SEAL.

USCENTCOM MDR 22-0120                **DYK 015**                11/18/22 002
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0120
**DYK 016**
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
11/18/22 003



UN-REDACTED VERSION FILED UNDER SEAL.

USCENTCOM MDR 22-0120                    **DYK 017**                    11/18/22 004
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle)<br>DYK, ALBERT MELVIN | 2. DEPARTMENT, COMPONENT AND BRANCH<br>ARMY/RA | 3. SOCIAL SECURITY NUMBER |

| 4a. GRADE, RATE OR RANK<br>SSG | b. PAY GRADE<br>E06 | 5. DATE OF BIRTH (YYYYMMDD)<br>198003█ | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY<br>PORTLAND, OREGON | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known)<br>BOISE IDAHO 83702-0000 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND<br>WT CO D WARRIORS MC | b. STATION WHERE SEPARATED<br>FORT BRAGG TC, NC 28310-5000 |

| 9. COMMAND TO WHICH TRANSFERRED<br>N/A | 10. SGLI COVERAGE ☐ NONE<br>AMOUNT: $ 400,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)<br>13F3P FIRE SUPPORT SPECIALI - 9 YRS 2 MOS//<br>NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2004 | 05 | 05 |
| | b. SEPARATION DATE THIS PERIOD | 2013 | 10 | 16 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0009 | 05 | 12 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0002 | 09 | 15 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2009 | 05 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)<br>BRONZE STAR MEDAL//ARMY COMMENDATION MEDAL //ARMY ACHIEVEMENT MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (3RD AWARD)//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//KOREAN DEFENSE SERVICE MEDAL//IRAQ CAMPAIGN MEDAL W/ CAMPAIGN STAR (3RD AWARD)//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)<br>ARMY OPEN ELEC WARFARE, 4 WEEKS, 2011//BASIC NCO CRS (BNCOC), 5 WEEKS, 2008//JNT FIREPWR/CTL CRS, 1 WEEK, 2011//JNT FIRES OBSERVER CRS, 3 WEEKS, 2009//JUMPMASTER, 3 WEEKS, 2011//PR LDRSHP DEV CRS, 1 WEEK, 2006//SERE (HIGH RISK), 1 WEEK, 2006// NOTHING FOLLOWS |

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | YES | X | NO |
|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | YES | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | YES | X | NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | |
|---|---|---|---|
| | | NO | X |

| 18. REMARKS /////////////////////////////////////////////////////<br>IMMEDIATE REENLISTMENTS THIS PERIOD -- 20040505-20080217//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20040315-20040504//SOLDIER PRESENTED US FLAG//EXTENSION OF SERVICE WAS AT THE REQUEST AND FOR THE CONVENIENCE OF THE GOVERNMENT//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20090820-20100315//SERVICE IN IRAQ 20070608-20080719// MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: //NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (2ND AWARD)//COMBAT ACTION BADGE//PARACHUTIST BADGE//SEE ATTACHED CONTINUATION SHEET<br>The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code)<br>RAEFORD NORTH CAROLINA 28376 | b. NEAREST RELATIVE (Name and address - include ZIP Code)<br>JONATHAN DYK<br>TILLAMOOK OREGON 97141 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) NC | OFFICE OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X | YES | NO |

| 21.a. MEMBER SIGNATURE<br>ESIGNED BY: DYK.ALBERT.M ELVIN.1273345023 | b. DATE (YYYYMMDD)<br>20130814 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature)<br>ESIGNED BY: MCDOWELL.RONALD.LEROY.1119855566<br>RONALD L MCDOWELL, HR ASST, SUPERVISOR | b. DATE (YYYYMMDD)<br>20130814 |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION<br>RETIREMENT | 24. CHARACTER OF SERVICE (Include upgrades)<br>HONORABLE |

| 25. SEPARATION AUTHORITY<br>AR 635-40, CHAP 4 | 26. SEPARATION CODE<br>SEK | 27. REENTRY CODE<br>4 |

| 28. NARRATIVE REASON FOR SEPARATION<br>DISABILITY, TEMPORARY (ENHANCED) |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD)<br>NONE | 30. MEMBER REQUESTS COPY 4<br>(Initials) AMD |

