# EXHIBIT 12

# <u>The Sergeant James W. Hull Family</u>



HULL 001

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY B. HEATON, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:19-cv-03003-JMC |
| THE ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

**TESTIMONIAL AFFIDAVIT OF PLAINTIFF JAMES W. HULL IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN**

Pursuant to 28 U.S.C. § 1746, I, James W. Hull, hereby declare as follows:

1.      "I am one of the Plaintiffs in this case. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

2.      I was born in February 1975 and am now 48 years old. I am a resident of the State of Montana. In accordance with 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I)–(II) and 1605A(c)(1)–(2), at the time of the May 17, 2011 terrorist attack in which I was injured (hereinafter '**the Attack'**)  I was a United States citizen and member of the United States armed forces. Specifically, I was a member of the Army. I was 36 years old at the time of the Attack. The photograph on the preceding page was taken in Iraq during Operation New Dawn and accurately depicts me in my Army uniform.

3.      I am presenting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ('Iran'). More specifically, I am submitting this Affidavit to provide the Court with the facts concerning the May 17, 2011 terrorist attack, the injuries I suffered in the Attack, the medical care and treatments I have received for my injuries, my current condition, and how the attack and injuries have impacted me and my life.

HULL 002

4.      Prior to signing this Affidavit, my attorneys asked me series of questions about the Attack, my resulting injuries, the medical care and treatments I have received since the Attack, and my life today. Below are the questions and my answers:

**Q.** What was your mission, and what happened to you on May 17, 2011?

On May 17, 2011, at approximately 13:07 hours, I was traveling in a Mine Resistant Ambush Protected (MRAP) vehicle and was on a routine mission traveling to COB Adder in Nasiriyah. I was traveling on Route Orlando near Checkpoint 7B with my gunner, SPC Tyler Catron, my driver, PFC Joshua Sweeny, and my medic, SPC James Chvileck.

I remember going around a traffic circle and then accelerating at speed. Then everything went black and numb and then slowly faded back. It was like a fuzzy TV screen where you can't see the channels. When I came to, I remember I was covered with flies. I could also smell explosives. I recall a strong chemical smell that resembled spent gunpowder. It was like a bullet casing after a weapon is fired but much more intense.

Whether they were there or not I don't know. I didn't know where I was, I didn't know where I was going, or what I was doing.

I looked back and saw my medic, SPC Chvilicek stumbling around and bleeding from his face and looking down at his bloody hands confused. My gunner, Tyler Catron, was laying on the floor under the turret. Tyler was trying to sit up, had a blank look on his face, and had his arms extended forward. At this time, I did not know that I was hit by shrapnel.

I then started assessing the injuries of the others in my truck and the equipment, setting up security, and getting communications ('cammo') to relay what was going on to headquarters. Our casualties were 2 wounded and catastrophic damage to the MRAP, which I found out from someone in my unit (I don't remember who) that we were hit by a 5-inch x 5 array steel EFP.

I also remember that night, the night of the Attack, I didn't sleep. In fact, I was up for about 3 or 4 days off adrenaline alone. That was one big explosion and it altered me from that point.

The photographs on Pages 4–12 below were taken by me on May 17, 2011 shortly after the Attack. The photographs fairly and accurately depict the condition of the MRAP I was traveling in after the May 17, 2011 Attack.

The photograph on Page 13 below was also taken by me on May 17, 2011 shortly after the Attack. I believe the photograph fairly and acutely depicts the sleeve of **my** combat shirt but I am not positive about this. Army medics had to cut off part of my shirt after the Attack. Thus, I think the blood depicted in the photograph is mine but I am not 100% sure.

3



4



HULL 005



HULL 006





7



HULL 008



9



HULL 010



HULL 011



HULL 012



**Q**. Please describe what happened to you, including the injuries you suffered, in the Attack?

**A.**  My physical wounds were shrapnel wounds to my left forearm, a concussion, and residuals of a Traumatic Brain Injury ('TBI') causing headaches. My mental wounds are as follows: Post Traumatic Stress Disorder ('PTSD') resulting in depression, insomnia, and anger issues.

**Q**. Please describe the medical treatment you have received due to injuries sustained in the Attack?

**A.** Shortly after the Attack, the CASH (Combat Area Support Hospital) in COB Adder surgically removed the shrapnel from my left forearm.

After I was discharged and returned to the United States around October 2011, I received counseling through the Department of Veteran Affairs ('VA') and, the Vet Center in Kalispell, Montana every week for 5 years, then every 2 weeks for 5 years with periodic group counseling sessions. Then when COVID hit it all stopped for a while.

Currently, I see the VA 'shrink' around every 3 months now. I receive medication and treatment prescribed from the VA for PTSD, Depression, a TBI, Tinnitus, Headaches, and Insomnia. Furthermore, in the summer of 2016,I spent 6 weeks in the Fort Harrison, Montana VA inpatient behavioral health treatment center. I also receive ongoing psychiatric counseling through the VA

13

for mental wounds sustained during my service in Iraq and medication management.

**Q**. Please describe how the Attack impacts you today?

**A.** I struggle with the rage. I get into a moment, and I just became so angry, and I have no control. I say the vilest things to my wife when I'm like this. I am quick tempered, happy, then sad or mad over and over again. It's like a roller coaster, you never know what day is going to come. My emotions are so erratic. The VA deemed me unemployable. I am unable to provide for my family or earn a decent wage. It's a struggle. My head is always running and I am thinking constantly. I also get jumbled up and confused. Then I get mad and the rottenest phrases come out of my mouth.

