# **EXHIBIT 13**

## <u>The Army Specialist Maximillian Miller Family</u>



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARY B. HEATON, et al.,

        Plaintiffs,

    v.

THE ISLAMIC REPUBLIC OF IRAN,

        Defendant.

Civil Action No. 1:19-cv-03003-JMC

---

**TESTIMONIAL AFFIDAVIT OF PLAINTIFF MAXIMILLIAN MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN**

Pursuant to 28 U.S.C. § 1746, I, **Maximillian Miller**, hereby declare as follows:

    1.    "I am one of the Plaintiffs in this case. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

    2.    I was born in October 1985 and am now 37 years old. I am a resident of the State of Texas.[1] In accordance with 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I)–(II) and 1605A(c)(1)–(2), at the time of the January 4, 2011 terrorist attack in which I was injured (hereinafter '**the Attack'**) I was a United States citizen and member of the United States armed forces. Specifically, I was a member of the United States Army. I was 25 at the time of the Attack. The photograph on the preceding page was taken in approximately 2006 in Haditha, Iraq and accurately depicts me in my Army uniform.

    3.    My minor son, K.M., was born in October 2010 and is now 12 years old. K.M. is a resident of the State of Texas.[2] In accordance with 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c)(1), at the time of the Attack, K.M. was a United States citizen and an infant.

    4.    I am presenting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ('**Iran'**). More specifically, I am submitting this Affidavit to provide the Court with the facts concerning the January 4, 2011 terrorist

---

[1] At the time the Amended Complaint was filed (January 2021), my family and I lived in Oregon.
[2] *Id.*

MILLER 002

attack, the injuries I suffered in the Attack, the medical care and treatments I have received for my injuries, my current condition, and how the attack and injuries have impacted me and my life. *See* Pls.' First Amend. Compl. at 334—35.

5. Furthermore, as K.M.'s  Next Friend, I am submitting this Affidavit to provide the Court with facts and evidence concerning the mental anguish, bereavement, grief, and loss of society and comfort (*i.e.*, solatium damages) K.M. suffered following the Attack. *See id.*

6. Prior to completing this Affidavit, my attorneys asked me series of questions about the Attack, my resulting injuries, the medical care and treatments I have  received since the Attack, and my life today. Below are the questions and my answers:

**Q**. When did you first join the United States Army and why did you enlist?

**A.** I joined the Army in March 2010 because when I was in college, I heard that the Oregon National Guard was deploying where I was living. Prior to this, I was in the Marines and deployed to Iraq in 2006-2007 doing route clearance/convoy security. When I was in my junior year of High School, I saw the 9/11 terrorist attack on TV. I then decided I would like to join the Marines in this time of crisis.

**Q.** What your mission, and what happened to you on January 4, 2011?

**A.** We (the 3-116 Calvary) were on a convoy security mission near Joint Base Balad. We provided security for the resupply trucks that go from base to base. I was on the machine gun (known as the gunner position) with my chest and above exposed to the outside of the truck, a Mine-Resistant Ambush Protected Vehicle ('MRAP').

**Q.** Would you please describe what you remember about the Attack?

**A.** I remember seeing a red dot (a concentration of energy) in corner of my eye and I don't remember anything after that during the blast. When I came to in the vehicle, I was hanging off my gunner seat and the truck was filled with black smoke and dust. I saw a fire outside of the truck and realized that the vehicle ignited from the heat of the blast.

**Q**. Do you believe the Attack involved an Explosively Formed Penetrator (EFP)?

**A.** Yes.

**Q.** Why do you believe that?

**A**. The Explosive Ordinance Division ('EOP') team identified that it was EFP. It almost penetrated the hull of the Mine-Resistant Ambush Protected ('MRAP') vehicle. The projectile came in at an angle where it hit the axle of the MRAP I was in, severing it.

My attorneys also informed me that they received a redacted 7 page OPS Report from United States Central Command ('CENTCOM') in response to a *Touhy* Request for records related to the Attack. After reviewing the OPS Report (attached to this Affidavit), **it is my opinion that the OPS Report fairly and accurately describes the January 4, 2007 attack at issue in this lawsuit.** For instance, the date and time of the Attack described in the OPS Report (January 4, 2007 at 01:15 hours); the location of the Attack (traveling to Combat Action Base ('COB') Joint Base Balad ('JBB'); the unit involved (the 3-116 Calvary ('CAV')); the description of the casualties ("gunner (me) was knocked unconscious…."); and the EOD Assessment ("Damage to vehicle indicates an EFP strike.") are all consistent with my recollection of the Attack."

Q. Please describe what happened to you, including the injuries you suffered, in the Attack?

A. I couldn't move and remember getting dragged out of the truck, falling from the driver's side door to the ground and just lying there thinking that I was going to die. While I was on the ground, I began vomiting because of the concussion. I still couldn't walk, so the re-supply truck driver came to our position and kept me in his truck cab. This was to shield me from possible secondary EFP/IED attack or enemy ambush. Since the Attack happened pretty close to the Joint Base Balad, the Army decided it was faster to just 'medi-vac' me in the vehicle to the Base.

Immediately after the Attack, I sustained a class 3 concussion. I also sustained a shoulder injury and back pain from falling. I also suffer from a Traumatic Brain Injury (TBI) causing balance issues, Post Traumatic Stress Disorder (PTSD), and Tinnitus causing ringing in my ears constantly because of the Attack.

