# **EXHIBIT 14**

# <u>Sergeant Jon Kone</u>



KONE 001

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARY B. HEATON, et al.,

               Plaintiffs,

     v.

THE ISLAMIC REPUBLIC OF IRAN,

          Defendant.

Civil Action No. 1:19-cv-03003-JMC

---

### TESTIMONIAL AFFIDAVIT OF PLAINTIFF JON KONE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN

Pursuant to 28 U.S.C. § 1746, I, **JON KONE**, hereby declare as follows:

1.      "I am one of the Plaintiffs in this case. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

2.      I was born in June 1988 and am now 34 years old. I am a resident of the State of California. In accordance with 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I)–(II) and 1605A(c)(1)–(2), at the time of the September 8, 2009 terrorist attack in which I was injured (hereinafter '**the Attack**') I was a United States citizen and member of the United States armed forces. Specifically, I was a member of the United States Air Force. I was 20 at the time of the Attack. At the time of the Attack, my legal name was **Jon Gally**. In 2017, I changed my legal name to Jon Kone.

3.      The photograph on the preceding page was taken approximately August 2009 at Camp Stryker in Baghdad and accurately depicts me in my United States Air Force uniform.

4.      I am presenting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ('**Iran**'). More specifically, I am submitting this Affidavit to provide the Court with the facts concerning the September 8, 2009

KONE 002

terrorist attack, the injuries I suffered in the Attack, the medical care and treatments I have

received for my injuries, my current condition, and how the attack and injuries have impacted me

and my life.

5.     Prior to signing this Affidavit, my attorneys asked me series of questions about

the Attack, my resulting injuries, the medical care and treatments I have  received since the

Attack, and my life today. Below are the questions and my answers:

**Q**. When did you first join the United States Air Force and why did you enlist?

**A.** I joined the Air Force in October 2006. I wanted to travel and have an opportunity for
schooling. I enlisted in the Air Force as a family member recommended it versus the Army.

**Q**. What your mission, and what happened to you on September 8, 2009?

**A.** I was on a mission to conduct an Iraqi Police Station 'meet and greet' from Camp Victory to
the Al Rasheed district in southern Baghdad. We were struck by an Explosively Formed Penetrator
('EFP'), which targeted the M1151 Military Humvee ('HMMWV') striking the front passenger
door. The weapon instantly killed United States Air Force Lt. Joseph Helton before lodging into
my friend/gunner Victor Wise's upper right thigh. The EFP penetrated and wrapped around his
femur, cauterizing his femoral artery. I had several minor burn marks and a gash that required a
vertical mattress suture. Thankfully, my neck collar stopped a piece of molten copper from
penetrating my neck.

The photograph on Page 4 below is a screenshot from Google Maps. The photograph fairly and
accurately depicts the approximate location of the EFP blast.

KONE 003



The digital red arrow above fairly and accurately marks the approximate location of the Attack.

KONE 004



The photograph above was taken be me in approximately April 2009. The photograph fairly and accurately depicts the approximate location of the September 8, 2009 EFP Strike

**Q**. Would you please describe what you remember about the Attack?

**A.**  After mission brief, I was told by Technical Sergeant ('TSgt') Hann that Staff Sergeant ('SSgt') Clark would be taking the truck commander ('TC') seat in truck 4 and 1st LT Helton would take the TC seat in my truck. I call it my truck as I was used to rotating TC. I knew each truck's radio set up as the Radio Telephone Operator ('RTO') manages all radio communications. SrA Wise was Truck 3's gunner, as we knew it was a long drive to the Rashid district and Forward Operating Base ('FOB') Falcon from Camp Striker and we had a seat open as a team member was on leave. We decided it was prudent to place the water cooler behind the TC. This was immensely important to keep our energy drinks, 'rip it' drinks, and Gatorades cooler than when mounted to the back of Wises turret.  We prepped the M1151 HMMWV for a normal day patrolling outside the wire.

When TSgt Hann brought Lieutenant ('LT') Joseph Helton to the truck, it was a more or less a handoff to myself to brief LT Helton on how the truck operates concerning radios, guns mounted and the mission.  Finally, Helton told me the water cooler should go back on the turret in case we needed to evacuate other RR1-1 members if a truck went down, as the M1151 was mostly bulletproof.  I agreed, as Wise and I were using the space for our needs since the seat was open.

We mounted the patrol and started our mission, did a typical down gunner exercise while we exited the base. Special care was given as we had the 'dog and pony show' in the vehicle. Specifically

KONE 005

Wise was strapped into the Gunner Harness, which is a five-point harness like he was a mountain climber connected to the floor board. This was a simple fix for the military, as typical enemy Improvised Explosive Devices ('IEDs') would blast the gunner out the turret killing them due to blast and other injuries from ejection traveling at 55 miles per hours.

I got in the vehicle after everyone and did a 360 degree walk to check everything. One TC left their rifle on the hood and caused us to stop our patrol to pick it up off the ground in civilian/hostile territory. I was the driver semi-in charge of every random and escort, so I had to brief the TC and make sure it didn't happen again. I mounted (or seated) myself in my driver's seat, with my rifle tucked between me and the seat belt to hold it in place. I covered the butt stock with the M1151 seatbelt buckle, and RR1-1 was ready to travel to FOB Falcon at approximately 1000. With seats taken by Helton in the TC, Wise as the Gunner and our interpreter behind myself driving.

The Patrol was typical, not a hard emergency practice drill which was required to leave base, down gunner. It was interesting as Helton actually was able to make it into the gunner seat, the other TC couldn't make it due to not being able to fit. I was honestly surprised Helton got up there, he was possibly showing off or willing to follow the rules. This ride was very much feeling like a military 'dog and pony show' where everyone did everything by the book as we didn't want to get in trouble by Helton. Then off we were, exiting Camp Striker on to Main Supply Route Tampa ('MSR Tampa'), to Alternate Supply Route Jackson ('ASR Jackson'). We had roughly 30 minutes of driving and bullshitting, learning about Helton and RR1-1 Truck 3.

While I can't remember all I was talking about, the conversation was about family. I learned that Helton had siblings and about his Mom. We were doing our typical driving, scanning where the driver looked, much like a compass the 270' to the 0' mark, Helton scanning the 0' to 90'. The passenger, our interpreter, was just expected to talk and was a Sudanese person who usually slept while we drove until needed. Wise rotated his viewing as needed based on Truck 2's gunner aiming position, which Wise was to be opposite of unless a high threat area, such as a market or large crowds.

Roughly 20 minutes south on Route Tampa, we hit the exit to head north on ASR Jackson. This was our previous common patrol route as we were previously in charge of the check point police on ASR Jackson to this spaghetti bowl or interchange. North was Lt. Helton's previous stomping grounds just over a week earlier. As we got on this route, my usual TC was in the truck behind me working on communications with the U.S. Army battle space owner letting them know we were in their area and what we were doing. Additionally, he was working on communications with 732nd Detachment 3 at FOB Falcon, letting them know we were so far out from meeting them. This is when 30 minutes stretched into hours for me…

Close to 1000 hours, local 4th trucks came across having a hard time communicating with Det3. We should have been in reach typically; however, who knows with military vehicles. Helton rattles off in our truck communications some directions as we get ready to enter a very colorful traffic circle with a Market on our left and to the right a shoulder height wall, train tracks, open space and residential. It's a busy area. As we got closer, I saw we had personnel close to the truck on the right side where Wise was covering, reminding him to use his M4 for the show of our proper procedures. The machine guns couldn't aim low enough to engage people so close,

KONE 006

current threats were enemies in crowds throwing grenades that would penetrate armor.

