# EXHIBIT 15

# The Late Curtis Lee Hundley Family



**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARY B. HEATON, et al.,

          Plaintiffs,

     v.

THE ISLAMIC REPUBLIC OF IRAN,

          Defendant.

Civil Action No. 1:19-cv-03003-JMC

---

**TESTIMONIAL AFFIDAVIT OF PLAINTIFF LISA HUNDLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN**

Pursuant to 28 U.S.C. § 1746, I, **LISA HUNDLEY,** hereby declare as follows:

    1.    "I am one of the Plaintiffs in the above–captioned Action. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

    2.    I was born in August 1977 and am now 45 years old. I am a resident of the State of North Carolina. In accordance with 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c)(1), at the time of the April 21, 2005 terrorist attack at issue I was a United States citizen.

    3.    I am submitting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ('**Iran**'). More specifically, I am submitting this Affidavit to provide the Court with facts and evidence concerning the mental anguish, bereavement, grief, and loss of society and comfort (*i.e.*, solatium damages) I suffered following Curtis Lee Hundley's death. *See* Pls.' First Amend. Compl. at 51—52.

    4.    I am the late Curtis Lee Hundley's wife. Curtis died on April 21, 2005 during a terrorist attack (hereinafter '**the Attack'**) that took place near Ramadi, Iraq. At the time of the Attack, I was 27 years old.

    5.    The photograph on the preceding page was taken in October 2004 in Karbala, Iraq and accurately depicts Curtis wearing a light grey t–shirt and sitting next to a German Shepard named 'Heineken.'

6.      Prior to signing this Affidavit, my attorneys asked me series of questions about the

Attack and the impact Curtis' death has caused on my life. Below are the questions and my answers:

**Q**. When did you and Curtis first meet? What did you think of Curtis when you first met him?

**A.** I saw Curtis on the weekend of July 4th, 1996 in Myrtle Beach, South Carolina. I graduated high school that May. I went to the beach with a girlfriend of mine. Curtis was on his motorcycle and pulled up to a restaurant we were eating at. I told my friend that he was the man I would marry.

Curtis turned around his motorcycle and left the parking lot. I did not see him again that entire weekend. He was the most handsome man I had ever seen. I do not think we even made eye contact. My girlfriend and I got home on Sunday and we went to dinner with her boyfriend, Mike Lawson, that evening. Mike said to me he had the perfect guy for me to meet and that we would get along well. Mike set Curtis and me up on a blind date, which took place on a Monday night. It was him, the man on the motorcycle that I had seen at the beach, we had been set up on a blind date!

Curtis' first words to me were 'I think we should get married.' I said, 'I think we should have dinner first!' During dinner, Curtis said to me 'if you won't marry me, then move in with me.' I said, 'well, maybe on our third date.'

That same week, on Wednesday night, I moved out of my parents' home and moved in with Curtis. Curtis happened to only live about a mile from my parents' home. From the first moment I saw him, I knew we would be together forever. Saying it to a friend is one thing but putting my belief down in this Affidavit makes it sound hokey. Our relationship was everything though.

**Q**. When did you and Curtis get married? What do you remember about your wedding day?

**A.**  Curtis and I got married on September 18, 1998 in Old Salem, North Carolina. On my wedding day, Curtis' mom was going in and out of speaking German mid-word. Curtis had a lot of family members who lived in Germany and they flew to North Carolina to attend the weeding. The wedding was truly the happiest day of my live. Everyone at the wedding kept on saying 'I can't believe Curtis is getting married!' 'We never thought he would get married.'

The photograph on Page 4 below accurately depicts me and Curtis and was taken on our wedding day. The photograph on Page 5 below accurately depicts me, Curtis, our wedding party, and our wedding officiant, Jim Warren, and was also taken on Curtis and I's wedding day. Mike Lawson, the friend who sat Curtis and me up on our first date, is the man in a dark beard standing on the far right side of the photograph. Curtis' best friend, Mike Holland, is standing in the middle of Curtis' wedding party and has a dark mustache. At the wedding reception, Mike Holland unexpectedly handed Curtis a huge wad of cash! Years before, Curtis broke into Mike Holland's house while Mike was on his honeymoon. As a wedding gift, Curtis had a giant entertainment center installed in their living room.

