# **EXHIBIT 17**

# <u>Affidavits of Non-Party Witnesses Daniel Boelens and Paul Fondren Regarding the April 21, 2005 Terrorist Attack</u>

HUNDLEY-SABADO 001

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY B. HEATON, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:19-cv-03003-JMC |
| THE ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

## AFFIDAVIT OF NON-PARTY DANIEL BOELENS IN SUPPORT OF PLAINITFFS' DAMAGE AWARD AGAINST THE ISLAMIC REPUBLIC OF IRAN

Pursuant to 28 U.S.C. § 1746, I, **DANIEL BOELENS**, hereby declare as follows:

1. "I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

2. I am a citizen of the United States of America and currently reside in the State of Michigan. I am submitting this Affidavit to provide the Court with facts and evidence concerning the April 21, 2005 terrorist attack involving the late Curtis Hundley and Robert Sabado.

3. I was formerly employed by Blackwater Security Consulting, LLC ('Blackwater') as a security contractor. I met Curtis '**Sparky**' Hundley in Iraq in 2004 while working for Blackwater.[1] On April 21, 2005, I was a team leader on the gun truck. Sparky and I were packing up to return home to the United States but were asked to go on a run from Baghdad to Ramadi to drop the rest of our teammates off. Sparky was traveling in the very front of the convoy in the lead Mamba, an armored vehicle manufactured in South Africa.

4. Sparky was the "right rear gunner" standing up in the Mamba. Robert '**Miyagi**' Sabado was in the same Mamba as Sparky in the "front hatch gunner" position. There was a second Mamba armored vehicle behind Sparky and Miyagi's Mamba. I was in traveling in a flatbed pickup truck, the third vehicle in the Blackwater convoy. There was another Mamba vehicle traveling behind my flatbed pickup truck.

5. I took the photographs on Pages 2-3 (Figure 1 and Figure 2 herein) on April 21, 2005 just past Fallujah about twenty (20) minutes before the Improvised Explosive Device (IED) attack that killed Sparky. Figure 1 and Figure 2 fairly and accurately depict Curtis 'Sparky' Hundley standing up in the lead Mamba vehicle wearing a tan helmet.

---

[1]We used call signs to refer to each other. 'Sparky' was Curtis Hundley's call sign and 'Miyagi' was Robert Sabado's call sign.

1

HUNDLEY-SABADO 002



*Figure 1 – 4/21/2005 Blackwater Convoy Near Fallujah, Iraq (Taken on April 21, 2005)*

HUNDLEY-SABADO 003



***Figure 2 – Curtis "Sparky" Hundley Standing Wearing a Tan Helmet (Taken on April 21, 2005)***

6.  We headed out of Baghdad going northwest towards the highway to Fallujah then to Ramadi. This was a new area for all of us. Things seem to be going very well. Near Fallujah, we started running into a lot of military check points. As we turned onto the highway just skirting north of Fallujah, the area seemed to change.  There were knocked out Iraqi tanks sitting around.  I know Sparky was enjoying himself – he was on his gun and looking about.

7.  After leaving Fallujah, we headed to Ramadi with the lead Mamba calling out suspicious things along the roadway, such as people on bridges, cars moving too slow or too fast. Even trash on the side of the road would be called out. Mounds of debris or trash, and even dead animals, could be cover for Improvised Explosive Devices (IEDs).  All of this was called out by the lead Mamba vehicle to the other vehicles in the motorcade.

8.  While we were in between Fallujah and Ramadi, Tool (the driver/team leader of the lead Mamba vehicle) called out on the radio a slow moving white vehicle at our 12 O'clock, and another slow moving vehicle at our 3 O'clock, then Tool called out a pile of trash sitting on

3

HUNDLEY-SABADO 004

the right side of the road. I looked forward with my M-4 pointed toward the debris when the debris on the right side of the road suddenly blew up. The IED blast did not appear too big or very loud. It also did not appear to go up into the air very high. Instead, the IED blast **moved sideways towards the roadway and directly into the lead Mamba vehicle** (nicknamed the '**Chick Magnet**'). The blast struck the right 'driver's side' of the Chick Magnet. The driver's side of the Chick Magnet was on the right (not the left like in America).

9.  After the blast, I heard the driver of the Chick Magnet, Tool, start yelling out over our radios to pull though, keep going, keep going, and get off the 'X'! (the ambush spot). We trained for just this thing (responding to an IED ambush), so what Tool was telling me and the other vehicle commanders to do was to get off the 'X' and out of the kill zone.

