# EXHIBIT 18

# <u>Sergeant Christopher G. Gomes</u>



GOMES 001

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARY B. HEATON, et al.,

        Plaintiffs,

    v.

THE ISLAMIC REPUBLIC OF IRAN,

        Defendant.

Civil Action No. 1:19-cv-03003-JMC

### TESTIMONIAL AFFIDAVIT OF PLAINTIFF CHRISTOPHER G. GOMES IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN

Pursuant to 28 U.S.C. § 1746, I, **CHRISTOPHER G. GOMES,** hereby declare as follows:

1.      "I am one of the Plaintiffs in this case. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

2.      I was born in July 1985 and am now 37 years old. I am a resident of the State of Massachusetts. In accordance with 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I)–(II) and 1605A(c)(1)–(2), at the time of the October 29, 2008 terrorist attack in which I was injured (hereinafter '**the Attack'**) I was a United States citizen and member of the United States armed forces. Specifically, I was a member of the Army. I was 23 years old at the time of the Attack. The photograph on the preceding page was taken in Iraq around 2005 during Operation Iraqi Freedom/my first deployment to Iraq. The photograph accurately depicts me in my Army uniform.

3.      I am presenting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ('**Iran**'). More specifically, I am submitting this Affidavit to provide the Court with the facts concerning the October 29, 2008 terrorist attack, the injuries I suffered in the Attack, the medical care and treatments I have

2

received for my injuries, my current condition, and how the attack and injuries have impacted me and my life.

4.      Prior to signing this Affidavit, my attorneys asked me series of questions about the Attack, my resulting injuries, the medical care and treatments I have received since the Attack, and my life today. Below are the questions and my answers:

**Q**. When did you first join the Army and why did you enlist?

**A.**  I joined the Army in 2003, about halfway through my senior year of high school. I joined because Operation Iraqi Freedom had just begun and I wanted to defend our country.

**Q.** What your mission, and what happened to you on October 29, 2008?

On October 29, 2008, I was the truck commander of an up-armored Mine Resistant Ambush Protected ('**MRAP**') vehicle, the lead vehicle of a 15-vehicle convoy. I was returning to Camp Victory in Baghdad from a mission dropping off a platoon at another outpost when my MRAP was struck by an Explosively Formed Penetrator ('**EFP**') on the highway. The EFP penetrated through the vehicle from the right side and I was struck directly by the ensuing shrapnel.

The photographs on Pages 4 below were taken by one of the soldiers in the convoy on October 29, 2008 shortly after the Attack. The photographs fairly and accurately depict the condition of the MRAP I was traveling in after the October 29, 2008 Attack.

**Q**. Why do you believe the Attack involved an EFP?

**A.** I was told after the Attack by someone from the battalion that the bomb did not have the 'big fireball' of a traditional Improvised Explosive Device. Instead, the holes in the side of the armored MRAP vehicle were very distinct and indicated that an EFP was involved.

**Q**. Please describe what happened to you, including the injuries you suffered, in the Attack?

**A.**  After the EFP attack, everything went hazy and there was smoke in the truck. We ended up veering off to the middle of the median and then off the highway. After the blast, I thought I was ok. However, I later found out that I had been knocked unconscious. I was then medically evacuated.

I had a right above knee amputation at Walter Reed National Military Medical Center ('**Walter Reed**') in Maryland, nerve and muscle damage in my left leg, shrapnel wounds in my left leg and knee, knee injuries, loss of feeling in parts of my left leg, a Traumatic Brain Injury (TBI) causing migraines, Erectile Dysfunction (ED), Post and Traumatic Stress Disorder ('PTSD').

3





4

**Q.** Please describe what your life was like when you returned to the United States?

**A**. I was in physical therapy at Walter Reed starting around November 1, 2008. I was in physical therapy until around June 2009 at Walter Reed. I was medically retired in July 2010 because of my injuries. From October 29, 2008 to 2011, I had around **<u>10-11 surgeries</u>** at Walter Reed to flush out shrapnel in his body and clean out the amputation site.

After being medically retired from the Army, I had around 2–3 revision surgery at the VA in Boston where my femur bone was shaven down to help me walk again.

**Q**. Please describe how the Attack impacts you today?

**A.** The injuries I suffered in the attack affect every aspect of my life. For example, walking, raising my kids, and my own mental health. It is tough to stay upbeat while dealing with my physical limitations. My erectile dysfunction also causes problems in my marriage. My TBI-related migraines take a huge toll on my day-to-day happiness.

In general, I am in pain every day because of the attack.

The photograph below fairly and accurately depicts me recovering in a hospital bed at the VA in Boston shortly after my revision surgery. I believe the photograph was taken in 2011. My oldest son, Blake, is on the left side of the photograph lying down near my right arm.



5

GOMES 005

The photograph below fairly and accurately depicts me at Walter Reed and was taken around December 2008. When this photo was taken, I was learning how to walk again using my newly-fitted prosthetic right leg and also strengthening the severely damaged nerves in my left leg.



6

The photograph below fairly and accurately depicts me enduring painful physical therapy on my left leg at Walter Reed. The photograph was taken a few months after the Attack.



