# EXHIBIT 19

# The Sergeant Joshua Mattson Family



1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARY B. HEATON, et al.,

          Plaintiffs,

    v.                                  Civil Action No. 1:19-cv-03003-JMC

THE ISLAMIC REPUBLIC OF IRAN,

          Defendant.

## TESTIMONIAL AFFIDAVIT OF PLAINTIFF JOSHUA MATTSON IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN

Pursuant to 28 U.S.C. § 1746, I, **JOSHUA MATTSON**, hereby declare as follows:

    1.      "I am one of the Plaintiffs in this case. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

    2.      I was born in October 1976 and am now 46 years old. I am a resident of the State of Texas. In accordance with 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I)–(II) and 1605A(c)(1)–(2), at the time of the May 16, 2006 terrorist attack in which I was injured (hereinafter **'the Attack'**) I was a United States citizen and member of the United States armed forces. Specifically, I was a member of the United States Army. I was 29 at the time of the Attack. The photograph on the preceding page accurately depicts me in my United States Army uniform.

    3.      I am presenting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran (**'Iran'**). More specifically, I am submitting this Affidavit to provide the Court with the facts concerning the May 16, 2006 terrorist attack, the injuries I suffered in the Attack, the medical care and treatments I have received for my injuries, my current condition, and how the attack and injuries have impacted me and my life. *See* Pls.' First Amend. Compl. at 83.

2

4.     Furthermore, my son, Joshua Mattson, was born on July 17, 2003 and is now 19 years old. Joshua is a resident of the State of Texas. In accordance with 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c)(1), at the time of the Attack, Joshua was a United States citizen. When Plaintiffs' First Amended Complaint was filed on January 29, 2021, Joshua was a minor and I filed suit as his Next Friend. However, Joshua is now 19 years old. Therefore, Joshua will submit his own Affidavit in support of his claim for solatium damages. *See id.*

5.     Prior to signing this Affidavit, my attorneys asked me series of questions about the Attack, my resulting injuries, the medical care and treatments I have received since the Attack, and my life today. Below are the questions and my answers:

**Q.** When did you first join the United States Army and why did you enlist?

**A.** I first joined the Army on July 21, 1994. I graduated high school in June, and joined at 17 years old. I enlisted because I wanted to serve my country and be a soldier.

**Q.** What was your mission, and what happened to you on May 16, 2006?

**A.** When I was deployed to Iraq in November of 2005, I was assigned to a Transportation Company. My job (MOS) was 88M (Truck Driver). My mission while in Iraq was to conduct recovery missions, which included going to pick up vehicles that had been damaged by Improvised Explosive Devices ('IED's'), injured or deceased personnel, and logistic re-supply missions. We would transport water, food, repair parts, vehicles, and any other items needed to other Military FOB's (Forward Operating Base) daily.

On May 16, 2006, my unit was scheduled on a re-supply mission from Forward Operating Base ('FOB') Duke to FOB Kalsu in Iskandariya, Iraq. During this re-supply mission, my vehicle was hit with a large IED. During this IED attack my vehicle was destroyed and I was injured.

**Q.** Would you please describe what you remember about the Attack?

**A.** We were scheduled to leave about an hour or so after an IED sweep team was supposed to clear our planned route. However, a vehicle broke down shortly after leaving and we had to return to FOB Duke (located near Najaf, Iraq) to change it out for another vehicle. This delayed our convoy nearly 4 hours. When we finally left, it was dark and we were traveling down a road they called Alternate Supply Route ('ASR') Latina through the city of Al Kifl. As we approached the city, I remember seeing a bright flash of light from my right side and then darkness.

3

The vehicle I was driving, a Palletized Load System ('PLS'), had been struck by an IED. It detonated on the passenger side and the IED ripped holes through the bottom of my vehicle's cab, where my legs were. I sustained multiple shrapnel wounds to my left calf. The percussion of the blast threw me into the door and my left kneecap fractured. The blast also knocked me out. I am uncertain as to how long exactly that I was knocked out, but it was at least several minutes. I know this because when I woke up, we were being fired upon with small arms, and another vehicle had been hit after mine and I never heard it.

Upon waking, the cab of my vehicle was full of smoke and my legs were burning as if they were on fire. I panicked, because I thought my vehicle was burning. It took several moments for me to realize where I was and what was happening.

I remember looking at my legs and I realized the truck was not burning. All I saw was blood. I then feared I had maybe lost my legs. At around that time, a medic swung my door open. He began to look at my leg. There was both incoming and outgoing gunfire, and the medic left and went back in his truck. He didn't come back, so I retrieved my pressure dressing from my first aid kit, and bandaged the wounds on my legs. I then grabbed my weapon, opened my door, and tried to get out of the truck. I fell because my legs were injured too badly. So I laid on the ground and began to return fire towards the enemy as well. After the enemy left, I was eventually loaded into another vehicle and we waited for Explosive Ordinance Disposal ('EOD') to come to our location to clear the area and make sure there were no other IED's. We then turned around and drove all the way back to FOB Duke.

**Q.** Do you believe that the IED in the Attack was an Explosively Formed Penetrator ('EFP')?

**A.** Yes, I do. After the Attack, I was informed by my Platoon Sergeant, Platoon Leader, and Captain that I had been hit with an Explosively Formed Penetrator ('EFP'). I was also able to see my vehicle after the Attack as well. The amount and type of damage it had was consistent with the damage I had seen while recovering other vehicles that were hit with EFP's. For instance, the vehicle's damage included a large hole through the up-armor and the cab was separated from the truck My medical records also accurately state that the Attack involved a 4 charge EFP.

**Q**. Please describe what happened to you, including the injuries you suffered, in the Attack?

**A.** The injuries I sustained in the attack were severe. I had multiple shrapnel wounds to my left calf. I had one wound on my right calf. My left kneecap was fractured. I sustained a Traumatic Brain Injury (TBI). I also suffered a concussion.

Q. After doctors and emergency medical personnel had you stabilized, what was your condition and how were you feeling?

**A.** When I was brought back via truck to FOB Duke, I was given morphine. The medics were treating my leg wounds. I was in a lot of pain and I was scared.

MATTSON 004

The photographs on Page 5-6 below were taken at the medic tent on FOB Duke in Al Najaf. The photographs were taken about 3 hours after I was injured when I finally returned to the FOB. The photographs fairly and accurately depicts my left leg and blood-soaked pants after the Attack.





5

**MATTSON 005**



The photograph below was taken in the truck around 45 minutes after the Attack. The photograph fairly and accurately depicts my pant leg covered in blood and my boot removed.



6

MATTSON 006

The photograph below fairly and accurately depicts my left leg. The photograph was taken about 2 weeks after the Attack.



Q. What were your doctors telling you about your future course of treatment?

A. I was told that I would have to be on crutches for a while. I was not sent home. I was forced to stay in Iraq and continue doing convoys (on crutches). When I finally came home in November of 2006, I was told I would need surgery on my left knee. After my TBI was diagnosed, I had to attend cognitive rehabilitation for over 2 years. I also had to attend years of group and individual therapy for my PTSD. I still attend therapy for PTSD and take psychiatric medications. I will be treated for these conditions for the rest of my life.

Q. What are your doctors telling you about future surgeries?

A. That I may require them. Currently, doctors at Baylor Scott and White Hospital in Temple, Texas (where I live) say that I need a full left knee replacement and partial right knee replacement. The VA also has said this, but they tell me I'm too young (46 years old). I am currently working to get this done. My left knee was damaged so badly and not repaired correctly after the Attack.

My left knee has become much worse since the Attack and has affected my right knee as well.

Q. What were your doctors telling you and your recovery and what your future would be like after the Attack?

A. I have been told that my recovery would be difficult. The physical injuries I sustained (legs, head, and knee injuries) would take time and my legs would never be the same. I will probably struggle with symptoms of my TBI for the rest of my life. I was also told I would have to try and

7

learn new ways of remembering things and recalling things. I understand that I will suffer from PTSD symptoms probably for the rest of my life. In fact, I struggle with my PTSD currently.

**Q.** What happened to you after the Attack?

**A.** After I returned from this tour in November 2006, I struggled. It took almost a year to finally get the Army to perform surgery on my left knee. I underwent left knee surgery, which took several months to recover. I was forced to retire early from the Army with only years left to retirement. Even after the surgery, my left knee has always hurt and I never gained full motion again.

I began treatment for my PTSD and TBI as well. The TBI rehab was difficult and although it taught me a few new ways to deal with memory loss and processing, I still struggle with these, and migraine headaches. I underwent years of cognitive rehabilitation and the Army even issued me a Personal Data Device ('PDD') to carry around to try and take notes because I would forget things so easily.

I have tried so many different treatments for my PTSD. I currently take several psychiatric medications and still undergo regular personal counseling. I have done individual as well as multiple group counseling sessions since the Attack. I struggled with alcohol due to my PTSD-related depression and had to take a rehabilitation course on alcohol dependency.

I am awaiting surgery for a full left knee replacement and a partial right knee replacement. I am in constant pain every day and had to resign from my job and can no longer work. I was issued a cane for walking by the VA and multiple knee braces. I have done countless physical therapy sessions, and undergo injections for both knees now, but can only get them every 3 months. The injections don't always help with my knee pain.

**Q.** What plans did you have for your future before the Attack?

**A.** I planned to retire from the military, first and foremost. I had plans of retiring at the age of 38 and pursuing a career at the Postal Service to work on securing a second retirement. I planned to buy a home with my now ex-wife and son. And to provide a secure future for my son.

**Q.** What activities did you enjoy doing before the Attack that you can no longer do?

**A.** I enjoyed running outside and physical fitness generally. I enjoyed reading and drawing as well. I also enjoyed playing sports, mainly football and softball, and playing outside with my son.

I can't run anymore. I can't even run with my kids or play sports. Reading is difficult, it makes my head hurt after a very short time, and I get headaches. Drawing is difficult too. I can only draw for about 10-20 minutes at a time before my head hurts. I enjoyed being physically active. It's hard to stand or sit for extended periods, so I struggle with travel also.

**Q.** What activities do you wish you could do that are not possible now?

**A.** I wish I could run and play with my kids. I haven't been able to do that in a long time. I wish I

MATTSON 008

could work. I had to resign from my job at the Postal Service this year after 5 years because I couldn't take the pain of doing it every day. I wish I could get up and not be in pain. I wish I could manage my thoughts and PTSD symptoms. I wish I could travel more, but that has become painful and impossible.