DYK 018



**DEPARTMENT OF THE ARMY**
316TH SUSTAINMENT COMMAND (EXPEDITIONARY)
LSA ANACONDA, BALAD, IRAQ
APO AE 09391

PERMANENT ORDER 168-122                                    16 June 2008

DYK, ALBERT M., 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, SGT, A TROOP, 3-73RD CAVALRY REGIMENT, (WH23A0), APO AE 09331

Announcement is made of the following award:

Award: Combat Action Badge
Date (s) or period of service: 1 March 2008
Authority: HQ DA Letter, 600-05-1, 3 June 2005, (VOCO MNC-I Commander, 30 October 2006).
Reason: For engaging or being engaged by the enemy.
Format: 320

FOR THE COMMANDER:

BRETT A. ROBINSON
CPT, AG
Chief, G1 Operations

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is PMG.

COPY

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| **AUTHORITY:** | Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN). |
| **PRINCIPAL PURPOSE:** | To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents. |
| **ROUTINE USES:** | Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions. |
| **DISCLOSURE:** | Disclosure of your SSN and other information is voluntary. |

| 1. LOCATION Fort Bragg, NC | 2. DATE *(YYYYMMDD)* 2013/02/07 | 3. TIME 1337 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME Dyk, Albert | | 6. SSN | 7. GRADE/STATUS E6/SSG |
| 8. ORGANIZATION OR ADDRESS D Co, WTB, Fort Bragg, NC | | | |

9.

I, SSG Albert Dyk _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 11 March 2008, we had a meeting at a Shiek's house. He was supposed to provide info on where a cache was but he was leading us on. We told the PLT Leader and Co Cdr we thought it was an ambush and shouldn't go but we went anyway. There was only one way in and out of the Shiek's house. PLT Leader and Co Cdr gave Shiek our exact expected arrival time. I told the command that this meeting was a bad idea. Leaving the Shiek's house, the first vehicle got blown up by an EFP. Everyone in the first truck was injured. The TC of the truck was my friend- SSG Laurent West and was cut in half. The fourth truck removed the body from the vehicle and I saw SSG West dead. I was in the 2nd vehicle and saw everything. The next day myself and another soldier had to wash the vehicle that was blown up and I could smell the blood. My exams note that I do not have hallucinations but that is not correct. I still smell dead bodies and see blood even though there is nothing there.

On the NARSUM the onset of my PTSD is not annotated correctly- there are two stories mixed together and they are inaccurate. One incident in March 2008, SSG West-my friend was cut in half when an EFP hit the vehicle- it was not a suicide bomber. The following day I had to clean up the vehicle but I did not pick up body parts related to the incident.

In December 2009, I saw a blown up suicide bomber. His teeth were shattered and I could smell the dead body and blood because it was hot that day and he was in a black plastic bag.

------------------------------------------------------------------NOTHING FOLLOWS------------------------------------------------------------------

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.*

**DA FORM 2823, NOV 2006**  DA FORM 2823, DEC 1998, IS OBSOLETE  APD PE v1.00

STATEMENT OF   SSG Albert Dyk          TAKEN AT   Fort Bragg, NC          DATED  2013/02/07

9. STATEMENT    *(Continued)*

A.M.D.

A.M.D.

A.M.D.

A.M.D.

**AFFIDAVIT**

I, Albert Dyk _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___2___. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ___7___ day of ___February___, _2013_

at  Fort Bragg, NC

_____
ORGANIZATION OR ADDRESS

*(Signature of Person Administering Oath)*

REGINA A. CIMINO
*(Typed Name of Person Administering Oath)*

Paralegal, Notary Public

_____
ORGANIZATION OR ADDRESS

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT                    PAGE  2  OF  2  PAGES

DA FORM 2823, NOV 2006                                                      APD PE v1.00

DYK 021



**DEPARTMENT OF THE ARMY**
SOLDIER SUPPORT CENTER
SOLDIERS' IDES/MEB COUNSEL
BLDG 4-2843, NORMANDY DRIVE
FORT BRAGG, NC 28310-7310



REPLY TO
ATTENTION OF:

MCXC-DODH-MEB                                              13 February 2013

MEMORANDUM FOR Deputy Commander of Clinical Services (ATTN: COL Frank
Christopher), Womack Army Medical Center, Ft. Bragg, NC 28310

SUBJECT:  Rebuttal of Medical Evaluation Board Proceedings and Request for correction to
NARSUM for **SSG Dyk, Albert (9415)**

Disqualifying Condition –Major Depressive Disorder

1.  SSG Dyk has been diagnosed with additional mental health conditions of adjustment disorder
and Major Depressive Disorder by First Health of the Carolinas.  (Please see the attached
medical records.)  In addition to his already disqualifying PTSD, SSG Dyk wants his additional
mental health diagnosis of Major Depressive Disorder listed on his DA Form 3947 as
disqualifying condition.

Non Disqualifying Condition of Adjustment Disorder

2. SSG Dyk also asks that is diagnosis of Adjustment Disorder be added as a non disqualifying
condition on his DA Form 3947.  (See attached medical records.)

Disqualifying Condition- Dx 1- PTSD

3.  In this case the DA NARSUM at page 2, 7b. is incorrect as to the facts for the Onset of his
Disqualifying condition of PTSD, specifically:

The NARSUM at page 2 Number 7b. Onset has incorrect facts in this case.  According to the
attached sworn statement of SSG Dyk the correct facts are as follows.

> On 11 March 2008, we had a meeting at a Shiek's house. He was supposed to provide
> info on where a cache was but he was leading us on. We told the PLT Leader and Co Cdr
> we thought it was an ambush and shouldn't go but we went anyway. There was only one
> way in and out of the Shiek's house. PLT Leader and Co Cdr gave Shiek our exact
> expected arrival time. I told the command that this meeting was a bad idea. Leaving the
> Shiek's house, the first vehicle got blown up by an EFP.  Everyone in the first truck was
> injured. The TC of the truck was my friend- SSG Laurent West and was cut in half. The
> fourth truck removed the body from the vehicle and I saw SSG West dead. I was in the
> 2nd vehicle and saw everything. The next day myself and another soldier had to wash the
> vehicle that was blown up and I could smell the blood.  My exams note that I do not have
> hallucinations but that is not correct.  I still smell dead bodies and see blood even though
> there is nothing there.

MCXC-DODH-MEB
SUBJECT: Rebuttal of Medical Evaluation Board Proceedings and Request for correction to
NARSUM for **SSG Dyk, Albert (9415)**

On the NARSUM the onset of my PTSD is not annotated correctly- there are two stories
mixed together and they are inaccurate. One incident in March 2008, SSG West-my
friend was cut in half when an EFP hit the vehicle- it was not a suicide bomber. The
following day I had to clean up the vehicle but I did not pick up body parts related to the
incident.

In December 2009, I saw a blown up suicide bomber. His teeth were shattered and I
could smell the dead body and blood because it was hot that day and he was in a black
plastic bag.

4. SSG Dyk asks that the correct facts related to his PTSD be included in the NARSUM. The
VA Mental Health exam supports the facts as stated above.

5. The POC for this Memorandum is the undersigned at 910-643-1699, Soldier Support Center,
1st Floor, Wing B, Fort Bragg, NC 28310.

Encls.
1. Statement of SSG Dyk
2. Medical Records from First Health

MARCELLE QUIST
Soldiers' IDES/ MEB Counsel

Reviewed and Approved by

Albert Melvin Dyk
SSG, U.S. Army

DYK 023

```
                    DEPARTMENT OF THE ARMY
             US ARMY INSTALLATION MANAGEMENT COMMAND
         HEADQUARTERS, UNITED STATES ARMY GARRISON, FT BRAGG
                   2175 REILLY ROAD, STOP A
                FORT BRAGG NORTH CAROLINA 28310-5000
```

ORDERS 211-0260                                        30 July 2013

1. DYK, ALBERT MELVIN ████████████ SSG WT CO D WARRIORS, (W2L628)FORT BRAGG, NC
28310

You are released from assignment and duty because of physical disability
incurred while entitled to basic pay and under conditions that permit your
placement on the Temporary Disability Retired List.