I have hermit–like tendencies where I don't leave the house. I have my fort and I feel secure. I don't fare well in crowds. I experience heightened hyper vigilance, like everyone's in my space and the ones around me should know what to do. I get anxious, on guard, and watch everyone and notice everything. I have no fuse.

I also forget things, like turning off the stove or leaving the truck running, because of my TBI. My attention to detail and being able to think things through before I react is also gone because of my TBI. When it comes to the destructiveness, it's the things I do that I regret. There have been a lot of regrets, financially and emotionally, after the Attack. The toll on my life has been great.

My love life with my wife is also twisted. We met about three years before the deployment after connecting on Facebook. Christina and I dated for eight months but lost touch when I moved out of state. We rekindled and formalized our relationship while I was on leave after I got hit. She has stuck by my side for 13 years.  I love her dearly in my own way. However, living with me is very tough for Christina. I have no fuse, am forgetful, am rude at times, am quick-tempered at times, happy at times, then sad or mad at times. We never know what to expect day after day. It's like being in a room full of people and feeling lonely. I'm different than others. I'm on guard, I'm amped all the time. And other days I'm depressed and feel suicidal.

My wife doesn't know what to expect day-to-day when I wake up. For the first couple minutes or so when I wake up, I'm Sergeant Hull and my family's world depends on what's happening in my world as it pertains to my stressors (which dictate how my day will be).

My kids don't understand why I expect everything to be done perfectly and why I'm yelling (or as I call it, talking loudly). The demand for perfection was instilled in me by the military. I love my kids but I'm so hard on them sometimes. For instance, I sometimes treat them like my subordinates. I don't think my kids know that I love them as much as I do. I rarely show them conventional love and often use 'tough love' instead. It's hard on everyone. I can be so straight to the point that it hurts people's feelings, resulting in a fight.

**Q**. Has your post–Attack PTSD led to any legal troubles?

**A.** Yes. On January 10, 2013, I was arrested by the Flathead County, Montana SWAT team. I was having flashbacks of the Attack, and I was in a fit of rage, so they shut down the city block. CPS took my kids for a year or so because of that incident. I needed a lot of help.

I have no fear. That is, in of itself, is very dangerous to everyone around me. I've come face to face with the devil and have been trained by the finest warriors on Earth. So I'm stuck with this 'no-fear' mentality. I also expect everyone, including my kids, to know their job and do their job like in the Army. My kids are like 'we have a job?'

My biological kids probably hate me. For instance, the arrest incident still looms above my head pertaining to visitation rights with my second daughter, who is 14 now. I'm struggling to get visitations with her today. Her mother (my ex-wife) got an attorney after we moved over 100 miles away from Olney, Montana (where my daughter and ex-wife live). My PTSD got me so fucked up and erratic, which caused me to impulsively 'sign away' my visitation rights with my second child around December 2022. I now deeply regret this decision.

**Q.** What plans did you have for your future before the Attack?

**A.** Before the Attack, I wanted to own my own machine shop. I worked as a machinist before the Attack and worked with various metals and plastics. This is a job requiring a ton of attention to detail. Because of my TBI, I no longer have the same attention to detail at work. My PTSD and resulting erratic behavior also makes it hard to work with other employees.

For these reasons, the VA deems me 100% unemployable.

**Q.** What activities did you enjoy doing before the Attack that you no longer enjoy?

**A.** I used to enjoy outdoor activities like hunting, hiking, fishing, and hanging out with family. I'm now a recluse and do not want to be around other people.

**Q.** Where are you living now?

**A.** Around October 2022, we bought a house in Yaak, Montana. Yaak is one of the most remote areas in the continental United States.

**Q.** Would you please describe a typical day in your life now?

**A.** I tend to get up early and go to bed late. I drink a lot of coffee and watch the news. I sleep a lot also and tend to 'bum around' throughout the day. I feel like I'm just floating through life. I try to fix things around the house from time to time, but the projects often overwhelm me.

**Q.** What does the future look like for you?

**A.** I'm looking forward to doing gardening when the snow melts in the new house. We may start a little farm with chickens also. I really want to try to get back into hiking and enjoying nature. I used to enjoy the outdoors so much before the Attack.

I also want to try to be a better husband and father to my kids. After the Attack, I've struggled a lot to be capable of loving others. I want to get better at this and use less 'tough love.'

HULL 015

5.      I received a Purple Heart due to injuries sustained in the Attack. The Department of Veteran Affairs ('VA') rates my PTSD with  depressive disorder  and  cognitive disorder due  to a TBI as a combined 70% disabling.

6.      The medical and military records attached to this Affidavit are true and correct copies of my military service records from the Army, my medical records from the Army, and my medical records from the VA. These records fairly and accurately describe my military service experience and my related medical history.

7.      Lastly, my attorneys informed me that they received a redacted, 6 page OPS Report from United States Central Command ('CENTCOM') in response to a *Touhy* Request for records related to the Attack. After reviewing the OPS Report (attached to this Affidavit), **it is my opinion that the OPS Report fairly and accurately describes the May 17, 2011 attack at issue in this lawsuit.** For instance, the location of the attack as described in the OPS Report (on ASR Orlando en route to COB Adder), the date and time of the attack in the OPS Report (May 17, 2011 at 13:09 hours), the description of the casualties (2 service members wounded in action), and the weapon involved (an EFP) are all consistent with my recollection of the Attack.

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

_____
James W. Hull

SIGNED under oath before me on 03/27/2023 _____.