Q. After doctors and emergency medical personnel had you stabilized, what was your condition and how were you feeling?

A. I was still feeling sick and dizzy hours after the Attack and my ears were ringing. While in the hospital bed at Joint Base Balad, I slept a lot

Q. What were your doctors telling you about your future course of treatment and what your future would be like after the Attack?

A. The doctors wanted to keep close eyes on my concussion. They were worried there would be further effects from it. There wasn't much else for the doctors to tell me because my head injury wasn't physically visible.

Q. What plans did you have for your future before the Attack?

A. Prior to the Attack, I wanted to go back to school and pursue my dream as a law enforcement agent.

Q. What activities did you enjoy doing before the Attack that you can no longer do?

A. I used to box growing up and really enjoy that sport. I am now worried that because of the serious concussion I suffered, boxing could make me feel worse.

Q. What activities do you wish you could do that are not possible now?

A. I wish I could box and also just have the feeling of 'fun.' That would include going to concerts,

MILLER 004

4th of July fireworks shows and New Year's party's where we all watch the ball count down.

Due to my PTSD, the loud noises from events like concerts, fireworks, and the 'ball drop' countdown startle me. I also don't like New Years as much as I used to since January 1st is so close to the Attack date.

**Q**. Are you working? Where and doing what? Before the attack, is this the job you imagined having at this point in your life?

**A.** Before COVID, I was changing job after job due to the effects from my PTSD. It took over a decade to get where I'm at now, with emotional and psychological pain, frustration, and many suicidal ideations. I'm pretty happy with the job I have now because it is remote and I'm able to work from home as an engineer.

**Q**. Where are you living now? Would you please describe a typical day in your life now?

**A**. I live in Austin, Texas now. On a typical day, I stay home and work.

**Q**. What ongoing health care are you receiving?

**A.** I should be receiving treatment for PTSD. However, every time I try, the treatment is really hard and I feel that I regress during therapy. Like every time I talk about the Attack and how I feel, I get emotional. And once I start thinking about the Attack, it is hard to get out of my bed.

I also have back and shoulder issues that need treatment, but I haven't gone to the VA for such treatment.

**Q**. What does the future look like for you?

**A.** I really don't know what the future looks like for me.

**Q**. What plans for the future do you have now?

**A.** I don't have any plans for the future. I feel like I'm just surviving.

> 7.    Prior to signing this Affidavit, my attorneys also asked me a series of questions about how the Attack and the injuries I sustained in the Attack has impacted K.M.'s life. Below are the questions and K.M's answers to these questions.

**Q**. Please describe your relationship with Max during your early childhood?

**A.** Our relationship was difficult as he was not there emotionally for me.

**Q**. What is your relationship with Max like today?

**A.** I don't feel close to my Dad. He was not there emotionally when I was growing up.  We have had good days and bad days.

MILLER 005

**Q.** Do certain dates or events cause you to experience feelings of sadness, frustration, or anger relating to the Attack?

**A.** Yes. Dad doesn't want to go out on outings too much and he avoids any fun activity. For example, 4th of July celebration and New Years celebration is not fun compared to my friends, who seem to enjoy both celebrations with their Dads.

**Q.** Please describe how Max's Attack–related injuries currently impacts your life?

**A.** It impacts my life a lot. I feel like I am missing out on a lot of stuff with my Dad compared to my friends and their Dads. I feel that he doesn't like to have fun. It seems that he is always thinking about something and, when I try to ask him to play with me, he does not want to play or go outside with me. Specially, during summer break, I want to go to a lot of places, but my Dad gets worried when he is out and about. So we don't go out as much compared to my friends and their Dads.

**Q.** Do you have a favorite photograph of you and Max together?

**A.** Yes, the photograph on below. Although my Dad is not in the photograph, he took this picture. The photograph fairly and accurately depicts me (wearing a blue t-shirt) and my siblings. The photograph was taken in June 2022 at Zilker Park in Austin, Texas.



**Q.** Why is this photograph so special to you?

**A** This was really fun day with my Dad and my family. My Dad doesn't go out and do fun things very often with us, so this day was very special.

MILLER 006

doesn't go out and do fun things very often with us, so this day was very special.

8. As a result of injuries sustained in the Attack, I received a Purple Heart. The Department of Veteran Affairs ('VA') rates my Attack–related PTSD causing secondary depression and residuals of a Traumatic Brain Injury ('TBI') as 70% disabling; my peripheral vestibular disorder due to a TBI as 10% disabling; and my tinnitus as 10% disabling. Overall, I am rated 80% disabled by the VA.

9. The medical and military records attached to this Affidavit are true and correct copies of my military service records and medical records from the United States Army and my medical records from the VA. These records fairly and accurately describe my military service experience and my related medical history."