The M4 allowed the gunners to react possibly faster than the grenade throwers. Mind you, we were probably traveling 45mph as we entered the circle keeping some spacing 40-60 meters. This was not to allow 2 trucks struck by an IED and slightly closer than normal not to let other vehicles into our unit such as a vehicle borne IED. Truck 2 entered the traffic circle as I was watching a black BMW that didn't seem to want to stop at my 1100 position, and Wise was transitioning.

While watching this black BMW, I suddenly couldn't see. It was hot, there was a smell of metal, it was scorching, peeling, and pushing myself back on to the seat. I couldn't sit as it burned my lower back below my body armor. It was quiet besides the engine whirring up to full speed and my foot had the pedal to the floor. I saw a narrowing vision of a tunnel.

I then yelled 'FUCK, FUCK, FUCK!' I breathed, felt my crotch, and glanced at my hand. There was no blood. I wiped the now instantly gritty powdered black interior window. It was hot, there was no air conditioning anymore and I needed air. I placed my hand on the window to open it and random thoughts of telling me not to. I couldn't tell if we were being shot at. Once bullets entered an armored vehicle they would bounce around until finding a final resting place. I oriented my eyes on the back of the truck in front of me the rear steps held my eyes, and distance was not a factor as I thought just follow the vehicle in front. I tried my radio calling 'IED, IED, IED' but there was no static/noise in the headset. The radios were dead. I was still driving and no one else was talking yet. I yelled as loud as I could 'LT! LT!' A quick look right confirmed he was no longer a priority to try and reach him at the moment, the shear amounts of hamburger red mass from his seat was indicative. Wise came to and started calling down in his crumpled body resting on the radios in pain and saying get him out of there. I tried to reassure him I would in a few words and wondered if the guys in front would stop, hoping they would stop, I needed them to stop. Suddenly slamming on my brakes, I'm within 10ft of running into truck 2.

**Q**. Why do you believe the Attack involved an EFP?

**A.** It was a copper plate EFP that penetrated our armored door, 20-30ft, and a cinderblock wall. My gunner had over 12oz of copper removed from his thigh during surgeries and my HMMWV had a fist-sized hole that sealed my front passenger in his chair after death. The penetrator also cut the bar that held the back door on and fell off when being towed.

Furthermore, my attorneys also informed me that they received a redacted 6 page OPS Report from United States Central Command ('CENTCOM') in response to a *Touhy* Request for records related to the Attack. After reviewing the OPS Report (attached to this Affidavit), **it is my opinion that the OPS Report fairly and accurately describe the September 8, 2009 attack at issue in this lawsuit.** For instance, the date and time of the attack described in the OPS Report (September 8, 2009 at 10:00 hours); the description of the casualties (1 service member killed in action); the unit involved (Detachment 2, 732nd Expedition Squadron); and attack details ('hit by an EFP while traveling North on RTE Jackson') are all consistent with my recollection of the Attack. Similarly, the description of the weapon involved ('the strike was from a single EFP with a copper cone') is also consistent with my recollection of the Attack.

KONE 007

The photographs on Pages 8-9 below were taken by Chief Master Sergeant Hallman (the senior enlisted leader in my unit) approximately a week after September 8, 2009. The photographs fairly and accurately depicts the damage to the HMMWV I was traveling in after the Attack.





**Q**. Please describe what happened to you, including the injuries you suffered, in the Attack?

**A.** Initially, just shock and stiches. However, shock developed into anxiety, survivors' guilt and Post Traumatic Stress Disorder (PTSD). And Spinal cord trauma developed into severe back issues like a ruptured disc, syringomyelia of the spinal cord, and back spasms. My PTSD and my back issues resulted in my medical retirement from the military.

KONE 009

The photograph below fairly and accurately depicts the vertical mattress suture I received after the Attack.



The photograph below fairly and accurately depicts the neck collar that stopped a piece of molten EFP copper from penetrating my neck and probably saved my life. The metal inside the digital red arrow above fairly and accurately depicts the EFP copper.



11

The photograph below fairly and accurately depicts the blood on my Air Force uniform after the Attack.



**Q.** What is the next thing you recall after the explosion?

**A.** I ripped open my seat belt, opened my door, grabbed my M4 Rifle and noticed the buffer tube was bent at a 45 degree bend and broken, useless. I closed my door threw it on the hood of truck 3 and ran to truck 2. I banged on the back door yelling as loud as I could, 'I need FUENTES NOW!' Fuentes was our unit combat medic.

Looking back, I doubt they could hear me through their headsets, vehicles, adrenaline, etc. I instinctively turned back towards my truck running past the TC side and noticed the entry hole in the vehicle. I kept running as all the doors were locked from the inside by the passengers. I grabbed my unlocking tool still amazingly resting in its loosely placed location and ran back to LTs side. I froze while looking at LT. Helton's door. The 500lb 2in thick steel door had a hole bigger than my fist perfectly through the exterior unlocking mechanism. My brain paused and my team caught up to me. Truck 2's fire team leader pushed me and told me to keep going while he reached his hand in the hole toward Helton.

I opened the door where the cooler was sitting. I ran to the door behind mine for the interpreter. I opened the door and paused again. I thought Helton was dead again but heard Wise yelling. I

KONE 012

turned to get on top of the truck to get to him as it was a mess inside the truck. I ran into another teammate who caught me and pulled me up. I kept going, got on the hood and my team leader was either there or right behind me.

My adrenaline was keeping me going at full speed no stop.  Hann starting talking to Wise who was a big guy (not fat, just a big guy compared to my already slim frame). Hann was telling Wise he needed to help. He needed to stand the best he could in order for Hann to pull him out of the turret. I remember Wise was still strapped into the floor with his gunner harness. I jumped off the truck to undo the harness, pulled the latch open, got back on the hood and helped drag Wise out of the turret. As Hann was lowering Wise on the hood, I jumped off to help others lowering Wise to the ground. We laid Wise on his back almost below Helton's door.

Hann and Z were working on entering the truck to check on Helton, who was still stuck inside the truck. With Fuentes taking the lead on Wise (on the massive softball or bigger bulge in Wise's right thigh just below the groin), I started cutting off Wise's gear to make him more accessible for a body scan for other possible hidden injuries. As I was cutting gear off to get inside Wise's armor, I saw Fuentes touch Wise's left thigh. It was so hot that she put her leather gloves on. Noticing that Wise's right thigh was bleeding, I moved on to that injury.

At first, it wasn't bleeding much. I applied an Israeli bandage; which is a heavy blood-catching pat and an integrated pressure point to wrap around limbs and apply pressure to the site. Wise was conscious talking intermittently and yelling intermittently but not constant; which made me try to talk to him. I was pretty much just following training, trying to talk but dazed and full of adrenaline myself. As I was reaching Wise's knee, I felt a weird sensation on my left shoulder.

This stoppage was due to a gash I couldn't feel on my shoulder and this was the first time I saw that my shoulder was bleeding. I reached Wise's right boot and found penetration through the toe area; which is I ironic due to the fact he just bought these Danner shoes based on my recommendation a few days prior. I cut them off with medical sheers and found that shrapnel had cut off part of his muscle around the big left toe. I was surprised Wise wasn't bleeding very much. I bandaged and covered Wise's toe, telling Fuentes that the last step was to apply an IV Bag.

I prepped the bag and the line was ready to insert the needle for the initial flash, but my hands were everywhere. McKenzie was there to help get it in. While he got it in, I noticed Helton's door and the blood pool leaking from the vehicle. A dark but vibrant red and the smell of copper just hung in my nostrils. Hann called out that we had to medevac Wise ourselves.  We were fairly close to the Base, FOB Falcon. I ran to get a stretcher and saw my interpreter alive but sprawled out on the road with our other interpreter. He definitely was out of it.