**Q**. Why did you decide to marry Curtis?

**A.** I knew from the moment I first saw him that I would marry him. It truly never crossed my mind that I wouldn't get married to Curtis. I just had a gut feeling that we were meant to be.





**Q.** Why did Curtis join Blackwater and when did he first join the organization?

**A.** Curtis joined Blackwater in 2004. After the September 11, 2001 terrorist attacks, Curtis tried to get back into the military but he had 'aged out.' Curtis was so full of patriotism. Coming from a father who volunteered for 4 tours in Vietnam, and a mother who celebrates the day that she was naturalized and became a United States citizen with a birthday cake, it was not a major surprise. Curtis wanted to make a difference and he knew he could. For example, before joining Blackwater, Curtis was a medic and then an armorer in the 82nd Airborne Division in the Army.

**Q.** Where were you when you found out about Curtis' death and what feelings did you experience at this time?

**A.** On April 21, 2005, I was a paralegal working at an attorney's office in Greensboro, North Carolina. Curtis was at the Blackwater team house in Iraq set to return home in just 2 days. Curtis called me that morning at work. He told me that he would be out of communications for several hours and not to worry. He had volunteered to help a team get set up in Ramadi and there were no communications their at that time. Curtis told me that they would be on the ground, but not where they were going. It is funny, looking back the conversation seemed so normal.

A few hours later, Curtis' mother called and asked me if I had heard from Curtis and if I knew if he was ok. Moments after, Curtis' sister called with the same request. I reassured them both, letting them know that I had just spoken with Curtis and that he was out of communication for a while but

he fine.

A few hours later, we learned that a Blackwater helicopter had been shot down out of the sky. I knew that Curtis was not on that helicopter and I told his mom and sister that it was not him. I tried to continue with my workday, but something was wrong. It was a gut-wrenching, indescribable feeling. I was trying to convince myself that it was not true, it could not be him. Curtis was not on the helicopter! I left work early that day feeling sick to my stomach. I just could not shake the feeling that something bad had happened to Curtis.

I went home and let out our Labrador Retriever named Darcy. I then started a pot of coffee. I turned around, and at my front door there were 5 men standing there. The men were Chris Taylor from Blackwater, Dave Jackson from Blackwater, a Chaplain, a Forsyth County, North Carolina Sheriff's deputy, and Curtis' best friend, Mike Holland. Curtis and Mike served in the 82nd Army Airborne Division together and had known each other since 1981. This was the only deployment that Mike did not accompany Curtis.

I remember trying to shut the door. Mike Holland put his foot in the door knowing I would try to shut it. They told me that Curtis' vehicle had been hit on the way to Ramadi. There were little details provided to me at that time, except that they knew Curtis was gone. They handed me a packet of paperwork to sign. I refused. At thought it was best to pack up and go to my parents' house so they could talk some sense into me.

Q. What happened next?

A. At my parents' house, Chris Taylor, Dave Jackson, the Chaplain, the Sheriff's Deputy, and Mike Holland told me that Curtis' vehicle had been hit with what they thought was an Improvised Explosive Device (IED). They wanted me to sign a paper stating my permission for an autopsy to be performed on Curtis' body. I remember not being able to wrap my head around what could be left of him to 'autopsy.' I remember also having to make the decision to get Curtis' sister to Curtis' parents' house in Texas so that she would be able to support them and they could all be together.

After Curtis' family was notified, I called them. I remember me and Curtis' parents just crying on the phone. There were no words, just gut wrenching sobs. The U.S. State Department quickly got involved while trying to retrieve Curtis' body. They got Curtis' body back to the United States. On April 26, 2005, an autopsy was performed in Dover, Delaware by the Army Institute of Pathology.