10. The Mamba in front of us started to pull around the Chick Magnet. I pointed for Shumi, the Chilean driver of the flatbed truck I was riding in, to follow the Mamba. I did not have to tell him twice, he was already racing forward. He stepped on the gas and took off after it.  The third Mamba in the convoy then rammed the rear of the Chick Magnet, trying to push it off the "X." The Chick Magnet would not move… the airline for the brakes had been hit so the brakes were locked up tight. I was shocked to see that the Chick Magnet was dead in the road and tilted to the right. Tool was still talking on the radio, so at the time I did not think things were bad. The Chick Magnet was an armored Mamba and it was not that big of a blast. We followed the Mamba in front of us and came to a stop blocking the roadway with our vehicles (about 100 meters down the road from the kill zone).

11. My teammates dismounted the Mambas and filled in the openings between the Mambas, giving a full 360-degree perimeter. Shumi and I also dismounted and grabbed our first aid kits. I ran around to the right 'driver's side' of the hit Chick Magnet and **saw a large puncture hole in the right side of the armored Mamba**. The IED 'blast hole' was in the middle of the right side of the Mamba. The Chick Magnet also appeared to have fuel running onto roadway. I then started looking around for wounded teammates.  I saw some of the men working on Sparky, who had been taken from the rear of the Chick Magnet. I heard them calling out for a tourniquet and also heard Tool telling Sparky to 'hang in there' and 'talk to me.' I heard nothing back from Sparky. I then noticed the large amounts of thick blood on Sparky's body, it appeared to be about 2 inches thick and several feet long. By the looks of things, I did not think Sparky was going to make it.

12. We heard over the radio to pick up the wounded, put them into the vehicles, and get ready to head out. As we were getting ready to roll out, I noticed Robert 'Miyagi' Sabado walking around. I knew Miyagi had been hit.  I saw someone call for a tourniquet for his arm, which Caveman put on. Miyagi seemed to be acting strange, like getting sleepy, his speech sort of strange, like he was shell-shocked or something. We later found out that Miyagi was losing blood from a wound in his groin area. We tried getting some help from Baghdad or anywhere. We tried to contact the Army, Marines, even our Blackwater aviation team. However, none of our radios or phones were working well in this area.

13. I was one of the last to load up and made sure my teammates were in the Mambas. MILF, another member of our team, got into the flatbed truck with me. He was also wounded, shrapnel

4

in his back. I asked MILF if he was ok. MILF said yes, but he was struggling with guilt because he could not help Sparky. MILF's pants were also covered in Sparky's blood. **MILF told me that Sparky said, 'I'm hit,' after the IED blast then fell onto him.** We then headed away from the blast site towards Ramadi.

14. As we started out towards Ramadi, MILF told me that Tool had left a thermite grenade in the Chick Magnet. I turned to look at it and saw smoke pouring out of the hatches of the Chick Magnet. I heard later that Blackwater brass was not happy with the thermite grenade destroying the lead Mamba. It could have been recovered for parts I guess?

15. While en route to Ramadi, our convoy pulled off to the side of the highway where we saw an Army outpost up an embankment. I yelled up to the outpost that we had wounded. An Army Lieutenant that was in charge said bring them up. Tool and I both grabbed Sparky, who was lying on the floor in the Mamba. We carried Sparky up a 30-foot embankment and put him into one of the two Humvees that were there. I looked at Sparky as we put him into the Hummer. **I did not want to believe what I saw, Sparky was dead**. In just few hours, he would have been on his way home. Tiger (a member of our Blackwater team) Paul (another member of our Blackwater team), Miyagi, and Sparky were taken by the Army to a bigger outpost and then from there to the CASH (Medical) Unit at Ramadi.

16. The photograph on Page 6 (Figure 3 herein) is a screenshot of video footage taken a few miles outside Ramadi by my Chilean driver, Shumi, about fifteen minutes after the IED explosion. Figure 3 fairly and accurately depicts Sparky's Blackwater teammates and an Army Lieutenant carrying Sparky's body away from a Mamba vehicle and towards the Army outpost.

17. We regrouped and headed down the road the same way the Army had just gone. Soon they were out of sight and we were alone again in this very hostile part of Iraq. The Army could not find an escort for us. I was worried about getting hit again. We went a few miles still in and out of phone contact with any support. We ran into another Army check point, with a Bradley fighting vehicle sitting on the side of the road. We stopped, Tool got out, and went up to the Army commander told him what happened. Tool asked him how far we were from Ramadi. The NCO got out a map. Tool was getting directions and asked them to call in a patrol to come escort us into the base. An army patrol of Humvees met us on the road. We went right to the CASH (Medical) Unit where Sparky and the wounded members of our team were.