**Q.** What plans did you have for your future before the Attack?

**A.** I wanted to enjoy a 20 year career in the military and then join the Massachusetts State Police upon returning back home. Due to my injuries, this was of course not possible after the Attack.

**Q.** What activities did you enjoy doing before the Attack that you are now physically unable to do?

**A.** I enjoyed carpentry before the Attack. I attended a vocational high school and learned carpentry skills there. I am now extremely concerned about my safety and do very minimal carpentry. For example, it is hard to work on top of someone's roof with one leg.

**Q.** Would you please describe a typical day in your life now?

**A.** Wake up, take my kids to the bus stop, then go to work. I've learned to adapt to my injuries and make it work. For example, I drive with my left foot now.

**Q.** What does the future look like for you?

**A.** Trying to get through each day and continue to cope with my injuries. Having four kids at home, I do the best I can not to use my injuries as an excuse and be the best Dad I can be.

GOMES 007

The photograph below fairly and accurately depicts the handicap accessible shower in my home.



5.      I received a Purple Heart due to injuries sustained in the Attack. The Department of Veteran Affairs ('VA'). The VA rates my knee and leg injuries (internal derangement of the left knee with limitation of flexion; moderately severe muscle and nerve damage in my left leg; right above knee amputation; scars on my right and left lower extremities; and internal derangement of the left knee with instability) as a combined **120%** disabling. The VA rates my femur injuries (osteopenia right hip and proximal femur) as 10% disabling. The VA rates my PTSD causing major depression with pain disorder and TBI causing migraine/tension headaches as a combined 100% disabling. The VA also lists my erectile dysfunction as service connected. Overall, I am rated **100% disabled** by the VA.

8

6.     The medical and military records attached to this Affidavit are true and correct copies of my military service records from the Army and my medical records from the VA. These records fairly and accurately describe my military service experience and my related medical history."

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

_____
Christopher G. Gomes

SIGNED under oath before me on ___5-9-2023___ .

_____
Notary Public – State of Massachusetts



9

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) GOMES, CHRISTOPHER GLENN | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK SGT | b. PAY GRADE E05 | 5. DATE OF BIRTH (YYYYMMDD) 19850711 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY FORT LEONARD WOOD, MISSOURI | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 61 RUSSELLS MILLS ROAD DARTMOUTH MASSACHUSETTS 02748 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND WT CO A WARRIORS FT DI MC | b. STATION WHERE SEPARATED FORT DIX, NJ 08640-5089 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED USAR CON GP (RET) 1 RESERVE WAY, ST LOUIS, MO 63132 | 10. SGLI COVERAGE NONE AMOUNT: $ 400,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 21E2O CONSTRUCTION EQUIP OP - 6 YRS 9 MOS// NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2003 | 08 | 19 |
| | b. SEPARATION DATE THIS PERIOD | 2010 | 07 | 19 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0006 | 11 | 01 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 04 | 29 |
| | f. FOREIGN SERVICE | 0003 | 10 | 02 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2007 | 03 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) IRAQ CAMPAIGN MEDAL W/THREE CAMPAIGN STARS //ARMY COMMENDATION MEDAL (3RD AWARD)// PURPLE HEART//ARMY ACHIEVEMENT MEDAL// MERITORIOUS UNIT COMMENDATION//ARMY GOOD CONDUCT MEDAL (2ND AWARD)//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//NON//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) CHEMICAL BIOLOGICAL RADIOLOGICAL AND NUCLEAR WARFARE DEFENSE TRAINING COURSE, 2 WEEKS, 2007//COMBAT LIFESAVER COURSE, 1 WEEK, 2006//DRIVERS TRAINING COURSE, 1 WEEK, 2004//GERMAN HEADSTART COURSE, 1 WEEK, 2004//PRIMARY LEADERSHIP DEVELOPMENT COURSE, 4 WEEKS, 2006//NOTHING FOLLOWS |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | | NO |
|---|---|---|---|---|
| | | YES | | X | NO |

| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | YES | | X | NO |
|---|---|---|---|---|

| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | YES | | X | NO |
|---|---|---|---|---|

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

| 18. REMARKS RETIRED LIST GRADE SGT//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20050101-20060101//SERVICE IN IRAQ 20071022-20081029//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//U.S. FLAG ISSUED//CONT FROM BLOCK 13: COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (2ND AWARD)//COMBAT ACTION BADGE//NOTHING FOLLOWS |
|---|

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) NEW BEDFORD MASSACHUSETTS 02744 | b. NEAREST RELATIVE (Name and address - include ZIP Code) LESLIE ELLEN GOMES NEW BEDFORD MASSACHUSETTS 02744 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) MA OFFICE OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|

| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X | YES | | NO |
|---|---|---|---|---|

| 21a. MEMBER SIGNATURE ESIGNED BY: GOMES.CHRIST OPHER.GLENN.1267270780 | b. DATE (YYYYMMDD) 20100611 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: STURDIVANT.GENEVA.ANN.1203345964 GENEVA ANN STURDIVANT, GS07, CHIEF, TRNS CEN | b. DATE (YYYYMMDD) 20100611 |
|---|---|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RETIREMENT | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-40, PARA 4-24B (1) | 26. SEPARATION CODE SFJ | 27. REENTRY CODE 4 |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION DISABILITY, PERMANENT |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) CGG |
|---|---|