Q. What activities can you still do, but you need help to do it?

A. I can still walk, but I need the help of a cane or braces. I can still do things around the house with help. I can still drive, although driving long distances hurts my legs a lot. I need help with many tasks, especially those that require more thinking. I also need help controlling my temper and anger.

Q. How does it make you feel to need help and to be dependent on others to do things that you used to be able to do yourself?

A. Frustrated beyond words. I joined the Army at 17. I deployed multiple times and have always been a man who refused to quit and never wanted help. It makes me feel like a burden to those I love and sick about myself and what I have become.

It is depressing, and has all but ruined my self-esteem and self-worth. I feel like less of a man, and I struggle every day with this. I have always been a proud man and asking for help with things I never needed help for just makes me feel ashamed.

Q. Where are you living now?

A. I live in Temple, Texas. I live in a house with my wife (I re-married after the Attack). I found a place in Temple because my kids are close. We had to find a home that had no stairs because of my legs. I also wanted to live in Temple because the VA Hospital is about 4 miles from my house. There are also several Scott & White specialty clinics here as well, specifically the Bone and Joint Institute, where I am currently attempting to set up my knee replacement surgery.

Q. Are you working? Is this the job you imagined you would have before the Attack?

A. I am now unemployed. I was forced to resign from my job on August 14, 2022 for medical reasons. I worked for the United States Post Office as a rural carrier for 5 years and could no longer do the job because I was in too much pain. I loved that job. Working for the Post Office was always part of my long term career plan.

I imagined more at this point in my life. I never wanted to be done working at my age (mid 40's).

Q. Would you please describe a typical day in your life now?

A. On a typical day, I wake up in the morning and take my medications. I help my wife get the kids to school and then try to find things around the house to do. I try and do things like cleaning, laundry, yardwork or cooking. Basically, I just do household things. I try to draw sometimes.

9

MATTSON 009

**Q.** What ongoing healthcare are you receiving?

**A.** I take several medications daily. I still do individual counseling with the Post Combat Trauma clinic for my PTSD. I still receive regular steroid injections in both knees now and attend physical therapy plans on a revolving schedule.

I have to use a cane most days to walk and attend the VA for ongoing appointments to include sleep apnea and repeated bloodwork because of the medications I am on.

**Q.** What does the future look like for you?

**A.** The future for me is hard. I hope that I will live long enough to see my youngest child graduate high school (he's 6) and that I will someday not be in so much physical pain every day.

I hope in the near future I can get my knee replacements done and that it will help with my pain. Unfortunately, I will probably never work again so I am unsure what the future looks like. Hopefully, I can just take care of my wife and kids and do my best to contribute any way I can for them.

**Q.** What plans for the future do you have now?

**A.** I hope to get knee replacement surgery but that may take some time. Everyone says I'm too young for this procedure. It's ridiculous. For now, I just plan on trying my best to be a good dad and husband. It requires effort, because of my mental issues, but I think that is all I can do. I just try my best to not be a burden on those I love.

      6.     The medical and military records attached to this Affidavit are true and correct

copies of my military service records and medical records from the Army and my medical

records from the Department of Veteran Affairs ('VA').

      7.     I received a Purple Heart due to injuries sustained in the Attack. As seen in my

VA Disability Records, as a result of the Attack I sustained the following injuries: PTSD causing

alcohol abuse issues, a left knee fracture resulting in surgery and chronic knee pain, left leg

varicose veins, and a TBI. The VA rates my PTSD as 50% disabling; my left knee injuries as a

combined 30% disabling. Overall, I am rated 100% disabled by the VA. A true and correct copy

of my VA disability ratings is on Page 11 below."

# Disabilities



**80%**

**Total Combined Disability**

You have a 80% final degree of disability. This percentage determines the amount of benefit pay you will receive.

How is this calculated

**Add Disabilities**

Submit a claim to make any updates to the disabilities that you believe are related to your military service.

Apply Now

# Rated Disabilities

| Disability | Rating | Decision | Related To | Effective Date |
|---|---|---|---|---|
| residuals of left calf shrapnel wound | 0% | Service Connected | | 12/30/2007 |
| residuals left foot fracture | | Not Service Connected | | |
| posttraumatic stress disorder | 50% | Service Connected | | 12/30/2007 |
| residuals left knee fracture, status postoperative (previously rated as DC 5257) | 10% | Service Connected | | 09/13/2013 |
| post traumatic headaches | 0% | Service Connected | | 01/01/2017 |
| ↳ left eye blurriness | | Not Service Connected | | |
| corneal abrasion right eye | | Not Service Connected | | |
| obstructive sleep apnea | 50% | Service Connected | | 12/30/2007 |
| left leg varicose veins | 10% | Service Connected | | 09/13/2013 |
| residuals of right shoulder rotator cuff injury | 10% | Service Connected | | 12/30/2007 |
| traumatic brain injury (TBI) | 10% | Service Connected | | 09/29/2016 |
| residuals left knee fracture, status postoperative | 10% | Service Connected | | 12/30/2007 |
| ↳ left knee scar | 0% | Service Connected | | 09/13/2013 |

MATTSON 011

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

_____

Joshua Mattson

SIGNED under oath before me on April 28, 2023

_____

Notary Public – State of Texas

12

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| MATTSON, JOSHUA DAVID | ARMY/RA | ▉▉▉▉▉▉▉ |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| SSG | E06 | 197610 | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| TROY, MICHIGAN | FLINT MICHIGAN 48507-0000 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 0004INHHC FC | FORT HOOD, TX 76544-5056 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| N/A | AMOUNT: $400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 88M3O MOTOR TRANSPORT OP - 2 YRS 11 MOS// NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2005 | 01 | 27 |
| | b. SEPARATION DATE THIS PERIOD | 2007 | 12 | 29 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0002 | 11 | 03 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0008 | 09 | 09 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0000 | 11 | 23 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2007 | 12 | 29 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| <mark>PURPLE HEART//</mark>ARMY COMMENDATION MEDAL (3RD AWARD)//ARMY ACHIEVEMENT MEDAL (7TH AWARD)// ARMY GOOD CONDUCT MEDAL (3RD AWARD)//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//ARMED FORCES EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//IRAQ CAMPAIGN MEDAL //NON COMMISSIONED OFFICER//CONT IN BLOCK 18 | COMBAT LIFE SAVERS CRS, 1 WEEK, 2005//NOTHING FOLLOWS |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | | X | NO |
|---|---|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | | X | YES | | NO |

| 16. DAYS ACCRUED LEAVE PAID 8 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

| 18. REMARKS //////////////////////////////////////////////////////// |
|---|
| SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20051125-20061117//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//COMBAT ACTION BADGE//DRIVER AND MECH BADGE WITH DRIVER - TRACKED VEHICLE(S) CLASP//NOTHING FOLLOWS |
| |
| The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| KILLEEN TEXAS 76543 | JUDITH K. MATTSON |
| | LENNON MICHIGAN 48449 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | TX | DIRECTOR OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| *[signature]* | BRUCE JEFFERSON, GS07, LEAD HR ASST TRANS CENTER |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RETIREMENT | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-40, PARA 4-24B(2) | SFK | 4 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| DISABILITY, TEMPORARY |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) JDM |
|---|---|
| NONE | |

| DD FORM 214-AUTOMATED, FEB 2000 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | SERVICE-2 |
|---|---|---|



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

### SERGEANT JOSHUA D. MATTSON ███████████

FOR WOUNDS RECEIVED
IN ACTION

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 29TH DAY OF JUNE 2006

JAMES D. THURMAN
Major General, USA
Commanding
Permanent Order 180-047

SECRETARY OF THE ARMY

DA FORM 4980-10 (WT), JAN 2000.

MATTSON 014

*6*

j

# DEPARTMENT OF THE ARMY
## HEADQUARTERS, MULTI-NATIONAL DIVISION (BAGHDAD)
## CAMP LIBERTY, IRAQ
## APO AE 09344

PERMANENT ORDERS # 180-047                                    29 June 2006

MATTSON, JOSHUA D.▮▮▮▮▮▮▮ SGT, Alpha Company, 204th Forward Support Battalion
(WJAZA0), 2nd Brigade, 4th Infantry Division APO AE 09329

Announcement is made of the following award:

Award: Purple Heart

Date(s) or period of service: 15 May 2006

Authority: AR 600-8-22, paragraph 2-8, MNC-I Memorandum, Subject: Delegation of Wartime Awards
Approval Authority-Multi-National Corps-Iraq and Subordinate Units dated 26 April 2005

Reason: For wounds received as a result of hostile enemy action.

Format: 320

FOR THE COMMANDER:

EDWARD R. PHELPS
CPT, AG
Chief of Operations, G1

DISTRIBUTION:
1-INDIVIDUAL CONCERNED
1-UNIT
1-FILE
1-CDR, USAEREC, ATTN: PCRE-FS, 8899 E. 56th St., Indianapolis, IN 46249-5301 (Enlisted)
1-CDR, HQDA, ATTN: AHRC-MSR, 200 Stovall St., Alexandria, VA 22332-0444 (Officer)

1. LAST NAME, FIRST NAME / NOM ET PRÉNOM: Mattson, Joshua
RANK / GRADE: SGT / E-5
SSN / NUMÉRO MATRICULE: 373-80-10097
SPECIALTY CODE / GM:

2. UNIT / UNITÉ: A Co. 204th SB 4 ID
FORCE / ÉLÉMENT
NATIONALITÉ / NATIONALITÉ: Caucasian

A/T — ADE — NW — MCM
BC — EC — NBI UNC

DISEASE / MALADIE — PSYCH / PSYCH

3. INJURY / BLESSURE
FRONT / DEVANT    BACK / ARRIÈRE

AIRWAY / TRACHÉE
HEAD / TÊTE
X WOUND / BLESSURE
NECK/BACK INJURY / BLESSURE AU COU/AU DOS
BURN / BRÛLURE
AMPUTATION / AMPUTATION
STRESS / TENSION
X OTHER (Specify) / AUTRE (Précisez)

Shrapnel to (2)
Calf

4. LEVEL OF CONSCIOUSNESS - NIVEAU DE CONSCIENCE
X ALERT / ALERTE
X VERBAL RESPONSE / RÉPONSE VERBALE
PAIN RESPONSE / RÉPONSE À LA DOULEUR
UNRESPONSIVE / SANS RÉPONSE