Effective date of retirement:  16 October 2013
Date placed on retirement list:  17 October 2013
Retired grade of rank:  SSG
Authorized place of retirement:  FORT BRAGG TC (W0U3NT) FORT BRAGG NC
28310-5000
Requested place of retirement:  N/A
Percentage of disability:  50
DOB:  26 March 1980
Sex:  M
Retirement type and allotment code:  TEMP DISABILITY/6
Component:  RA
Statute authorizing retirement:    1202
Other eligible laws:    1372
Disability retirement:  9 years, 5 months, 12 days
Section 1405:  9 years, 5 months, 12 days
Basic Pay:  9 years, 5 months, 12 days
Completed over 4 years of active service as Enl or WO:  N
Disability is based on injury or disease received in the line of duty as a
direct result of armed conflict or caused by an instrumentality of war and
incurred in the line of duty during a period of war as defined by law:  Yes
Disability resulted from a combat related injury as defined in 26 USC 104:  Yes
Member of an Armed Force on 24 Sep 75:  No
Significant awards:  Not applicable
Additional instructions:  a.  You are authorized up to 1 year to complete
selection of a home and complete travel in connection with this action.
PEBD:  Not applicable
FOR ADDITIONAL INFORMATION CONTACT:
Samanta Banks  samanta.t.banks.ctr@mail.mil  396-3723
SDN:  DYK9415PK10260
Format:  610

2. DYK, ALBERT MELVIN 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 SSG WT CO D WARRIORS, (W2L628)FORT BRAGG, NC
28310

You are reassigned as shown for separation processing.

Assigned to:  FORT BRAGG TC (W0U3NT) FORT BRAGG NC 28310-5000
Reporting date:  16 October 2013
Additional instructions:  a.  DEPNS: YES  b.  If applicable, reporting and
availability date will be determined by the DA Form 31 (Request and Authority
for Leave).  c.  You must attend a Transportation Briefing given by the
Personal Property Shipping Office (PPSO) prior to arranging shipment/storage
of your personal property; bring three (3) copies of your orders. The office

DYK 024

ORDERS 211-0260        US ARMY INSTALLATION MANAGEMENT COMMAND        30 July 2013

is located in the SSC (Bldg 4-2843), 1st Floor, North Wing, Room  1-N-22
next to Carlson Wagonlit). For additional information and to view the
briefing schedule, visit the PPSO website at
http://www.bragg.army.mil/directorates/logistics/ITO or
https://airborne.bragg.army.mil/ITO or call 910-396-5212/5246/2903.  d.  60
days prior to your final processing appointment you will report to the
Installation Soldier Support Center (ISSG), Bldg 4-2843, 2d floor, Wing D,
Room 261, between 1300 and 1600, Monday thru Friday, to schedule an
appointment to pick-up your DA Form 137 (Installation Clearance Record). You
will need to have a copy of your approved DA Form 31 for PTDY/leave and
orders. e.  If you have an issued government travel card then you will carry
a "zero balance" and turn the card in prior to departing this installation.
f.  Upon receipt of orders you will contact the Central Issue Facility (CIF)
at 396-7045 or 7039 and establish an appointment to turn in all CIF issued
equipment.  The CIF Help Desk can provide you a copy of your clothing record,
Monday through Friday, from 0800 - 1530.  g.  Soldier's appointment for final
transition processing has been scheduled for 14 AUG 13 @ 1330 HRS W/T Mrs.
Banks.

FOR ARMY USE
Auth:  AR 635-10
18 years act Federal svc on 1 Nov 81:  Not applicable
HOR:  BOISE ID US
Scheduled date of separation:  16 October 2013
MDC:  7BE3
Place EAD or OAD:  PORTLAND OR US
Comp:  REGULAR
SPD:  SEK1
PEBD:  Not applicable
Format:  430

FOR THE COMMANDER:

                                    ******************************
                                    *OFFICIAL                    *
                                    *FT BRAGG NC                  *
                                    ******************************
                                    A. MARK JORDAN, III
                                    CHIEF, MILITARY PERSONNEL DIVISION