_____
Notary Public – State of Montana

DEANNA THILL
NOTARY PUBLIC for the the
State of Montana
Residing at Troy, Montana
My Commission Expires July 31, 2024
Commission Number: 352600

SEAL

17

HULL 017



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035          Approved for Release to OGC - FOUO / PA applies          03/23/22 001
HULL 018



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035          Approved for Release to OGC - FOUO / PA applies          03/23/22 002
HULL 019



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035     Approved for Release to OGC - FOUO / PA applies     03/23/22 003

HULL 020



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035   Approved for Release to OGC - FOUO / PA applies   03/23/22 004
HULL 021



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035        Approved for Release to OGC - FOUO / PA applies        03/23/22 005

HULL 022

UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035          Approved for Release to OGC - FOUO / PA applies          03/23/22 006
HULL 023

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) HULL, JAMES WILLIAM | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/ARNGUS | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK SGT | b. PAY GRADE E05 | 5. DATE OF BIRTH (YYYYMMDD) 197502█ | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY MISSOULA, MONTANA | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) OLNEY MONTANA 59927 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND CO B 1-163D IN BN FC | b. STATION WHERE SEPARATED JOINT BASE LEWIS-MCCHORD, WA 98433 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED B CO 1-163RD CAV REG (WYLJB0) 9383 RUNNING W RD MISSOULA MT 59808 | 10. SGLI COVERAGE  NONE AMOUNT: $ 400,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 11B2O INFANTRYMAN - 1 YRS 1 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2010 | 09 | 17 |
| | b. SEPARATION DATE THIS PERIOD | 2011 | 10 | 19 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0001 | 01 | 03 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0003 | 09 | 28 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0004 | 05 | 04 |
| | f. FOREIGN SERVICE | 0000 | 09 | 14 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2010 | 04 | 13 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) ARMY COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (2ND AWARD)//NATIONAL DEFENSE SERVICE MEDAL //GLOBAL WAR ON TERRORISM SERVICE MEDAL// IRAQ CAMPAIGN MEDAL W/ CAMPAIGN STAR//NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON//ARMY//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) NONE//NOTHING FOLLOWS |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | X | NO |
|---|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA    ) | | YES | X | NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS //////////////////////////////////////////////////////////////////////
SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20101117-20110830//ITEM
12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE
ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH
ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO
ACTIVE DUTY IN SUPPORT OF OPERATION IRAQI FREEDOM IAW 10 USC 12302 FROM
20100917-20111019//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//POST DEPLOYMENT
MOBILIZATION RESPITE ABSENCE (PDMRA) FROM//SEE ATTACHED CONTINUATION SHEET
The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) WHITEFISH MONTANA 59937 | b. NEAREST RELATIVE (Name and address - include ZIP Code) JAMES A HULL KALISPELL MONTANA 59901 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) MT    OFFICE OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X | YES | | NO |

| 21a. MEMBER SIGNATURE ESIGNED BY: HULL.JAMES.W ILLIAM.1155262415 | b. DATE (YYYYMMDD) 20110908 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: BARTHOLOMEW.VIRGINIA.LEE.1016754192 VIRGINIA L BARTHOLOMEW, SFC, NCOIC | b. DATE (YYYYMMDD) 20110906 |
|---|---|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RELEASE FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-200, CHAP 4 | 26. SEPARATION CODE MBK | 27. REENTRY CODE NA |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION COMPLETION OF REQUIRED ACTIVE SERVICE |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) JWH |
|---|---|

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. | MEMBER - 4 |
|---|---|---|

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY (Continuation Sheet)
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| HULL, JAMES WILLIAM | ARMY/ARNGUS | ▓▓▓▓▓▓▓▓▓ |

(Specify the item number of the block continued for each entry.) ///////////////////////////////////////////////////////////////////////////
CONT FROM BLOCK 18: 20110915-20110916// YELLOW RIBBON REINTEGRATION PROGRAM (YRRP) 2 DAYS//CONT FROM BLOCK 13: SERVICE RIBBON//OVERSEAS SERVICE RIBBON (2ND AWARD)//ARMED FORCES RESERVE MEDAL W/ M DEVICE//DRIVER AND MECHANIC  BADGE W/DRIVER-WHEELED VEHICLE(S) CLASP//NOTHING FOLLOWS

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| ESIGNED BY: HULL.JAMES.W ILLIAM.1155262415 | 20110908 | ESIGNED BY: BARTHOLOMEW.VIRGINIA.LEE.1016754192 VIRGINIA L BARTHOLOMEW,  SFC,  NCOIC | 20110906 |

**DD FORM 214C, AUG 2009**          GENERATED BY TRANSPROC          **MEMBER - 4**

HULL 025

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION COB ADDER | 2. DATE (YYYYMMDD) 20110518 | 3. TIME 1623 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME Hull, James William | | 6. SSN 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 | 7. GRADE/STATUS SGT / E-5 |
| 8. ORGANIZATION OR ADDRESS B co/163 CAB | | | |

9.

I, JAMES WILLIAM HULL, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

That on 17May2011 (date) at about 1307 (time), I was in the position of ACC on MRAP number 5, B213 of

convoy CHAINSAW 2-1 along with PFC Sweeney, SPC CHVILICEK, SPC LATZON.

While enroute to ADDER and approaching CP 7B at approximate grid _____

we received (SAF/IED/IDF) contact. The contact was approximately 10 meters at 3 o'clock from our position.

Our MRAP was located in the (front/ middle/ rear) of the convoy element, when the contact was received. Vehicles affected by this

contact was/were Truck 5 B213.