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

Maximillian Miller

SIGNED under oath before me on  05/13/2023

Notary Public – State of Texas

State of Texas
County of Travis
This instrument was acknowledged
before me on  5/13/2023
by  Maximillian Miller
NOTARY

ANGEL ZARAGOZA
Notary Public
STATE OF TEXAS
ID# 133664079
My Comm. Exp. Apr. 18, 2026

6



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035          Approved for Release to OGC - FOUO / PA applies          03/23/22 001

MILLER 008



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035        Approved for Release to OGC - FOUO / PA applies        03/23/22 002

MILLER 009

UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035          Approved for Release to OGC - FOUO / PA applies          03/23/22 003

**MILLER 010**



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035    Approved for Release to OGC - FOUO / PA applies    03/23/22 004

MILLER 011



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035        Approved for Release to OGC - FOUO / PA applies        03/23/22 005

MILLER 012



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035    Approved for Release to OGC - FOUO / PA applies    03/23/22 006
MILLER 013



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035      Approved for Release to OGC - FOUO / PA applies      03/23/22 007
MILLER 014

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) MILLER, MAXIMILLIAN KEN | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/ARNGUS | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK SPC | b. PAY GRADE E04 | 5. DATE OF BIRTH (YYYYMMDD) 198510█ | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20130102 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY BAKER CITY, OREGON | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) ██████████ DUNDEE OREGON 97115 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND F(-) (FSC) 145 BSB FC | b. STATION WHERE SEPARATED JOINT BASE LEWIS-MCCHORD, WA 98433 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED CO F (-) FSC 116 BD (WTQ2F0) 2100 NW 56 PENDLETON OR 97801 | 10. SGLI COVERAGE              NONE AMOUNT: $ 400,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in primary.  List other specialty numbers and titles involving periods of one or more years.)  11B1O INFANTRYMAN - 1 YRS 1 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2010 | 09 | 17 |
| b. SEPARATION DATE THIS PERIOD | 2011 | 10 | 28 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0001 | 01 | 12 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0003 | 11 | 18 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0001 | 08 | 26 |
| f. FOREIGN SERVICE | 0000 | 09 | 18 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| i. EFFECTIVE DATE OF PAY GRADE | 2010 | 03 | 17 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) ARMY COMMENDATION MEDAL//PURPLE HEART//US NAVY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL//MARINE CORPS GOOD CONDUCT MEDAL// NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//IRAQ CAMPAIGN MEDAL W/ CAMPAIGN STAR//ARMY SERVICE RIBBON //OVERSEAS SERVICE RIBBON//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) NONE//NOTHING FOLLOWS |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | YES | X | NO |
|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | YES | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment:  NA        ) | YES | X | NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

| 18. REMARKS /////////////////////////////////////////////////////////////////////////////////// SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20101115-20110902//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION IRAQI FREEDOM IAW 10 USC 12302 FROM 20100917-20111028//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//POST DEPLOYMENT MOBILIZATION RESPITE ABSENCE (PDMRA) FROM//SEE ATTACHED CONTINUATION SHEET The information contained herein is subject to computer matching within the Department of Defense or any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |
|---|

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) ██████████ DUNDEE OREGON 97115 | b. NEAREST RELATIVE (Name and address - include ZIP Code) RACHEL MILLER ██████████ DUNDEE OREGON 97115 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)        OR    OFFICE OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X | YES | NO |

| 21a. MEMBER SIGNATURE ESIGNED BY: MILLER.MAXIM ILLIAN.KEN.1279683290 | b. DATE (YYYYMMDD) 20110911 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: BARTHOLOMEW.VIRGINIA.LEE.1016754192 VIRGINIA L BARTHOLOMEW, SFC, NCOIC | b. DATE (YYYYMMDD) 20110911 |
|---|---|---|---|

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) |
|---|

| 23. TYPE OF SEPARATION RELEASE FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-200, CHAP 4 | 26. SEPARATION CODE MBK | 27. REENTRY CODE NA |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION COMPLETION OF REQUIRED ACTIVE SERVICE |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) MKM |
|---|---|

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | MEMBER - 4 |
|---|---|---|

MILLER 015

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY (Continuation Sheet)
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| MILLER, MAXIMILLIAN KEN | ARMY/ARNGUS | |

(Specify the item number of the block continued for each entry.) ///////////////////////////////////////////////////////////
CONT FROM BLOCK 18: 20110925-20110926//YELLOW RIBBON REINTEGRATION PROGRAM (YRRP) 2
DAYS//CONT FROM BLOCK 13: //ARMED FORCES RESERVE MEDAL W/ M DEVICE//NAVY SEA SERVICE
DEPLOYMENT RIBBON (3RD AWARD)//COMBAT INFANTRYMAN BADGE//NOTHING FOLLOWS

| 21.a. MEMBER SIGNATURE<br>ESIGNED BY: MILLER.MAXIM<br>ILLIAN.KEN.1279683290 | b. DATE<br>(YYYYMMDD)<br>20110911 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature)<br>ESIGNED BY:<br>BARTHOLOMEW.VIRGINIA.LEE.1016754192<br>VIRGINIA L BARTHOLOMEW, SFC, NCOIC | b. DATE<br>(YYYYMMDD)<br>20110911 |
|---|---|---|---|

**DD FORM 214C, AUG 2009**          GENERATED BY TRANSPROC          **MEMBER - 4**

MILLER 016

🔒 hrcapps.army.mil



**DEPARTMENT OF THE ARMY**
310TH EXPEDITIONARY SUSTAINMENT COMMAND
JOINT BASE BALAD, IRAQ
APO AE 09391

REPLY TO
ATTENTION OF

PERMANENT ORDER 115-001                                    12 May 2011

MILLER, MAXIMILLIAN K. 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 SPC F-CO, 3-116 Cavalry (WTQ2F0) Joint Base Balad.
APO AE 09391

Announcement is made of the following award:

Award: Purple Heart
Date(s) or period of service: 04 January 2011
Authority: AR 600-8-22, paragraph 2-8, USF-I Memorandum, Subject: Delegation of Wartime
Awards Approval Authority-United States Forces-Iraq and Subordinate Units dated 26 April 2005
Reason: For wounds received as a result of hostile enemy action.
Format: 320