I grabbed the stretcher off my vehicle and prepped it, locking the hinges and placing it next to Wise. I grabbed our inactive interpreter, body builder framed guy,  for a fourth person to lift Wise and his gear. We moved on my command and got Wise into the first vehicle where Wise, Mike, and myself were in. Once in, we were off to the Base. I was primarily over Wise's legs, making sure loose equipment wasn't hitting him and trying to talk to him. I was scared he was going into shock, so I brought up giving him a nasal pharyngeal, a very rude and uncomfortable rubber tube shoved up your nose to keep a patient's airway open. This was my threat and the way I kept Wise

13

semi-conscious while driving.

Eventually, because of the horrible suspension of the vehicle, I had to pull the IV out due to the line coming half way out of Wise's arm. We arrived at the Base after many hard turns and we hit a Helicopter pad. Then, all of a sudden, the rear doors opened and there were four people in medical outfits pulling him out and rushing Wise off to the waiting Medical Blackhawk Helicopter which whisked him off. I saw my truck finally get towed roughly 50 feet from me where yellow tarps and people entered expeditiously to check on Helton and slowly exited. That was the moment we officially knew that Lt. Joseph Helton was dead. Garcia reminded me about my shoulder and I stripped my gear and my combat shirt and there was definitely a gash I couldn't just let go. I walked over to the medical facility for stiches and a Traumatic Brain Injury ('TBI') test. It was now 10:30ish in the morning, only 30 minutes have passed since the EFP went off.

During treatment at (where?), I felt like there were 3 persons working on my shoulder but I was still dazed. Time was irrelevant and the adrenaline was wearing off. I was exhausted and could barely think straight. Hearing vertical beds and stiches, being questioned about what happened, what do I remember, do I remember everything, do these math problems, all in rapid fire! There wasn't a break.

At this point, I would say it was 1100 hours, only one hour after the strike and I was beat. I still had no shirt but I needed gear and a shirt for the helicopter ride back to Camp Styrker in Baghdad. So someone gave me an extra shirt from our sister unit.  I believe Garcia or Fuentes noticed a metal piece stuck in my Kevlar neck protector. This was roughly a half dollar size piece of copper that would have for sure killed me if I was like many others that took it off. I remember many soldiers afterwards putting the neck protector back on their gear.

**Q.** What were your doctors telling you about your future course of treatment?

**A.** After the Attack (around mid 2010), doctors back at Holloman Air Force Base in New Mexico told me that my future course of treatment plan would be pain management or surgery.

**Q**. What were your doctors telling you about future surgeries?

**A.** It would involve draining fluid from inside my spinal cord. I never had this surgery though.

**Q.** What plans did you have for your future before the Attack?

**A**. Before the Attack, I planned on staying in the Air Force as I was a top performer. Afterwards, it was a struggle to maintain the attention to my job needed due to drinking, night terrors, depression, anxiety, and distrust.

**Q.** What activities did you enjoy doing before the Attack that you can no longer do?

**A.** I enjoyed being highly active. Just picking up my kids now can cause back pain and spasms.

KONE 014

**Q**. What activities do you wish you could do that are not possible now?

**A.** Hiking and remote camping, sports like golf that involve a lot of back movement, and generally being active outdoors.

**Q.** What activities can you still do, but you need help to do it?

**A**. I can still do many physical activities, just not at the level I should be able to at the relatively young age of 34 years old. It depends on if my back is cooperative or not. Typically, not being too active and not lifting is beneficial for my back, but not my lifestyle.

**Q.** How does it make you feel to need help to do things that you used to be able to do yourself?

**A.** It's frustrating and disappointing being in the civilian world now. It's hard to explain the reason for what many could take as being lazy or not wanting to help. However, internalizing the back pain or taking pills constantly to be helpful is extremely frustrating. For instance, my father-in-law runs 'circles around me' and is much more helpful around the house.

**Q**. Where are you living now?

**A.** In Livermore, California with my wife and two kids.

**Q.** Are you working?

**A.** Currently unemployed. Recently, I have been a Project Manager and Project Superintendent for low voltage security system installations.

**Q**. Would you please describe a typical day in your life now?

**A**. Desk work and spending as much time with my kids as possible while finding a job that understands the value of time with my kids.

**Q**. What ongoing health care are you receiving?

**A.** Care with the VA for back pain and mental health.

**Q**. What does the future look like for you?

**A.** Try to stay positive. I am planning on obtaining professional certifications as a construction project manager. I am also trying to stay fit as possible despite my back issues, enjoying time with my kids, and generally enjoying making memories with my family.

**Q**. What plans for the future do you have now?

**A.** Currently finding a job would be a start in this economy.

KONE 015

6.     As a result of injuries sustained in the Attack, I received a Purple Heart. The Department of Veteran Affairs ('VA') rates my Attack–related PTSD as 50% disabling and my Attack–related back issues (thoracic syringomyelia and lumbar discogenic disc disease) as 30% disabling. Overall, I am rated 70% disabled by the VA.

7.     The medical and military records attached to this Affidavit are true and correct copies of my military service records from the United States Air Force, my medical records from the United States Air Force, and my medical records from the VA. These records fairly and accurately describe my military service experience and my related medical history."

Jon  Kone
Sterne
04.24.2023

SEE NOTARY ATTACHMENT

INITIALS: SA DATE: 4/24/2023

16

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Alameda_

Subscribed and sworn to (or affirmed) before me on this _24th_ day of _April_ , 20 _23_ by _Jon Kone_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SHUSHAN AGADJANIAN
COMM. #2365869
Notary Public · California
Alameda County
My Comm. Expires July 16, 2025

(Seal)

Signature _Shushan Agadjanian_

17

KONE 017



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035          Approved for Release to OGC - FOUO / PA applies          03/23/22 001

KONE 018



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035       Approved for Release to OGC - FOUO / PA applies       03/23/22 002

KONE 019



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035     Approved for Release to OGC - FOUO / PA applies     03/23/22 003

KONE 020



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035          Approved for Release to OGC - FOUO / PA applies          03/23/22 004

KONE 021



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035        Approved for Release to OGC - FOUO / PA applies        03/23/22 005

**KONE 022**



UN-REDACTED VERSION FILED UNDER SEAL

USCENTCOM MDR 22-0035    Approved for Release to OGC - FOUO / PA applies    03/23/22 006
KONE 023

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES — THIS IS AN IMPORTANT RECORD. SAFEGUARD IT — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

Case 1:19-cv-03003-JMC   Document 51-14   Filed 06/02/23   Page 25 of 42

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle)  GALLY  JON  CHRISTOPHER | 2. DEPARTMENT, COMPONENT AND BRANCH  AIR FORCE--REGAF | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK  SSG | 4b. PAY GRADE  E5 | 5. DATE OF BIRTH (YYYYMMDD)  19880611 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) N/A |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY  MOUNTAIN  VIEW CA | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known)  LIVERMORE CA |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND  49 SECURITY FORCES   SQ (ACC) | b. STATION WHERE SEPARATED  JBSA  RANDOLPH   TX |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED  N/A | 10. SGLI COVERAGE ☐ NONE  AMOUNT: $400,000 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty.  List additional specialty numbers and titles involving periods of one or more years.)  3P071, SECURITY FORCES, 8 YEARS AND 9 MONTHS. | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2006 | OCT | 24 |
| | b. SEPARATION DATE THIS PERIOD | 2015 | SEP | 27 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 08 | 11 | 04 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 02 | 24 |
| | f. FOREIGN SERVICE | 02 | 03 | 09 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 2006 | OCT | 24 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2011 | MAY | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)  Purple Heart, Air Force Commendation Medal with 1 Oak Leaf Cluster, Army Commendation Medal with Valor Device with 1 Oak Leaf Cluster, Air Force Achievement Medal with 1 Oak Leaf Cluster, Combat Action Ribbon, Meritorious Unit Award with 1 Oak Leaf Cluster, AF Outstanding Unit Award with 7 Oak Leaf Clusters,  //See Remarks// | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)  AF BASIC MILITARY TRG, DEC 2006; (OUM) SECURITY FORCES APPRENTICE, APR 2007; (*06) MILITARY POLICE (MP) GUARD COMPANY, DEC 2007; AIRMAN LEADERSHIP SCHOOL (RESIDENCE), JUL 2011; (848) SECURITY FORCES CRAFTSMAN COURSE, SEP 2011; (9AA) AFTC, MAR 2012; (NGI) SECURITY FORCES COMBAT LEADERS COURSE, FEB 2013; //SEE REMARKS// |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | X | NO |
|---|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment:              ) | | YES | X | NO |

| 16. DAYS ACCRUED LEAVE PAID    0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