Q. Please describe what you experienced in the first few months after Curtis' death?

A. The first few days after Curtis' death were nothing but a blur, except the hourly calls from the State Department and the Press. Curtis' body was still on the tarmac and he was getting kicked off flight after flight. He did not get home until I started calling Senators. April 21, 2005 was one of the bloodiest days in Iraq during Operation Iraqi Freedom. The press was relentless.

After Curtis' death, my house had to be surveilled by the Forsyth County Sheriff's Department **for around 6 weeks.** There were people at my door every hour wanting an interview. The Sheriff's Department was also there for Curtis' funeral to keep out any protestors. The badgering that I received from TV shows such as Oprah, the Today Show, local news, and CNN made me distrust anyone who wanted to speak to me for any reason. My parents made sure that I was not alone. For my safety, they helped protect me from everyone on the outside of our situation. Even now, my parents mention things that happened in the weeks following Curtis' death that I have no memory of.

I guess the brain has a way of protecting you and knowing what you can handle? For example, I tried to go to economics night school at High Point University after Curtis' death. I just couldn't make it through. The grief I was experiencing was overwhelming and I was a disaster personally.

After Curtis' funeral, I was so angry and I was so confused. I felt sick all the time. There were weeks on end I did not leave the house. My parents brought me groceries. I could not get myself together. I cried relentlessly.  I tried to go back to work but did not make it an hour before I started crying. I could not go on with my life, not knowing how this could have happened. In my mind I could not see how it would have been him, **that Curtis was the one who was killed in the vehicle!** I just could not wrap my head around the reality that Curtis was dead.

**Q.** What was your relationship with Curtis like on April 21, 2005?

**A.** Our relationship was great. I was looking forward to Curtis coming home. Before his death, we had a trip planned to Punta Cana in the Dominican Republic. And a trip to Texas to see Curtis' family. We were excited for our future and just looking forward to being around each other again.

Curtis was the smartest, most talented person I have ever known in my life. He was one of those people who would have an interest in something, research and learn everything about it, and then become an expert at it. Some of these things included scuba diving, rock climbing, electricity, competition shooting, his motorcycle, and photography.

**Q.** Please describe what you remember about Curtis' funeral and what feelings you experienced at this time?

**A.** I do not remember a whole lot about Curtis' funeral. I remember the night before Curtis' funeral, I poured out every drop of alcohol in our home. I poured out the alcohol because I knew it would be too tempting to try to escape this hellhole of my reality by drinking.

On the day of the funeral, I remember refusing to get into the family vehicle to go to the funeral. I was thinking that if I do not go to Curtis' funeral, then it cannot happen. I remember meeting Curtis' friends that worked for Blackwater that came in for his funeral. I remember thinking that these guys were all the same as Curtis and they all wanted to make a difference the same way he did. I remember thinking all of this just could not have happened. And as ludicrous as this sounds, I thought Curtis had to have faked his own death.

**Q.** Do certain dates or events trigger feelings of sadness, frustration, or anger relating to Curtis' death?

**A.** There is not a day that goes by that I do not think of Curtis in some way. The especially hard days, including April 21st and June 19th (Curtis' birthday), are days where I do not leave my home. Happy days are not as happy as they were before Curtis was killed. And sad days are more sad.

When your husband is killed, nothing is ever the same again. It shaves off so much emotion and your timeline changes. In my life, there is before Curtis was killed and after Curtis was killed. Everything about my life is different. I have a deeper understanding of what is important.

Curtis' favorite songs were 'Horse with no Name' by America and 'Time in a Bottle' by Jim Croce. When I hear those songs, I can't help but think what could have been. We would listen to those songs

together often. For example, one time when we were driving from North Carolina to Austin, Texas the air conditioner in the car broke and the tape deck froze on 'Time in a Bottle.' So that's all we could listen to for the rest of the road trip! Curtis and I would also listen to 'Horse with no Name' together while we were in the basement preparing supplies for his deployment.

Every year I take a wreath to his interment in Arlington National Cemetery. This past November, as I sat and talked with him, I said aloud, 'OH MY Gosh, I wonder if you would have gray hair!' People who die never age. I am older now than he was when he was killed. It all seems so strange.