18. We all had a chance to go in and talk to our wounded while the doctors worked on them. A doctor who looked at Sparky told us that there was nothing we could have done for him. The doctor said it looked like Sparky's ammo mags were hit and 'cooked off,' sending shrapnel into him, causing major trauma to Sparky's femoral artery. We were also allowed to go in and say our goodbyes to Sparky.

19. That night (April 21, 2005) the Mamba team, Shumi, and I stayed in Ramadi with the Hilla team. Blackwater command decided they would send the "little birds" up and cover our convoy back to Baghdad the next day. We sat in the barracks talking about what happened that day. Someone broke out a bottle of Jack Daniels and we toasted our friends that were wounded and the friend and teammate we lost – Curtis 'Sparky' Hundley.

5

HUNDLEY-SABADO 006



*Figure 3 – Screenshot of Video Footage Taken on April 21, 2005*

20. The photographs on Pages 7–8 (Figure 4 and Figure 5 herein) were taken on April 22, 2005 as we went back to Baghdad from Ramadi. Figure 4 and Figure 5 fairly and accurately depict the condition of the Chick Magnet (the lead Mamba vehicle Curtis 'Sparky' Hundley and Robert 'Miyagi' Sabado were traveling in on April 21, 2005) after the April 21, 2005 IED attack and the thermite grenade explosion shortly thereafter.

6



*Figure 4 – Photograph of the 'Driver's Side' of the Chick Magnet (Taken on April 22, 2005)*

HUNDLEY-SABADO 008



*Figure 5 – Photograph of the 'Passenger Side' of the Chick Magnet (Taken on April 22, 2005)*

HUNDLEY-SABADO 009

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

_Daniel Boelens_

Daniel Boelens

SIGNED under oath before me on _March 15th 2023_

_Victor Hasbany_

Notary Public – State of Michigan

VICTOR HASBANY
Notary Public - State of Michigan
County of Kent
My Commission Expires Aug 22, 2025
Acting in the County of _Kent_

9

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY B. HEATON, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:19-cv-03003-JMC |
| THE ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

<u>**AFFIDAVIT OF NON-PARTY PAUL FONDREN IN SUPPORT OF PLAINITFFS'
DAMAGE AWARD AGAINST THE ISLAMIC REPUBLIC OF IRAN**</u>

Pursuant to 28 U.S.C. § 1746, I, **PAUL FONDREN**, hereby declare as follows:

1.  "I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

2.  I am a citizen of the United States of America and currently reside in the State of Alabama. I am submitting this Affidavit to provide the Court with facts and evidence concerning the April 21, 2005 terrorist attack involving the late Curtis Hundley and Robert Sabado.

3.  I was formerly employed by Blackwater Security Consulting, LLC ('Blackwater') as a security contractor and worked in Iraq during Operation Iraqi Freedom. 'Fondo' was my Blackwater call sign. On April 21, 2005, I was a passenger in the Mamba armored vehicle Robert '**Miyagi**' Sabado and Curtis '**Sparky**' Hundley were traveling in. Sparky was in the 'right rear gunner' position standing up in the Mamba and Miyagi was in the 'front hatch gunner' position.

4.  At the time the IED struck the Mamba, I was sitting next to Sparky on a bench seat. I recall Sparky saying he was hit and then I saw Sparky actually hit the floor of the Mamba. After I wiped the blood away from my eyes, I could see Sparky moving on the floor and I also saw his eyes open. Approximately <u>**3–5 minutes**</u> after the IED hit the Mamba, Sparky was carried away by our teammates. Prior to being taken away though, Sparky showed signs of life. Specifically, he reached toward his abdomen area to show our teammates in the Mamba (who were attempting to render medical aid to Sparky) where he was hit. You could also see blood actively leaving Sparky's body, which slowly soaked the floor of the Mamba.

5.  I did not see Sparky after he was taken away from the Mamba. For this reason, I estimate that Sparky lived for at least 3–5 minutes after the IED hit our Mamba."

1

HUNDLEY-SABADO 011

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

Paul Fondren

SIGNED under oath before me on ___24 MARCH 23___

Notary Public – State of Alabama

My Commission Expires 11/05/23

2

HUNDLEY-SABADO 012