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | SERVICE - 2 |
|---|---|---|

16

025662411



# THE UNITED STATES OF AMERICA

### TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

### THIS IS TO CERTIFY THAT
### THE PRESIDENT OF THE UNITED STATES OF AMERICA
### HAS AWARDED THE

# PURPLE HEART

### ESTABLISHED BY GENERAL GEORGE WASHINGTON
### AT NEWBURGH, NEW YORK, AUGUST 7, 1782
### TO

### SERGEANT CHRISTOPHER G. GOMES
**UNITED STATES ARMY**

### FOR WOUNDS RECEIVED
### IN ACTION
ON 29 OCTOBER 2008

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 16TH DAY of DECEMBER 2008



Commander, North Atlantic Regional Medical Command

SECRETARY OF THE ARMY

GOMES 011

CONFIDENTIAL

Objective-new IC cast taken over the 32 cm standard single seal seal in liner
it to end of liner - 33.5 cm
Zero Level- 670-675mm, 2- 640mm, 4- 595mm, 6- 550mm, 8-475mm

Assessment-Delivered and aligned new socket, black carbon northvane flexible inner. at this
point chris wanted to wait on doing the anterior cutout. torqued and loctited appropriate set screws to manufacturer specificaton on x-3 set up. retorqued x-2

set up as all set screws were still appropriately tight. Cast proceeded without incident.

Plan-
Patient to use new socket on x-3 and the x-2 set up as a back up. Will fabricate

a initial test scoket for the 32 cm liner cast today and fit when ready. Patient

will need to have new 32 cm liners both standard and tapered ordered for him for

new socket. patient desires to run and once an appropriate socket fit can be achieved then we can look at componentry for a running/jogging/exercise prosthesis seperate from the x-3.

/es/ ERIC LYDON
Prosthetist
Signed: 12/23/2013 12:06

12/23/2013 ADDENDUM              STATUS: COMPLETED
let the note indicate patient also fit with qty=2 size 2 12" and qty=2 size 3
12" ak juzo shrinkers

/es/ ERIC LYDON
Prosthetist
Signed: 12/23/2013 13:20

| | |
|---|---|
| **Date/Time:** | 15 Nov 2013 @ 0817 |
| **Note Title:** | AMPUTATION CARE CLINIC TEAM NOTE |
| **Location:** | BOSTON MA VAMC |
| **Signed By:** | HARRIS,JOHN M III MD |
| **Co-signed By:** | HARRIS,JOHN M III MD |
| **Date/Time Signed:** | 15 Nov 2013 @ 1259 |

**Note**

 LOCAL TITLE: AMPUTATION CARE CLINIC TEAM NOTE
STANDARD TITLE: PHYSICAL MEDICINE REHAB TREATMENT PLAN INTERDISC
DATE OF NOTE: NOV 15, 2013@08:17   ENTRY DATE: NOV 15, 2013@08:17:37
   AUTHOR: HARRIS,JOHN M III M  EXP COSIGNER:

URGENCY:                STATUS: COMPLETED

==Amputation Care Clinic Team Note==
==Amputation History:==
   ==Anatomical Location(s): RIGHT TRANS FEMORAL==
   ==Date of Amputation(s): 2005==
  ==Location of Amputation==
   ==(VA or outside facility): Walter Reed==
Reason for this Amputee Clinic Visit:
Surgical
Post-Amputation Assessment

Other: Has a socket, trans femoral with Seal-In suction o
Team Members Present During this Visit:
Veteran: GOMES, Christopher
Physiatrist: Dr Yan
Orthopedic Surgeon: Dr Harris
Prosthetist: Mr Lydon & Mr Hoerner
PACT/Amputation Rehabilitation Coordinator: Ms Woodrow, RPT
Past Medical History:
Code      Description
715.98    Osteoarthrosis involving the knee (ICD-9-CM 715.98)
799.9     imbedded fragment (ICD-9-CM 799.9)
729.5     Pain in limb (ICD-9-CM 729.5)
823.80    Closed fracture of unspecified part of tibia (ICD-9-CM 823.80)
==897.2    Traumatic amputation of leg(s) (complete) (partial), unilateral, at==
==or above kne (ICD-9-CM 897.2)==
Veteran's Verbalized Goals for the Amputation System of Care:
To relieve the pain in his antero-lateral stump.
Residual Limb Assessment
   Skin:   Slight rash (which he says has been present since he first had
            a suction suspension at Walter Reed).
   Sensation:   Intact with acute sensativity to direct pressure
            anteriorly about four cm from tip.
   Range:   Hip has intact ROM
   Strength:   All at least 4(+)/5 in the hip motors.
   Pain:   In his stump when he has the socket on and is going from mid
            stance to toes off in the antero-lateral stump region where he
            is acutely painful now.
   Phantom Pain:   Relieved by Lyrica
   Circulation:   Intact by capillary refill of less than 3 seconds.
   Wound(s):   None present today.
Gait Assessment:
K Level 4 Functional level 4: The patient has the ability or potential for
prosthetic ambulation that exceeds basic ambulation skills,
exhibiting high impact, stress, or energy levels. Typical of the
prosthetic demands of the child, active adult, or athlete.
Prosthetic Limb (Include date issued):
 Vendor: LAB
 Date(s) issued:   about one month ago.
 Components:   Seal-in socket, 3X knee and flex style foot.
Function/Mobility:

GOMES 013

CONFIDENTIAL

Mobility: Until present problem was fully active on his limb
ADLS: I
Support System: Wife and family
Living Situation: Owns own home
Leisure/Occupation: Vets REpresentatve for New Bedford.