5. PULSE / POULS: 85    TIME / HEURE: 0305
6. TOURNIQUET / GARROT: X NO / NON    YES / OUI    TIME / HEURE

7. MORPHINE / MORPHINE: NO / NON    X YES / OUI    DOSE / DOSE: .5 mL    TIME / HEURE: 0313    8. IV V LR    TIME / HEURE: vol mL 0310

9. TREATMENT OBSERVATIONS: CURRENT MEDICATION / ALLERGIES / NBC (ANTIDOTE)
fore arm
1600 mg motrine - BA
.5 mL morphine - IV @ 0313
.5 mL morphine - IV @ 0318
136/67 BP
16 R
1000 mL IV N/S @ 0355
T 97.6°F
amoxicet IV @ 0323
X Ray: AP & Lat Tib/Fib (L) Leg

10. DISPOSITION
RETURNED TO DUTY / RETOUR À L'UNITÉ
EVACUATED / ÉVACUÉ
DECEASED / DÉCÉDÉ
PT HLD    TIME / HEURE

11. PROVIDER / UNIT / OFFICER MÉDICAL / UNITÉ: LT Williams    C Co 209 SB
DATE / DATE (YYYYMMDD)

DD Form 1380, DEC 91    This form replaces previous editions of DD Form 1380 and DD Form 1380 (TEST), which are obsolete.
FICHE MÉDICALE DE L'AVANT ET 97

---

RANK/GRADE: SGT/E-5
X MALE / HOMME
FEMALE / FEMME
RELIGION / RELIGION

ID
AURE
12R

DISEASE / MALADIE — PSYCH / PSYCH
AIRWAY / TRACHÉE
HEAD / TÊTE
WOUND / BLESSURE
NECK/BACK INJURY / BLESSURE AU COU/AU DOS
BURN / BRÛLURE
AMPUTATION / AMPUTATION
STRESS / TENSION
OTHER (Specify) / AUTRE (Précisez)

Shrapnel to
(L) Calf

PAIN RESPONSE / RÉPONSE À LA DOULEUR
UNRESPONSIVE / SANS RÉPONSE    TIME / HEURE

YES / OUI
HELAZ    6. IV / IV    LR    TIME / HEURE: 0310
3/3    vol mL
NBC (ANTIDOTE) / ES (ANTIDOTES)    fore arm
e - BA
1 @ 0313
@ 0318
B - administered @ 0355
(a) 0323
Lat Tib/Fib (L) Leg

DISPOSITION
RETURNED TO DUTY / RETOUR À L'UNITÉ
EVACUATED / ÉVACUÉ
DECEASED / DÉCÉDÉ
Pt HLD
TIME / HEURE

11. PROVIDER / UNIT / OFFICER MÉDICAL / UNITÉ: LT Williams / C Co 204th SB 4 ID    0605 16

DD Form 1380, DEC 91    This form replaces previous editions of DD Form 1380 and DD Form 1380 (TEST), which are obsolete.
FICHE MÉDICALE DE L'AVANT ÉTATS-UNIS
U.S. FIELD MEDICAL CARD

---

7. WITNESSES / I SAW INCIDENT OR IDENTIFIED REMAINS (Name, grade, Sr/No)
Vollman, Paul, SGT 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 C 204 SB

9. REMARKS (Additional circumstances, any religious information performed, etc.):
Sgt Mattson was hit w/shrapnel from an IED around 2330 hrs. My vehicle tried to move up to his position but then we were hit w/an IED. I maneuvered toward Sgt Mattson cut his boot off to assess the situation. I wrapped the wound with an Israeli bandage and gave the pt 1600mg ibuprofen. From there I hooked the pt up to the pulse ox and monitored until we reached SSG Duke.

10. FOR USE BY C.O. OR MED. OFF. (only for casualties who are the result of hostile action)
LINE OF DUTY: X YES    NO    UNDETM
UNIT: C CO 204th SB 4 ID
GRADE: O-2/1 LT
SERVICE NO.: 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
DATE: 16 MAY 06
SIGNATURE OF PERSON PREPARING REPORT
AUTHENTICATED BY (CO or Med. Off.)
VERIFIED BY (4Pro. Off.)

---

8. CIRCUMSTANCES SURROUNDING INCIDENT (If known, include cause of death or condition when last seen, and how identified)
Sgt Mattson was hit w/shrapnel from an IED around 2330hrs. My vehicle tried to move up to his position but then we were hit w/an IED. I maneuvered toward Sgt Mattson cut his AUS and took off his boot to assess the situation. I wrapped the wound with an Israeli bandage and gave the pt 1600mg ibuprofen from there I hooked the pt up to the pulse ox and monitored until we reached SSG Duke. Then I delivered the patient to the aid station.

9. NAME OF PERSON MAKING STATEMENT: Vollman, Paul    SGT
10. SERVICE NO. / SSN: 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
11. UNIT: C 204 SB
12. DATE: 16 May 06
13. SIGNATURE

MATTSON 016

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MED. AL CARE**

Patient: **MATTSON, JOSHUA**
Facility: **WJAZC0**

Date: **21 May 2006 1532 AST**
Clinic: **C 204TH BAS**

Appt Type: **ROUTN**
Provider: stornelli, kathleen

AutoCites Refreshed by stornelli, kathleen @ 22 May 2006 0004 AST
**Problems**
SUPERFICIAL INJURY - ABRASION OF HANDS
SUPERFICIAL INJURY - ABRASION OF CORNEA
CORNEAL FOREIGN BODY - RIGHT EYE
CORNEAL FOREIGN BODY
ASSESS PATIENT CONDITION WORK-RELATED OCCUPATIONAL DISEASE

**Active Medications**

| Medication Name | Status | Sig | Refills Last Filled |
|---|---|---|---|
| IBUPROFEN (MOTRIN)--PO 800MG TAB | Active | T1 TB PO TID WF OR MILK | 19 Mar 2006 |

**Allergies**
Patient has no known allergies

Screening Written by STACKHOUSE, CYNTHIA @ 21 May 2006 1532 AST

Appointment Reason For Visit: Unspecified Reason for Visit;

Selected Reason(s) For Visit:
Unspecified Reason For Visit (New) Comments: F/U Shrapnel in L calf
**Vitals**
Vitals Written by little, nicholas @ 21 May 2006 1541 AST
BP: 147/64, HR: 103, RR: 28, T: 97.1 °F, HT: 75 in, WT: 245 lbs, O2: 99, BMI: 30.62, BSA: 2.392 square meters, Tobacco Use:
Yes, Alcohol Use: No, Pain Scale: 7/10 Severe, Pain Scale Comments: left leg

SO Note Written by stornelli, kathleen @ 22 May 2006 0015 AST
**History of present illness**
The Patient is a 29 year old male.
  * Encounter Background Information: 29 yo AD male, with left leg calf pain since 'shrapnel' incident 6 days ago. since than
he was on quarters for 48 hours, then back to work... he's been doing office work, walking to and fro each day.. stopped using
crutches yesterday due to near fall with them, and today without crutches pain worsening with weight bearing. his baseline pain
has been 5-6/10, and has had several episodes today (@6), of sharp radiating pain from calf to thigh, 8-10/10, lasting seconds... no
particular trigger- one episode while pt. lying in bed watching movie. pt. taking naprosyn and vicodin for pain...

**Physical findings**
General appearance:
  * General appearance: moderate distress

**Musculoskeletal system:**
  General/bilateral: • Musculoskeletal system: antalgic gait; left calf swollen diffusely, diffuse mild bruising; not tense to palp.
    ttp, worse with passive DF and active PF. strength 4/5 of PFon left (seems limited by pain), 5/5 DF, inversion,eversion.;
    symm sens to pinprick L4-S1.. achilles reflex brisk and symmetric. hip flexion 5/5, knee ext/flex 5/5.. ttp at medial
    hamstring insertion... poor hamstring flexibility

**Tests**
  Imaging studies ap/lat of distal femur and tibia: no change in shrapnel locations it seems.. normal bony architecture

A/P Written by stornelli, kathleen @ 22 May 2006 0018 AST
1. pain in the leg (below the knee)

| Name: MATTSON, JOSHUA | | | | |
|---|---|---|---|---|
| | Sex: M | | Sponsor: | MATTSON, JOSHUA |
| FMP/SSN: | Tel H: | | Rank: | SERGEANT E5-A |
| DOB: Oct 1976 | Tel W: | | Unit: | WJAZA0 |
| Cat: A1 USA AD | CS: | | Outpt Rec. Rm: | |
| IC Status: | WS: | | PCM: | |
| surance: No | | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: MATTSON, JOSHUA D          Date: 24 May 2006 0759 AST          Appt Type: ROUTN
Facility: 10th CSH NORTH (WBH3A0)   Clinic: CHCSII-T Clinic              Provider: Park, James

AutoCites Refreshed by Park, James @ 24 May 2006 0955 AST
**Problems**
CORNEAL FOREIGN BODY - RIGHT EYE

**Active Medications**
No Active Medications Found.
**Allergies**
Patient has no known allergies

Screening Written by kerwin, Thomas @ 24 May 2006 0759 AST

Appointment Reason For Visit: Consultation With Internist;

Selected Reason(s) For Visit:
Consultation With Internist (New) Comments: Pt was referred to see internal Medicine MD.
**Vitals**
Vitals Written by marconett, zachary @ 24 May 2006 0701 AST
 BP: 137/73, HR: 97, RR: 17, T: 98.6 ?F, O2: 98, Tobacco Use: Yes, What type of tobacco product? cigarettes, Amount of tobacco product used per day: 20/day, Would you like to quit? Yes, Pain Scale: 6/10 Moderate

SO Note Written by Park, James @ 24 May 2006 0846 AST
**History of present illness**
    The Patient is a 29 year old male.
    ? Encounter Background Information: 29 y/o male s/p EID injury with shrapnel to LLE c/o contiued pain. Referred by his MD at his FOB for r/o DVT.

Physical findings
Vital signs:
    ? Normal.
Standard Measurements:
    ? Normal.
General appearance:
    ? Normal.
Musculoskeletal system:
    General/bilateral: • Musculoskeletal system: + pain to flexion of ankle.  + homans sign.  + edema L>R, scattered lacerations from sharpnel.