DISTRIBUTION:
SSG DYK (15)
Cdr WT CO D WARRIORS, (W2L628) (3)
REC SET (1)
CDR, 126TH FINANCE (2)
USA RES CONTROL GROUP (RET) USACC
ST LOUIS, MO  63132 (1)
SECURITY & INTEL DIV, PUBLIC SAFETY
BUSINESS CENTER (1)
XVIII AIRBORNE CORPS RETENTION (1)
SOLDIER SUPPORT CENTER (OUT
PROCESSING) (1)
XVIII AIRBORNE CORPS, ACOFS G1

12/03/2018 ADDENDUM STATUS: COMPLETED
Including ACOS Mental Health.

/es/ JEFFREY M SHEPARD
PSYCHOLOGIST
Signed: 12/03/2018 12:03

Receipt Acknowledged By:
12/11/2018 10:24 /es/ ERIN ANDERSON FORTIER
PSYCHOLOGIST

## Encounter

| Date/Time | Encounter Type | Encounter Description | Reason | Provider | Source |
|---|---|---|---|---|---|
| Nov 20, 2018, 09:00 AM | OFFICE/OUTPATIENT VISIT EST | MENTAL HEALTH CLINIC - IND | Bipolar disorder, current episode hypomanic ICD10 F31.0 with Provider Comments: Bipolar II disorder, most recent episode hypomanic (SCT 48937005) | MARTELL,TORESA | DOWNTOWN EUGENE VA CLINIC |

### Encounter Notes

The included Outpatient Encounter Notes are available 3 calendar days after completion and include a maximum of the 5 most recent notes associated with the Outpatient Encounter. The data comes from all VA treatment facilities.

| Date/Time | Encounter Note | Provider |
|---|---|---|
| Nov 20, 2018, 09:21 AM | MENTAL HEALTH PHYSICIAN NOTE : LOCAL TITLE: PSYCHIATRIST NOTE STANDARD TITLE: MENTAL HEALTH PHYSICIAN NOTE DATE OF NOTE: NOV 20, 2018@09:21 ENTRY DATE: NOV 20, 2018@09:21:52 AUTHOR: MARTELL,TORESA EXP COSIGNER: URGENCY: STATUS: COMPLETED<br><br>*** PSYCHIATRIST NOTE Has ADDENDA ***<br><br>TREATMENT THIS VISIT: Psychotropic medication management with non-pharmacotherapeutic services. 100% PTSD - 40 minutes | MARTELL,TORESA |

**CONFIDENTIAL**

ID: 38 YO veteran 100% SC for PTSD.

Veteran arrived 15 minutes late for his scheduled appointment,
which was a 30 minute time slot. Vet is transfer from CPS clinic.

SUBJECTIVE: Veteran is known to this clinic, and per report of staff, presents
in this angry agitated manner at most visits. He was escorted by security
officer for loud aggressive behavior and guard stood outside the door during
appt.

Per past notes, veteran was seen at least once at Peace Health APU and started
on Depakote, which he refuses to take. He is adamant that medications are not
changed from Prazosin and Zolpidem, and declines mood stabilizers or
antipsychotics. He angrily states that he was tested in detail in the six month
residential program, and "only has PTSD, not Bipolar or psychosis."

Veteran continues to endorse PTSD symptoms of intrusive thoughts, anxiety,
hypervigilance, avoidance behaviors. Nightmares better controlled with
Prazosin. He takes zolpidem, intermittently 1-3x/wk. and can often sleep with
5mg.
Vet continues to report the same concerns voiced in the past: "police have
targeted me subliminally. The community is not supportive. I need to get my
stuff organized and move. There is no community support here Eugene. They are
trying to evict me. I was just protecting myslef. They jumped me... and sexually
harassed me."

He is estranged from his parents. "They called me a Nazi, she wore black lip
stick - they hate my guts." He continues to voice concern that his brother is
going to shoot him. Per notes, he threatened to kill him first in the past. No
statements of overt threat were made today. "There is nothing wrong with me!
They are all out to get me!"

"The FBI is watching me. I was with General Petraeus. I'm infestation prisons,
maybe work as a lobbies - these jobs are weird in Oregon. I'm running for
Governor."