Immediately after the contact my actions were:

PROVIDED AID TO THE WOUNDED AND ASSESSED CASUALTIES, ATTEMPTED to RADIO WITH

Distance, Direction, AND Discription, MAINTAIN Security WITH CREW SERVED WEAPON

Regained Commo With imbeder RADIO

There were casualties as a result of contact (yes/ no) If yes explain in brief injuries sustained:

PFC CHVILICEK HAD A LACERATION TO HIS EAR AND A PUNTURE TO HIS RIGHT SHOULDER

MYSELF, SGT Hull RECEIVED SHRAPNEL TO MY LEFT For ARM

There was damage to vehicle(s) (yes / no) If yes explain in detail damage assessment:

THE MRAP RECIEVED HEAVY BLAST DAMAGE, Penitration To the REAR TC SIDE, EFP

SLUG DAMAGE AND Penitration of MEEP ARMOR, Turret WINDOW RECEIVED slugs, REAR
SHRAPNEL TO TC WINDSHIELD INSIDE CAB,
SIDE WINDOWS, TC SIDE DOOR WINDOW, Penetrating slug to INSIDE REAR DRIVERS SIDE WINDOW - Antion, Rino.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | JK | PAGE 1 OF 3 PAGES |

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.*

**DA FORM 2823, NOV 2006**    PREVIOUS EDITIONS ARE OBSOLETE    APD PE v1.01ES

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF JAMES WILLIAM HULL   TAKEN AT COB ADDER   DATED 18 MAY 2011

9. STATEMENT *(Continued)*
SUMMARY OF
EVENTS:

ON 17may 2011 ut aproximatly 1307L as ACC in truck B213
along with my GUNNER: SPC CATRON, DRIVER: PFC SWEENEY and MEDIC: SPC
CUVILLCEK, We were Struck by an EFP IED from close proximity on
our 3 o'clock, while traveling in the right hand Lane on Orlando
about 300 meters from CP 7B Enrout to COB ADDER. for about the
first six seconds after the Blast, once my Vision went From stars, to white, to
black and then kinda faded normal, I regained some of my bearing and Yelled
at my CREW to see if everyone was OK. I attempted to radio the convoy
and notify them of the IED Det. My Commo was Black - We Pushed through.
I first saw my Gunner who was dazed by the blast. I started patting
him down to look for Blood and at the same time I was checking
on my DRIVER. I looked back and saw blood on my Medics face.
I told him it was comming from his ear, He got closer and I told
him there wasn't any clear Fluid comming From it. I exposed a
wound on his shoulder as he assesed the gunner, the wound was
noT ARTERIAL. I told him to self aid and none of his Wounds apeared to
be life threatning. I told my Gunner to lock and Load and scan, With only minor
injurys I continued to Asses the situation and regain commo to Send sitrep. I could hear
incoming transmituons but could not transmit, by this time the convoy was stoped
and the CC Truck pulled behind mine. The CC, SSG CHEW Hopped in the back
and assesed the Situation. He told me to bring the medic to his truck for transport
I Got out and handed of the Medic to SSG Chew. I was able to get short Distance
COMMO with my Imbeder radio. SSG CHEW told me to move my truck up to
were truck Four was- still dazed, I got back in my truck

INITIALS OF PERSON MAKING STATEMENT   JH          PAGE 2 OF 3 PAGES

DA FORM 2823, NOV 2006                                APD PE v1.01ES

**HULL 027**

STATEMENT OF  JAMES W HULL            TAKEN AT  COB ADDER      DATED  18 MAY 2011

9. STATEMENT   *(Continued)*
SUMMARY OF EVENTS (cont):

and noticed that I had an irritation on my left arm and a hole in my sleeve. I tore my sleeve open and saw a minor penetrating wound. I radioed up my injury. Open arrival to truck # four we were greeted by 1SG Mora and Aco medics. I got out of the truck and was assesed by the medics. After I remounted, the convoy Rolled back to Adder. I TC'd my truck in the five spot with six on my tail to cover me with his CVRJ. When we got to Adder, We handed our truck off to SGT Boyd and myself and my crew were escorted by SSG Chew and 1SG Mora for treatment at the ER. // Nothing follows //

**AFFIDAVIT**

I, James William Hull                              , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE  3 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

*(Signature of Person Making Statement)*

WITNESSES:

Thomas Clement
B Co 1-163d CAB
APO AE 09331 Adder Iraq
ORGANIZATION OR ADDRESS

Christopher Chew
B Co 1-163d CAB
APO AE 09331 Adder Iraq
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this  19  day of  May  , 20 11
at  A Co  CP / COB ADDER

*(Signature of Person Administering Oath)*

Tomas D. Maes
*(Typed Name of Person Administering Oath)*

Company Commander
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT
JH

PAGE  3  OF  3  PAGES

HULL 028



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

# PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

**SERGEANT JAMES W. HULL**

FOR WOUNDS RECEIVED
IN ACTION
On 17 May 2011
GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 3RD Day of June 2011

**DON S. CORNETT, JR**
**Brigadier General, USA**
**310TH Expeditionary Sustainment Command**
**Commanding**
**PO # 154-003**

**HULL 029**

DA FORM 4980-10-WT, JAN 2000

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient HULL, JAMES WILLIAM
Treatment Facility MADIGAN AMC
Patient Status Outpatient

Date 05 Sep 2011 1230 PDT
Clinic M TBI SCREENING PROGRAM

Appt Type SPEC
Provider COLLINS, JANICE L

Reason for Appointment: TBI Case management

SO Note Written by COLLINS, JANICE L @ 05 Sep 2011 1622 PDT
Reason for Visit
    Visit for Medical Case Management with TBI Program to review injuries and/or illnesses and determine case management needs

    36 yo with B Co 1/163 INF of Montana National Guard. This was his first deployment. He has been in the Guard for 1 year this time but was prior service with the army and the National Guard. He worked convoy escort this time. He was exposed to an EFP IED sustaining a concussion on 17 May. He was dazed with this blast. He is having 9-21 headaches a month now and he usually uses over the counter medications. His PCL-M score is 54 putting at moderate to high risk for PTS

    Social. He is married with two children, a 15 year old son who lives with his mother and then the wife and 2 yr old who live in Montana. He does not have a job to return to and his wife is also unemployed.