FOR THE COMMANDER:

DEAN M. STROBEL
LTC, AG
Deputy G1, 310th ESC

DISTRIBUTION:
1-INDIVIDUAL
1-UNIT
1-OMPF
1-FILE

🔒 hrcapps.army.mil



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 3RD SUSTAINMENT BRIGADE
JOINT BASE BALAD, IRAQ
APO AE 09391

REPLY TO
ATTENTION OF:

PERMANENT ORDER # 052-002A                                21 February 2011

MILLER, MAXIMILLIAN, K., SPC, 9407, F COMPANY, 3-116 INFANTRY TASK FORCE
VIPER, APO AE 09391

Announcement is made of the following award:

Award:  Combat Infantry Badge
Date(s) or period of service:  4 January 2011
Authority:  Para 8-6, b. (2), AR 600-8-22 and MILPER Message 08-190.
Reason:  For Being engaged by the enemy.
Format: 320

FOR THE COMMANDER:

ALVIN A. CLARKE
WO1, AG
Human Resources Technician

DISTRIBUTION:
1-Commander, USAREC, Attn: PCRE-FS, Fort Benjamin Harrison, IN 46249-5000
1-Commander, 3rd Sustainment Brigade
1-Commander, 3-116 INFANTRY TASK FORCE VIPER
1-Commander, F COMPANY
1-Individual

Inquiries concerning this award should be directed to the Commander, Headquarters, 3rd
Sustainment Brigade, ATTN: AFZP-VS-CDR, Joint Base Balad, Iraq, APO AE 09391

Is the Veteran bed-confined or a wheelchair user?

NO

Does the Veteran require assistance to transfer/change position?

NO

*Vitals:

Temp:

97.6 F (36.4 C)

Pulse:

86

Resp:

16

Patient blood pressure recorded.

Blood Pressure:

138/85

Weight:

248 lb (112.7 kg)

Pain:

5

Location/Duration: right wrist x 2 weeks

What does your pain level need to be for you to experience

rest and comfort:

Yes, patient is here to have pain/comfort issues addressed at this

visit.

O2 98% on room air

/es/ KRISTINA I JULIN, LPN

LPN

Signed: 05/14/2019 14:21

| May 14, 2019, 02:14 PM | PRIMARY CARE OUTPATIENT NOTE : <br> LOCAL TITLE: PC - NEW <br> STANDARD TITLE: PRIMARY CARE OUTPATIENT NOTE <br> DATE OF NOTE: ==MAY 14, 2019@==14:14 ENTRY DATE: MAY 14, 2019@14:14:58 <br> AUTHOR: IWANIEC,JAMES U EXP COSIGNER: <br> URGENCY: STATUS: COMPLETED <br><br><br> CC: re-establish with VA primary <br> -last seen in 2015. | IWANIEC,JAMES U |

IDENTIFYING DATA: MAXIMILLIAN KEN MILLER

PROBLEM LIST: (Review of scanned records from Madigan Hospital and VA records).

1. Tinnitus.
2. Tobacco use disorder: quit 5/2011.
3. Multiple mild TBIs.
a. TBI evaluation, 9/7/2011, Madigan Hospital.
b. Multiple blast exposures.
   -IED with loss of consciousness less than 5 minutes, 1/4/2011.
   -IED without loss of consciousness, significant daze, 2/22/2011.
c. Imbalance since TBI.
d. Difficulty with memory/concentration.
e. Atypical post-concussive headache syndrome.
f. MRI ordered, 11/2011: pt failed to show x 2.
g. referred to the Polytrauma clinic: pt failed to show/complete.
4. Exposure to radiofrequency waves (JACKALL system/IED jamming device) while deployed.
5. Mental health diagnosis: followed by the Mental health clinic
a. PTSD.
b. MDD.
c. Anxiety Disorder NOS.
d. hospitalized, 10/2012.
6. Obesity: BMI 36, 10/2012.
7. Post-concussive tension type headaches.
8. Bilateral patellofemoral pain syndrome: C&P eval, 6/2012
a. x-ray, 6/2012: Bilateral knees within normal limits.
9. Left AC joint sprain: C&P eval, 6/2012.
a. x-ray, 6/2012: No degenerative changes.
10. Thoracolumbar spine strain: C&P eval, 6/2012.
a. x-ray, 6/2012: minor degenerative change at the thoracolumbar junction.
11. Elevated Ha1c 6.6, 10/19/2012 while hospitalized.
a. repeat 5.8, 10/30/2012.
b. last Ha1c 5.9, 9/18/2015
12. Elevated TSH, 5.34, 10/2012
a. normalized w/o intervention, 9/2014.

SURGICAL HISTORY: None.

MILLER 020

ALLERGIES: None known.

CURRENT MEDICATIONS:
1) Escitalopram oxalate 10mg tab take one tablet every
day for mood

HEALTH PROMOTION:
a. Immunizations: flu vac-9/2018, Tdap-2011.
b. Tobacco: former use, quit May 2011.
c. Alcohol: denies use.
d. Prostate cancer screening: n/a (age)
e. Colorectal cancer screening: n/a (age)
f. Cholesterol screen: TC-201, LDL-107, HDL-36, TG-290; 10/2012.
g. HCV screening: NEG, 10/19/2012.

SOCIAL HISTORY: Married, 4 children. Employed at Intel.