**18. REMARKS**
ITEM 13: Army Meritorious Unit Commendation, AF Good Conduct Medal with 1 Oak Leaf Cluster, National Defense Service Medal, Afghanistan Campaign Medal with 1 Service Star, Iraq Campaign Medal with 2 Service Stars, Global War On Terrorism Expeditionary Medal, Global War on Terrorism Service Medal, Nuclear Deterrence Operations Service Medal, AF Overseas Ribbon Short, AF Overseas Ribbon Long, Air Force Expeditionary Service Ribbon with Gold Border with 2 Oak Leaf Clusters, AF Longevity Service with 1 Oak Leaf Cluster, USAF NCO PME Graduate Ribbon, Small Arms Expert Marksmanship Ribbon with 1 Service Star, AF Training Ribbon, NATO Medal (Wear first NATO medal awarded.). ITEM 14: (0A2) EVASION CONDUCT AFTER CAPTURE (LACKLAND), MAY 2013; (V1O) TACTICAL SECURITY ELEMENT COURSE WITH SQUAD //See Continuation Page//

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code)  LIVERMORE   CA 94551 | b. NEAREST RELATIVE (Name and address - include ZIP Code)  KRISTIN  KONE  LIVERMORE   CA 94551 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)    CA    OFFICE OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X | YES | | NO |

| 21.a. MEMBER SIGNATURE  MEMBER NOT AVAILABLE TO SIGN | b. DATE (YYYYMMDD)  N/A | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature)  CAC/PKI SIGNED BY FLORES.FRANKIE.A.1126615015  CONTRACTOR, USAF, TFSC DD Form 214 Technician Sep 28 2015 6:32:16:000 PM  CAC Serial Number: 15C3D0  IssuerCN: DOD CA-31 | b. DATE (YYYYMMDD)  20150928 |
|---|---|---|---|

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) |
|---|

| 23. TYPE OF SEPARATION  RETIREMENT | 24. CHARACTER OF SERVICE (Include upgrades)  HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY  AFI 36-3212 | 26. SEPARATION CODE  SEK | 27. REENTRY CODE  2Q |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION  DISABILITY TEMPORARY (ENHANCED) |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD)  NONE | 30. MEMBER REQUESTS COPY 4 (Initials) N/A |
|---|---|

| **DD FORM 214, AUG 2009** | PREVIOUS EDITION IS OBSOLETE | **SERVICE-2** |
|---|---|---|

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY *(Continuation Sheet)*
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. **NAME** *(Last, First, Middle)* | 2. **DEPARTMENT, COMPONENT AND BRANCH** | 3. **SOCIAL SECURITY NUMBER** |
|---|---|---|
| GALLY  JON  CHRISTOPHER | AIR FORCE--REGAF | ▮▮▮▮▮▮ |

Items continued: ITEM 18: OPERATIONS TRAINING, JUN 2013; (0PV) PRINCIPLES OF INSTRUCTION (FTD), FEB 2014. Extension for service was at the request and for the convenience of the government.  Copy 3 to DVA Data Processing Center, Austin TX 78772 and copy 5 to Lockheed Martin Information Technology, U.S. Department of Labor, Federal Claims Control Center, P.O. Box 785070, Orlando, FL 32878-5070.
-------------------------------------------------------------NOTHING FOLLOWS-------------------------------------------------------------

| 21.a.  MEMBER SIGNATURE | b.  DATE *(YYYYMMDD)* | 22.a.  OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title, signature)* | b.  DATE *(YYYYMMDD)* |
|---|---|---|---|
| MEMBER NOT AVAILABLE TO SIGN | N/A | CAC/PKI SIGNED BY FLORES.FRANKIE.A.1126615015 CONTRACTOR, USAF, TFSC DD Form 214 Technician Sep 28 2015 6:32:16:000 PM CAC Serial Number: 15C3D0   IssuerCN: DOD CA-31 KONE 02S | 20150928 |

**DD FORM 214C, AUG 2009**          PREVIOUS EDITION IS OBSOLETE          **SERVICE-2**



*C PH*

# THE UNITED STATES OF AMERICA

### TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

### THIS IS TO CERTIFY THAT
### THE PRESIDENT OF THE UNITED STATES OF AMERICA
### AUTHORIZED BY ORDER OF
### GENERAL GEORGE WASHINGTON, AUGUST 7, 1782
### HAS AWARDED

## THE PURPLE HEART

### TO
**SENIOR AIRMAN JON C. GALLY**

### FOR
### WOUNDS RECEIVED IN ACTION
**8 SEPTEMBER 2009**

GIVEN UNDER MY HAND
**28 SEPTEMBER 2009**

**GILMARY M. HOSTAGE III**
**Lieutenant General, USAF**
**Commander, USAFCENT**



AF FORM 2220, 20000101

Special Order G-32034

Condition: 4    PAS: YYYYYYY    RDP: 15 Sep 2009



*CAV*

# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL
### WITH "VALOR" DEVICE

TO    SENIOR AIRMAN JON C. GALLY  *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*

### DETACHMENT 2, 732ND EXPEDITIONARY SECURITY FORCES SQUADRON

**FOR** EXCEPTIONALLY VALOROUS SERVICE, SENIOR AIRMAN JON C. GALLY, UNITED STATES AIR FORCE, DISTINGUISHED HIMSELF BY VALOROUS ACTIONS ON 8 SEPTEMBER 2009 WHILE SERVING AS A TACTICAL VEHICLE DRIVER. SrA GALLY'S ACTION AND COURAGE DURING ENEMY ATTACK ENSURED THAT HIS FIRE TEAM AVOIDED A FOLLOW-ON ATTACK AND MINIMIZED LOSS OF LIFE. SrA GALLY'S HEROISM IS IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT DISTINCT CREDIT UPON HIMSELF, THE MULTI-NATIONAL CORPS-IRAQ, AND THE UNITED STATES ARMY.