**Q.** What do you miss the most about Curtis?

**A.** His joy. He smiled all the time. He was a happy person. He was full of life. He was beautiful and talented. I miss how he loved me. He had a broken filter. He told 100% of the truth in every scenario.

**Q.** Please describe how Curtis' death currently impacts your life?

**A.** Curtis's death currently impacts my life every single day. I am on the Blackwater Memorial Alumni Association's Board of Directors. I am the Gold Paw Liaison for our organization. I go to funerals and assist the families of our fallen Blackwater men with whatever they may need. I network and stay connected with all the Blackwater widows like myself. I counsel them by sharing my experiences with Curtis' death, help provide them sounding boards for them to share their experiences, and provide a platform to be heard. I am also the Secretary on our Blackwater Alumni Association Board of Directors. This enables me to help make decisions regarding our men, former Blackwater contractors like Curtis, and what help they may need whether be it financial, rehabilitation, both mental and physical, and helping them address and overcome substance abuse problems. Dealing with my own grief helps me counsel the men on their own grief. Even though the men could not have prevented the death of one of their own, they still feel guilty for living. The survivor's guilt is exceedingly difficult for them to live with.

**Q.** Do you have a favorite photograph of you and Curtis together?

**A.** Yes, the photograph on Page 9 below.



**Q.** Why is this photograph so special to you?

**A.** This photograph was taken in 2001 in Chattanooga, Tennessee. The photograph accurately depicts me and Curtis sitting together at my brother's home. The photograph was taken while Curtis and I were just sitting in the living room talking, drinking coffee, and telling jokes. The photograph is so special to me because I miss these simple moments so much! Moments of me and Curtis talking about nothing and spending time with family. Curtis was the most important thing in my life from the time I was 19 years old to today. He changed my life. His death changed my life. Had Curtis not been killed we would still be together.

   7.   The Final Autopsy Examination Report and autopsy photographs attached to this

Affidavit are true and correct copies of the Armed Forces ("Army") Institute of Pathology's

medical findings following the autopsy they conducted on Curtis's body and the photographs taken

by the Army during Curtis' autopsy. As seen in the Autopsy Report, Army Deputy Medical

Examiner Stephen L. Robinson concluded that Curtis died on April 21, 2005 of 'multiple

penetrating shrapnel injuries.' More specifically, a 'penetrating injury of the right thigh resulted in

near transection of the femoral artery with subsequent hemorrhage.'

8.      Lastly, I am the Executor of the Estate of Curtis Lee Hundley. Attached to this Affidavit is a true and correct copy of Letters of Administration issued to me by the State of North Carolina, County of Forsyth.  As seen in the Letters of Administration, I have the legal authority under North Carolina law as the Executor to receive and administer all of the assets belonging to the Estate of Curtis Lee Hundley."

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

_Lisa Hundley_

SIGNED under oath before me on _March 14th, 2023_

Achille DiSarro Graham
NOTARY PUBLIC
Guilford County
North Carolina
My Commission Expires June 22, 2026

Notary Public – State of North Carolina





### ARMED FORCES INSTITUTE OF PATHOLOGY
#### Office of the Armed Forces Medical Examiner
1413 Research Blvd., Bldg. 102
Rockville, MD 20850
1-800-944-7912

## FINAL AUTOPSY EXAMINATION REPORT

Name: Hundley, Curtis Lee
SSAN: 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
Date of Birth: 19 July 1962
Date of Death: 21 April 2005
Date of Autopsy: 26 April 2005
Date of Report: 23 May 2005

Autopsy No.: ME 05-0355
AFIP No. 2971137
Rank: CIV
Place of Death: Iraq
Place of Autopsy: Port Mortuary
Dover AFB, DE

**Circumstances of Death:** This 43 year old male was a civilian contractor who was in the vicinity of an improvised explosive device detonation.