History of Present Illness/Past Medical History: Please see above note under
residual limb.


Physical Examination:
Well developed, well nourished male in no acute distress but has when he
tightens his muscles even out of the socket pain in his anterior stump.


Pulse: 91 (10/26/2012 17:15)
Respiration: 18 (10/26/2012 17:15)
Blood Pressure: 120/78 (10/26/2012 17:15)
BMI: BMI: 30.0
Height: 70 in [177.8 cm] (10/26/2012 11:53)
Weight: 208.5 lb [94.8 kg] (10/26/2012 11:53)
Albumin: 4.3 (06/14/11 08:18)
Labs:
Hemoglobin A1C:
 HB A1c:          5.0     (10/19/12 08:02)
Vascular Studies:
Pre-albumin:
Hemoglobin: 15.2 (10/19/12 08:02)
Hematocrit: 44.9 (10/19/12 08:02)
Glucose:comment mg/dL 102 (10/19/12 08:02)
Pain: 1 (10/26/2012 11:53)


Smoking Hx/ interested in smoking cessation program:


Recent Falls:  No
     If yes:(Mechanism, Injury, Date, Frequency)


Active Outpatient Medications:
Active Outpatient Medications (including Supplies):


No Medications Found


Depression Screen Completed (See Clinical Reminder)
     Issues of concern:
PLAN/RECOMMENDATION/TEAM GOALS:


Medical/Surgical Plan and Person to Be Contacted Regarding This Plan:    To
x-ray today to see if there is ectopic bone developing in the painful area. then

     to return to this clinic for future plans.
X-ray reveals that the posterior medial osteophyte has lengthened by about 1.0cm

but is not in the area of the pain anteriorly. Anteriorly there is a small calcification within the soft tissues that is part of a less dense area of fat with the muscle mass overlieing it being heaped up. This is in the area of the local pain and tenderness.

Prosthetics Plan: New socket with the area of tenderness releaved and a small pad proximally to relieve that area attached to the present 3X knee and foot system.

Rehabilitation Therapies:

Pain Management/Treatment Plan:

Wound Management Plan:

Psychological/Social Support:

Other:

ASSESSMENT SUMMARY:

Education provided:   Residual Limb Care:, Prosthetic Care, Comments::
Offered sheath to be placed between skin and inside of Seal-in liner but he refused at this time.

Return to Amputee Clinic: After completion of the new socket which he may take home with him once it is attached to his 3X knee and foot assembly..

Additional Consults:

Other:

Veteran was involved in and agrees with the treatment plan.
Answers were provided to questions asked.

/es/ JOHN M HARRIS,MD
CO-DIRECTOR, ORTHOPEDIC SECTION
Signed: 11/15/2013 12:59

Receipt Acknowledged By:
11/18/2013 09:32    /es/ RANDI B WOODROW
                    PHYSICAL THERAPIST
11/15/2013 13:06    /es/ KUN YAN MD
                    Chief, PM&RS **61 53279

| | |
|---|---|
| **Date/Time:** | 15 Oct 2013 @ 1039 |
| **Note Title:** | PRIMARY CARE SECURE MESSAGING |
| **Location:** | PROVIDENCE RI VAMC |
| **Signed By:** | JONES,BARBARA |
| **Co-signed By:** | JONES,BARBARA |
| **Date/Time Signed:** | 15 Oct 2013 @ 1239 |

Note

GOMES 015

URGENCY:                STATUS: COMPLETED

Consult Date: 4/6/15
Provisional Diagnosis:897.2

Subjective-seen for follow up on x3/x2 programming and remote, and refit of a trial
ischial containment socket test fit

Objective-assess fit of IT socket and preparation for stomper prosthesis

Assessment-fit IC socket. It was too big after new modification to posterior brim and
medial brim. The fit has been lost since last trial fit many months ago.
Patient needs a stomper prosthesis for use in certain environments. His
everyday fit is good, and i tried to copy socket but had issues with this
today. ALso computer issue kept me from programming remote. Patient left the
x-3 set up for me to have copied at spinal technologies and reset to a test
socket for me to realign before i am on vacation so the prosthesis will be
finished upon my return from vacation. computer issue kept me from
programming the remote but i wil do so after this is fixed

Plan-
Will have a new test socket completed at spinal tech which will be a copy of
his everyday socket. i will align this onto stomper before finishing. Will
program remote. Will deliver prosthesis back to patient and fit test socket
next visit