A/P Written by Park, James @ 24 May 2006 0955 AST
1. violent traumatic event a terrorist attack
 Comments: S/p Sharpnel and soft tissue injury to LLE.  F/u with FOB doctor.  US L--> neg for DVT

Disposition Written by Park, James @ 24 May 2006 0956 AST
**Released Without Limitations**
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Injury & Illness:** Work Related; Onset Date: 5/24/2006; Battle Related; Category: All Other, Medical/Surgical Cause: Battle Injury/Illness
Appointment Class: Outpatient
E&M Code: 99212 - Estab Outpatient Focused H&P - Straightforward Decisions

Signed By @ 24 May 2006 0956
        Park, James
        10th CSH NORTH (WBH3A0)

**Name: MATTSON, JOSHUA DAVID**

| | | | | |
|---|---|---|---|---|
| | Sex: | M | Sponsor/SSN: | MATTSON, JOSHUA DAVID/373806097 |
| FMP/SSN: 20/373806097 | Tel H: | 254-213-2315 | Rank: | SERGEANT |
| DOB: 18 Oct 1976 | Tel W: | 254-288-0479 | Unit: | WJAYA0FC |
| Cat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | | Outpt Rec. Rm: | BAS 204 FSB 4ID FILEROOM |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | | PCM: | JOHNSON,ROBERT J |
| Insurance: No | | | Tel. PCM: | 618-8767 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| Radiology Results (Last 10) | | MATTSON, JOSHUA DAVID | FMP:20 | SSN:373806097 |
| --- | --- | --- | --- | --- |
| Age:30yo | DOB:18-Oct-1976 | Gender:M | | |

MATTSON, JOSHUA DAVID     20/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     30yo     18 Oct 1976     M

********** LEG (TIB/FIB), LT **********
POC Enc: #E767349    POC Fac: Carl R Darnall Medical Center Ft Hood, TX
                     Status: Complete

Procedure:                    LEG (TIB/FIB), LT
Event Date:                   01-Dec-2006 06:55:00
Order Comment:                NO BRIEF COMMENT
Reason for Order:
    yo male took shrapnel to left calf in i raq, not removed at the time.  pt
continues to have pain . Please eval.
Exam #:                       06116470
Exam Date/Time:               13-Dec-2006 08:03:00
Transcription Date/Time:      13-Dec-2006 13:56:00
Provider:                     SHUNK, BRIAN R
Requesting Location:
    MONROE HEALTH CLINIC      MONROE TROOP MEDICAL CLINIC
Status:                       COMPLETE
Result Code:                  SEE RADIOLOGIST'S REPORT
Interpreted By:               BANKS, KEVIN P
Approved By:                  BANKS, KEVIN P
Approved Date:                14-Dec-2006 17:54:00
Report Text:
    LEFT TIB/FIB SERIES DATED 13 DECEMBER.

    INDICATIONS: Shrapnel injury in Iraq. A 30-year-old male. Continued pain.

    TECHNIQUE: Two views of the left tibia and fibula.

    FINDINGS: Examination of the osseous structures demonstrate normal appearance.
    There is no fracture, dislocation or other acute or acquired abnormality. There
    is a 4 mm piece of shrapnel seen involving the dorsal medial aspect of the calf.
    No other radiopaque foreign bodies present.

    IMPRESSION: Single 4 mm piece of shrapnel in the dorsal medical calf.

    Dictated on 12/13/2006 at 1120 hours.

    raw

MATTSON, JOSHUA DAVID     20/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     30yo     18 Oct 1976     M

********** LEG (TIB/FIB), LT **********
POC Enc: #E767349    POC Fac: Carl R Darnall Medical Center Ft Hood, TX
                     Status: Complete

Procedure:                    LEG (TIB/FIB), LT
Event Date:                   13-Dec-2006 08:04:00
Order Comment:                NO BRIEF COMMENT
Reason for Order:             f/u IED injury
Exam #:                       06121011

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

MATTSON.019

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 04 Jun 2007 0907 | Facility: Darnall Army Community Hospital HOPEWELL,CLIFFORD A | Clinic: DACH COUSENL CNTR PSYCHOLOGY   Provider: |

120 minutes face-to-face/floor time..

Note Written by HOPEWELL, CLIFFORD A @ 04 Jun 2007 1044 CDT

### Chief complaint

This Service Member presented at the Resilience and Restoration Center with questions regarding possible concussion. This constitutes a screening examination for postconcussive syndrome in coordination with the CRDAMC brain injury treatment team.

### History of present illness

This service member was referred by COL Quirk as part of his MED process and complains of one or more concussive episodes. He has since been transferred to CPT Gumboc, but she will shorlty PCS.

### Past medical history

Past medical history, specifically history available in AHLTA, was reviewed. This history was felt to be consistent with concussion.

He describes once per week headaches in which his right eye vision becomes blurry and he has throbbing pain behind both eyes. He is sometimes nauseated. His headaches can last two days. He had shrapnel removed from his right eye after an IED/EFP blast and he now has great difficulty driving at night. His left calf pain has increased greatly; when he is downstairs, he describes calf pain as 10/10. When he is going upstairs, he describes about 8/10 left knee pain. He feels he is more "snappy" at work, although he feels Neurontin is helping him be less irritable than he could be. Pt states his wife says he "snores a lot" and he wakes up unrefreshed from sleep. Mother and brother suffer from OSA. A sleep study was ordered, but I see no current results. Neuropsychological testing was also ordered to establish a baseline evaluation of his frontal lobe function, which he describes as severely deteriorated after an EFP explosion in May 2006 that resulted in 2-3 minutes of LOC. A Neurology consultation was also ordered. He also sees Ms. CalCosky for PTSD group issues.

### Pain history

Past pain history, specifically history available in AHLTA, was reviewed. This history is contributory for headache pain, and the SM is being treated and educated for pain.

### Medication

Past medication history, specifically history available in AHLTA, was reviewed.

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| TRAZODONE HCL, 50MG, TABLET, ORAL | Refill | T1 TB PO QHS #30 RF2 | 0 of 2 | 14 May 2007 |
| PROPRANOLOL HCL, 40MG, TABLET, ORAL | Refill | T1 TAB PO BID | 2 of 3 | 14 May 2007 |
| ISOMETHEPTENE/APAP/DICHLPHEN, CAPSULE, ORAL | Refill | T2 CAPS AT ONSET OF HA , THEN 1 CAP QH *MAX OF 5 PER 12 HRS | 1 of 2 | 14 May 2007 |

| Name: MATTSON, JOSHUA DAVID | | | |
|---|---|---|---|
| | Sex: M | Sponsor/SSN: | MATTSON, JOSHUA DAVID/373806097 |
| FMP/SSN: | Tel H: 213-2315 | Rank: | SERGEANT |
| DOB: Oct 1976 | Tel W: 286-6535 | Unit: | WJAYA0   (0004 CS BN   DIST CO A) |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | Outpt Rec. Rm: | MEDICAL EVALUATION BOARDS |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | PCM: | JOHNSON,ROBERT J |
| Insurance: No | | Tel. PCM: | 618-8767 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MATTSON 020

**Reason(s) For Visit (Chief Complaint):**
Comments: PT is an OIF soldier seen for full np eval from ft. hood for med board proceedings.

**Vitals**
Vitals Written by MERCADO, JANYNA M @ 05 Jul 2007 0919 CDT
Pain Scale: 3/10 Mild

A/P Written by MERCADO, JANYNA M @ 05 Jul 2007 1231 CDT
1. POSTCONCUSSION SYNDROME
Procedure(s):      -Psychiatric Evaluation Comprehensive Examination x 1
                   -Psychometric Neuropsych Testing Battery Admin By Physician x 2
                   -Psychometric Neuropsych Testing Battery Admin By Technician x 4
                   -Psychometric Neuropsych Testing Battery Admin By Computer x 1

2. COGNITIVE DISORDER
Procedure(s):      -Psychiatric Evaluation Comprehensive Examination x 1
                   -Psychometric Neuropsych Testing Battery Admin By Computer x 1
                   -Psychometric Neuropsych Testing Battery Admin By Physician x 2
                   -Psychometric Neuropsych Testing Battery Admin By Technician x 4

3. CHRONIC POST-TRAUMATIC STRESS DISORDER
Procedure(s):      -Psychiatric Evaluation Comprehensive Examination x 1
                   -Psychometric Neuropsych Testing Battery Admin By Computer x 1
                   -Psychometric Neuropsych Testing Battery Admin By Physician x 2
                   -Psychometric Neuropsych Testing Battery Admin By Technician x 4

Disposition Written by MERCADO, JANYNA M @ 05 Jul 2007 1231 CDT
Released w/o Limitations
Discussed: Diagnosis, Medication(s)/Treatment(s) - Comments: Discussed priliminary results of neuropsych testing with patient.

Note Written by MERCADO, JANYNA M @ 05 Jul 2007 1230 CDT

## NEUROPSYCHOLOGICAL EVALUATION

Date of Testing: 02 July 2007
Date of Report: 02 & 03 July 2007

**Reason for Referral:** SGT Joshua D. Mattson, 20/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, is a 30 year old right handed WM who was referred for a comprehensive neuropsychological evaluation by COL Quirk, Darnall Hospital Psychiatrist. COL Quirk initiated a medical board for patient's diagnosis of Posttraumatic Stress Disorder. COL Quirk is also concerned about SGT Mattson's current cognitive functioning due to the cognitive changes that patient has experienced since returning from theatre.