Vet states his only psychotic symptoms happened on active duty. "I had
jumpmaster duty. I was hallucinating, not sleeping."
"I do traditional martial arts. It helps with back pain"

Veteran STOPPED taking Paroxetine after a few days. "I didn't like how I felt."
Would not clarify symptoms.
Per record: past medication trials include Citalopram, Sertraline, Fluoxetine.
"I would take them for a couple of weeks and then just toss them."

Caffeine: 1-2 cups in the morning
Illicit Drug Use: denies use
Cannabis: smokes
Tobacco: none
EtOH: rarely - 1 beer per month

Allergies: DULOXETINE

Active Outpatient Medications (including Supplies):

Active Outpatient Medications Status
========================================================================
1) MELATONIN 3MG CAP/TAB TAKE 1 TABLET BY MOUTH EVERY    ACTIVE
EVENING FOR SLEEP
2) PAROXETINE HCL 40MG TAB TAKE ONE-HALF TABLET BY MOUTH    ACTIVE
DAILY FOR POST TRAUMATIC STRESS DISORDER
3) PRAZOSIN HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH EVERY    ACTIVE
NIGHT AT BEDTIME FOR NIGHTMARES
4) TRIAMCINOLONE ACETONIDE 0.5% CREAM APPLY A SMALL    ACTIVE
AMOUNT TO SKIN TWICE DAILY FOR SKIN CONDITION

VITALS:
Temperature: 98 F [36.7 C] (06/28/2018 11:29)
Pulse: 58 (11/20/2018 09:46)
Respiration: 16 (06/28/2018 11:29)
Blood Pressure: 139/88 (11/20/2018 09:46)
Height: 71 in [180.3 cm] (01/26/2016 10:16)
Weight: 224.2 lb [101.9 kg] (07/10/2018 08:56)
BMI: 31*
Pain: 3 (07/10/2018 08:56)

MENTAL STATUS EXAM
Alert and oriented. Hyperverbal and difficult to redirect. Avoids eye contact

**CONFIDENTIAL**

Casually dressed, appropriately groomed.
Mood "fine"
Affect angry, intense, agitated for most of the session
Thought process tangential
Content denies S/HI, did not make specific threats today, paranoid
Denies suicidal intent or plan
Insight poor
Judgment poor

ASSESSMENT
Ten year Army veteran who was medically discharged for PTSD, per record. Mental
health treatment began while active duty. He was in an intensive outpatient
treatment in North Carolina for six months in 2012. He has been on Prazosin and
Zolpidem for years. Only hospitalization was in 2017 for ten
days, after threatening people with a knife. He continues to express paranoid
ideation, has moved several times, and is easily triggered. HE is estranged from
his family due to fears of conspiracy, left Reedsport for Florence, then to
Eugene, in attempts to get away from symptoms. His symptoms appear to be
escalating compared with notes this time last year, when
veteran was taking Depakote.

DIAGNOSIS:
- Chronic PTSD
- Bipolar Disorder

PLAN:
MEDICATION RECONCILIATION
I have reviewed the current medication list with the patient/significant
other/family and they verbalized understanding of medication
instructions/changes.
Medications ordered/change
- No change. Renewed Zolpidem, and Prazosin to address nightmares.

Veteran denies suicidal ideation, planning or intent to harm self. Veteran is
currently assessed to be low risk for self-harm at this time. Veteran is aware
of Veterans Crisis Line, ED, 3P, Safety Net Group and other available resources
if veteran experiences SI/HI or an increase in symptoms. Veteran participated in
the formulation of the treatment plan and is satisfied with it.
- d/c Paroxetine - vet not taking

VA Health Summary (Continuity of Care Document)

- Will not renew Lorazepam as vet insists on continuing with Zolpidem.
- Strongly encouraged addition of mood stabilizer - on Depakote for a brief period, or antipsychotic but vet declines, and is adamant that he does not have a mental illness outside of PTSD.
- Will continue to build rapport over time. Vet declines hospitalization and does not meet criterion for legal hold.
- Will discuss with treatment team.