A/P Last Updated by COLLINS, JANICE L @ 05 Sep 2011 1639 PDT
1. CONDITIONS INFLUENCING HEALTH STATUS
Plan
1  Given and discussed TBI Program Demob booklet with information covered.
    TAMP
    VA locations
    VA benefits and services
    Wounded, Ill and Injured Toolkit
    Relaxation and Sleep tips
    Courage to Care handouts. Talking Points for Women, Asking for help, Traumatic Brain Injury
2  To be re-evaluated for cognition in 6 -8 weeks
3  To seek behavioral health services if needed for stress
4  Cleared TBI clinic

2. Visit for: military services physical(GWOT/WOUNDED WARRIOR EXAM)
    Procedure(s)               -COORDINATED CARE FEE, MAINTENANCE RATE x 1

Disposition Last Updated by COLLINS, JANICE L @ 05 Sep 2011 1639 PDT
Released w/o Limitations
30 minutes face-to-face floor time  >80% of appointment time spent counseling and/or coordinating care

Signed By COLLINS, JANICE L (RN TBI Case Manager (253) 968-0606, Madigan Healthcare System) @ 05 Sep 2011 1639

Note Written by HOKAMA, YOSHIO G @ 05 Sep 2011 1802 PDT
(Added after encounter was signed.)
Demobilization
Return Referral

Service member is here for Post-Deployment Health Assessment, Return Referral Processing. See

Post-Deployment Health Assessment (DD Form 2796) in MEDPROS for details on demobilization status.

TBI survey reviewed. Score=31 Referral indicated, evaluated and Cleared.

D-RAT/WRAP/SAT reviewed. [NO] BH issues identified. [NO] BH referral indicated.

DD Form 2697 reviewed for any unresolved issues. [NO] referrals indicated.

Return Referral from TBI Clinic with the following recommendations for follow on care:

Plan of Care:

Name/SSN: HULL, JAMES WILLIAM/524390973

|  |  | Sex | M |  | Sponsor SSN | HULL, JAMES WILLIAM/524390973 |
|---|---|---|---|---|---|---|
| EMP SSN | 20-524390973 | Tel H | 406-890-4387 | | Rank | SERGEANT |
| DOB | 28 Feb 1975 | Tel W | | | Unit | WYEJB0 |
| Pt at | AIS 2 USA NG ENLISTED | CS | | | Outpt Rec Rm | |
| Mil Status | | Status | | | Pt M | |
| Insurance No | | | | | Tel PCM | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

**HULL 030**

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

05 Sep 2011 1231
Facility: Madigan AMC -Fort Lewis      Clinic: M-TBI SCREENING PROGRAM Provider: COLLINS,JANICE L

eProfile [NO| =] Fit for Duty. PULHES 111111

PROBLEM 1:TBI exposure with associated Symptoms – Concussion in theater

    Treatment=Evaluation and testing performed.

    Medications=None prescribed.  Ok to take OTCs for HAs

    Follow-ups=With PCP/VA for continuing symptoms within 6-8 weeks recommended.

    Education=Provided by TBI Clinic

PROBLEM 2:LBP without direct trauma – Now improving after sleeping on firm mattress. Improved 25%.
Has no radicular or other concerning symptoms.  This provider feels this SM does not require
Evaluation for his back condition which is improving with sleep surface change. Additionally SM states
he can take and pass APFT at this moment if required.  No LOD for back pain initiated.

    Treatment= None

    Medications=None

    Follow-ups=If needed F/U with PCP/VA

    Education=Discussed some concerns with SM.

LOD initiated [per unit – copy noted in DD 2677/with AHLTA note attached].

Encl. 4/5 completed per WRMC Memo #15.  SM does [NOT] meet criteria for MRP, MRP-E, or WTU.

SM referred to HBA to discuss access to care at home station [and WTU decision].


SM agreeable with Plans of Care


Cleared medically to proceed with Demobilization Process


Note Written by CORDON,KATY M @ 06 Sep 2011 1813 PDT
(Added after encounter was signed.)
HBA
Discussed with service member Care while on Leave, Transitional Assistance Management Program, LOD MMSO and Unit level
contact given. Plan of Care printed and service member agrees

SM initiated LOD's in theater

Name/SSN: HULL, JAMES WILLIAM/524390973

| | Sex | M | | Sponsor SSN | HULL, JAMES WILLIAM/524390973 |
| EMP SSN | | Tel H | 406-880-4487 | Rank | SERGEANT |
| DOB | Feb 1975 | Tel W | | Unit | WYERB0 |
| IW at | AIS 2 USA NG ENLISTED | US | | Outpt Rec Rm | |
| Mil Status | | Status | | PCM | |
| Insurance | No | | | Tel PCM | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 2 of 2

HULL 031



**DEPARTMENT OF VETERANS AFFAIRS**
**Fort Harrison VA Regional Office**
**3633 Veterans Drive**
**P O Box 188**
**Ft. Harrison, MT 59636**