MILITARY HISTORY:
a. Marine Corps, 1/2005 - 12/2008.
Army National Guard, 2010 - present.
b. Type of job/ MOS: 11B/Infantry.
c. Deployments: Iraq, 2006 - 2007. Iraq, 2010 - 2011.
d. Jobs performed while deployed: Patrols, route clearance, convoy security,
vehicle commander, gunner.
e. Injuries sustained during deployment(s): "TBI."
f. Medical illnesses that occurred while deployed: NONE.
g. Service Connected: YES 90%
Disabilities: 10% SC TENDON INFLAMMATION
30% SC LABYRINTHITIS
20% SC DEGENERATIVE ARTHRITIS OF THE SPINE
0% SC MIGRAINE HEADACHES
70% SC POST-TRAUMATIC STRESS DISORDER

FAMILY HISTORY: Mother, diabetes. Father, prostate cancer.

SUBJECTIVE: 33 yo male scheduled to re-establish with VA primary care. Patient
was last seen in Primary care in 2015. Patient is currently enrolled with the
VA mental health clinic. Patient was seen in the VA emergency room on May 5,

2019 after presenting with right wrist and distal forearm pain after falling off
of a scooter. X-rays were completed of his forearm, wrist and hand which were
all negative for fracture. Patient's main concern today is he is wanting a
another x-ray. He states that the emergency room physician told him to have a
repeat x-ray to make sure nothing was missed. Overall he states that his wrist
pain is slowly improving. He states that the swelling has resolved. He continues
to have pain but markedly improved. He has been really wearing a wrist brace.


OBJECTIVE:
VITAL SIGNS: BP 138/85, P 86, Temp: 97.6 F, Resp:16, Wt:248 lb, BMI: 34.7
GENERAL: well nourished, well developed male in no acute distress.
HEENT: sclera-white without icterus, conjunctiva-clear, no injection.
o/p-normal mucosa, no erythema, exudates, or ulceration.
TM's: no erythema, no air/fluid levels. Ear canals: no exudate, no
cerumen, no swelling/edema.
NECK: supple, without adenopathy, thyroid without enlargement or nodules.
CV: rrr, no murmurs, rubs or gallops heard.
LUNGS: clear bilaterally
ABD: normal bowel tones, soft, non-tender, non-distended.
EXTR: warm, no LE edema. No LE erythema, lesions/ulcers.
R-wrist/: grossly normal, no erythema or swelling.
hand good ROM w/o pain.
mild tenderness to radial side of wrist with palpation
no snuff box tenderness.
radial pulse intact
hand normal in color and temp.
negative Finkelstein's test


HAND, RIGHT, 3 OR MORE VIEWS: MAY 05, 2019


Report:
Right Hand


Comparison


Findings: The bony structures are intact. The joints are within
normal limits. No soft tissue abnormality is seen.

Impression:

1. Negative.


WRIST, RIGHT, 3 OR MORE VIEWS: MAY 05, 2019

Report:
Right Wrist

Findings: The bony structures are intact. Ulnar variance is neutral. There are no significant degenerative changes. There is soft tissue swelling diffusely.

Impression:

1. Soft tissue swelling. Otherwise negative right wrist.


FOREARM, RIGHT, TWO VIEWS: MAY 05, 2019

Report:
Right Forearm

Findings: The radius and ulna are intact. There is no soft tissue abnormality.

Impression:

1. Negative.


ASSESSMENT:
1. MDD, PTSD: followed and managed by the VA mental health clinic
2. Obesity: BMI 35
-health risks of obesity were reviewed and the benefits of weight loss discussed. MOVE program was discussed and offered.

MILLER 023

-weight loss and regular exercise recommended.

3. Right wrist sprain/injury

PLAN:

1. Pt's VA electronic record was reviewed.

-problem list updated.

2. Patients medications were reviewed/medication reconciliation completed with the pt today. CPRS medication list updated.

3. Weight loss recommended

4. Regular exercise encouraged.

5. cbc, chem 7, Ha1c, lipid panel ordered

6. repeat x-ray ordered

7. call if pain fails to completely resolve.

CLINICAL REMINDER ACTIVITY

Medication Reconciliation:

Reviewed medications listed in Health Promotion note/my note obtained during patient interview.

Medication list reviewed and no discrepancies identified.

Elevated Pain Score:

Latest pain score reported by patient: 5 (05/14/2019 14:21).

CLINICIAN PAIN REASSESSMENT:

Comment related to pain reassessment: see note

/es/ J.Iwaniec, MD

Primary Care, Hillsboro CBOC
Signed: 05/14/2019 14:40

---

# Functional Status: Functional Independence Measurement (FIM) Scores

No Data Provided for This Section

---

# Medications: VA Dispensed and Non-VA Dispensed

Section Date Range: 1) prescriptions processed by a VA pharmacy in the last 15 months, and 2) all medications recorded in the VA medical record as "non-VA medications". Pharmacy terms refer to VA pharmacy's work on prescriptions. VA patients are advised to take their medications as instructed by their health care team. The data comes from all VA treatment facilities.