Permanent Order # 299-018, 08 NOV 09
CDR, 49TH Military Police Brigade
APO, AE 09344

DONALD J. CURRIER
Brigadier General
Commanding

DA FORM 4980-14, NOV 97

KONE 027

BEST AVAILABLE DOCUMENT

*OO*



*AF104*
*090908*

# DEPARTMENT OF THE AIR FORCE

## ON BEHALF OF THE SECRETARY OF THE AIR FORCE THE

# AIR FORCE COMBAT ACTION MEDAL

IS PRESENTED
TO

**SENIOR AIRMAN JON C. GALL**     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

THE UNITED STATES AIR FORCE
FOR

ACTIVE PARTICIPATION IN COMBAT, HAVING BEEN UNDER DIRECT AND HOSTILE FIRE OR
PHYSICALLY ENGAGING HOSTILE FORCES WITH DIRECT AND LETHAL FIRE, IN
CONNECTION WITH MILITARY OPERATIONS ON
8 SEPTEMBER 2009

WHILE SERVING WITH

**OEPRATION ENDURING FREEDOM**

GIVEN UNDER MY HAND ON THIS
**21ST DAY OF DECEMBER 2009**

**GILMARY M. HOSTAGE III**
Lieutenant General, USAF
Commander, USAFCENT

KONE 028



**DEPARTMENT OF THE AIR FORCE**
**49th WING (ACC)**
**MENTAL HEALTH CLINIC**
**MEDICAL OPERATIONS SQUADRON**
**200 FIRST STREET, BUILDING 17**
**HOLLOMAN AIR FORCE BASE, NEW MEXICO 88330**

**MEDICAL EVALUATION BOARD**
**NARRATIVE SUMMARY**
**DATE OF REPORT: 24 MAR 2015**

**IDENTIFYING DATA:**

| | | |
|---|---|---|
| Name: Gally, Jon C. | SSN: ▉ | Gender: Male |
| Age: 26 | Marital Status: Single | Race: Caucasian |
| Military Status/Branch: ADAF | Rank: E-5 | Years of Service: 8.5 years |

Prior to interviewing the service member (SM), the provider discussed the purpose of the evaluation as a fitness for duty assessment, the limits of confidentiality, that they would not be his treating provider, and that a written report would be submitted to the MEB/PEB to determine fitness for military duty. SM expressed understanding of these issues and agreed to proceed. Sources of information include: observations from psychotherapy sessions, a thorough review of AHLTA medical/mental health records, and a clinical interview.

**ADVISEMENT AND WARNING:**

SM and provider discussed the limits of confidentiality and the MEB process. The SM voluntarily participated in the evaluation. Name and DOB identifiers were verified prior to the interview.

**REFERRAL SOURCE AND CHIEF COMPLAINT:**

SSgt Gally has intermittently engaged in mental health services since 2009. He initiated his current mental health treatment episode on 3 Feb 2014 to address symptoms of sleep disturbance, depression, anxiety, and nightmares associated with combat-related trauma.

**HISTORY OF PRESENT ILLNESS:**

SSgt Gally began treatment at the Holloman AFB Mental Health Clinic due to his concerns regarding nightmares/night terrors, intrusive memories from traumatic events, anxiety, depressed mood, anhedonia, sleep disturbance and ongoing excessive feelings of guilt. The patient was initially skeptical of treatment after he had several prior negative experiences in Mental Health during and since his 2009 deployment, but his unresolved PTSD symptoms had worsened after his most recent deployment from which he returned in December 2013 so he wanted to make another attempt at treatment. The patient revealed significant distress associated with a traumatic event that occurred in September 2009 during his yearlong deployment in Iraq. He was the driver of the third vehicle (known for carrying leadership) in a four-vehicle convoy and entered a traffic circle when his armored vehicle was hit by an EFP-IED. The projectile was aimed at the vehicle and entered on the passenger side, killing the vehicle commander and seriously wounding the vehicle gunner. The patient described that he was unconscious for what he believes to be only a matter of seconds and was able to proceed to drive the vehicle "off the X" before stopping. He awoke to a cloud of soot and black dust and saw a large piece of body part on his window, and began yelling via radio headset to the 1st Lt (vehicle commander), but with no response, he looked across and could see blood/gore and the Lt's head and body bent downward. He said he heard the gunner yelling and responded to the gunner, telling him he would get him out of there. When the vehicle stopped, he immediately assisted to get the doors of the Humvee open and helped to pull the gunner out and administer aid. They were unable to access the front passenger seat where the vehicle commander was since the projectile destroyed the mechanism. SSgt Gally recalled in one moment while assisting with the gunner that he looked toward the vehicle and saw blood from it and knew it was

Page **1** of **5**

| | |
|---|---|
| **MEDICAL EVALUATION BOARD** | **NAME: Gally, Jon**<br>**RANK: SSgt**<br>**SSN:** ▉<br>**DOB:** ▉ **Jun 1988**<br>**SOURCE: MHC** |

from the 1st Lt. SSgt Gally suffers from significant and excessive guilt as he believes that he did not do enough for his vehicle commander, saying that there is a specific sequence of triage that he was trained to do, including a physical or hands-on assessment of the injured person. Despite that all the visual signs were apparent as to the status of the 1st Lt, the patient maintains an unrelenting guilt that he should have done more for the 1st Lt. He additionally suffers from survivor's guilt, with the constant mantra in his head that he is supposed to bring everyone back [from any convoy mission] and with his wish to have been the one to have taken the blast instead of the officer. [The patient was returned to driving duty after two weeks recovery from lacerations obtained in the blast. He was awarded the Purple Heart at Camp Stryker, Iraq on 24 Sep 2009.]

SSgt Gally described his job as convoy driver during the 2009 deployment in which the unit operated in the Triangle of Death, the known hit zone south of Baghdad during that time frame of the war, where the combat patrols dealt with Iraqi police. The patient stated that in the course of the yearlong deployment and especially after the blast, he developed and maintained an aggressive/numb posture in order to carry out the mission in that region. He has experienced considerable internal anger and detachment as he was aware of the "insiders" or insurgents planted in the Iraqi police and the likely role they played in the blast. The patient reports a history of drinking and depression since his return from the deployment such that he acknowledges that when drunk he experiences the suppressed anger, sadness, and guilt. At these times, he experiences considerable levels of distress from witnessing the aftermath of war including severed bodies, body parts, carnage, violence, and death along with the ongoing heightened anxiety/stress responses necessary in the volatile war zone in Iraq. Prior to the 2009 deployment, the patient was deployed to Camp Bucca where he stated that the intensity of retrieving and securing detainees, along with the ongoing combat-zone threat in the area, required that he maintain a ramped-up state of adrenalin to remain focused and effective in his job. After the 2009 deployment, he completed two additional deployments with his most recent deployment ending in December 2013.

As previously stated, the ongoing and worsening symptoms from PTSD, depression, and sleep disturbance following return from the recent deployment prompted SSgt Gally to initiate treatment again after making several other brief attempts in treatment for PTSD. He first sought mental health services while downrange in September and October of 2009. He was first diagnosed with PTSD in July 2010 and the diagnosis was confirmed in this current course of treatment. In addition, the patient was diagnosed in October 2010 with history of TBI secondary to blast trauma and brief loss of consciousness following the blast. A neurological consult was completed at Lakenheath Neurology Clinic on 28 Oct 2011 with findings within normal limits.

In April 2014, SSgt Gally completed a medication evaluation with Dr. Michael Winsten, Staff Psychiatrist. He was prescribed Zoloft 50 mg and Klonopin .25 mg. He continued to engage in individual therapy with Dr. Nesbitt and medication management with Dr.Winsten for his symptoms. Future sessions revealed ongoing issues with symptoms including depressed affect, irritability, anxiety, hypervigilance, nightmares, and sleep disturbance. He described his work responsibilities after deployment and in garrison as "monotonous" and verbalized his wish to be tasked with additional deployments. SSgt Gally also identified prior use of alcohol as a way to self-medicate. However, he denied any occupational, social, or personal problems associated with his alcohol use and there is no record or report regarding problematic use of alcohol. He did not meet criteria for an alcohol abuse disorder. Focus of therapy continued to address his PTSD symptoms.

On 27 May 2014, he began Cognitive-Processing Therapy for PTSD in individual therapy. CPT involved the use of cognitive restructuring to alleviate stuck points that hindered his ability to emotionally process his traumatic experiences. Since the beginning of treatment, he has demonstrated improvement in his ability to discuss details surrounding his deployment. He has also exhibited an increase in his ability to recognize the connection between maladaptive thinking styles and negative emotions. He has gradually made progress as he recognizes the connection of emotions related to his traumatic experiences. He intermittently expresses frustration in treatment with a renewed belief that he may function more effectively and experience himself as useful in a deployment environment. In December 2014, he began both individual therapy and group therapy to target his symptoms. He remains engaged in all treatment modalities. He has exhibited modest improvement in his ability to manage and process negative emotions, particularly anger. However, despite his best efforts to address his symptoms in therapy, he continues to experience significant symptoms of PTSD. Recently, he has begun to explore the impact of moral injury though the concept is challenging for him.