**Authorization for Autopsy:** Office of the Armed Forces Medical Examiner, IAW 10 USC 1471.

**Identification:** Positive identification is established by comparison of postmortem fingerprint examination and antemortem fingerprint records.

**CAUSE OF DEATH: Multiple penetrating shrapnel injuries.**

**MANNER OF DEATH: Homicide.**

## FINAL AUTOPSY DIAGNOSES

I.  Injuries of the head and neck:
    A. Penetrating ballistic injury of the right side of the forehead.
        1. Metallic fragment recovered.
    B. Abrasion with laceration of nasal bridge.
    C. Multiple lacerations and penetrating ballistic injuries involving the right side of the face.

II. Injuries of the torso:
    A. Multiple superficial penetrating ballistic injuries in the suprapubic region covering an area measuring 7 x 3 inches.
    B. Laceration of right buttock.
    C. Abrasion of mid lower back.

III. Injuries of the extremities:
    A. Penetrating ballistic injury of the right thigh.
        1. Entry: anterior surface of the right thigh measuring 1 ½ x 1 inch; situated 2 ½ inches below the right inguinal region.
        2. Path: skin, muscle, right femoral artery.
        3. Direction: front to back.
        4. Projectile: none recovered.
        5. Associated injuries: laceration of the right femoral artery with hemorrhage into the surrounding tissue.
    B. Penetrating ballistic injury of the left thigh.
        1. Entry: anterior medial surface of the left thigh, measuring ¾ inch.
        2. Path: skin and muscles of the left thigh.
        3. Direction: front to back.
        4. Projectile: metallic fragment recovered from the skin of posterior medial surface of the left thigh.
        5. Associated injuries: laceration of the skin and muscles of the left thigh.
    C. Multiple penetrating ballistic injuries of the anterior surface of the right thigh.
    D. Multiple penetrating ballistic injuries of the anterior surface of the left thigh.
    E. Laceration of the left middle finger.
        1. Metallic fragment recovered from skin of the left middle finger.
    F. Abrasion of the anterior aspect of the right forearm.
    G. Laceration of the posterior surface of the right forearm.

IV. Evidence of medical therapy:
    A. Tourniquet on the right thigh.

AUTOPSY REPORT ME05-355
HUNDLEY, Curtis Lee

V.     No significant natural diseases identified, within limitations of
       the examination.

VI.    Toxicology: Chloroquine detected in the blood.

## ADDITIONAL PROCEDURES/REMARKS

- Documentary photographs are taken by the OAFME staff photographers.
- Specimens retained for toxicologic testing and/or DNA identification are: blood
  vitreous, urine, gastric contents, bile, spleen, liver, brain, lung, kidney, adipose
  and psoas muscle.
- Full body radiographs are obtained.
- Selected portions of organs are retained in formalin, without preparation of
  histologic slides.
- The dissected organs are forwarded with the body.
- Two metal jacketed projectiles are recovered from the body bag. The projectiles
  and the recovered metallic fragments are placed in a labeled container and
  released to the appropriate investigating agency.
- Personal effects are released to the appropriate mortuary operations
  representatives.
- Identifying body marks consist of a tattoo on the left upper arm.

## OPINION

This 43-year-old male civilian contractor died of multiple penetrating shrapnel injuries.
The penetrating injury of the right thigh resulted in near transection of the femoral artery
with subsequent hemorrhage. Postmortem analysis of the body fluids revealed the
presence of the antimalarial agent, chloroquine. The manner of death is homicide.

Stephen L. Robinson, M.D.
CAPT MC USN
Deputy Medical Examiner





UN-REDACTED VERSION FILED UNDER SEAL

UN-REDACTED VERSION FILED UNDER SEAL

UN-REDACTED VERSION FILED UNDER SEAL

UN-REDACTED VERSION FILED UNDER SEAL

UN-REDACTED VERSION FILED UNDER SEAL

UN-REDACTED VERSION FILED UNDER SEAL

UN-REDACTED VERSION FILED UNDER SEAL

UN-REDACTED VERSION FILED UNDER SEAL



UN-REDACTED VERSION FILED UNDER SEAL