/es/ ERIC LYDON
Prosthetist
Signed: 04/10/2015 13:58

| | |
|---|---|
| **Date/Time:** | 08 Jan 2015 @ 1000 |
| **Note Title:** | C&P EXAM |
| **Location:** | PROVIDENCE RI VAMC |
| **Signed By:** | MERNOFF,STEPHEN T |
| **Co-signed By:** | MERNOFF,STEPHEN T |
| **Date/Time Signed:** | 08 Jan 2015 @ 1229 |

**Note**

 LOCAL TITLE: C&P EXAM
STANDARD TITLE: C & P EXAMINATION NOTE
DATE OF NOTE: JAN 08, 2015@10:00    ENTRY DATE: JAN 08, 2015@12:29:44
  AUTHOR: MERNOFF,STEPHEN T   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

 Initial Evaluation of Residuals of Traumatic Brain Injury (I-TBI)

GOMES 016

Disability Benefits Questionnaire
* Internal VA or DoD Use Only*


Name of patient/Veteran:   Gomes, Christopher 2411


Indicate method used to obtain medical information to complete this
document:


[X] In-person examination


Evidence review
---------------
Was the Veteran's VA claims file (hard copy paper C-file) reviewed?
[X] Yes[ ] No


  If yes, list any records that were reviewed but were not included in the
  Veteran's VA claims file:

    Providence VAMC Polytrauma/TBI clinic notes


SECTION I: Diagnosis and medical history
----------------------------------------
1. Diagnosis
------------
Does the Veteran now have or has he/she ever had a traumatic brain injury
(TBI) or any residuals of a TBI? (This is the condition the Veteran is
claiming or for which an exam has been requested)
[X] Yes    [ ] No


  [X] Traumatic brain injury (TBI)
      ICD code:    v15.52
      Date of diagnosis:    10/2008


2. Medical history
------------------
Describe the history (including onset and course) of the Veteran's TBI
and
  residuals attributable to TBI (brief summary):
    29 yo RH man; pt concerned that these sx may be residuals from concussion
    in 2008: headaches, memory issues.
    PMH: right AKA
    PSH: RLE AKA in Iraq; revision of the AKA at Walter Reed
    meds: Lyrica for phantom limb pain (RLE AKA); viagra
    all: NKDA
    SH:
    Lives in/with: wife; 7 yo son (Blake)
    occupation/status: Director of Veteran Services/Benefits for City of New
    Bedford
    tobacco: none
    ETOH: 1-2 beers/night until recently; now ~1 beer ~once a week
    caffeine: 1 large cup coffee/day; no more soda or energy drinks

Other Drugs: none
Functional status: independent
Service: Army 8/03-7/2010; deployed to Iraq twice (1/05-1/06; 10/07-10/08)

(heavy equipment operator)
FH: noncontributory
HPI:
--in early 2008 while securing a wall at a base; bolt cutters fell and
struck patient on helmet; no LOC, ?a little bit dazed for a few seconds,
doubts time missing from his memory but not sure; fell from one to both
knees and hands but didn't collapse to the ground; ?
briefly confused; then felt back to normal and returned to working; feels
he recalls everything before the hit, recalls the hit itself, and
everything after; no new symptoms including headache or cognitive
symptoms, didn't seek care.
--10/2008: in a vehicle, 2-3 feet from a detonation, vehicle veered to
side of road, smoky, wasn't immediately aware of injury but then pain
hit
and discovered both legs injured (profound injury to RLE; tibial fracture
to LLE); he told this writer at clinical appointment on 11/16/2010 that
he
doubted LOC or AOC but per my f/up appt 6/27/2012: "Patient now
reports he
spoke with two buddies who were with him in the truck at the time of the
10/2008 incident and they told him that he was definitely unresponsive
for
about 30 seconds--that the gunner tried to talk to patient via radio and
pt didn't respond; then driver yelled to him and he didn't
respond; they
estimated he didn't respond for about 30 seconds. Not sure what his
first
response was but pt suspects was pt being able to respond via radio. Pt
doesn't recall having any difficulty operating the radio." Pt
today tells
me that buddies told him that once he awakened his training kicked in and
he operated the radio and checked on the others. He was evacuated from
vehicle, flown out on Blackhawk (recalls feeling fuzzy at that point
?secondary to blood loss) to Baghdad CASH where amputation done, then to
Landstuhl (?had more RLE surgery), then to Walter Reed where he had more
RLE surgery.


SECTION II: Assessment of facets of TBI-related cognitive impairment and
subjective symptoms of TBI

-----------------------------------------------------------------------------

1. Memory, attention, concentration, executive functions
--------------------------------------------------------
[X] A complaint of mild memory loss (such as having difficulty following a
    conversation, recalling recent conversations, remembering names of new
    acquaintances, or finding words, or often misplacing items), attention,

concentration, or executive functions, but without objective evidence on testing

If the Veteran has complaints of impairment of memory, attention, concentration or executive functions, describe (brief summary):

Began noticing memory issues at Walter Reed--was given PDA because was missing appointments, doesn't recall being told what they thought it was
due to (wasn't diagnosed with TBI at that point). Over time felt his
memory improved a little then was stable but over last few years feels like it's slowly progressively worse (attributes perception that it's
worsening due to more aware of it because wife reports it more often; also at work he is 2nd-guessing himself more and asking coworkers for their opinions which he didn't do previously). Uses sticky notes more
than in the past; keeps track of appts using paper calendar which works adequately (has been close to missing appts, has come late to meetings, some of his work goes past deadline). Wife tells him that she has to tell
him things multiple times, that he forgets to do things that she asked him to do. Memory issues are most bothersome at home (gets into arguments
with his wife about these things). Generally recalls significant events; occasionally forgets more minor events (e.g. going out to eat with friends) for which he is sometimes remindable, sometimes not. Job performance has been ok however--hasn't been called out by supervisor
(Mayor)/coworkers, although clerks do have to remind him to get certain tasks done, but as far as he knows his job performance hasn't been questioned; but the forgetfulness/distractions slow him down but is able to complete everything (but sometimes late).