SGT Mattson was injured in Operation Iraqi Freedom on 15 May 2006. Patient was the driver in a PLS (10 ton truck), when an IED (four charge EFP) detonated about three feet from the vehicle's passenger door. SGT Mattson's last memory prior to the IED detonating was driving on the road and then seeing a flash of light. He estimates that he suffered a loss of consciousness of approximately 2-3 minutes. During the time he was unconscious, he was told that a second IED detonated in the truck located directly behind his. SGT Mattson has no recollection of hearing or seeing the second explosion. Patient's first memory after regaining consciousness was feeling a burning sensation in his legs caused by the shrapnel that entered the vehicle through the passenger door where the IED detonated. He recalls seeing his legs saturated in blood. Patient recalled having to wait at the scene until the EOD had cleared the area. From the site of the blast, he arrived at Camp Najaf about four hours post injury. At the aid station SGT Mattson was given Morphine and does not have recollection of events that

---

**Name: MATTSON, JOSHUA DAVID**

| | | | |
|---|---|---|---|
| | Sex: M | Sponsor/SSN: | MATTSON, JOSHUA DAVID/373806097 |
| FMP/SSN: | Tel H: 254-213-2315 | Rank: | SERGEANT |
| DOB: Oct 1976 | Tel W: 254-286-6535 | Unit: | WJAYA0 (0004 CS BN   SUPPLY CO FSB) |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | Outpt Rec. Rm: | MEDICAL EVALUATION BOARDS |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | PCM: | JOHNSON,ROBERT J |
| Insurance: No | | Tel. PCM: | 618-8767 |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

**MATTSON 021**

occurred there. He was admitted over night at the aid station and released with crutches the next day. He was placed on light duty at his Camp and was sent home in July 2006 for mid-tour leave. Upon returning to theatre, he was on light duty for about one month and then sent back out on missions. SGT Mattson visited the combat stress clinic upon returning to theatre several times because his fellow soldiers noticed "odd behaviors" that patient was engaging in. For example, SGT Mattson's roommate walked into their room one day and found patient cleaning each bullet in his gun. Patient has no recollection of this event. Patient was also experiencing nightmares that were very disturbing to him. Providers in theatre found him capable and able to return on missions with his unit. In August 2006, patient was involved in his second explosion during which mortar rounds detonated about 40 feet away from patient's position. Patient returned to CONUS with his unit in November 2006.

SGT Mattson reported cognitive changes which began after his involvement in the May 2006 IED blast. Cognitive sequelae for patient includes difficulties with short-term memory and difficulties learning new information. For example, his wife will send him to the grocery store and he will forget what she asked him to buy. Events of this nature occur on a daily basis for SGT Mattson. His coping strategy has been to write down his daily appointments and errands. He also reported difficulties with attention and concentration since his involvement in the blast. SGT Mattson also suffers from headaches that occur about 3-4 times per week. He reported that the headaches last anywhere from one hour to all day. They also vary in intensity. His average pain is a 5-6. At times the headache pain does intensify to an 8-9. He was prescribed Midrin for his headaches which patient reports has been effective. SGT Mattson's cognitive sequelae and daily headaches are consistent with the course of symptoms found in patients with Postconcussive Syndrome.

SGT Mattson also reported experiencing significant emotional sequeale. SGT Mattson's affective difficulties have been extensively reviewed and evaluated by COL Quirk, Psychiatrist at Ft. Hood, who diagnosed patient with Posttraumatic Stress Disorder. Patient is currently treated by Psychiatry at Ft. Hood for his PTSD which he reports is very helpful to him. In addition to SGT Mattson's cognitive and emotional sequeale since returning from theatre, he was also diagnosed with sleep apnea and was prescribed a CPAP machine. Patient reports that he does wear it at night but will at times wake up without it on because he will remove it in his sleep. Patient's wife reports that he is very restless in his sleep at times.

**Current Medications:** Trazodone HCL 40mg; Gabapentin 600mg; Prazosin HCL, 5mg; Citalopram Hydrobromide 40mg; Simvastatin 20mg; Propranolol HCL 40mg; Mucpirocin 2% ointment; Chlorhexidine Gluconate 4%; Isomethept/Acetaminophen

**Diagnostic Impression:** *DSM IV:*

Axis I:  294.9   Cognitive Disorder, (mild) Secondary to Blast Injury
309.81 Posttraumatic Stress Disorder, Chronic

**Summary and Recommendations:** The current neuropsychological evaluation occurs to assess SGT Mattson's neurocognitive function. This assessment occurs approximately 14 months status post the blast injury he suffered while serving in OIF. His test results revealed overall average to borderline intellectual abilities and generally commensurate performance across most domains assessed.  SGT Mattson's higher level executive functioning abilities (e.g.

| Name: MATTSON, JOSHUA DAVID | | | |
|---|---|---|---|
| | Sex: M | Sponsor/SSN: | MATTSON, JOSHUA DAVID/373806097 |
| FMP/SSN: | Tel H: 254-213-2315 | Rank: | SERGEANT |
| DOB: ▮Oct 1976 | Tel W: 254-286-6535 | Unit: | WJAYA0 (0004 CS BN  SUPPLY CO FSB) |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | Outpt Rec. Rm: | MEDICAL EVALUATION BOARDS |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | PCM: | JOHNSON,ROBERT J |
| Insurance: No | | Tel. PCM: | 618-8767 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MATTSON 022

ability to plan, organize, follow through on tasks, novel problem solving, cognitive flexibility, and abstraction), were slightly impaired. His memory and ability to learn new information was slightly below average. SGT Mattson's attention was impaired on a test of attention/concentration. Overall, patient is suffering from a mild cognitive impairment at the time of this evaluation, in addition to the Posttrauatmic Stress Disorder that he was diagnosed with by his psychiatrist at Ft. Hood, Texas. Patient put forth good effort during this evaluation and results are a good indicator of his current cognitive functioning.

1. The patient obtains a Full Scale Wechsler Adult Intelligence Scale-III (WAIS-III) IQ score of 91 which falls in the Average range of general intellectual functioning. His Verbal IQ was an 89, falls in the Low Average range. His Performance IQ score of 97 falls in the Average range. Generally commensurate performance was noted across other indexes of intellectual abilities. His strengths were his verbal comprehension abilities (VCIndex score = 93 Average) and his visuospatial abilities (POIndex score = 99 Average). SGT Mattson's most prominent weakness was seen in his slowed speed of processing information (PSIndex score = 71 Borderline). His working memory, ability to hold information in memory and mentally manipulate the data to come up with a solution, was in the Low Average Range. SGT Mattson's pattern of test scores are consistent with what is seen in patient's who are suffering from Postconncussive Syndrome, which appears to be the case for this patient. His slowed speed of processing information and decreased working memory coupled with intact language abilities are commonly seen in patient's who have a mild TBI. Overall, SGT Mattson does appear to be suffering from a mild cognitive disorder at the time of this evaluation.

2. SGT Mattson's attentional skills were impaired on a test of attention/concentration (Conners' Continuous Performance Test – CPT). Test results revealed that his response style became slower and more erratic when the stimulus presented slowed, indicating that patient's ability to adjust to changes in task demands is inefficient. Overall, there is evidence to suggest that SGT Mattson is experiencing attention problems which are impacting his daily life due to his difficulty adjusting to changes in task demands. SGT Mattson's memory skills and ability to learn new information were also impaired on several measures.

3. SGT Mattson obtained a Halstead-Reitan Battery (HRB) Impairment Index score of 0.6, which is in the mild generalized neurocognitive functioning. Specifically, patient's performance on the Category test (an executive function measure), an auditory processing test and a motor speed test were all in the impaired range.

4. Specifically, SGT Mattson demonstrated bilateral UE psychomotor slowing. His performance on the Category Test, a test of higher level executive functions which measures abstract reasoning, problem solving, concept formation, and organized memory (i.e. memory in practical, complex, and every day situations) was impaired. The Category Test is one of the best measures on the Halstead-Reitan Battery of abstraction, reasoning, and logical analysis abilities, which are abilities essential for organized planning. On the Wisconsin Card Sorting Test, his overall performance was within normal limits with the exception of his failures to maintain set which mean that he struggled staying on task and was unable to engage in mental set shifting. However he

Name: **MATTSON, JOSHUA DAVID**

| | Sex: | M | Sponsor/SSN: | MATTSON, JOSHUA DAVID/373806097 |
| FMP/SSN: | Tel H: | 254-213-2315 | Rank: | SERGEANT |
| DOB: Oct 1976 | Tel W: | 254-286-6535 | Unit: | WJAYA0 (0004 CS BN SUPPLY CO FSB) |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | | Outpt Rec. Rm: | MEDICAL EVALUATION BOARDS |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | | PCM: | JOHNSON,ROBERT J |
| Insurance: No | | | Tel. PCM: | 618-8767 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

**MATTSON 023**

was able to complete all six categories required. SGT Mattson was administered several measures specifically designed to detect suboptimal effort or exaggeration of symptoms. There is no evidence from these measures to call into question the validity of the aforementioned findings.

5. SGT Mattson appears to be experiencing affective difficulties which are contributing to his clinical presentation and aggravating his cognitive inefficiencies (i.e. attention skills, memory abilities, and executive function). Specifically, results of the Beck Depression Inventory-II (BDI-II) indicate that he is experiencing severe symptoms of depression, which were further supported by his responses on the Personality Assessment Inventory (PAI). For example, on the BDI-II, SGT Mattson endorsed items confirming feelings of sadness, pessimism, anhedonia, crying often, increased irritability, changes in sleep pattern, and increased fatigue. On the PAI patient endorsed items consistent with his diagnosis of Posttraumatic Stress Disorder and a Major Depressive episode. The PAI that SGT Mattson completed resulted in a valid clinical profile which confirms that this profile can therefore be interpreted. However due to an elevation on one of the validity scales (NIM) it is evident that patient endorsed many items in which he may have been exaggerating his symptoms. In this case, his NIM elevation does not make the test uninterpretable, instead it appears to be a cry for help due to his multitude of affective difficulties. From the clinical interview, SGT Mattson appeared lethargic, hypervigilant, and anxious. Patient also elevated the Anxiety Scale on the PAI. His responses indicated that he is an individual who is experiencing a discomforting level of anxiety and tension. The primary manifestation of his anxiety appeared to be in the physiological or somatic modality. SGT Mattson is currently being treated by Psychiatry at Ft. Hood and is being stabilized on psychotropic medications as well as receiving individual therapy to assist him in learning effective strategies to cope with his depression and anxiety which he attributes to his recent traumatic combat experience.

SGT Mattson is encouraged to continue on his medication regimen to help alleviate his posttraumatic stress disorder symptoms and symptoms of depression. Continued psychiatric services at Ft. Hood are highly recommended in order to continue treatment and monitoring of his medications for his depressive symptoms and Posttraumatic Stress disorder symptoms as well. He would also be an appropriate candidate for cognitive behavioral therapy in order to learn coping strategies (i.e. relaxation techniques) to alleviate his anxious depression. Once his affective difficulties are alleviated with his treatment, he may see some improvement in his cognitive abilities. However, typically one year post a mild traumatic brain injury we expect to see the most cognitive improvement occur. Since it has been 14 months post SGT Mattson's injury, it is likely that the improvements seen are not going to be drastic, but instead he will learn effective coping strategies to help him cope with his cognitive impairments.