/es/ TORESA MARTELL
D.O.
Signed: 11/21/2018 09:55

Receipt Acknowledged By:
11/21/2018 13:14 /es/ JEFFREY M SHEPARD
PSYCHOLOGIST

12/03/2018 ADDENDUM STATUS: COMPLETED
After speaking with veterans community therapist and the violent crimes detective who observed vets behavior on day of arrest, This writer called local Eugene Police Dept. Officers are well are of veteran's behaviors, and feel that a safety check would likely incite veteran, due to the volatile nature of his interactions with them. Unless there is a new incidence, will monitor situation as appropriate.

Disruptive Behavior Committee and acting ACOS is aware of situation and high risk flag in place.

/es/ TORESA MARTELL
D.O.
Signed: 12/03/2018 09:07

Receipt Acknowledged By:
12/03/2018 12:08 /es/ JEFFREY M SHEPARD
PSYCHOLOGIST

12/03/2018 ADDENDUM STATUS: COMPLETED
Adding ACOS MH

/es/ JEFFREY M SHEPARD

This interim flag will be reviewed at the next scheduled DBC meeting

A Behavioral Flag does not reduce eligibility for VA health care.
Veteran remains eligible to access VA health care services.

The signer affirms that she is a member of the DBC who is authorized to enter
this note. Questions about the Disruptive Behavior Committee, the actions stated
above or, flag advisories, may be directed to the Office of the Chief of Staff.

/es/ COLLEEN M. DENNY, RN-BC
PC-MHI Nurse Care Manager
Signed: 11/30/2018 16:14

**Encounter**

| Date/Time | Encounter Type | Encounter Description | Reason | Provider | Source |
|---|---|---|---|---|---|
| Nov 30, 2018, 02:22 PM | HC PRO PHONE CALL 21-30 MIN | TELEPHONE MH | Bipolar disorder, current episode hypomanic ICD10 F31.0 with Provider Comments: Bipolar II disorder, most recent episode hypomanic (SCT 48937005) | ROSSBACH,KURT N | ROSEBURG VA MEDICAL CENTER |

**Encounter Notes**

The included Outpatient Encounter Notes are available 3 calendar days after completion and include a maximum of the 5 most recent notes associated with the Outpatient Encounter. The data comes from all VA treatment facilities.

- | Date/Time | Encounter Note | Provider |
  |---|---|---|
  | Nov 30, 2018, 02:22 PM | MENTAL HEALTH TELEPHONE ENCOUNTER NOTE : LOCAL TITLE: TELEPHONE CONTACT NOTE - MENTAL HEALTH STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE DATE OF NOTE: NOV 30, 2018@14:22 ENTRY DATE: NOV 30, 2018@14:22:23 AUTHOR: ROSSBACH,KURT N EXP COSIGNER: URGENCY: STATUS: COMPLETED  Received a phone call from Detective Mackey of the Eugene Police Department regarding Mr. Dyk. Mr. Dyk is reported to have been involved in a traffic stop | ROSSBACH,KURT N |

**DYK 031**

several days ago in which Veteran is reported to have charged at the police officers wearing a holster which apparently did not have a firearm in it. The Veteran was subdued by officers and taken to jail. Police found several firearms in the Veteran's vehicle which were taken into custody.

Veteran was stopped by police after the Veteran had caused a disturbance at a local Starbucks coffee Shops. Veteran had spotted several police officers buying coffee and began verbally attacking the officrs, making statements about the government enacting Martial Law and the Veteran would defend himself as he has firearms.

Detective Mackey states that the above altercation is one in an ongoing series of disturbances involving the above Veteran who reportedly has made repeated references to being armed and able to defend himself from government agents or police.

Detective Mackey reports that he talked with the Veteran's community therapist who was unable to provide information about the Veteran. Reportedly the Veteran has stated to police that he is prescribed MH medications but does not take his medication.

The Detective tells this writer that the Veteran is now asking for his firearms back. Veteran reportedly was released from jail without being assessed for potential danger to self, others, or gravely disabled by a mental disorder.

Detective Mackey was aware that mental health assessment was available through the Johnson Unit. The Detective decided during this call that given the history of Veteran's violent confrontations with police and Veteran's statements of being in MH treatment, Detective Mackey will refer Veteran to the Johnson Unit for a MH evaluation before Veteran's firearms are returned to him.