**JAMES W. HULL**

**VA File Number**
███████

**Represented By:**
**AMERICAN LEGION**

**Rating Decision**
**March 05, 2014**

## INTRODUCTION

The records reflect that you are a veteran of the Gulf War Era. You served in the Army from January 8, 1998 to October 5, 2001 and from September 17, 2010 to October 19, 2011. You filed a claim for increased evaluation that was received on April 17, 2013 for an increase in your acquired psychiatric condition. This condition has been rated and the issue for review is now individual unemployability. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

## DECISION

1. Entitlement to individual unemployability is granted effective April 17, 2013.

2. Basic eligibility to Dependents' Educational Assistance is established from April 17, 2013.

3. The claimant is considered competent.

HULL 032

JAMES W. HULL

Page 2 of 3

## EVIDENCE

- Review of the claim folder to include VA mental examination and Rating Decision of February 21, 2014
- Telephone contact with the veteran on February 24, 2014 and March 3, 2014
- VA Form 21-8940 from the veteran received March 4, 2014
- VA Form 21-4192 from Defiance Machine received March 4, 2014

## REASONS FOR DECISION

### 1.  Entitlement to individual unemployability.

Entitlement to individual unemployability is granted because the claimant is unable to secure or follow a substantially gainful occupation as a result of service-connected disabilities.

You are currently evaluated at the 70 percent rate for an acquired psychiatric disorder to include PTSD with depressive disorder and cognitive disorder due to traumatic brain injury.  You are also evaluated at the 10 percent rate for tinnitus.  Your combined evaluation is 70 percent which meets the schedular requirements for consideration of individual unemployability.

You filed a claim for unemployability.  You last worked as a machinist from March 2012 to December 2012 for Defiance Machine.  You lost 50 days to disability during that time.  No concessions were made by your employer, and work ended due to a lack of work.

The VA mental status examiner stated that you you would be unable to return to your prior line of work due to the stress of such work, you would decompensate.  The examiner indicated that you are unable to work due to your psychiatric condition.  Review of the evidence of record demonstrates that you are unable to obtain and maintain substantially gainful employment due to your service connected psychiatric condition and tinnitus, therefore, entitlement to individual unemployability is granted.

The effective date for individual unemployability is April 17, 2013, the date you met the schedular requirements for individual unemployability.

### 2.  Eligibility to Dependents' Educational Assistance under 38 U.S.C. chapter 35.

Eligibility to Dependents' Educational Assistance is derived from a veteran who was discharged under other than dishonorable conditions; and, has a permanent and total service-connected disability; or a permanent and total disability was in existence at the time of death; or the veteran

JAMES W. HULL

Page 3 of 3

died as a result of a service-connected disability. Also, eligibility exists for a serviceperson who died in service. Finally, eligibility can be derived from a service member who, as a member of the armed forces on active duty, has been listed for more than 90 days as: missing in action; captured in line of duty by a hostile force; or forcibly detained or interned in line of duty by a foreign government or power.

Basic eligibility to Dependents' Education Assistance is granted as the evidence shows that you currently have total service-connected disabilities, of tinnitus and an acquired psychiatric disorder to include PTSD with depressive disorder, and cognitive disorder due to TBI, permanent in nature.

### 3. Competency to handle disbursement of funds.

Because individual unemployability was granted based on your acquired psychiatric disorder to include PTSD with depressive disorder, and cognitive disorder due to TBI, the issue of competency must be addresses. Review of the record demonstrates that you are competent to manage personal affairs to include disbursement of funds without limitation. You are competent for VA purposes.

Since the claimant in this case is not shown as unable to manage personal affairs, we have determined that the claimant is competent for VA purposes.

### REFERENCES:

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our web site, www.va.gov.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY B. HEATON, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:19-cv-03003-JMC |
| THE ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

**TESTIMONIAL AFFIDAVIT OF PLAINTIFF TERESA HULL IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN**

Pursuant to 28 U.S.C. § 1746, I, **Teresa Hull,** hereby declare as follows:

1.      "I am one of the Plaintiffs in the above–captioned Action. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

2.      I was born in September 1955 and am now 67 years old. I am a resident of the State of Montana. In accordance with 28 U.S.C. §§ 1605A (a)(2)(A)(ii)(I) and 1605A(c)(1), at the time of the May 17, 2011 terrorist attack at issue ('**the Attack**') I was a United States citizen.

3.      I am submitting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ("Iran"). More specifically, I am submitting this Affidavit to provide the Court with facts and evidence concerning the mental anguish, bereavement, grief, and loss of society and comfort (*i.e.*, solatium damages) I suffered following the Attack. *See* Pls.' First Amend. Compl. at 122—123.

4.      I am the mother of James W. Hull. At the time of the Attack, I was 55 years old. For the reasons detailed in this Affidavit, James W. Hull's traumatic experience during the Attack, and his resulting injuries, has caused a significant personal impact on my life.

5.      Prior to signing this Affidavit, my attorneys asked me series of questions about

1

HULL 035

the Attack and how the injuries James W. Hull sustained in the Attack has impacted my life.

Below are the questions and my answers:

**Q**. What was James like as a child?

**A.**  James was an easy child to raise. He was happy, funny, joked a lot and made everyone laugh. He had a lot of friends. He was always interested in taking things apart to see how they worked and putting them back together. James enjoyed spending time with all the family, cousins, grandparents and family get-togethers. Sometimes his friends would be included in birthdays and holidays. James was adventurous, loved to explore, ride his bike, hike, climb trees, and play in the creek by our house.