Glossary of Pharmacy Terms: Active = A prescription that can be filled at the local VA pharmacy. Active: On Hold = An active prescription that will not be filled until pharmacy resolves the issue. Active: Susp = An active prescription that is not scheduled to be filled yet. Clinic Order = A medication received during a visit to a VA clinic or emergency department. Discontinued = A prescription stopped by a VA provider. It is no longer available to be filled. Expired = A prescription which is too old to fill. This does not refer to the expiration date of the medication in the container. Non-VA = A medication that came from someplace other than a VA pharmacy. This may be a prescription from either the VA or other providers that was filled outside the VA. Or, it may be an over the counter (OTC), herbal, dietary supplement or sample medication. Pending = This prescription order has been sent to the Pharmacy for review and is not ready yet.

| Medication Name and Strength | Pharmacy Term | Instructions | Quantity Ordered | Prescription Expires | Prescription Number | Last Dispense Date | Ordering Provider | Facility |
|---|---|---|---|---|---|---|---|---|
| HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB | Expired | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN *MORE THAN 4000MG/DAY ACETAMINOPHEN MAY HARM LIVER | 15 | Oct 03, 2018 | 30928832 | Sep 03, 2018 | HARTOCH,RICHARD S | PORTLAND VA MEDICAL CENTER |
| AMOXICILLIN | Expired | TAKE ONE CAPSULE BY MOUTH | 15 | Oct 03, | 13290060 | Sep 03, | HARTOCH,RICHARD | PORTLAND |

MILLER 025

/es/ CLAUDIA A JOHNSON
RN BSN EMERGENCY DEPARTMENT
Signed: 08/29/2019 21:18

## Encounter

| Date/Time | Encounter Type | Encounter Description | Reason | Provider | Source |
|---|---|---|---|---|---|
| Aug 29, 2019, 08:09 PM | MTMS BY PHARM NP 15 MIN | CLINICAL PHARMACY | Post-traumatic stress disorder, chronic ICD10 F43.12 with Provider Comments: Post-Traumatic Stress Disorder, Chronic | UBINA,KATHLEEN B | PORTLAND VA MEDICAL CENTER |

**Encounter Notes**

The included Outpatient Encounter Notes are available 3 calendar days after completion and include a maximum of the 5 most recent notes associated with the Outpatient Encounter. The data comes from all VA treatment facilities.

| Date/Time | Encounter Note | Provider |
|---|---|---|
| Aug 29, 2019, 08:58 PM | PHARMACY NOTE : LOCAL TITLE: PHARMACY SERVICE STANDARD TITLE: PHARMACY NOTE DATE OF NOTE: AUG 29, 2019@20:58 ENTRY DATE: AUG 29, 2019@20:58:16 AUTHOR: UBINA,KATHLEEN B EXP COSIGNER: URGENCY: STATUS: COMPLETED | UBINA,KATHLEEN B |

ED Pharmacy Discharge Education

HPI
MILLER,MAXIMILLIAN KEN is a 33 year old ASIAN, WHITEMALE who
presents to the Emergency Department with chief complaint of: medication refill
of escitalopram.

PMH:PTSD (ICD-9-CM 309.81) Obesity (ICD-9-CM 278.00)
Brief Loss of Consciousness with Loss ofHeadaches (ICD-9-CM 784.0)
Sleep disturbances (ICD-9-CM 780.50) Adjustment Disorder with Anxiety (ICD-9-
CM 309.24)
Cognitive Disorder NOS (ICD-9-CM 294.9)

**CONFIDENTIAL**

ALLERGIES: Patient has answered NKA

CURRENT MEDICATIONS:
Active Medications:
1) Escitalopram oxalate 5mg tab take three tablets by
mouth every day

active non-va medications status
=====================================================================
1) Non-va ibuprofen 400mg tab 400mg mouth as needed

2 total medications)

VITALS:
WT:248 lb [112.7 kg] (05/14/2019 14:21)
HT: 71 in [180.3 cm] (05/14/2019 14:21)
BP:137/88 (08/29/2019 20:25)
P: 59 (08/29/2019 20:25)
R: 12 (08/29/2019 20:25)
T:98.4 F [36.9 C] (08/29/2019 20:25)

LABS:
WBC 7.70 05/14/2019 14:44
PLT 273 05/14/2019 14:44
UREA NITROGEN 14 05/14/2019 14:44
CREATININE 0.9 05/14/2019 14:44

=================================================
ASSESSMENT/PLAN
Patient is 33 yo ASIAN, WHITE MALE, presenting to ED for
medication refill of escitalopram.

As a result of this ED visit, patient has been prescribed a 14-day course of her
home dose of escitalopram 15 mg (3 tablets of 5 mg) by mouth daily. Instructed
patient to follow-up with rescheduling his cancelled mental health appointment
to obtain additional refills of his medication.

Recommend no changes to plan. Patient has received counseling regarding

VA Health Summary (Continuity of Care Document)

indication, dosing, adverse effects, and return precautions.

Please call general ED phone line or ED pharmacist @ x59943 with questions or concerns.