Page 2 of 5

| MEDICAL EVALUATION BOARD | NAME: Gally, Jon<br>RANK: SSgt<br>SSN: 20/9398<br>DOB: ■ Jun 1988<br>SOURCE: MHC |
| --- | --- |

**PSYCHIATRIC PAST HISTORY**:
SSgt Gally denied a history of mental health problems prior to military service.

**FAMILY HISTORY OF PSYCHIATRIC ILLNESS**:
SSgt Gally denied any family history of psychiatric illness.

**PAST MEDICAL HISTORY**:
SSgt Gally reported significant problems involving back pain that began following the blast. He has been diagnosed with post-traumatic syringomyelia, a complication of spinal cord injury.  He has suffered sleep disturbance since 2009 and has been evaluated for TBI.  Please refer to AHLTA medical records.

**Current psychotropic medication regimen:** (reconciled with AHLTA record)

| |
|---|
| Zoloft, 100 mg, 1x daily, for mood |
| Neurontin, 600 mg, 3x daily, for pain |
| Klonopin, .5 mg, up to 2x daily, for anxiety |

**SUBSTANCE USE/ADAPT:**
SSgt Gally currently consumes 1-2 servings of alcohol on up to 3 occasions per week. He has reported consuming alcohol to access his emotional states, but denies functional impairment associated with his alcohol use. He denied the misuse of prescription or over-the-counter medications. He does not have a history of alcohol abuse treatment or alcohol-related incidents.

**PSYCHOSOCIAL HISTORY:**
SSgt Gally was raised in Northern California by his mother who worked as an administrative clerk. He does not have any siblings. He reported having a "good" childhood and elaborated that he was involved in after-school activities and had many friends. He denied any history of emotional, verbal, physical, or sexual abuse.   He recently reported that he now has a girlfriend in California and this is the first relationship he has had since 2009.

**MILITARY HISTORY:**
SSgt Gally has served in the Air Force for approximately 8.5 years. His AFSC is 3POX1. He has deployed four times: Iraq (Camp Bucca) for 6 months in 2007; Iraq (combat outposts and Camp Stryker) for 1 year in 2009; Kuwait (base security) for 6 months in 2011; and Afghanistan (Kandahar) for 6 months in 2013. He denied any history of disciplinary problems at work.

**PHYSICAL EXAM:**
Not applicable.

**MENTAL STATUS EXAMINATION:**
Minimal signs of distress were observed during today's appointment, as evidenced by his verbal content/context. He was dressed and groomed IAW military standards. He was alert and oriented x4. Eye contact was within normal limits. Attention and concentration were within normal limits. Speech was generally monotone with some choppiness or hesitation. He denied auditory or visual hallucinations. His mood presented as moderately anxious. His affect was constricted and somewhat flat, though congruent with his reported mood state. Long and short-term memory appeared to be intact. Judgment and insight were within normal limits. Impulse control was deemed within normal limits. He denied current suicidal or homicidal ideation, intent, plan, or preparatory behavior.

| | |
|---|---|
| **MEDICAL EVALUATION BOARD** | **NAME:  Gally, Jon**<br>**RANK:  SSgt**<br>**SSN:** ■■■■■■<br>**DOB:** ■■ **Jun 1988**<br>**SOURCE: MHC** |

**PSYCHOLOGICAL TESTING:**
Not applicable.

**CONSULTATIONS:**
Not applicable.

**LABORATORY/RADIOLOGICAL DATA:**
Not applicable.

**HOSPITAL/OUTPATIENT TREATMENT COURSE:**
- Sep and Oct 2009, in Theater at Camp Stryker
- Mar 2010 through 2011, intermittent utilization at Lakenheath AFB
- 49 MDG Mental Health Clinic from February 2014 to present

**DSM 5 DIAGNOSIS:**
309.81 Post-traumatic Stress Disorder

The above named condition is deemed unfitting due to the chronicity and severity of symptoms.

**PREMORBID PREDISPOSITION:**
Based on SSgt Gally's report it appears that he did not suffer from any mental health diagnoses prior to his time in service. More specifically, he denied any history of trauma, depression, or anxiety prior to enlistment.

**IMPAIRMENT FOR MILITARY SERVICE:**
SSgt Gally's level of impairment with respect to worldwide duty, deployment, and combat is deemed to be "marked." Despite his efforts to target his PTSD symptoms with mental health treatment, he is not qualified for continued military service due to the persistence and chronicity of his symptoms. Based on the clinical information reviewed in medical records and his current presentation, SSgt Gally's ability to function adequately in the military environment is not expected to improve to levels adequate to meet Air Force mission needs, currently or in the foreseeable future. He is not Worldwide Qualified.

**SOCIAL AND INDUSTRIAL IMPAIRMENT:**
SSgt Gally's level of impairment with respect to social and industrial impairment is deemed to be "definite." SSgt Gally is currently in a relationship with his girlfriend who he finds to be supportive, although he reported some difficulties opening up to others who he is less familiar with. He is future-oriented and motivated to pursue work in a different field after his time in service. He is able to manage his affairs.

**LINE OF DUTY DETERMINATION:**
No LOD required.

**DUTY RESTRICTION REPORT:**
WORLDWIDE QUALIFIED: No
PROFILE: Code 37: No TDY, No PCS, No Deployments, No Weapons

**COMPETENT FOR PAY AND RECORDS:**
Yes

Page **4** of **5**

| | NAME: Gally, Jon |
|---|---|
| **MEDICAL EVALUATION BOARD** | RANK: SSgt<br>SSN: ▉▉▉▉▉<br>DOB: ▉▉ Jun 1988<br>SOURCE: MHC |

KONE 032

**PROGNOSIS AND RECOMMENDATIONS:**

SSgt Gally's chronic and severe symptoms impair his ability to function within the military environment. Continued military service is likely to exacerbate the presence and the severity of symptoms. Although he has demonstrated some improvement, SSgt Gally will not be able to reliably deploy given his current symptoms. He still requires ongoing therapy and medication management in order to maintain his current level of functioning. At this time, SSgt Gally continues to experience significant symptoms of PTSD, as evidenced by his self-report and presentation during mental health sessions. His PTSD symptoms have been stabilized with medications and ongoing treatment. From a mental health perspective, he is NOT considered Worldwide Qualified. Based on his clinical history and current presentation, it is my opinion that SSgt Gally is NOT psychologically fit for continued service with the Air Force, for the above stated reasons. His level of functioning is not compatible with the rigors of military service.

If you have any further questions, please contact me at (575) 572-5676.