2. Judgment
-----------
[X] Normal

3. Social interaction
---------------------
[X] Social interaction is routinely appropriate

4. Orientation
--------------
[X] Always oriented to person, time, place, and situation

5. Motor activity (with intact motor and sensory system)
-------------------------------------------------------
[X] Motor activity normal

6. Visual spatial orientation

GOMES 019

----------------------------
[X] Normal


7. Subjective symptoms
----------------------
[X] Three or more subjective symptoms that mildly interfere with work;
    instrumental activities of daily living; or work, family or other close
    relationships. Examples of findings that might be seen at this level o
f
    impairment are: intermittent dizziness, daily mild to moderate
headaches,
    tinnitus, frequent insomnia, hypersensitivity to sound, hypersensitivity
    to light

    If the Veteran has subjective symptoms, describe (brief summary):

    headaches, forgetfulness, irritability (note has dx of PTSD--is 70% sc)

8. Neurobehavioral effects
--------------------------
[X] No neurobehavioral effects

9. Communication
----------------
[X] Able to communicate by spoken and written language (expressive
    communication) and to comprehend spoken and written language.

10. Consciousness
-----------------
[X] Normal

SECTION III: Additional residuals, other findings, diagnostic testing,
functional impact and remarks

-----------------------------------------------------------------------
1. Residuals
------------
Does the Veteran have any subjective symptoms or any mental, physical or
neurological conditions or residuals attributable to a TBI (such as migraine
headaches or Meniere's disease)?
[X] Yes[ ] No

   If yes, check all that apply:

   [X] Headaches, including Migraine headaches
   [X] Other, describe:

      --cognitive symptoms: see section II.1 above.
      --sleep: falls asleep quickly but awakens frequently due to
nightmares
      and ambient noise. Has dx of OSA--uses CPAP which is beneficial when
      uses it but sometimes falls asleep before he puts it on.

GOMES 020

   --headaches: see HA DBQ

   2. Other pertinent physical findings, scars, complications, conditions,
signs
   and/or symptoms

   --------------------------------------------------------------------------
   a. Does the Veteran have any scars (surgical or otherwise) related to any
      conditions or to the treatment of any conditions listed in the Diagnosis
      section above?
      [ ] Yes   [X] No

   b. Does the Veteran have any other pertinent physical findings,
      complications, conditions, signs and/or symptoms?
      [X] Yes   [ ] No

   If yes, describe (brief summary):
      right AKA

   3. Diagnostic testing
   --------------------
   a. Has neuropsychological testing been performed?
      [ ] Yes   [X] No

   b. Are there any other significant diagnostic test findings and/or results?
      [ ] Yes   [X] No

   4. Functional impact
   --------------------
   Do any of the Veteran's residual conditions attributable to a traumatic
brain
   injury impact his or her ability to work?
   [X] Yes   [ ] No

      If yes, describe impact of each of the Veteran's residual conditions
      attributable to a traumatic brain injury, providing one or more examples:
      --headache: see DBQ
      --headaches/forgetfulness/PTSD symptoms can interfere with work but see
      below

   5. Remarks, if any:
   ------------------
   --cognitive sx: can't r/o related to mTBI but unlikely given time
elapsed and
   mild nature of mTBI. Note worsening over time which cannot be attributed to
   mTBI 6 years ago; suspect PTSD and sleep difficulty (due to nightmares and
   OSA) are contributing to the cognitive symptoms significantly. Cannot r/o
   previous concussion as a component without speculation.
   --headaches:

GOMES 021

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Headaches (including Migraine Headaches)
Disability Benefits Questionnaire

Name of patient/Veteran:  Gomes, Christopher 2411

Indicate method used to obtain medical information to complete this document:

[ ] Review of available records (without in-person or video telehealth
    examination) using the Acceptable Clinical Evidence (ACE) process because
    the existing medical evidence provided sufficient information on which to
    prepare the DBQ and such an examination will likely provide no additional
    relevant evidence.
[ ] Review of available records in conjunction with a telephone interview
    with the Veteran (without in-person or telehealth examination) using the
    ACE process because the existing medical evidence supplemented with a
    telephone interview provided sufficient information on which to prepare
    the DBQ and such an examination would likely provide no additional
    relevant evidence.
[ ] Examination via approved video telehealth
[X] In-person examination

Evidence review
---------------
Was the Veteran's VA claims file reviewed?
[X] Yes   [ ] No

  If yes, list any records that were reviewed but were not included in the
  Veteran's VA claims file:

    Providence VAMC Polytrauma/TBI clinic notes

  If no, check all records reviewed:

    [ ] Military service treatment records
    [ ] Military service personnel records
    [ ] Military enlistment examination
    [ ] Military separation examination
    [ ] Military post-deployment questionnaire
    [ ] Department of Defense Form 214 Separation Documents
    [ ] Veterans Health Administration medical records (VA treatment records)
    [ ] Civilian medical records
    [ ] Interviews with collateral witnesses (family and others who have
       known the Veteran before and after military service)
    [ ] No records were reviewed

**GOMES 022**

[ ] Other:

1. Diagnosis
------------
Does the Veteran now have or has he/she ever been diagnosed with a headache condition?
[X] Yes   [ ] No

  [X] Migraine including migraine variants
     ICD code: 346       Date of diagnosis: 2008
  [X] Tension
     ICD code: 784       Date of diagnosis: 2008

2. Medical History
------------------
a. Describe the history (including onset and course) of the Veteran's
  headache conditions (brief summary):
  See TBI DBQ. Onset of headaches unclear, probably more noticeable when
  returned home late 2009; thinks he had HAs before that but didn't relate
  them to injury initially; HAs got worse over time. Currently: daily dull
  headache, all day, midfrontal and posterior head mid and b/l; ~2/10;
  light makes it a little worse (squints a little); sometimes takes advil
  which suppresses the HA somewhat for a few hours then it returns. About
  twice a month has a more severe headache, same locations but also sides
  of head, 8-9/10; associated with light/noise intolerance and nausea
  (once vomited); unsure if has blurry vision but no visual symptoms
  otherwise that he recalls. Takes advil which takes the edge off. If
  occurs at work takes advil and sits with lights off for a few minutes.
  Hasn't taken sick days for the headaches but if severe occurs at work
  can't work at all for about 45 hours then resumes work but slower. These
  more severe headaches worsen the day and persist persist for rest of the
  day, usually don't last more than a day.

b. Does the Veteran's treatment plan include taking medication for the
  diagnosed condition?
  [X] Yes   [ ] No

  If yes, describe treatment (list only those medications used for the
  diagnosed condition):
  Advil prn

3. Symptoms
-----------
a. Does the Veteran experience headache pain?
[X] Yes   [ ] No
[X] Constant head pain
[X] Pain on both sides of the head

[X] Pain worsens with physical activity
b. Does the Veteran experience non-headache symptoms associated with
headaches? (including symptoms associated with an aura prior to headache
pain)
[X] Yes  [ ] No
[X] Nausea
[X] Sensitivity to light
[X] Sensitivity to sound
[X] Other, describe:
    detailed above; this more severe HA is a few times/month

c. Indicate duration of typical head pain
   [X] Less than 1 day
d. Indicate location of typical head pain
   [X] Both sides of head
4. Prostrating attacks of headache pain
----------------------------------------

a. Migraine / Non-Migraine- Does the Veteran have characteristic prostrating
   attacks of migraine / non-migraine headache pain?
   [X] Yes  [ ] No

   If yes, indicate frequency, on average, of prostrating attacks over the
   last several months:
   [X] Once every month

b. Does the Veteran have very prostrating and prolonged attacks of
   migraines/non-migraine pain productive of severe economic inadaptability?
   [ ] Yes  [X] No

5. Other pertinent physical findings, complications, conditions, signs
and/or
   symptoms

-----------------------------------------------------------------------------
a. Does the Veteran have any scars (surgical or otherwise) related to any
   conditions or to the treatment of any conditions listed in the Diagnosis
   section above?
   [ ] Yes  [X] No

b. Does the Veteran have any other pertinent physical findings,
   complications, conditions, signs and/or symptoms related to any
conditions
   listed in the Diagnosis section above?
   [X] Yes  [ ] No

   If yes, describe (brief summary):
     none besides right AKA

6. Diagnostic testing
---------------------
Are there any other significant diagnostic test findings and/or results?

[ ] Yes   [X] No

7. Functional impact
--------------------
Does the Veteran's headache condition impact his or her ability to work?
[X] Yes   [ ] No

   If yes, describe the impact of the Veteran's headache condition, providing
   one or more examples:
   The milder headaches (daily) can slow him down a little at work;
   1-2x/month more severe headaches (migraines) prevent him from working for
   about 45 minutes but when resumes work they slow him down/reduce work
   efficiency for the rest of the day.

8. Remarks, if any:
-------------------
   No remarks provided.


**************************************************************************


                    Medical Opinion
                Disability Benefits Questionnaire

   Name of patient/Veteran:  Gomes, Christopher 2411

   Indicate method used to obtain medical information to complete this document:

   [ ] Review of available records (without in-person or video telehealth
       examination) using the Acceptable Clinical Evidence (ACE) process because
       the existing medical evidence provided sufficient information on which to
       prepare the DBQ and such an examination will likely provide no additional
       relevant evidence.
   [ ] Review of available records in conjunction with a telephone interview
       with the Veteran (without in-person or telehealth examination) using the
       ACE process because the existing medical evidence supplemented with a
       telephone interview provided sufficient information on which to prepare
       the DBQ and such an examination would likely provide no additional
       relevant evidence.
   [ ] Examination via approved video telehealth
   [X] In-person examination

   Evidence review

---------------

Was the Veteran's VA claims file reviewed? Yes

  If yes, list any records that were reviewed but were not included in the
  Veteran's VA claims file:
    Providence VAMC Polytrauma/TBI clinic notes

MEDICAL OPINION SUMMARY
-----------------------
RESTATEMENT OF REQUESTED OPINION:

  a. Opinion from general remarks: Is the veteran's TBI and migraines
condition
  at least as likely as no incurred in or caused by his service in the US
Army?