From a Neurocognitive standpoint and given the neurocognitive inefficiencies present, SGT Mattson may not be a candidate to remain on active duty based on the results of the current evaluation. His mild cognitive impairment is affecting his day to day activities. His executive impairments prevent him from functioning in the duties of his MOS which would require good judgment, attention skills, reasoning skills, and multitasking abilities. This is further complicated by the fact that SGT Mattson is suffering from affective difficulties that require proper medical

| | | | |
|---|---|---|---|
| Name: MATTSON, JOSHUA DAVID | | | |
| | Sex: M | Sponsor/SSN: | MATTSON, JOSHUA DAVID/373806097 |
| FMP/SSN: | Tel H: 254-213-2315 | Rank: | SERGEANT |
| DOB: Oct 1976 | Tel W: 254-286-6535 | Unit: | WJAYA0 (0004 CS BN SUPPLY CO FSB) |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | Outpt Rec. Rm: | MEDICAL EVALUATION BOARDS |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | PCM: | JOHNSON,ROBERT J |
| Insurance: No | | Tel. PCM: | 618-8767 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MATTSON 024

02 Jul 2007 07:34  Facility: 59th Medical Wing Lackland AFB TX 78236  Clinic: Neuropsychology BAMC  Provider:
MERCADO, JANYNA M

Case 1:19-cv-... Document 51-19 Filed 06/02/23 Page 26 of 41

treatment and psychotherapy. His mild difficulty with various cognitive abilities is likely to interfere with his ability to maintain gainful employment in the near future. He would benefit from learning coping strategies to be able to manage his depression and PTSD. Patient would also benefit from brief psychotherapy (i.e. Cognitive Behavioral Interventions) in order to address his unresolved stress-related symptoms (i.e. depression and PTSD).

The results of this evaluation can be used as a baseline against which to measure this patient's future functioning if needed, and test scores are appended for this purpose.

### Background Information:

SGT Mattson was born in Flint, Michigan. He has one older brother and one younger sister. He was and average (B & C) student. He denied a history of learning disabilities, attention difficulties and of grade failures. He graduated high school in 1994 and joined the Army. He completed his basic training at Ft. Jackson and his AIT at Ft. Lee. His initial MOS in the Army was 92A – Supplies. His first duty station was Ft. Stewart and the Ft. Irwin. Patient spent nine years on active duty and then separated. He recently re-activated in the Army and his new MOS is 88M – truck driver. He reported that he wife had received orders to be deployed to Iraq and he immediately joined to file the for the family care program for their son. SGT Mattson was then deployed and his wife was able to stay to care for their son. Patient also reported that he has a four year old son from his first marriage. Patient reported that he drinks about a case of beer per week. He smokes about ¾ of a pack of cigarettes per day.

| Name: MATTSON, JOSHUA DAVID | | | | |
|---|---|---|---|---|
| | Sex: | M | Sponsor/SSN: | MATTSON, JOSHUA DAVID/373806097 |
| FMP/SSN: | Tel H: | 254-213-2315 | Rank: | SERGEANT |
| DOB: ■ Oct 1976 | Tel W: | 254-286-6535 | Unit: | WJAYA0   (0004 CS BN   SUPPLY CO FSB) |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | | Outpt Rec. Rm: | MEDICAL EVALUATION BOARDS |
| VC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | | PCM: | JOHNSON,ROBERT J |
| Insurance: No | | | Tel. PCM: | 618-8767 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MATTSON 025

### Tests Administered 02 July 2007:

Clinical Interview
Wechsler Adult Intelligence Scale-III
Halstead-Reitan Battery
    Category Test
    Speech Sounds Perception Test
    Seashore Rhythm Test
    Tactual Performance Test
    Manual Finger Tapping
    Trail Making Test A & B
Wisconsin Card Sorting Test
Conners' Continuous Performance Test
Wechsler Memory Scale – III (Logical Memory and Visual Reproduction subtests)
California Verbal Learning Test-II
Test of Memory Malingering
Beck Depression Inventory-II
Personality Assessment Inventory

### Test Scores:

Wechsler Adult Intelligence Scale-III

| | |
|---|---|
| Full Scale IQ Score | 91 |
| Verbal IQ Score | 89 |
| Performance IQ Score | 97 |

WAIS-III Subscale Scores

| Verbal Subtests | | Performance Subtests | |
|---|---|---|---|
| Information | 9 | Picture Completion | 8 |
| Vocabulary | 11 | Block Design | 9 |
| Comprehension | 7 | Matrix Reasoning | 13 |
| Similarities | 6 | Picture Arrangement | 13 |
| Arithmetic | 8 | Digit Symbol | 5 |
| Digit Span | 8 | Symbol Search | 4 |
| Letter-Number | 8 | | |

WAIS-III Index Scores:

| | |
|---|---|
| Verbal Comprehension | 93 |
| Perceptual Organization | 99 |
| Working Memory | 88 |
| Processing Speed | 71 |

Halstead-Reitan Battery
    Category Test: 69 errors, T=32, 3rd percentile for age and education.  **Impaired**
    Tactual Performance Test
        Dominant Hand    7.7 minutes

| Name: MATTSON, JOSHUA DAVID | | | | |
|---|---|---|---|---|
| | Sex: | M | Sponsor/SSN: | MATTSON, JOSHUA DAVID/373806097 |
| FMP/SSN: | Tel H: | 254-213-2315 | Rank: | SERGEANT |
| DOB: Oct 1976 | Tel W: | 254-286-6535 | Unit: | WJAYA0 (0004 CS BN SUPPLY CO FSB) |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | | Outpt Rec. Rm: | MEDICAL EVALUATION BOARDS |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | | PCM: | JOHNSON, ROBERT J |
| Insurance: No | | | Tel. PCM: | 618-8767 |

CHRONOLOGICAL RECORD OF MEDICAL CARE

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MATTSON 026

02 Jul 2007 0745   CHRONOLOGICAL RECORD OF MEDICAL CARE   Facility: 59th Medical Wing, Lackland AFB, TX 78236   Clinic: Neuropsychology CBAMC   Provider:

MERCADO, JANYNA M

Case 1:19-cv-03050-JMC   Document 51-13   Filed 06/02/23   Page 28 of 41

| | | |
|---|---|---|
| Nondominant | 6.3 | |
| Both | 4.0 | |
| Total Time | 18.0 | **Impaired** |
| Memory | 9 | |
| Localization | 2 | |
| Seashore Rhythm Test | 25 correct | |
| Speech Sounds Perception | 10 errors | **Impaired** |
| Finger Tapping Dom | R= 36.8; T=23 | **Impaired** |
| Nondom L = 37.6; T=30 | | |

Halstead-Reitan Impairment Index = **0.6 Mild Generalized Neurocognitive Impairment**

Trails A: 54 seconds, 0 error, Halstead-Reitan Category 2: Mild to Moderate Impairment; T=25

Trails B: 117 seconds, 0 errors, Halstead-Reitan Category 2: Mild to Moderate Impairment; T=29

Wisconsin Card Sorting Test: CAT=6 (>16th %ile); Trials to complete 1st category =12 (>16%ile); TE=19 (45th %ile), PE=7 (61st %ile), %PE=7 (75th %ile), FMS=2 (11-16th %ile).

Conners' Continuous Performance Test: Overall Index = 4.44

| Wechsler Memory Scale-III | RS | SS |
|---|---|---|
| Logical Memory I | 40 | 10 |
| Logical Memory II | 13 | 6 |
| Visual Reproduction I | 82 | 8 |
| Visual Reproduction II | 39 | 7 |

California Verbal Learning Test-II

| | Raw Score | SS |
|---|---|---|
| List A Trial 1 | 4 | -1.5 |
| List A Trial 5 | 12 | -0.5 |
| List B | 4 | -1.0 |
| Short Delay Free Recall | 6 | -1.5 |
| Short Delay Cued Recall | 7 | -1.5 |
| Long Delay Free Recall | 4 | -2.5 |
| Long Delay Cued Recall | 6 | -2.0 |
| Recognition Hits | 9 | -4.5 |
| False Positives | 4 | 1.0 |
| Discriminibility | 13/16 | 81.25% |

Selective Reminding Test

| | RS | sd |
|---|---|---|
| Long Term Storage (LTS) | 68 | -5.0 |
| Consistent Long Term Retrieval (CLTR) | 29 | -4.2 |
| Delayed Recall | 2/12 | -6.7 |

| Name: MATTSON, JOSHUA DAVID | | | |
|---|---|---|---|
| | Sex: M | Sponsor/SSN: | MATTSON, JOSHUA DAVID/373806097 |
| FMP/SSN: | Tel H: 254-213-2315 | Rank: | SERGEANT |
| DOB: Oct 1976 | Tel W: 254-286-6535 | Unit: | WJAYA0 (0004 CS BN SUPPLY CO FSB) |
| PCat: A11.2 USA ACTIVE DUTY ENLISTED | CS: | Outpt Rec. Rm: | MEDICAL EVALUATION BOARDS |
| MC Status: TRICARE PRIME (ACTIVE DUTY) | SWS: | PCM: | JOHNSON,ROBERT J |
| Insurance: No | | Tel. PCM: | 618-8767 |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Recognition Memory                    6/10

TOMM
        Trial 1 – 45/50
        Trial 2 – 49/50

Beck Depression Inventory-II =40 Severe

Personality Assessment Inventory (PAI)

| INC T=49 | SOM T=87 | MAN T=45 | ANT T=59 | SUI T=54 | DOM T=54 |
| INF T= 44 | ANX T=93 | PAR T=83 | ALC T=50 | STR T=53 | WRM T=28 |
| NIM T=81 | ARD T=87 | SCZ T=86 | DRG T=42 | NON T=56 | |
| PIM T=27 | DEP T=88 | BOR T=80 | AGG T=86 | RXR T=35 | |

If there are questions concerning this report, please call me at (210) 916-0531.