This writer did not disclose any information specific to the Veteran during the course of this call.

/es/ KURT N ROSSBACH
Suicide Prevention Coordinator
Signed: 11/30/2018 14:45

Receipt Acknowledged By:
11/30/2018 16:04 /es/ TORESA MARTELL
D.O.
11/30/2018 15:00 /es/ ERIC M SULLIVAN
PHYSICIAN

**Encounter**

**LuAnn K. Wu LPC LLC**
399 E. 10th Ave. #104, Eugene, OR 97401
Phone (541) 510-1006                                    Fax: 541-686-3283

<u>TREATMENT SUMMARY</u>

Name:  Albert Dyk                                                         Date of Birth: 03/██/1980
Date of First Session:   8/30/18                                    Date of Last Session: 11/16/18
Number of Sessions:  11                                               Date of Treatment Summary: 3/1/19

<u>Chief Complaints and Pertinent History:</u>

Albert was referred to me through the Triwest Veterans Choice Program, and sought therapy for relief of "my PTSD symptoms." Albert reported being in a 6-month intensive outpatient therapy program that "was helpful to me" in Fort Bragg, North Carolina. Albert reported being retired from the US. Army for 5 years, where he served 9 years (reaching a rank of E-6), and was stationed in Korea, Iraq, and Fort Bragg. He is 38 years old, divorced since 2016, and reported being estranged from his biological family for the past year. Albert reported that "I am unable to find a counselor who I trust in the local VA." He reported symptoms of anxiety, anger, crying spells, guilt, numbness and fleeting suicidal thoughts. He reported that he had thoughts of "not wanting to be here" about once a month, but did not report having an imminent suicidal plan. Albert reported frequent marijuana use, less frequent alcohol use, and no nicotine use. Albert reported being on Prazosin for hypertension. Albert reported regular use of Taekwondo for exercise, and pursuing online studies for a second Bachelor's Degree.

<u>Treatment Plan and Process:</u>

Treatment modalities that were utilized were Cognitive Behavioral, Self Compassion, and Emotion Focused Therapies. On 10/18/18 Albert. scored 61, which indicated high severity (> 45 Indicates Clinical Significance) on the PCL-C PTSD Checklist, and scored 12 (>10 Indicates Moderate Severity) on the PHQ-9 (Depression Assessment).  Focus of sessions included: processing grief surrounding his tours in Iraq and the loss of family support, education on grounding exercises and self-calming during symptoms of hyper-vigilance, decreasing isolating behaviors and increasing use of healthier relationships skills. In addition, there was discussion of cognitive distortions and discerning faulty beliefs. We also discussed speaking to a psychiatrist about trying a mood stabilizer to combat his PTSD symptoms.

<u>Treatment Progress:</u>

Albert was engaged and on time for almost all sessions. Albert appeared to have good insight into his symptoms of PTSD and depression, and was working on ways to calm his hyper-vigilance through Taekwondo and online studies. Isolating behaviors appeared to make his depression symptoms worse, and we discussed how he might begin to build a more supportive social network. However, Albert appeared to be distrustful of people in general and authorities including some in law enforcement and other governmental agencies. He also appeared to lack insight into his own distorted assumptions at times, and how those thoughts may impact relationships. Albert's intelligence, sensitivity, confidence, and sense of humor will be helpful resources in his treatment's progress.

<u>Nature of Treatment Termination:</u>

Due to information reported to me and further communications with Albert, it was my clinical decision that he required a level of care that was outside my scope of practice. On 12/5/2018, I transferred his mental health care to Dr. Toresa Martell with Eugene VA Behavioral Health.

<u>Recommendations:</u>

I would recommend Albert seek intensive outpatient psychotherapy with an emphasis on Cognitive Behavioral Therapy. I would recommend a medication consult with a psychiatrist and to rule out possible paranoia and/or delusional features related to PTSD and/or depression. I would also recommend increasing his social support network.

_LuAnn K. Wu_                                                      _3/1/19_
LuAnn K. Wu, LPC LLC                                          Date