Meals were always together at the kitchen table. James and his sister's chores were to do the dinner dishes, clean the kitchen (we did not have a dishwasher). I remember that James always made it an exciting event, as he would do anything to make his sister and everyone laugh. They would dance around the kitchen like Elvis while singing and swatting each other with the kitchen towels! Even with all the water on the floor, the laughter was delightful.

**Q.** Is there a childhood memory you are particularly fond of?

**A**.  Yes. One year, James was 12 years old and it was a few days before Christmas. He and his sister (2 years younger) had opened all of their Christmas gifts very carefully that were under the tree and wrapped them all back up. They knew everything that they were getting! On Christmas morning, James and his sister were so excited and acted surprised. Even though I didn't find out until years later, it still gives me joy to imagine the excitement on their faces.

**Q**. What was your relationship with James like during his childhood?

**A.** James and I had a good and normal mother-son relationship. We were (and still are) an affectionate family. We hugged a lot, always gave goodnight hugs and say I love you (numerous times), from the day he was born, and still to this day.

**Q.** What was your relationship with James like on May 17, 2011?

**A.** On May 17, 2011, James and I had a great relationship, as always. He was in Iraq and I waited to hear from him on a regular basis.

**Q.** Where were you when you found out about the Attack and what feelings did you experience at this time?

**A.** When I found out about the Attack, I was at home. I believe it was in the evening if I remember correctly. His dad answered the call and James was on the other end. James told his dad about the Attack and wanted us to know he was ok. He was only on the phone a few minutes. James' father and I both had our ears up to the phone receiver, there was no speaker phone at that time. It was good to hear James' voice, but he sounded a little off and shaken. A mother

2

knows her child. I was so scared and worried about James. I just wanted to see him and hold him. I wanted him home right then! I knew he was alive but that is all I knew. I tried to find out something about the attack on the news. I couldn't concentrate on anything. I didn't know what to expect when James came home and I was worried. I could not think of anything else. I lost so much sleep and had many bad dreams. After a while, I would not turn on the news. I didn't want to hear or see it at all. I couldn't take hearing about any attacks.

**Q.** Do certain dates or events trigger feelings of sadness, frustration, or anger relating to the Attack?

**A.**  Yes**.** Every time I see or hear news about war, I think of my son and how grateful I am to have him back on U.S. soil. I also pray for the soldiers fighting and for their families. Because I went through it, I have a better understanding and feel for them. No parent should have to experience the thoughts of what does and could happen to their child. It is horrifying! No specific days or times trigger these thoughts and feelings….it's all the time.

**Q.** How has the Attack changed James? What do you miss the most about your relationship with James prior to the Attack?

**A**. The attack has changed James. He is a completely different person. He looks the same but acts so different. James is serious with no joking or playfulness like before the Attack. When I'm talking to James, he has a long distanced stare like he isn't there. He sits and has this blank look on his face. I never know if James is hearing what I say or not. He is overly sensitive to loud noises and world events, and is always looking around as if he is on high alert.

James is depressed a lot, then mad, then he's happy and smiling, then depressed again. Mood swings are high with no warning and you never know what to expect. James loses his temper often, and sometimes has scary and violent episodes. Especially with his wife, who told me that James once either tied or taped her up (don't remember for sure) and locked her in a room for 24 hours. On another occasion, James locked his wife and all the kids in a room or closet for some time. These things happened shortly after he returned from Iraq. He was having flashbacks.

Prior to the attack, James had a great relationship with his younger sister and brother. Since returning from Iraq, they don't get together as often because his siblings don't feel comfortable and relaxed around James. Because of his mood swings, they don't know what to expect. His sister won't let her children spend the night at James' house because of his mood swings. She is concerned about the safety of her children. At times, James is suicidal and says scary and self-threatening things. He doesn't like to be around too many people and will not go in crowds. James is almost like a hermit. He is scared. He recently moved up to the Yaak, a very unpopulated area in Montana, where it is remote and isolated. I miss the old James. The James that was outgoing, funny and always joking around. I miss his happy face.

**Q.** Please describe how James' post–Attack injuries currently impacts your life?

**A.** James' injuries has affected everyone in our family. We are always waiting for the call that

3

HULL 037

something bad has happened to him, and I even worry if something bad has happened because of him. I pray that it never does. It hurts so much to see your child go through such trauma and I try every day to say words of encouragement to James.  He's just on my mind all the time. As a parent, we all want our children to be safe and happy and not have to deal with this terrible, senseless thing called war. The war and his injuries due to the war should have never happened.

**Q**. Do you have a favorite photograph of you and James together?

**A**. Yes. The photograph below. The photograph fairly and accurately depicts James (on the left side of the photograph in a grey sweater), James' father (in the back middle of the photograph in a light brown shirt), me (on the back right side of the photograph standing next to James' father), James' wife (in the middle of the photograph wearing a red sweatshirt), and James' step-daughter (on the right side of the photograph wearing a black sweatshirt).

The photograph was taken in October 2022 when James took us to see the home he was buying in Troy, Montana (an unincorporated area in Montana known as the Yaak). The photograph was taken near James' new house while we were on the way to see it.



4

HULL 038

Q. Why is this photograph so special to you?

A. James was so excited to show us the home that he was buying that he was actually smiling! After the Attack, James rarely smiles. So this was a very rare and special moment.

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

Teresa Hull

SIGNED under oath before me on March 22, 2023.

HEATHER RHINE-NACE
NOTARY PUBLIC for the
State of Montana
SEAL  Residing at Columbia Falls, Montana
My Commission Expires
November 4, 2025

HRhine-Nace

Notary Public – State of Montana

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARY B. HEATON, et al.,

               Plaintiffs,

    v.