Pharmacist time spent on chart review consult in minutes: 15 minutes

/es/ KATHLEEN B. UBINA, PHARM.D.
CLINICAL PHARMACY SPECIALIST - ED
Signed: 08/29/2019 22:31

## Encounter

| Date/Time | Encounter Type | Encounter Description | Reason | Provider | Source |
|---|---|---|---|---|---|
| Aug 27, 2019, 09:52 AM | | ADMIN PAT ACTIVTIES (MASNONCT) | | | PORTLAND VA MEDICAL CENTER |

**Encounter Notes**

The included Outpatient Encounter Notes are available 3 calendar days after completion and include a maximum of the 5 most recent notes associated with the Outpatient Encounter. The data comes from all VA treatment facilities.

| Date/Time | Encounter Note | Provider |
|---|---|---|
| Aug 27, 2019, 09:52 AM | PHYSICIAN LETTERS : LOCAL TITLE: PC - PATIENT LETTER STANDARD TITLE: PHYSICIAN LETTERS DATE OF NOTE: AUG 27, 2019@09:52 ENTRY DATE: AUG 27, 2019@09:52:53 AUTHOR: DIEGO,TERRI LEE KEK EXP COSIGNER: URGENCY: STATUS: COMPLETED Department of Veterans Affairs Medical Center 3710 SW US Veterans Hospital Road Portland, OR 97239 | DIEGO,TERRI LEE KEKAHUNA |



**DEPARTMENT OF VETERANS AFFAIRS**

April 25, 2023

Maximillian Ken Miller
█████████████████████
Austin, TX 78748

In Reply Refer to:
xxx-xx-9407
27/eBenefits

Dear Mr. Miller:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-█████

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Marine Corps | Honorable | January 03, 2005 | December 20, 2008 |
| Army | Honorable | September 17, 2010 | October 28, 2011 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| **You have one or more service-connected disabilities:** | Yes |
| **Your combined service-connected evaluation is:** | 80% |
| ████████████████████████████████████████████████ | |
| **The effective date of the last change to your current award was:** | December 01, 2022 |
| **You are considered to be totally and permanently disabled due solely to your service-connected disabilities:** | No |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.

- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

- Ask a question on the Internet at https://www.va.gov/contact-us.

Sincerely Yours,

**Regional Office Director**





## Account Activity



**80%**

## Total Combined Disability

You have a 80% final degree of disability. This percentage determines the amount of benefit pay you will receive.

How is this calculated

# Rated Disabilities

| Disability | tinnitus |
| --- | --- |
| Rating | 10% |

MILLER 031

🔒 eauth.va.gov

| | |
|---|---|
| **Disability** | tinnitus |
| **Rating** | 10% |
| Decision | Service Connected |
| Related To | |
| Effective Date | 10/29/2011 |

| | |
|---|---|
| Disability | posttraumatic stress disorder with secondary depression; and residuals of traumatic brain injury |
| Rating | 70% |
| Decision | Service Connected |
| Related To | Disability Evaluation System (DES)

PTSD - Combat |
| Effective Date | 10/29/2011 |

| | |
|---|---|
| Disability | bilateral hearing loss |
| Rating | |
| Decision | Not Service Connected |

MILLER 032

🔒 eauth.va.gov

| | |
|---|---|
| **Disability Rating** | bilateral hearing loss |
| **Decision** | Not Service Connected |
| **Related To** | |
| **Effective Date** | |

| | |
|---|---|
| **Disability Rating** | left knee patellofemoral pain syndrome |
| **Decision** | Not Service Connected |
| **Related To** | |
| **Effective Date** | |

| | |
|---|---|
| **Disability** | chronic thoracolumbar strain with degenerative changes |
| **Rating** | 20% |
| **Decision** | Service Connected |
| **Related To** | |

MILLER 033

🔒 eauth.va.gov

| | |
|---|---|
| **Disability** | chronic thoracolumbar strain with degenerative changes |
| **Rating** | 20% |
| **Decision** | Service Connected |
| **Related To** | |
| **Effective Date** | 10/29/2011 |

| | |
|---|---|
| **Disability** | post concussive tension headaches due to traumatic brain injury |
| **Rating** | 0% |
| **Decision** | Service Connected |
| **Related To** | |
| **Effective Date** | 10/29/2011 |

| | |
|---|---|
| **Disability** | erectile dysfunction |
| **Rating** | |
| **Decision** | Not Service Connected |
| **Related** | |

MILLER 034

🔒 eauth.va.gov

| | |
|---|---|
| **Disability** | acromioclavicular joint sprain, left shoulder |
| **Rating** | 10% |
| **Decision** | Service Connected |
| **Related To** | |
| **Effective Date** | 10/29/2011 |

| | |
|---|---|
| **Disability** | right knee patellofemoral pain syndrome |
| **Rating** | |
| **Decision** | Not Service Connected |
| **Related To** | |
| **Effective Date** | |

| | |
|---|---|
| **Disability** | peripheral vestibular disorder due to traumatic brain injury |
| **Rating** | 10% |
| **Decision** | Service Connected |
| **Related To** | |

MILLER 035

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARY B. HEATON, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:19-cv-03003-JMC |
| THE ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

**TESTIMONIAL AFFIDAVIT OF PLAINTIFF CAITLIN MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN**

Pursuant to 28 U.S.C. § 1746, I, **Caitlin Miller,** hereby declare as follows:

1.      "I am one of the Plaintiffs in the above–captioned Action. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

2.      I was born in May, 1989. I am a resident of the State of Texas. In accordance with 28 U.S.C. §§ 1605A (a)(2)(A)(ii)(I) and 1605A(c)(1), at the time of the January 4, 2011 terrorist attack at issue ('hereinafter '**the Attack')** I was a United States citizen.

3.      I am submitting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ('**Iran')**. More specifically, I am submitting this Affidavit to provide the Court with facts and evidence concerning the mental anguish, bereavement, grief, and loss of society and comfort (*i.e.*, solatium damages) I suffered following the Attack. *See* Pls.' First Amend. Compl. at 334—35.

4.      I am Specialist Maximillian ('Max') Miller's wife. At the time of the Attack, I was 21 years old. For the reasons detailed in this Affidavit, Specialist Maximillian Miller's traumatic experience during the Attack, and his resulting injuries, has caused a significant personal impact on my life.