DOMINIQUE D. GOUGIS, Capt, USAF, BSC
Psychology Provider
Mental Health Clinic
49 MDOS/SGOW
Holloman AFB, NM

SYLVIA R. NESBITT, Psy.D.
Staff Clinical Psychologist
NM Lic # 0795
49 MDOS/SGOW
Holloman AFB, NM


MICHAEL WINSTEN, M.D.
Board Certified Psychiatrist
Chief of Psychiatry
Holloman AFB, NM

| MEDICAL EVALUATION BOARD | NAME:  Gally, Jon<br>RANK:  SSgt<br>SSN:  ██████<br>DOB: ██ Jun 1988<br>SOURCE: MHC |
| --- | --- |

| FORMAL | FINDINGS AND RECOMMENDED DISPOSITION OF USAF PHYSICAL EVALUATION BOARD | DATE: **16-Jun-17** |
|---|---|---|

**PRIVACY ACT STATEMENT**

AUTHORITY:  10 U.S.C. 8013, Secretary of the Air Force (AF); as implemented by AF Instruction 36-2608 and Executive Orders 9397 (SSN) and 13478.
PRINCIPAL PURPOSE:  Military personnel records are used at all levels of AF personnel management for actions/processes related to disability evaluation for separation/retirement or retention.
ROUTINE USES:  Records may be disclosed to the Department of Veterans Affairs for research, processing, and adjudication of claims, and providing medical care.
DISCLOSURE:  Voluntary.  SSN is necessary to ensure positive identification.  Refusal to divulge information may delay or halt further processing and may jeopardize entitlement to disability benefits.

| 1. BOARD CONVENED AT JBSA Randolph AFB TX 78150-4708 | 2. EXHIBITS ATTACHED: A-C, G-J | |
|---|---|---|
| 3. MEMBER'S NAME (Last, First, MI) **GALLY, JON C.** | 4. GRADE **SSgt** | 5. SSN **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** |
| 6. COMPONENT: **Regular AF** | 7. 10 USC 1208 SERVICE **08** | 8. APPROVED RETIREMENT/HYT: |

**9. FINDINGS CONCERNING INDIVIDUAL CONDITIONS DESCRIBED IN THE RECORDS**

A.  DIAGNOSIS
B.  INCURRED WHILE ENTITLED TO RECEIVE BASIC PAY (Enter "Yes", "No", or "NA" for Not Applicable.)
C.  LINE OF DUTY OR PROXIMATE RESULT OF PERFORMING DUTY (Enter "Yes" for in line of duty or proximate result, "No" for not proximate result of performing duty (ARC only), "M" for Not LOD - intentional misconduct, "N" for Not LOD - willful neglect, "A" for Not LOD - incurred during a period of unauthorized absence, or "NA" for not applicable)
D.  DISABILITY COMPENSATION RATING
E.  VETERANS ADMINISTRATION SCHEDULE FOR RATING DISABILITIES (VASRD) CODE
F.  COMBAT RELATED DETERMINATION AS DEFINED IN  26 USC 104 (Enter "A" for direct result of armed conflict, "I" for direct result of instrumentality of war, "S" for duty under conditions simulating war, or "H" for while engaged in hazardous service, or "No" if not combat related.)

| A.                      DIAGNOSIS | B. | C. | D. | E. | F. |
|---|---|---|---|---|---|
| **CATEGORY I - UNFITTING CONDITIONS:** | | | | | |
| 1. Post-Traumatic Stress Disorder (PTSD) *(Combat Related)* | Yes | Yes | 50 | 9411 | A |
| 2. Low Back Pain DVA rated as Thoracic Syringomyelia and Lumbar Discogenic Disc Disease *(Combat Related)* | Yes | Yes | 30 | 8024 | A |
| | | | | | |
| **CATEGORY II - CONDITIONS THAT CAN BE UNFITTING BUT ARE NOT CURRENTLY UNFITTING:** NONE | | | | | |
| | | | | | |
| **CATEGORY III - CONDITIONS THAT ARE NOT UNFITTING AND NOT COMPENSABLE OR RATABLE:** NONE | | | | | |

| 10.                                ADDITIONAL FINDINGS | |
|---|---|
| A.  MEMBER IS UNFIT BECAUSE OF PHYSICAL DISABILITY | YES |
| B.  OVERCOMES THE PRESUMPTION OF FITNESS | N/A |
| C.  CONDITION IS PERMANENT/STABLE | YES |
| D  DISABILITY WAS INCURRED IN LINE OF DUTY IN TIME OF WAR OR NATIONAL EMERGENCY OR AFTER 14 SEP 1978 | YES |
| E. DISABILITY WAS INCURRED IN A COMBAT ZONE OR INCURRED DURING THE PERFORMANCE OF DUTY IN COMBAT-RELATED OPERATIONS AS DESIGNATED BY THE SECRETARY OF DEFENSE (NDAA 2008, Sec 1646) | YES |

| 11. COMBINED COMPENSABLE PERCENTAGE **70** | 12. RECOMMENDED DISPOSITION **TDRL to Permanent Retirement** |
|---|---|
| 13.  NAME OF PEB PRESIDENT OR REPRESENTATIVE **TIMOTHY A. SITES, Colonel, USAF** | 14.  SIGNATURE |

| CLINICS FOR TDRL EVALUATIONS | | | |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

AF Form 356, Dec 14 PREVIOUS VERSION IS OBSOLETE

KONE 034

FINDINGS AND RECOMMENDED DISPOSITION OF USAF PHYSICAL EVALUATION BOARD

| GRADE/NAME: | SSN: | DATE: |
|---|---|---|
| **SSGT GALLY, JON C.** | **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** | **16-Jun-17** |

Continuation of Item 9, FINDINGS CONCERNING INDIVIDUAL CONDITIONS DESCRIBED IN THE RECORDS

| A.            DIAGNOSIS | B. | C. | D. | E. | F. |
|---|---|---|---|---|---|
| | | | | | |

15. REMARKS:

**CONTENTION**:  SSgt Jon Gally concedes he is unfit for duty and that his back condition is rated at 30% disability under VASRD Code 8024 as a Category I unfitting condition.  He contends his PTSD should be increased to 50% disability rating and should be permanently medically retired at an increased combined disability rating of 70%.

SSgt Gally was placed on TDRL Sept 2015 for Post-Traumatic Stress Disorder condition.  SSgt Gally continues to engage in regular mental health care and is on several medications, which are being adjusted by his psychiatrist. He testified to chronic sleep impairment, averaging 3 hours of sleep per night.  SSgt Gally is a full time student but struggles with memory loss resulting in difficulties with coursework.  The Board notes the DVA has re-assessed his condition since that time. Based on its new rating decision dated 9 May 2017, the DVA has determined SSgt Gally's current disability rating for the reviewed condition is 50% IAW Veteran's Administration Schedule for Rating Disabilities. Based on this information, the Board infers that he remains unfit for military service and recommends Permanent Retirement with a disability rating of 70%.  SSgt Gally's other medical conditions were not evaluated for TDRL; therefore, their ratings remain unchanged.

AF Form 356, Dec 14     PREVIOUS VERSION IS OBSOLETE                    KONE 035

| | | | |
|---|---|---|---|
| | Program Specialist - Women's Health Program<br>Signed: 07/13/2018 13:02<br><br>Receipt Acknowledged By:<br>07/17/2018 13:43 /es/ ANCHAL DEEP BSN,RN<br>Case Manager Women's Health Outpatient<br><br>07/18/2018 ADDENDUM STATUS: COMPLETED<br>records review completed by Mammogram Coordinator, Anchal Deep, RN. records have<br>been scanned into the radiology package and tied to the mammogram order. results<br>are available in the RESULTS tab.<br><br>/es/ JUNALYN LAURON<br>Program Specialist - Women's Health Program<br>Signed: 07/18/2018 08:17 | | |
| Apr 13, 2018, 11:40 AM | ENDOCRINOLOGY CONSULT :<br>LOCAL TITLE: ENDOCRINOLOGY ECONSULT<br>STANDARD TITLE: ENDOCRINOLOGY CONSULT<br>DATE OF NOTE: APR 13, 2018@11:40 ENTRY DATE: APR 13, 2018@11:40:13<br>AUTHOR: RYZEN,ELISABETH EXP COSIGNER:<br>URGENCY: STATUS: COMPLETED<br><br>*** ENDOCRINOLOGY ECONSULT Has ADDENDA ***<br><br>Current PC Provider: ROSZYK,ALICE<br>Current PC Team: LIV-PC-TEAM 04<br>Current Pat. Status: Outpatient<br>Primary Eligibility: SERVICE CONNECTED 50% to 100%(VERIFIED)<br>Patient Type: SC VETERAN<br>CV Eligible: YES<br>OEF/OIF: NO<br><br>Service Connection/Rated Disabilities<br>SC Percent: 70%<br>Rated Disabilities: POST-TRAUMATIC STRESS DISORDER (50%)<br>SYRINGOMYELIA (30%)<br>BURSITIS (10%)<br>TRAUMATIC BRAIN DISEASE (0%)<br>SINUSITIS,PANSINUSITIS,CHRONIC (0%) | RYZEN,ELISABETH | PALO ALTO VA MEDICAL CENTER |