  TYPE OF MEDICAL OPINION PROVIDED: [ MEDICAL OPINION FOR DIRECT SERVICE
  CONNECTION ]

  a. The condition claimed was at least as likely as not (50% or greater
  probability) incurred in or caused by the claimed in-service injury, event
or
  illness.

  c. Rationale: Veteran reports that per witnesses he was unconscious for
about
  30 seconds immediately after close-proximity blast exposure; this is
  consistent with the definition of mild TBI (concussion).

  ************************************************************************

/es/ STEPHEN T MERNOFF
Chief, Neurology Section
Signed: 01/08/2015 12:29

| | |
|---|---|
| **Date/Time:** | 08 Jan 2015 @ 0907 |
| **Note Title:** | MEDICATION RENEWAL/MANAGED CARE (T) |
| **Location:** | PROVIDENCE RI VAMC |
| **Signed By:** | DUPUIS,DAWN M |
| **Co-signed By:** | DUPUIS,DAWN M |
| **Date/Time Signed:** | 08 Jan 2015 @ 0907 |

**Note**

 LOCAL TITLE: MEDICATION RENEWAL/MANAGED CARE (T)
STANDARD TITLE: PRIMARY CARE MEDICATION MGT NOTE
DATE OF NOTE: JAN 08, 2015@09:07    ENTRY DATE: JAN 08, 2015@09:07:26
  AUTHOR: DUPUIS,DAWN M    EXP COSIGNER: BAS,JOHN P

**VA Service Connected Rated Disabilities for Christoper Gomes**

| Disability | Rating | Decision | Related To | Effective Date |
|---|---|---|---|---|
| internal derangement of the left knee, with limitation of flexion | 10% | Service Connected | | 5/25/2012 |
| an undiagnosed illness manifested as gastrointestinal distress (claimed as irritable bowel syndrome (IBS)) | 10% | Service Connected | Environment Hazard in Gulf War | 12/12/2014 |
| Blood Transfusion Error | | Not Service Connected | | |
| status post traumatic dislocation of the left ankle (claimed as left ankle dislocation) | 0% | Service Connected | | 7/20/2010 |
| osteopenia right hip and proximal femur (claimed as bone hip and top of the right femur condition) | 10% | Service Connected | | 7/20/2010 |
| status post left tibia and fibula fracture | 0% | Service Connected | | 7/20/2010 |
| sleep apnea | | Not Service Connected | | |
| group XII moderately severe muscle and nerve injury left leg (claimed as left leg muscle nerve damage) | 20% | Service Connected | | 7/20/2010 |
| infection of the lower extremities | | Not Service Connected | | |
| right above knee amputation, status post revision | 60% | Service Connected | | 10/1/2011 |
| post traumatic stress disorder (PTSD), major depression and pain disorder, with traumatic brain injury (TBI) (formerly rated under DC 9413) | 70% | Service Connected | PTSD | 7/20/2010 |
| Secondary to PTSD/TBI: migraine/ tension headaches | 30% | Service Connected | | 12/12/2014 |
| hypogeusia | 0% | Service Connected | | 5/4/2017 |
| erectile dysfunction | 0% | Service Connected | | 5/4/2017 |
| hyposmia | 0% | Service Connected | | 5/4/2017 |
| scars, right lower extremity | 10% | Service Connected | | 7/20/2010 |
| internal derangement of the left knee, with instability | 10% | Service Connected | | 6/1/2012 |
| scars, left lower extremity | 20% | Service Connected | | 7/20/2010 |

eBenefits × +

e your security and privacy, when using a shared or public computer, make sure you always log
s and then close all browser windows when finished accessing the site.

# Disabilities

100%

**Total Combined Disability**

You have a 100% final degree of disability. This percentage determines the amount of benefit pay you will receive.

How is this calculated

**Add Disabilities**

Submit a claim to mak updates to the disabilit believe are related to y service.

## Rated Disabilities

| Disability | Rating | Decision | Related To | Effe Date |
|---|---|---|---|---|
| internal derangement of the left knee, with limitation of flexion | 10% | Service Connected | | 05/2 |
| an undiagnosed illness manifested as gastrointestinal distress (claimed as irritable bowel syndrome (IBS)) | 10% | Service Connected | Environmental Hazard in Gulf War | 12/12 |
| blood transfusion error | | Not Service Connected | | |
| status post traumatic dislocation of the left ankle (claimed as left ankle dislocation) | 0% | Service Connected | | 07/20/2 |
| osteopenia right hip and proximal femur (claimed as bone hip and top of the right | 10% | Service Connected | | 07/20/2 |