Janyna M. Mercado, Ph.D.
Clinical Neuropsychologist



Marie A. Adams, D.O.
CPT, MC
Staff Psychiatrist

Signed By MERCADO, JANYNA M (Physician, 59th Medical Wing Lackland AFB, TX 78236) @ 05 Jul 2007 1231

Name: MATTSON, JOSHUA DAVID

FMP/SSN: 20/373806097
DOB: ▊Oct 1976
PCat: A11.2 USA ACTIVE DUTY ENLISTED
AC Status: TRICARE PRIME (ACTIVE DUTY)
Insurance: No

Sex:    M
Tel H:    254-213-2315
Tel W:    254-286-6535
CS:
SWS:

Sponsor/SSN:    MATTSON, JOSHUA DAVID/373806097
Rank:    SERGEANT
Unit:    WJAYA0    (0004 CS BN    SUPPLY CO FSB)
Outpt Rec. Rm:    MEDICAL EVALUATION BOARDS
PCM:    JOHNSON,ROBERT J
Tel. PCM:    618-8767

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505



**DEPARTMENT OF THE ARMY**
**CARL R. DARNALL ARMY MEDICAL CENTER**
**DEPARTMENT OF NEUROLOGY**
**3600 DARNELL LOOP**
**FORT HOOD, TX 76544**
**254-288-8080**

**DATE: 27 July 2007**

MEB ADDENDUM

Patient ID: Mattson, Joshua David
Rank: SGT/E5
SSN:
Specialty Clinic: Neurology, CRDAMC
Physician Specialty: Neurology

History of Present Illness: SGT Mattson was injured during IED blast while deployed to OIF, and had post concussion symptoms after his event. He was the driver in a PLS (10 ton truck), when an IED (four charge EFP) detonated about three feet from the vehicle's passenger door. SGT Mattson's last memory prior to the IED detonating was driving on the road and then seeing a flash of light. He estimates that he suffered a loss of consciousness of approximately 2-3 minutes. During the time he was unconscious, he was told that a second IED detonated in the truck located directly behind his. SGT Mattson has no recollection of hearing or seeing the second explosion. Patient's first memory after regaining consciousness was feeling a burning sensation in his legs caused by the shrapnel that entered the vehicle through the passenger door where the IED detonated. He recalls seeing his legs saturated in blood. Patient recalled having to wait at the scene until the EOD had cleared the area. From the site of the blast, he arrived at Camp Najaf about four hours post injury. At the aid station SGT Mattson was given Morphine and does not have recollection of events that occurred there. He was admitted over night at the aid station and released with crutches the next day. He was placed on light duty at his Camp and was sent home in July 2006 for mid-tour leave. Upon returning to theatre, he was on light duty for about one month and then sent back out on missions. SGT Mattson visited the combat stress clinic upon returning to theatre several times because his fellow soldiers noticed "odd behaviors" that patient was engaging in. For example, SGT Mattson's roommate walked into their room one day and found patient cleaning each bullet in his gun. Patient has no recollection of this event. Patient was also experiencing nightmares that were very disturbing to him. Providers in theatre found him capable and able to return on missions with his unit. In August 2006, patient was involved in his second explosion during which mortar rounds detonated about 40 feet away from patient's position. Patient returned to CONUS with his unit in November 2006. He continued to have persistent headaches, cognitive symptoms as well as PTSD symptoms. His PTSD symptoms were the dominating feature of his condition. While undergoing his MEB evaluation, his neuropsych testing (done 14 months since the injury) showed cognitive deficits beyond his PTSD symptoms (see report).

Physical Examination:
General: well-developed, well-nourished, in no acute distress; vitals stable
Cardiac: normal S1 and S2, regular rate and rhythm, no murmurs, rubs, or gallops
Pulmonary: clear to auscultation bilaterally

**MATTSON 029**

Abdomen: Soft, non-tender, non-distended, bowel sounds present
Extremities: no clubbing, cyanosis, or edema

Neurological:
MSE: See full Neuropsych report
CN: Cranial Nerve examination was normal
MOTOR: Motor examination was normal
SENSORY: Sensory examination was normal
REFLEXES: 2+ throughout with mute toes b/l
COORD: No dysmetria
GAIT: Gait examination was normal

Radiology: Brain MRI: normal.

**Impression:**
   1)   Post Concussion Syndrome (medically unacceptable AR 40-501 para 3-30 sec (j)

**Current Condition and Recommendations:**
SGT Mattson suffered a concussion while deployed to Iraq, and continues to have cognitive deficit from that injury that limit his ability to perform his job as a soldier. Please full neuropsych testing for full details of his deficits. Given that his deficits have persisted over the past 14 month, we recommend that he not be retained on active duty due to his cognitive deficits as documented in his neuropsych testing.

SGT Mattson does not meet retention standards at this time, and he is medically unacceptable in accordance with AR40-501, Chapter 3, para 3-30 sec (j). Her case is referred to Physical Evaluation Board for disposition.

Jason S Hawley MD
MAJ MC USA
Chief, Neurology CRDAMC

| | |
|---|---|
| **Date/Time:** | 28 Jun 2013 @ 1100 |
| **Note Title:** | BEHAVIORAL HEALTH CARE TREATMENT PLAN |
| **Location:** | Temple TX VAMC |
| **Signed By:** | DOMINGUEZ,NATASHA S |
| **Co-signed By:** | DOMINGUEZ,NATASHA S |
| **Date/Time Signed:** | 28 Jun 2013 @ 1247 |

## Note

LOCAL TITLE: BEHAVIORAL HEALTH CARE TREATMENT PLAN
STANDARD TITLE: PSYCHIATRY TREATMENT PLAN NOTE
DATE OF NOTE: JUN 28, 2013@11:00    ENTRY DATE: JUN 28, 2013@12:39:36
   AUTHOR: DOMINGUEZ,NATASHA S  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

The following plan was formulated by collaboration between the veteran and
the treatment team.
REASON FOR PLAN:
 Initial Treatment Plan

DRRTP PROGRAM:
 Outpatient SATP

CASE MANAGER: Dr. Crisp

PRIMARY MENTAL HEALTH PROVIDER: Dr. Crisp

ADMISSION DATE: May 23,2013

VETERAN ELECTS TO HAVE FAMILY AND FRIENDS PARTICIPATION IN TREATMENT PLAN:
 No

INTERPRETIVE SUMMARY AND DISCHARGE PLAN:
The veteran is a 36-year-old, White-American, married, 90% SC Army veteran. He
lives with his wife and son children that he is raising as a single parent. He
is here for treatment of alcohol related problems and stated that March 3, 2013
he was charged with DUI. He was referred for treatment by VJO social worker. The

veteran lives in Temple. The veteran reported that he needs a certificate for
the court.


The veteran will benefit from the following programming:
Relapse Prevention/Tuesday @ 1700/Ms. Dominguez
PTSD-SUD/Wednesday @ 1800/Dr. Crisp
Dual Diagnosis/Thursday @ 1800/Dr. Crisp

SNAP:

MATTSON 031

The veteran stated that his wife is supportive of his treatment efforts.
The veteran may benefit from treatment for alcohol related problems.
The veteran is open to receiving treatment.
The veteran prefers outpatient treatment.

Psychological History:
Veteran is SC for PTSD and TBI. He reported that he is 90% SC including physical

problems and is rated as unemployable. The veteran is prescribed the following
medications and finds them effective. Venlafaxine, Aripiprazole, Citalopram,
Prazosin.

The veteran was in supply for half of his 14 years in the U.S. Army and a truck
driver for the other half. His TBI is related to an IED he hit in Iraq. The
veteran reported that he did one tour in Iraq 2005-2006.

SUICIDE/HOMICIDE RISK ASSESSMENT
At the present time, does the veteran have thoughts of killing
him/herself?
  No

At the present time, does the veteran have homicidal thoughts?
  No

MEDICATION MANAGEMENT ASSESSMENT
No pill count completed since last review
  Comment: NA

No SMM assessment or re-assessment completed since last review
  Comment: NA

Any variances identified during count or assessment:
No

GOAL: (DRUG/ALCOHOL ISSUES):
 "control my drinking behavior"

Objective: For Veterans with an identified substance abuse/dependence
history, veteran will identify high risk triggers and identify coping
strategies to handle these.

Status:
  Ongoing
   Specify: the veteran's programming is ongoing

Method/frequency of treatment:
  as scheduled

Person(s) Responsible:
  Dr. Crisp/Veteran

Anticipated Completion Date of Goal:
  Aug 19,2013


GOAL: (WORK/EMPLOYMENT ISSUES):
  "Go to nursing school"

Objective: the veteran will enroll in classes in the Fall

Method/frequency of treatment:
  as scheduled

Person(s) Responsible:
  Dr. Crisp/Veteran

Anticipated Completion Date of Goal:
  Aug 20,2013


GOAL: (Compliance):
Veteran will be compliant with treatment and attend all treatment
appointments.

Objective:
  Veteran will attend his programming as scheduled.

Status:
  Ongoing
    Specify: Veteran's programming is ongoing.

Method/frequency of treatment:
  As scheduled

Person(s) Responsible:
  Dr. Crisp/Veteran

Anticipated Completion Date of Goal:
  Aug 21, 2013


The following problem(s) were identified and will not be addressed as part
of the current treatment plan for the reason(s) listed:

_____

DISCHARGE CRITERIA: Person served reports maximum treatment benefit and/or
achieves 90% of treatment objective.