THE ISLAMIC REPUBLIC OF IRAN,

               Defendant.

Civil Action No. 1:19-cv-03003-JMC

---

### TESTIMONIAL AFFIDAVIT OF PLAINTIFF JAMES HULL IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN

Pursuant to 28 U.S.C. § 1746, I, **James Hull,** hereby declare as follows:

1.      "I am one of the Plaintiffs in the above–captioned Action. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

2.      I was born in July 1954 and am now 68 years old. I am a resident of the State of Montana. In accordance with 28 U.S.C. §§ 1605A (a)(2)(A)(ii)(I) and 1605A(c)(1), at the time of the May 17, 2011 terrorist attack at issue ('**the Attack**') I was a United States citizen.

3.      I am submitting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ("Iran"). More specifically, I am submitting this Affidavit to provide the Court with facts and evidence concerning the mental anguish, bereavement, grief, and loss of society and comfort (*i.e.*, solatium damages) I suffered following the Attack. *See* Pls.' First Amend. Compl. at 122—123.

4.      I am the father of James W. Hull. At the time of the Attack, I was 56 years old. For the reasons detailed in this Affidavit, James W. Hull's traumatic experience during the Attack, and his resulting injuries, has caused a significant personal impact on my life.

5.      Prior to signing this Affidavit, my attorneys asked me series of questions about

1

the Attack and how the injuries James Hull sustained in the Attack has impacted my life. Below

are the questions and my answers:

**Q.** What was James like as a child?

**A**.  As a child, James (my namesake) was adventurous, happy, and playful. He always had friends and playmates. James also loved to go fishing with his grandpa. He enjoyed group family outings, family barbeques, playing with cousins, and camping trips.

**Q.** Is there a childhood memory you are particularly fond of?

**A**. Yes. One afternoon, James and his sister were out riding bikes and were a little late getting home. We lived in the mountains at the time and could see the road down below our house where it curved around up to our driveway. James and his sister were walking their bikes up the road, with James completely covered in mud. It was beginning to dry on him. James had fallen in the creek below our house and was completely covered in mud. There was more mud than water at the time because of the hot summer. His shoes came off and were stuck in the muddy creek bottom! It was laugh out loud funny. I sprayed James off with the garden hose before he could come in the house. James and his sister laughed as we all did the rest of the evening.

**Q.** What was your relationship with James like during his childhood?

**A.** My relationship with James during his childhood was good. James was a great student in school and liked to learn even more. I would help James with homework when he needed help with math and other various subjects. We did father and son things together like camping, hunting, and fishing. These activities helped us build a stronger bond. James could come to me about anything, we had a very open relationship. Nothing was off limits in what we talked about.

**Q.** What was your relationship with James like on May 17, 2011?

**A.** It was good. We (my wife and I) worried about James all the time as any parent would. We were very supportive of James and sent him care packages of things he needed and liked such as toiletries, a lot of cookies, and favorite snacks. He shared them with as many people as he could. We hoped that this would make his time in Iraq a little better and assure James we loved him.

**Q.** Where were you when you found out about the Attack and what feelings did you experience at this time?

**A.** My wife and I were at home when we got the call from James. We worried about him a lot. Once he told us there was an attack he was involved in, I was relieved he was alive. It was so good to hear his voice.

2

HULL 041

**Q.** Do certain dates or events trigger feelings of sadness, frustration, or anger relating to the Attack?

**A.** Yes**.** Every single time there is an Improvised Explosive Device (IED) attack that I read about or see on the news, I feel angry. It amazes me that these things are still happening. Every time a soldier is wounded or killed, I have the same feeling of anger because of what happened to James.

**Q.** How has the Attack changed James? What do you miss the most about your relationship with James prior to the Attack?

**A.** I miss the happy times I had with James prior to the attack. He used to be easy going, happy, and current events didn't much matter to him. James was so busy with family and family gatherings that nothing really ever bothered him.

But since the Attack, that's all changed. James deals with depression, sadness, he worries all the time, his mood changes. He can also be cruel, thoughtless, and can have violent tendencies. James is just not the person I used to know.

**Q.** Please describe how James' post–Attack injuries currently impacts your life?

**A.** Post-attack James is more prone to be withdrawn, isolated and angry. Prior to the attack, it was easy to just stop by unannounced and see James. Since the attack, we (my wife and I) can't always visit James because we don't know what to expect when we get there.  There are days that will go by when James doesn't answer our calls or return our texts. So my wife and I worry. Sometimes when we are together with James it is awkward and uncomfortable if he is having a bad day. We can't always make plans to get together because James might cancel at the last minute, which he has done countless times.

**Q**. Do you have a favorite photograph of James?

**A**. Yes. The photograph on Page 4 below. The photograph fairly and accurately depicts James when he was around 11 years old. I took the photograph around 1986 at our home in Nederland, Colorado.

**Q**. Why is this photograph so special to you?

**A**. The photograph was taken by me during the 'mud story' I described earlier in this Affidavit. The photograph is special to me because it shows pre–Attack James when he was still easy going, happy, and loved spending with his family.

HULL 042



4

Case 1:19-cv-03003-JMC   Document 51-12   Filed 06/02/23   Page 45 of 45

"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."

James Hull

SIGNED under oath before me on March. 23, 2023

Hrhine-Nace

Notary Public – State of Montana

HEATHER RHINE-NACE
NOTARY PUBLIC for the
State of Montana
Residing at Columbia Falls, Montana
My Commission Expires
November 4, 2025

SEAL

5

**HULL 044**