5.      Prior to signing this Affidavit, my attorneys asked me series of questions about the Attack and how the injuries Specialist Maximillian Miller sustained in the Attack has impacted my

life. Below are the questions and my answers:

**Q**. When did you and Maximillian Miller first meet? What did you think of Max when you first met him?

**A.** Max and I met in the fall of 2009 at Portland Community College. I immediately really liked him. He was very friendly, and sincere. Max has always been great at making people feel comfortable and welcome. I liked how he listened to what I was saying.

**Q**. When did you and Max get married? What do you remember about your wedding day?

**A.** We married May 12, 2010. Our wedding was at the courthouse in the town that I grew up in, Newberg, Oregon. We were only allowed 8 guests, so it was very small and intimate. I remember it was low stress and relaxed. Max and I had a great time. The photograph below fairly and accurately depicts me (on the left side of the photograph) and Max (on the right side of the photograph). The picture was taken the day of our wedding.



MILLER 037

**Q.** Why did you decide to marry Max?

**A.** I loved Max and he loved me. I felt confident in us and knew we could build a great life together.

**Q.** What was your relationship with Max like on January 4, 2011?

**A.** It was good and besides the distance, our relationship was still the same as before the deployment started. Max and I had talked a couple of days before and I knew they (him and his unit) were going out, so I wasn't expecting a call from him.

**Q.** Where were you when you found out about the Attack and what feelings did you experience at this time?

**A.** I was at my parents' house, where I was staying with our infant son while Max was deployed. I was shocked at first. I knew it could happen, but I didn't think it would. Then, as I learned more, I was worried and sad. I didn't know the total scope of his injuries, what it meant long term, or if he was truly okay. For the rest of the deployment, I was extremely anxious about an Attack happening again.

**Q.** Do certain dates or events trigger feelings of sadness, frustration, or anger relating to the Attack?

**A.** New Year's is always hard because it's so close to the day of the attack, and has become a reminder of it. Any big event or celebration can leave me sad and frustrated, if Max is having a hard time managing everything going on. Seeing him like that reminds me too much of what he went through that day and what we have gone through since.

**Q.** How has the Attack changed Max? What do you miss the most about your relationship with Max prior to the Attack?

**A.** The attack changed Max in a lot of ways. When he first got back, Max struggled hard with being in loud, crowded places. He was very distant, apathetic, angry, and serious. Max went to therapy for a while and that helped with the severity of his Post Traumatic Stress Disorder (PTSD), but the anxiety and sadness still lingers. The TBI affected Max's short-term memory and he's forgetful now. He struggles with organization.

Max's PTSD and Traumatic Brain Injury (TBI) affect his mood and emotions. As I wrote earlier, Max is more serious about everything after the Attack. He's more anxious about safety, especially with our kids. His demeanor is less joyful and carefree. I really miss that side of Max. Before the Attack, he was mischievous and playful. He wasn't as worried about everything. Max's anxiety has stopped him from growing and experiencing new things, and can affect me and our children.

**Q.** Please describe how Max's post–Attack injuries currently impacts your life?

**A.** Because of Max's short-term memory issues from his TBI, most of the planning, logistics, and scheduling falls on me. I have to always have Max's schedule or appointments in my calendar, so I can remind him. I'm the one who has to remember all the important dates for our family.

Max also gets overwhelmed with too many tasks at once, so I'm responsible for shopping and planning anything. It takes a big toll on me, mentally, to have so many

things to remember. Also, Max's anxiety can create chaos and disruption in our lives. He really needs to have a plan, know it, and have it go as planned for him to feel safe.

When something goes off plan, it can throw Max completely off for the day. I feel the weight of making sure to check in on him stress wise. For example, we recently took a mini road trip with our children to New Orleans. Max wanted to take charge of planning, so I supported him. On our second day in New Orleans, we drove around for half an hour or so, trying to find a place to eat dinner because Max forgot to plan ahead and pick a place. I finally convinced him to park the car so he could refocus. Max's anxiety spiraled and his brain got stuck on his perceived failure of forgetting. No matter how many things I suggested or just told him it didn't matter where we ate, Max couldn't let it go. I was stuck trying to calm him, reassure our children, and find a dinner choice. We eventually worked it out and ate dinner. At the end of the day, I was exhausted. I made sure to talk over the plan for the next days with Max, so I could make sure it didn't happen, again.

**Q.** Do you have a favorite photograph of you and Max together? Why is this photograph so special to you?

**A**. I have so many, mostly of us and the kids, all together. The photograph on Page 5 below is one that is very special to me though. The photograph fairly and accurately depicts me (on the right side of the photograph in a white t-shirt) and Max (on the left side of the photograph in a dark blue t-shirt). It was taken around 2018 when we were out on a hike.

I like that we look happy and relaxed. It's always nice to get that one on one time together.



I like that we look happy and relaxed. It's always nice to get that one on one time together.



**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

*Caitlin Miller*

Caitlin Miller

SIGNED under oath before me on          .

State of Texas
County of Travis
This instrument was acknowledged
before me on *5/13/2023*
by *Caitlin Miller*
NOTARY *Angel Zaragoza*
5

Notary Public – State of Texas

ANGEL ZARAGOZA
Notary Public
STATE OF TEXAS
ID# 133864079
My Comm. Exp. Apr. 18, 2026