Order Information
To Service: ENDOCRINOLOGY OUTPT/PAD
From Service: LD-PACT-SAMEDAY-ROSZYK
Requesting Provider: ROSZYK,ALICE
Service is to be rendered on an OUTPATIENT basis
Place: Consultant's choice
Urgency: Routine
Clinically Ind. Date: Apr 23, 2018
Orderable Item: ENDOCRINOLOGY OUTPT/PAD
Consult: Consult Request
Provisional Diagnosis: Other Signs and Symptoms in Breast(ICD-10-CM N64.59)
Reason For Request:


Face to Face
Other referral reason:
Patient is a 29 y/o referred to Endocrinology Clinic

History:
L breast mass. Likely nodular gynecomastia on mammo. Pt hasn't been
compliant with 6 mo f/u mammo or doing labs. He just did the labs and
there are abns. We are encouraging him to do the f/u mammo. thanks."

CPRS rev'd
Young man with PTSD, combat vet
gmc note last year indicated he denied MJ and supplements

BMI is 31.59 and rising since 2015 but I cannot tell if that is fat or muscle
from notes (very heavy muscles would suggest body building and occult supplement
use which is common in or Iraq and Afghan combat vets), which can cause
gynecomastia

b-hcg ok
estradiol pending
tsh ok
prolactin slightly high at 19.5 10:27 AM, uk if fasting
T slightly low at same time at 190, no bio-T available, an SHBG was just sent
(ordered last summer but he did not go get it), no other measure of unbound T

KONE 037

currently available in CPRS, lh and fsh normal

unclear libido and sexual function

MHC note from 2015 reports he was injured during an IED blast, shoulder wound, driver killed, but it is unclear if he had actual head injuries/TBI (which would put him at risk for secondary hypogonadism)

meds include melatonin, meloxicam, baclofen, lido ointment , gabapentin

mid-2017 mammo done when he had bresast tendernes, report read
" Date Procedure CPT Status Case#
--------------------------------------------------------------
L breast. "the area of pain and lump in the retroareolar region of the left breast probably represnets nodular gynecomastia".
"f/u imaging in 6 mo."

He has not f/u with q 6 months mammos

He has had NS to MHC and has c/o ongoing shoulder pain
He was supposed to go to PMR in March but appt was cxd by clinic and not RS, LD

A --

1. bilateral gynecomastia, likely benign, but it is important that the pt get mammogram f/u and after he has done that, a review of the images and pt through a breast clinic consult to Daphne Li from gen surg

He has low T (though done 20 min late, is likely truly low), which could cause gynecomastia, as could occult anabolic use (though none is reported)

2. low T (if confirmed): could be falsely low due to high bmi of 31 (IF he is obese, which lowers SHBG), or if using anabolics, but latter usually leads to a suppressed lh rather than low normal
Could have low T if had a head injury
Do not know testicular size, but he also has notes from before indicating prior heavy etoh, so that could be a cause of primary or secondary disease

needs confirmation in any event

3. hyperprolactinemia, mild, x 1
Could be due to a prior protein rich meal (unclear if was fasting), and/or mild
increases have been reported with gabapentin, +/- baclofen
Rare possibility is a prolactinoma

recommend:

1. MUST do f/u mammogram, then a consult to Dr. Li's team, otherwise we cannot
comment about BCA possibility, though it is likely low
Teamlet should pursue him on this

[does he have a FH of PCA or BCA, which could increase risk?]

2. do a pre-10AM 2nd T panel , this time fasting (fasting is in new endo
guidelines though not yet in VA requirements), total T, bioavailable T (which
will include shbg and calculated bio-T on the same sample, and free T), to r/o
pseudo-low T

on same day, do FASTING prolactin, sometimes high protein food raises it
If prolactin confirmed high, note it could be lowering T, and if not a pseud-low
T, we should then do a pituitary MRI

3. to save the pt a trip, as he does not like traveling, advise when/if he will
be seen in breast clinic at PAD, then we could see him FTF in endo, to
coordinate appt and travel
If he needs a pituitary MRI after #2 is done based on results, he could then in
the alternative see us in endo the day he does the MRI, if we get a bit of
notice

we will be most interested in if he looks obese or buffed with his bmi of 31 (or
add a comment now about it); and how big his tests are (e.g., if atrophied); if
has had any known infertility; if he had LOC/concussion with the IED blast
(though it can be subtle); and what sexual function is; and of course a breast
exam too

I am not scheduling him FTF right now because the key issues need to be done

MEDICAL CONFIDENTIAL

CONFIDENTIAL

first and we want to prioritize, e.g., the updated mammogram, and updated
fasting lab

Add a comment when those are completed locally and/or when/if there is a breast
clinic appt or an MRI (if done) at PAD so we can schedule same day here

/es/ ELISABETH RYZEN, MD
STAFF PHYSICIAN, ENDOCRINOLOGIST
Signed: 04/13/2018 12:01

04/26/2018 ADDENDUM STATUS: COMPLETED
pt did lab, 10:24 AM (not pre 10am as instructed in e-consult but close),
prolactin is even higher at 22.4 , T low, so he needs a pituitary MRI

recommend primary teamlet discuss this recommendation with him and if he agrees
and no contraindications, order it and have him call MRI at 65677 to get it
scheduled (preferably on a Tuesday, as then we could also OB him into endo
clinic and see him FTF the same day)

/es/ ELISABETH RYZEN, MD
STAFF PHYSICIAN, ENDOCRINOLOGIST
Signed: 04/26/2018 18:14

Receipt Acknowledged By:
04/30/2018 13:46 /es/ ALICE ROSZYK, MD, MPH
STAFF PHYSICIAN, MEDICAL SERVICE

05/22/2018 ADDENDUM STATUS: COMPLETED
4mm lesion on MRI, ?significance

rtc placed for ftf in endo

# Disabilities



**70%**

**Total Combined Disability**

You have a 70% final degree of disability. This percentage determines the amount of benefit pay you will receive.

How is this calculated

**Add Disabilities**

Submit a claim to make any updates to the disabilities that you believe are related to your military service.

Apply Now.

## Rated Disabilities

| Disability | Rating | Decision | Related To | Effective Date |
|---|---|---|---|---|
| traumatic brain injury (TBI) with no residuals (claimed as TBI with memory loss) | 0% | Service Connected | | 09/28/2015 |
| sinusitis | 0% | Service Connected | | 09/28/2015 |
| thoracic syringomyelia and lumbar discogenic disc disease (claimed as lower back pain; sacral numbness and tingling (lower back); post-traumatic syringomyelia (thoracic)) | 30% | Service Connected | | 09/28/2015 |
| post traumatic stress disorder (PTSD) (also claimed as depression; insomnia; anxiety) | 50% | Service Connected | | 09/28/2015 |
| left shoulder bursitis (non-dominant) (claimed as left shoulder pain) | 10% | Service Connected | | 09/28/2015 |
| allergic rhinitis with history of hay fever | | Not Service Connected | | |

KONE 041