MATTSON 033

ANTICIPATED DISCHARGE DATE: Aug 23,2013

NEXT SCHEDULED REVIEW DATE: Aug 22,2013

THERAPEUTIC SCHEDULE:
 Groups: Relapse Prevention/Tuesday @ 1700/Ms. Dominguez
        PTSD-SUD/Wednesday @ 1800/Dr. Crisp
        Dual Diagnosis/Thursday @ 1800/Dr. Crisp

FINANCES:
 90% SC VA-disability and his wife works full time as a nurse

DISCHARGE PLAN:
 The veteran will complete the program and attend aftercare

/es/ NATASHA S DOMINGUEZ
ADDICTION THERAPIST
Signed: 06/28/2013 12:47

Receipt Acknowledged By:
07/08/2013 09:39      /es/ WILLIAM CRISP
                Clinical Psychologist
06/28/2013 13:01      /es/ WILLIE LEE GREENE
                SOCIAL SCIENCE PROGRAM SPECIALIST

| | |
|---|---|
| **Date/Time:** | 28 Jun 2013 @ 1100 |
| **Note Title:** | SATP/OUTPATIENT BIOPSYCHOSOCIAL ASSESSMENT |
| **Location:** | Temple TX VAMC |
| **Signed By:** | DOMINGUEZ,NATASHA S |
| **Co-signed By:** | DOMINGUEZ,NATASHA S |
| **Date/Time Signed:** | 28 Jun 2013 @ 1247 |

**Note**

 LOCAL TITLE: SATP/OUTPATIENT BIOPSYCHOSOCIAL ASSESSMENT
STANDARD TITLE: SATP NOTE
DATE OF NOTE: JUN 28, 2013@11:00    ENTRY DATE: JUN 28, 2013@11:07:07
   AUTHOR: DOMINGUEZ,NATASHA S  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

        INTEGRATED CLINICAL SUMMARY (OUTPATIENT SAOP)

A.  CLINICAL SUMMARY AND AFTERCARE PLAN
The veteran is a 36-year-old, White-American, married, 90% SC Army veteran. He
lives with his wife and son children that he is raising as a single parent. He
is here for treatment of alcohol related problems and stated that March 3, 2013
he was charged with DUI. He was referred for treatment by VJO social worker. The

veteran lives in Temple. The veteran reported that he needs a certificate for

/es/ P.Pazzaglia, MD
Psychiatrist
Signed: 08/30/2018 16:11

| | |
|---|---|
| **Date/Time:** | 19 Jul 2018 @ 1500 |
| **Note Title:** | ORTHOPEDIC CLINIC CONSULT RESULTS |
| **Location:** | Temple TX VAMC |
| **Signed By:** | KRUPELA,DAMON G |
| **Co-signed By:** | KRUPELA,DAMON G |
| **Date/Time Signed:** | 23 Jul 2018 @ 1237 |

**Note**

 LOCAL TITLE: ORTHOPEDIC CLINIC CONSULT RESULTS
STANDARD TITLE: ORTHOPEDIC SURGERY CONSULT
DATE OF NOTE: JUL 19, 2018@15:00    ENTRY DATE: JUL 19, 2018@15:35:16
   AUTHOR: KRUPELA,DAMON G    EXP COSIGNER:
 URGENCY:              STATUS: COMPLETED

MATTSON, JOSHUA DAVID
6097

ORTHOPEDICS CONSULTATION

DATE OF VISIT: 07/19/2018

CHIEF COMPLAINT:  Left knee pain.

HISTORY OF PRESENT ILLNESS:  The patient is a 41-year-old male consulted to
orthopedics from the emergency room for left knee pain.  He was seen
approximately 1 month ago in the emergency room for nontraumatic left knee
pain. He admits to having a longstanding history of left knee pain, and his
visit to the ER was an exacerbation of this pain, not associated with any
particular trauma.  He denies any left hip for left ankle pain.  He does
have a past medical history of significant trauma to the left lower extremity
due to an IED explosion 12 years ago. He did have surgery at the left patella
due to a fracture of the patella. He presumes that the fragment was removed,
as it was visible prior to the surgery. He does use sulindac on a daily basis
but is indecisive whether it helps him or not.

SOCIAL HISTORY: He is a postal carrier. Smokes 1 pack of cigarettes per day.
Does not consume any illegal drugs. Rarely consumes alcohol. He is divorced.

PAST MEDICAL HISTORY: Reviewed per CPRS.

MEDICATIONS: Reviewed per CPRS.

ALLERGIES:  AMOXICILLIN.

PHYSICAL EXAMINATION:

GENERAL APPEARANCE: No apparent distress.  Nontoxic.  Alert and oriented. Overweight.  Ambulatory, with a slight antalgic gait.  No assistive devices.

LEFT KNEE:  Left knee is negative for effusion or any infectious signs. Range of motion is 0 to 115 degrees. There is an anterolateral scar at the patella, reflective of reported history of surgery. There is no objective instability of the knee. Positive for medial joint line tenderness.  Positive patellofemoral grind. McMurray test negative.

IMAGING DATA:  X-ray of the left knee displays arthritic changes.

IMPRESSION: Left knee posttraumatic osteoarthritis.

PLAN: The above diagnosis was discussed with the patient. Discussed with the patient options available to him. Discussed with him that later on in life he may benefit from a knee replacement surgery but that at his age it is not in his best interest.  The patient was also encouraged to discontinue smoking. He expressed understanding of the above counseling.  He is agreeable to having a steroid injection today. Please see procedure note for steroid injection. Discussed with the patient may repeat every 4 months on an as needed basis. He was provided with a contact card if any questions or concerns arise. For all other issues, the patient is to follow up with primary care provider.

/es/ DAMON G KRUPELA
PAC
Signed: 07/23/2018 12:37

| | |
|---|---|
| **Date/Time:** | 19 Jul 2018 @ 1353 |
| **Note Title:** | ORTHOPEDIC CLINIC CONSULT RESULTS |
| **Location:** | Temple TX VAMC |
| **Signed By:** | KRUPELA,DAMON G |
| **Co-signed By:** | KRUPELA,DAMON G |
| **Date/Time Signed:** | 19 Jul 2018 @ 1359 |

**Note**

 LOCAL TITLE: ORTHOPEDIC CLINIC CONSULT RESULTS
STANDARD TITLE: ORTHOPEDIC SURGERY CONSULT
DATE OF NOTE: JUL 19, 2018@13:53     ENTRY DATE: JUL 19, 2018@13:53:13
    AUTHOR: KRUPELA,DAMON G     EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Ortho consult dictated, 7092470

/es/ DAMON G KRUPELA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY B. HEATON, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:19-cv-03003-JMC |
| THE ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

**TESTIMONIAL AFFIDAVIT OF JOSHUA G. MATSON SUPPORT OF PLAINTIFFS'**
**MOTION FOR DEFAULT JUDGMENT AGAINST IRAN**

Pursuant to 28 U.S.C. § 1746, I, **JOSHUA G. MATTSON,** hereby declare as follows:

1.      "Through my father, Joshua Mattson, I am one of the Plaintiffs in the above–captioned Action. *See* Pls.' First Amend. Compl. at 83. I am now over the age of 18, of sound mind, and make this Affidavit from personal knowledge.[1]

2.      I was born in July 2003. I am a resident of the State of Texas. In accordance with 28 U.S.C. §§ 1605A (a)(2)(A)(ii)(I) and 1605A(c)(1), at the time of the May 16, 2006 terrorist attack at issue ('hereinafter '**the Attack'**) I was a United States citizen.

3.      I am submitting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ('**Iran'**).[2] More specifically, I am submitting this Affidavit to provide the Court with facts and evidence concerning the mental

---

[1]At the time the Amended Complaint was filed (January 2021), I was a 17 year old minor and represented by my father as Next Friend. Based on the legal authority below, my attorneys have informed me that, now that I am 19 years old, I can no longer be represented by my father as next friend and must pursue damages against Iran myself in this action.

*See* Fed. R. Civ. P. 17(b) (Whether an individual has the capacity to sue is determined by the law of the individual's domicile); *Kaplan v. Kaplan*, 373 S.W. 2d 271, 273 (Tex.Civ.App.—Houston 1963, no writ) (under Texas law, a minor plaintiff must be represented by a guardian or next friend to bring suit); *id.* at 275 (the authority of a next friend to prosecute an action on an minor's behalf expires when the minor reaches the age of majority); TEX. CIV. PRAC. & REM. CODE ANN. § 129.001 (the age of majority under Texas law is 18).

[2]*See id.*

MATTSON 037

anguish, bereavement, grief, and loss of society and comfort (*i.e.*, solatium damages) I suffered following the Attack.

4.      I am Joshua Mattson's son. At the time of the Attack, I was 3 years old. For the reasons detailed in this Affidavit, Joshua Mattson's traumatic experience during the Attack, and his resulting injuries, has caused a significant personal impact on my life.

5.      Prior to signing this Affidavit, my attorneys asked me series of questions about the Attack and how the injuries Joshua Mattson sustained in the Attack has impacted my life. Below are the questions and my answers:

**Q**. What was your relationship with Joshua like during your childhood?

**A.** Our relationship was ok. There were a lot of arguments between him and my mom. My dad always had a lot of VA appointments and took a lot of medication. My dad was depressed a lot and drank a lot of beer after he came back from Iraq. He would try to play and do things with me, but he was always hurting too much to do anything for very long. My dad never drank in front of me, but I know when I went to bed, he would drink a lot.

**Q.** What was your relationship with Joshua like on May 16, 2006?

**A.** I was only 3 years old at the time of the Attack so I don't remember much about our relationship.

**Q.** Where were you when you found out about the Attack and what feelings did you experience at this time?

**A.** When I found out about the Attack, I was at home and became sad. I was only 3, but I do remember that I was scared and cried a lot.

**Q.** Do certain dates or events trigger feelings of sadness, frustration, or anger relating to the Attack?

**A.** I would feel sad when my dad would say he couldn't run and play and with me. We weren't able to do some of the things that I wanted to such as skateboarding due to my dad's leg injury. My dad would get upset with himself and frustrated when he couldn't do things with me. That would upset me and made me feel bad for asking. We couldn't really do much together when I was little.

**Q.** How has the Attack impacted Joshua?

**A**. Physically, my dad is always in pain. Emotionally, he's angry a lot. He has to take medicine and see psychiatrists. After he returned from Iraq, my dad and my mom would fight more. They got divorced, and this was really hard on me. I heard my parents fight a lot when I was young and my mom would scream and say my dad changed and he didn't care about anything anymore. She would yell at my dad to up his meds and was always mad.

My dad still has a lot of problems emotionally and physically. I see it better now, because I am older,

MATTSON 038

2

and I also see that my dad can't play with his younger son, my little brother Jonathan, who is now 6.

**Q.** Please describe how Joshua's post–Attack injuries currently impacts your life?

**A.** Now that I am 19, I'm not impacted as much. But it still sucks. My dad's injuries affect him, and at times he gets really upset and down on himself. It also makes my little brother sad, and that sucks to see it happening to him too. Because of his knee injuries, my dad can't be as physical as he was before the Attack. He either hurts too much or gets so frustrated with himself because he can't do it anymore. He talks bad about himself too, and that really upsets me.

**Q.** Do you have a favorite photograph of you and Joshua together? Why is this photograph so special to you?

**A.** The picture below fairly and accurately depicts myself (in the red shirt) being held by my dad. Standing next to him, on the right, is my mom. This is one of my favorite photographs of us. It was taken the day my dad left for Iraq in 2005. He was so happy and this was the last photo we took before he was hurt."



**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

Joshua G. Mattson

SIGNED under oath before me on May 8th, 2023.

Notary Public, State of Texas

JUAN TORRES
My Notary ID # 132130451
Expires August 15, 2023