# EXHIBIT 20

# Specialist Manuel Roman



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARY B. HEATON, et al.,

              Plaintiffs,

    v.                                   Civil Action No. 1:19-cv-03003-JMC

THE ISLAMIC REPUBLIC OF IRAN,

              Defendant.

## TESTIMONIAL AFFIDAVIT OF PLAINTIFF MANUEL ROMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST IRAN

Pursuant to 28 U.S.C. § 1746, I, **MANUEL ROMAN**, hereby declare as follows:

1.      "I am one of the Plaintiffs in this case. I am over the age of 18, of sound mind, and make this Affidavit from personal knowledge.

2.      I was born in January 1976 and am now 47 years old. I am a resident of the Commonwealth of Puerto Rico. In accordance with 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I)–(II) and 1605A(c)(1)–(2), at the time of the March 29, 2007 terrorist attack in which I was injured (hereinafter '**the Attack**')  I was a United States citizen and member of the United States armed forces. Specifically, I was a member of the United States Army. The photograph on the preceding page was taken approximately April 26, 2004 in Fort Leavenworth, Missouri and accurately depicts me in my Army uniform.

3.      I am presenting this Affidavit in support of my request for the Court to enter a Default Judgment against Defendant Islamic Republic of Iran ('**Iran**'). More specifically, I am submitting this Affidavit to provide the Court with the facts concerning the March 29, 2007 terrorist attack, the injuries I suffered in the Attack, the medical care and treatments I have received for my injuries, my current condition, and how the attack and injuries have impacted me

2

ROMAN 002

and my life. *See* Pls.' First Amend. Compl. at 352—53.[1]

4.     Prior to signing this Affidavit, my attorneys asked me series of questions about the Attack, my resulting injuries, the medical care and treatments I have received since the Attack, and my life today. Below are the questions and my answers:

**Q**. When did you first join the United States Army and why did you enlist?

**A.** The first time I enlisted in the United States Army was on April 26,2004. I enlisted in the service because I wanted to serve my country and become a soldier. After what happened to the Twin Towers (in New York City on September 11, 2001), I wanted to serve and fight for our country. The September 11th terrorist attacks really motivated me to serve.

**Q**. What your mission, and what happened to you on March 29, 2007?

**A.** It was a very cold night. Our mission was to do route clearance in Baghdad, Iraq and to look out for any objects that look like Improvised Explosive Devices ('IEDs') and make the streets safer for the other convoys to pass. Specifically, we were clearing a road called 'Husky' and were traveling in an RG–31 Mine-Resistant Ambush Protected ('MRAP') armored vehicle. As the mission continued, I was struck by an Explosive Formed Penetrator ('EFP'). The projectile device caused metal pieces to penetrate all over my back and my buttocks.

**Q**. Would you please describe what you remember about the Attack?

**A.** At the time of the Attack, I was a gunner on top of the hatch on the RG-31. The only thing I recall of my Attack was a big red flash that knocked me out of the gunner hatch and inside the RG–31. After my fellow soldiers took me out to the street and laid me down, medical personnel started to work on my injuries. I was stabilized and then transported to the Green Zone in Baghdad.

**Q**. Please describe what happened to you, including the injuries you suffered, in the Attack?

**A.** The EFP blast knocked me out for approximately 5–8 minutes. Metal objects (shrapnel) from the RG–31 also went inside my back and buttocks. Doctors at the Green Zone told me I was lucky to be alive, as I would be dead if the metal objects hit my organs.

**Q**. Why do you believe the Attack involved an EFP?

**A.** Prior to the Attack, our unit received training from the Army about the unique characteristics of EFP's. Specifically, a company that was returning from Iraq came to Fort McCoy, Wisconsin to train our unit for 3 months on the characteristics of different explosives. The training emphasized

---

[1]The attack date listed in the First Amended Complaint (March 27, 2009) is incorrect. As seen in my Purple Heart award and several of the medical records attached to this Affidavit (one record from Walter Reed National Military Medical Center incorrectly lists the attack date as '27 MAR 07'), the attack at issue in this lawsuit took place on **March 29, 2009**.

ROMAN 003

IEDs, EFPs, and what kind of objects to look out for in our surroundings and where these explosives could be camouflaged. The big red flash, the sound of the explosion and all of the penetrating objects that went through the MRAP's armor and the shrapnel that was removed from my body as result of the Attack are all consistent with the training that I received on EFPs.

Furthermore, my medical records (attached to this Affidavit) accurately describe the Attack as involving an EFP.

**Q.** What medical treatment did you receive after the Attack?

**A.** At the Green Zone, the doctors there performed surgeries to take all the metal objects out of my back and buttocks. I was then sent to Kuwait, where I was then transferred to the Army Hospital in Landstuhl, Germany for a week to just clean my injures from the Attack.

I was then sent to the Walter Reed National Military Medical Center ('Walter Reed') in Maryland, where surgery was performed on me to take out more metals objects out of my body from the EFP. A wound vac machine was placed on me after the surgery at Walter Reed was done. I was stabilized but was experiencing a lot of pain. So, every 8 hours, morphine was injected to me through an IV. From there, I was feeling depressed and experiencing anxiety. For instance, I had flashbacks of the Attack that caused me to sweat. I couldn't sleep. It was a horrible feeling. I received treatment at Walter Reed for physical pain and my mental health issues. Medicine was given to me to start my treatment, which was all new for me.

**Q.** What activities did you enjoy doing before the Attack that you can no longer do?

**A.** I loved to play sports all types of sports, especially softball and basketball. Due to my chronic back pain caused by my lumbar fractures and herniated discs, I can't do much physical activity, including sports. It feels like I'm always having to lie down in bed because my back hurts. I feel useless, hopeless, depressed and isolated.

**Q.** Where are you living now?

**A.** I'm living now in Arecibo, Puerto Rico.

**Q.** Are you working?

**A.** I'm not working right now. The Army retired me due to my physical injuries and mental health issues.

**Q.** Would you please describe a typical day in your life now?

**A.** My normal days are simple. I spend a lot of time in my room feeling isolated, depressed, on super high alert, and anxious. I also still sometimes have flashbacks of the Attack. I watch TV for most of the day and for the most part get out of my room only to eat.

**Q.** What ongoing health care are you receiving?

4

ROMAN 004

**A.** I am receiving treatment for PTSD, TBI and pain management at the Arecibo VA Clinic and at the San Juan VA Hospital and VA clinic. All my treatment is done through the VA.

**Q**. What does the future look like for you?

**A.** I want to get better. I hate being like this everyday. I would like to travel around the world someday.

5.      As a result of injuries sustained in the Attack, I received a Purple Heart. The Department of Veteran Affairs ('VA') rates my Attack–related depression as 50% disabling and my Attack–related back issues (degenerative disc disease, to include bulging discs, thoracolumbar spine) as 40% disabling. Overall, I am rated 70% disabled by the VA.

6.      The medical and military records attached to this Affidavit are true and correct copies of my military service records from the United States Army, my medical records from the Army, and my medical records from the VA. These records fairly and accurately describe my military service experience and my related medical history."

ROMAN 005

**"I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT."**

**Manuel Roman**

SIGNED under oath before me on *May 10th, 2023.*

Notary Public – Commonwealth of Puerto Rico





CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) ROMAN, MANUEL | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/ARNGUS | 3. SOCIAL SECURITY NUMBER ▮▮▮▮ |
|---|---|---|

| 4a. GRADE, RATE OR RANK SFC | b. PAY GRADE E04 | 5. DATE OF BIRTH (YYYYMMDD) 197601▮▮ | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ PR▮▮ | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) ARECIBO PUERTO RICO 00612 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND ▮▮▮▮▮ PUERTO RICO ▮▮▮ FC | b. STATION WHERE SEPARATED FORT BUCHANAN, PR ▮▮▮▮▮ |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE ▮▮▮ NONE AMOUNT: $400,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 21B1O COMBAT ENGINEER - 2 YRS 1 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2006 | 07 | 23 |
| | b. SEPARATION DATE THIS PERIOD | 2008 | 09 | 04 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0002 | 01 | 12 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 03 | 17 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0002 | 00 | 10 |
| | f. FOREIGN SERVICE | 0000 | 00 | 00 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2005 | 04 | 27 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) IRAQ CAMPAIGN MEDAL//PURPLE HEART//ARMY ACHIEVEMENT MEDAL//NATIONAL DEFENSE SERVICE MEDAL//ARMY SERVICE RIBBON//COMBAT ACTION BADGE//NOTHING FOLLOWS | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) NONE//NOTHING FOLLOWS |
|---|---|

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | NO |
|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | X YES | NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | NA | NA |

| 18. REMARKS |
|---|
| SUBJECT TO ACTIVE DUTY RECALL BY THE SECRETARY OF THE ARMY//DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING INFORMATION//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20060923-20070329//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION IRAQI FREEDOM IAW 10 USC 12302//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE// /MOBILIZATION FROM 20060723 TO 20070718 10 USC 12302. MRP FROM 20070718 TO 20080806  10 USC 12301 (H), 10 USC 1074 (A) AND 10 USC 12322.//BLOCK 19b: ESTRELLA ROMAN PADILLA; HC 3 BOX 20417; SECTOR CUCHI 1; ARECIBO PUERTO RICO 00612//NOTHING FOLLOWS |
| |
| The information contained herein is subject to computer matching with the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) ▮▮▮▮▮▮ ARECIBO PUERTO RICO 00612 | b. NEAREST RELATIVE (Name and address – include ZIP Code) SEE BLOCK 18 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO     PR | DIRECTOR OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED *(signature)* | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) ▮▮▮▮ ▮. COMAS, MILITARY PERSONNEL ▮▮▮▮▮▮▮▮ *(signature)* |
|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION ▮▮▮▮▮▮▮▮ | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY ▮▮ ▮▮▮ ▮ PARA 4-24B 2 | 26. SEPARATION CODE SFK | 27. REENTRY CODE |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION ▮▮▮▮▮▮▮▮ TEMPORARY |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) ▮▮ |
|---|---|

DD FORM 214-AUTOMATED, FEB 2000

PREVIOUS EDITION IS OBSOLETE
GENERATED BY TRANSPROC

SERVICE-2

ROMAN 007

**DEPARTMENT OF THE ARMY**
**HEADQUARTERS, MULTI-NATIONAL DIVISION (BAGHDAD)**
**CAMP LIBERTY, IRAQ**
**APO AE 09344**

PERMANENT ORDERS # 129-041                                                9 May 2007

ROMAN, MANUEL, 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, SPC, Alpha Company, 130th Engineer Battalion (WP1AA0), 1169th Engineer Group, 1st Cavalry Division APO AE 09344

Announcement is made of the following award:

Award:  Purple Heart
Date(s) or period of service:  29 March 2007
Authority:  AR 600-8-22, paragraph 2-8, MNC-I Memorandum, Subject: Delegation of Wartime Awards Approval Authority-Multi-National Corps-Iraq and Subordinate Units dated 26 April 2005
Reason:  For wounds received as a result of hostile enemy action.
Format:  320

FOR THE COMMANDER:

JESSICA COCHRAN
2LT, AG
Chief of Operations, G1

DISTRIBUTION:
1-INDIVIDUAL CONCERNED
1-UNIT
1-FILE
1-CDR, USAEREC, ATTN:  PCRE-FS, 8899 E. 56th St., Indianapolis, IN 46249-5301 (Enlisted)
1-CDR, HQDA, ATTN:  AHRC-MSR, 200 Stovall St., Alexandria, VA 22332-0444 (Officer)

```
Note Type:    WR Brief Op Note
Note Time:    1550 19 Apr 2007
Last Stored:  1909 22 Apr 2007
Stored By:    GILLERN, SUZANNE M. CPT MC
```

## BRIEF OP NOTE

PROCEDURE DATE:  **19APR2007**   (Required)

PREOPERATIVE DIAGNOSIS:       #1  *SOFT TISSUE WOUNDS TO BUTTOCKS*

POSTOPERATIVE DIAGNOSIS:      #1  *SAA*

PROCEDURE PERFORMED:   **#1  *STSG, WOUND CLOSURE, WASHOUT***

                                                        (Required)

SERVICE: *General Surgery*          *ABAA*     Is this a consult surgery?   *No*

ANESTHESIA:  *GETA*

STAFF SURGEON OF RECORD/ATTENDING:    *X  WAKEFIELD*

        SCRUBBED:      YES: *X*

RESIDENT SURGEON OF RECORD:         *GILLERN*

DRAINS:

    NG TUBE:

    FOLEY:

ESTIMATED BLOOD LOSS:          *MINIMAL*      *cc.*

FLUIDS ADMINISTERED:

#1  CRYSTALLOIDS:              *800*     *cc.*  *RINGERS LACTATE:*

#1  SPECIMENS:

### NARRATIVE COMMENTS

DICTATION NUMBER:   *93644*

PT. EXTUBATED AND TOLERATED PROCEDURE WELL.

```
773500
ROMAN, MANUEL
            ▇Jan1976
USA NG ENLISTED  ABAA
Walter Reed AMC   03Apr2007
PERSONAL DATA/PRIV ACT 1974
Notes
```

CliniComp, Intl.

**ROMAN 009**

```
Note Type:      WR Intraoperative Document
Note Time:      1308 19 Apr 2007
Last Stored:    1552 19 Apr 2007
Stored By:      SUSAN M KEEGAN 1LT RN    HA Q MCMILLAN
```

## − INTRAOPERATIVE DOCUMENT −

Patient transported to OR Holding Area from:        WARD      via WARD BED        by OR Staff, Transport
Time Transported at:    1237

SURGERY DATE:        19apr2007
PREOPERATIVE EMOTIONAL STATUS:        CALM
ROOM: 1              CASE NUMBER:  3
TIME:  INITIAL PREPARATION:  1237            TIME PATIENT TRANSFERRED TO ROOM:    1345

The surgeon, circulating nurse, and anesthesia provider verbally confirmed
"time-out" in the OR to verify the correct patient, the correct procedure
and the correct site of surgery is the:

                                        N/A        side,

along with verfication of the correct patient position and availability of
correct implants and any necessary special equipment.
                          Circulator: Susan Keegan, CPT AN            TIME  1410

## − NURSING PERSONNEL −

| | | | |
|---|---|---|---|
| ASSIGNED SCRUB | Sean Clemmons, PV2 | | |
| RELIEF SCRUB: | Renee Robinson, CONT CIV | FROM: 1425 | TO: 1500 |
| RELIEF SCRUB: | Gwendolyn Davis, ORT | FROM: 1500 | TO: eoc |
| ASSIGNED STAFF CIRCULATOR: | Susan Keegan, CPT AN | | |
| RELIEF CIRCULATOR: | Ha McMilan, RN CIV | FROM: 1500 | TO: eoc |

TRAINING PERSONNEL(NAME AND TITLE):     #1  none
LASER              NO X
CELL SAVER     YES      NO X

## − POSITION  AND POSITIONAL AIDS −

#1  Position:   Prone            Positional Aids:   head resting in blue foam
                                                    pillow, arms extended to
                                                    front on eggcarts/padded
                                                    armboards, safety strap
                                                    across thighs, pillows lining
                                                    chest to toes

## − SKIN PREPARATION −

#1  HAIR REMOVAL:    DONE BY PHYSICIAN WITH        Site:    Operative site
                     CLIPPERS

#1  PREP SOLUTION:   7.5% POVIDONE-IODINE CLEANSER   SITE: mid back to       BY WHOM: Susan Keegan, CPT
                     (SCRUB) 10% POVIDONE-IODINE           posterior thighs           AN
                     SOLUTION (PAINT)

       COMMENTS:  no pooling of solution or skin irritation noted

| | | | |
|---|---|---|---|
| EXTERNAL DEVICES: | GROUND PAD | LOCATION: | poterior left thigh |
| EXTERNAL DEVICES: | PNEUMATIC COMPRESSION SLEEVES | LOCATION: | BILATERAL KNEE LENGTH |
| EXTERNAL DEVICES: | SAFETY STRAP | LOCATION: | ACROSS LOWER LEGS |
| EXTERNAL DEVICES: | BAIR HUGGAR-UPPER | LOCATION: | across back |
| EXTERNAL DEVICES: | pillows | LOCATION: | under body from chest to toes |

|  | X SURCIAL COUNT 1ST SITE | SURCIAL COUNT 2 2ND SITE | SURCIAL COUNT 3 SITE 3 | SURCIAL COUNT 4 SITE 4 |
|---|---|---|---|---|
| X  SPONGE: | | | Scrub | Circulator |

```
773500
ROMAN, MANUEL
         ■■Jan1976
USA NG ENLISTED  ABAA
Walter Reed AMC   03Apr2007
PERSONAL DATA/PRIV ACT 1974
SF 502-E-Narrative Summary
```

CliniComp, Intl.

|   | | | |
|---|---|---|---|
| | Initial: | | Sean Clemmons, PV2 | Susan Keegan, CPT AN |
| | 1st closing count: | Correct | Gwendolyn Davis, ORT | Ha McMilan, RN CIV |
| | Final closing count: | Correct | Gwendolyn Davis, ORT | Ha McMilan, RN CIV |
| | Relief count: | Correct | Renee Robinson, CONT CIV | Susan Keegan, CPT AN |
| X | NEEDLE SHARP: | | Scrub | Circulator |
| | Initial: | | Sean Clemmons, PV2 | Susan Keegan, CPT AN |
| | 1st closing count: | Correct | Gwendolyn Davis, ORT | Ha McMilan, RN CIV |
| | Final closing count: | Correct | Gwendolyn Davis, ORT | Ha McMilan, RN CIV |
| | Relief count: | Correct | Renee Robinson, CONT CIV | Susan Keegan, CPT AN |
| | INSTRUMENT: | | | |
| X | OTHER: Scratch Pad | | Scrub | Circulator |
| | Initial: | | Sean Clemmons, PV2 | Susan Keegan, CPT AN |
| | 1st closing count: | Correct | Gwendolyn Davis, ORT | Ha McMilan, RN CIV |
| | Final closing count: | Correct | Gwendolyn Davis, ORT | Ha McMilan, RN CIV |
| | Relief count: | Correct | Renee Robinson, CONT CIV | Susan Keegan, CPT AN |

If count incorrect - X-ray taken: YES            No
SPONGE:2ND SITE
 Initial:
 1st closing count:
 Final closing count:
 Relief count:
NEEDLE SHARP:2ND SITE
 Initial:
 1st closing count:
 Final closing count:
 Relief count:
SPONGE:SITE 3
 Initial:
 1st closing count:
 Final closing count:
 Relief count:
NEEDLE SHARP:SITE 3
 Initial:
 1st closing count:
 Final closing count:
 Relief count:
SPONGE:SITE 4
 Initial:
 1st closing count:
 Final closing count:
 Relief count:
NEEDLE SHARP:SITE 4

773500

ROMAN, MANUEL

▬▬▬ ▬Jan1976

USA NG ENLISTED   ABAA

Walter Reed AMC   03Apr2007

PERSONAL DATA/PRIV ACT 1974

SF 502-E-Narrative Summary

CliniComp, Intl.

```
    Initial:
    1st closing count:
    Final closing count:
    Relief count:
```

**–ELECTROSURGERY DEVICE(S)  (ESU)–**

YES   X   NO        *BOVIE PAD APPLIED BY:*      *Susan Keegan, CPT AN*

#1 ESU NO:  *L8615*          GROUND PAD BRAND:   *Conmed Macrolyte*          LOT NO:    *0703202*
   CUT SETTINGS:    *30*          COAGULATION SETTINGS:    *30*          EXP DATE:  *2009–03*
#1 BIPOLAR NO:  *n/a*              BIPOLAR SETTINGS:        *n/a*

**– PROSTHESIS,IMPLANTS –**

**– MEDICATIONS / ORDERS –**

MEDICATION GIVEN IN OP ROOM (NOT BY ANESTHESIA):        X  YES        NO
   MEDICATIONS/SOLUTION:          DOSAGE:   TIME:    METHOD:       PREPARED BY:        GIVEN BY:
#1 *mineral oil*                   *QS*      *Intraop*  *Topical*      *Manufacturer*       *surgeon*
#2 *2.0% Lidocaine with*           *QS*      *Intraop*  *Topical*      *Manufacturer*       *surgeon*
   *Epinephrine 1:200,000 for*
   *donor site*
WOUND IRRIGATION:      X YES        NO
#1 TYPES:  *NORMAL SALINE*
#1 OTHER ORDERS:  *Flotron Stockings (40mmHg)*          TIME: *preop*      CARRIED OUT BY:  *Susan Keegan, CPT AN*
#2 OTHER ORDERS:  *Bair Warming Blanket Upper*          TIME: *preop*      CARRIED OUT BY:  *anesthesia*
X-Ray in OR              YES    X NO

**– LABORATORY SPECIMENS –**

```
    Tissue
    To Cytology
    To Microbiology
```

**– TUBES/DRAINS,  PACKING –**

#1 TYPE: *PENROSE*                                          SIZE:   *5/8th inch*
   SITE: *buttock*
#2 TYPE: *WOUND VAC*                                        SIZE:   *small*
   SITE: *to buttocks*

**– DRESSING/IMMOBILIZATION –**

   #1 *aqua cell, fluffs, kerlix, ace wrap on donor site*

**– ADDITIONAL INFORMATION –**

#1 OPERATIONS PERFORMED:        *irrigation and debridement and split thickness skin graft to buttocks*
                                *wound*
#2 OPERATIONS PERFORMED:        *wound vac change*
WOUND CLASS       *Class II – Clean-contaminated: GI, resp, or GU tract enterd W/O gross spillage.*
COMPLICATIONS:  *see surgeons and anesthesia notes*
#1 FAMILY UPDATED AT:      *eoc by surgeon*
#1   SURGEONS:  *wakefield//gillern*
#1 ANESTHESIA:    *liu/vance*
#1 COMMENTS:  *patient tolerated positioning and transfers wihtout difficulty*
#2 COMMENTS:  *bovie site remains intact*
DISPOSITION:  *PACU*                                          VIA:    *WARD BED*

EXITING O.R. – PT I.D. BAND is intact and verified location:      *Left Wrist*
SPECIMEN VERIFICATION:
ANY SPECIMENS?        YES      X No
VERIFIED WITH SURGEON: DR.    *aidinian*

773500

ROMAN, MANUEL

▆▆▆▆▆▆▆Jan1976

USA NG ENLISTED  ABAA

Walter Reed AMC   03Apr2007

PERSONAL DATA/PRIV ACT 1974

SF 502-E-Narrative Summary

**ROMAN 012**

```
EXIT SURGERY DATE:    19apr2007           PATIENT EXIT ROOM    1555      TOTAL TIME
TOTAL TIME CATEGORY:   1              TOTAL ASSIGNED STAFF (CIRCULATOR/SCRUB):     2        EPISODES   1
```

773500

ROMAN, MANUEL

▬▬▬▬▬▬Jan1976

USA NG ENLISTED  ABAA

Walter Reed AMC   03Apr2007

PERSONAL DATA/PRIV ACT 1974

SF 502-E-Narrative Summary

CliniComp, Intl.

**ROMAN 013**

| **HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE** |
|---|---|
| 27 Apr 2007 1418 | Facility: WRNMMC Clinic: Soc Work CMP WR    Provider: MCCANN, ANGELA V |

Order

**SO Note** Written by MCCANN, ANGELA V @ 27 Apr 2007 1423 EDT
**History of present illness**
    The Patient is a 31 year old male.
    ° Encounter Background Information: SM WAS REFERRED TO SOCIAL WORK BY MED/HOLD PROTOCOL. THE SM'S NURSE CASE MANAGER IS CAPT ADDIS, AND THE ATTENDING PHYSICIAN IS DR. SEGAL OR HUGHLEY.   THE SM IS A MEMBER OF THE ARMY NATIONAL GUARD.HISTORY OF THE PRESENT ILLNESS/PROBLEM: SM HAS BEEN SENT TO WRAMC AFTER BEING INJURED BY AN (EFP) DURING A ROCK CLEARING MISSION ON 27 MAR 07 AROUND 8PM.. THE SM REPORTS THAT MOST OF THE BLAST WAS TAKEN IN HIS BACK AND BUTTOCKS AREA. THE SM REPORTS THAT HE PHYSICALLY HEALING, BUT CONTINUES TO EXPERIENCE SOME DIFFICULTY SLEEPING AND ZONING OUT, AND LONELINESS. SM EQUATES OF THESE SYMPTOMS TO THE MANY MEDICATIONS HE TAKING AT THIS TIME.  THE PT IS SCHEDULED FOR A  BH EVALUATION ON 8 MAY 07 AT 8:30AM.  THE SM IS AWARE OF THIS APPOINTMENT AND IS POSITIVE TOWARDS THE IMPORTANCE OF THE EVALUATION.THE SM APPEARS TO BE IN GOOD SPIRITS, AND IS VERY MOTIVATED FOR TREATMENT AND FULL RECOVERY. THE SM EXPECTS THAT HIS TREATMENT WILL BE COMPLETE WITHIN THE NEXT SEVERAL WEEKS, HOWEVER, UNDERSTANDS THAT  IT MAY TAKE LONGER. THE SM PLANS  TO REMAIN IN  THE MILITARY. SM DENIES ANY SI/HI, NO PREVIOUS HISTORY OF GESTURES OR ATTEMPTS. THE SM PRESENTS WITH GOOD JUDGEMENT AND IS INSIGHTFUL AS IT RELATES TO HIS MEDICAL CONDITION. PLAN: COMPLETE  RECOMMENDED TREATMENT IN CBHCO PROGRAM, RETURN TO DUTY.  SM WAS ALSO GIVEN INFORMATION ON VA BENEFITS AND ACCESS

**A/P** Written by MCCANN, ANGELA V @ 27 Apr 2007 1443 EDT
1. visit for: military services physical*(POST-DEPLOYMENT EXAMINATION)*
    Procedure(s):    -Social Work Individual Outpatient Counseling 45-50 Minutes

**Disposition** Written by MCCANN, ANGELA V @ 27 Apr 2007 1444 EDT
Released w/o Limitations
Follow up:  as needed .
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
120 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By** MCCANN, ANGELA V (LCSW-C, SOCIAL WORK, WRAMC, NNMC Bethesda, MD) @ 27 Apr 2007 1444

| Name: | **ROMAN, MANUEL** | Sex: | **M** | Sponsor Name: | ROMAN, MANUEL | |
|---|---|---|---|---|---|---|
| FMP/SSN: | | DoD ID: | 1272425414 | Rank: | SPECIALIST | |
| DOB: | Jan 1976 | Tel H: | 787-531-6916 | Unit: | WP1ATD   (0130 EN BN   HHC CBT REAR) |
| PAT CAT: | A15.2 USA NG ENLISTED | Tel W: | | OutPAT RR: | | |
| MC Status: | | CS: | | Insurance: | No | |
| Status | | PCM: | | Tel. PCM: | | |
| CIC: | | | | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL 93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
ROMAN 014
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 2 of 2

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 30 Apr 2007 0845 | Facility: WRNMMC Clinic: Int Med PCC WR | Provider: KIM, SUNNY Y |

DIPHENHYDRAMINE HCL, 25MG, CAPSULE     Replacement PRNQ4H        NR        Not Recorded
Order

**SO Note Written by KIM, SUNNY Y @ 30 Apr 2007 0907 EDT**
**History of present illness**
   The Patient is a 31 year old male.
   ° Encounter Background Information: 31 y/o male national guard OIF in iraq on patrol as a gunner in vehicle arrived in iragw in sept and was hit by an efp (explosive force projectile) in buttocks on 29 march 2007.  partially treated in theater: removal of shrapnel.  wounds left open and transferred to landstuhl then arrived in wramc 4/2/05.  underwent wound closure of buttock wound and had STSG onto 2 lower back wounds.  donor site right thigh. dos: 19 april 2007.  discharged 25 april 2007

**Past medical/surgical history**
**Reported History:**
   None prior to this injury

     Reported medications: Medication history medication list reviwed and correct expect im/iv meds that were inpatient
       medictaions

**Personal history**
.Behavioral history: Smoking 2 cig/ day

Alcohol: No consumption of alcohol.
Home environment: Home environment stationed in puerto rico, born/raised in massachuttes

Marital: Marital history. Has been married.
Family: Family social history children 3 daughters. lives in mass

**Review of systems**
Systemic symptoms: No systemic symptoms.
Cardiovascular symptoms: No cardiovascular symptoms.
Pulmonary symptoms: No pulmonary symptoms.
Gastrointestinal symptoms: No gastrointestinal symptoms.
Genitourinary symptoms: No genitourinary symptoms.
**Physical findings**
**Vital signs:**
   • Vital signs:
**General appearance:**
   • General appearance: ° Awake. ° Alert. ° Oriented to time, place, and person. ° Well developed. ° Well nourished. ° Well
     hydrated. ° Healthy appearing. ° Active. ° In no acute distress.
**Back:**
   • Back:
**Skin:**
   • Skin: 3 areas of closed buttock. some syrthema around sutures. wounds filled with serous fluid. right thigh donor site:
     clean, no erythema

**A/P Written by KIM, SUNNY Y @ 30 Apr 2007 0944 EDT**
**1. OPEN WOUND OF BUTTOCK**: s/p efp explosion. 3 primary closure of buttock wounds. large wounds. may be slow to heal. may not heal and may require additional vac time at one point.

     Medication(s):      -DIPHENHYDRAMINE--PO 25MG CAP - T1-2 CAP (25-50MG) PO Q6H #90 RF0 Qt: 90 Rf: 0 Ordered By:
                         KIM, SUNNY Y Ordering Provider: KIM, SUNNY YANG
**2. Dressing Change:** changed all dressings.

msb supplies: rx given.

| Name: | **ROMAN, MANUEL** | Sex: | M | Sponsor Name: | ROMAN, MANUEL | | |
|---|---|---|---|---|---|---|---|
| FMP/SSN: | | DoD ID: | 1272425414 | Rank: | SPECIALIST | | |
| DOB: | ▇ Jan 1976 | Tel H: | 787-531-6916 | Unit: | WP1ATD | (0130 EN BN | HHC CBT REAR) |
| PAT CAT: | A15.2 USA NG ENLISTED | Tel W: | | OutPAT RR: | | | |
| MC Status: | | CS: | | Insurance: | No | | |
| Status | | PCM: | | Tel. PCM: | | | |
| CIC: | | | | | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579), UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: **ROMAN, MANUEL**
Facility: **NNMC Bethesda, MD**
Patient Status: **Outpatient**

Date: **02 May 2007 1126 EDT**
Clinic: **Colon-Rectal Clinic WR**

Appt Type: **EST**
Provider: **NELSON, JEFFERY M**

**Reason for Appointment:** f/u
**Appointment Comments:**
alm

**AutoCites Refreshed by NELSON, JEFFERY M @ 03 May 2007 1829 EDT**

**Problems**
- OPEN WOUND OF BUTTOCK
- Dressing Change
- visit for: military services physical
- visit for: postsurgical exam
- Inquiry And Counseling: Family Functioning
- Patient Education
- PARENT / CHILD PROBLEM
- ASSESSMENT OF PATIENT CONDITION WORK-RELATED
- visit for: screening exam pulmonary tuberculosis
- Patient Education - Dietary
- NO PSYCHIATRIC DIAGNOSIS ON AXIS II
- LUMBAGO

**Allergies**
No Allergies Found.

**Screening** Written by BENNETT-HAMILTON, CLAUDIA I. @ 02 May 2007 1137 EDT
**Reason For Appointment:** f/u

Allergen information verified by BENNETT-HAMILTON, CLAUDIA I. @ 02 May 2007 1137 EDT

**SO Note Written by PETERSON, MARIT C @ 02 May 2007 1203 EDT**
**Reason for Visit**
Visit for: f/u for wound check after discharge 25 April. Pt has three deep wounds closed with suture on buttock, two skin graft sites on upper buttock and skin graft donor site on R posterior thigh. Pt states that pain is well controlled with home meds, described as throbbing 5/10 pain, worse when he does a lot of walking. Itching is controlled well with Benedryl. No radiation. No f/c/ns. No abnormal or foul smelling discharge from wounds. Pt visited PCM last week, given Bacitracin to put on all wounds. Pt states that yesterday the covering of the STSG donor site fell off. Pt has been covering skin graft sites with kerlex and tape. He is not covering the deep wounds

**Past medical/surgical history**
**Reported History:**
Past medical history OIF in iraq on patrol as a gunner in vehicle arrived in iragw in sept and was hit by an efp (explosive force projectile) in buttocks on 29 march 2007. partially treated in theater: removal of shrapnel. wounds left open and transferred to landstuhl then arrived in wramc 4/2/05. underwent wound closure of buttock wound and had STSG onto 2 lower back wounds. donor site right thigh. dos: 19 apirl 2007. discharged 25 april 2007

**Personal history**
Behavioral history: Tobacco use 2 cigarettes per day

Alcohol: Alcohol.
**Review of systems**
Systemic symptoms: Feeling tired or poorly. No fever, no chills, and no night sweats.
**Pain can be controlled:** Pain controlled by rest, pain controlled by medication, and pain controlled by changing position.
**Skin symptoms:** No pruritus and no skin peeling. A painful skin area without a rash or sore, superficial skin pain, and a skin wound.

| Name: | **ROMAN, MANUEL** | Sex: | **M** | Sponsor Name: | ROMAN, MANUEL | | |
|---|---|---|---|---|---|---|---|
| FMP/SSN: | | DoD ID: | 1272425414 | Rank: | SPECIALIST | | |
| DOB: | ▮ Jan 1976 | Tel H: | 787-531-6916 | Unit: | WP1ATD | (0130 EN BN | HHC CBT REAR) |
| PAT CAT: | A15.2 USA NG ENLISTED | Tel W: | | OutPAT RR: | | | |
| MC Status: | | CS: | | Insurance: | No | | |
| Status | | PCM: | | Tel. PCM: | | | |
| CIC: | | | | | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 02 May 2007 1126 | Facility: WRNMMC Clinic: Colo-Rect Cl WR | Provider: NELSON, JEFFERY MICHAEL |

**Physical findings**
**Skin:**
- Skin: Wounds on buttock with mild erythema, no increased warmth, thick oily substance filling defects c/w bacitracin use. Sutures in place, approximating skin appropriately.  Skin graft sites well healed, some sloughing of skin around edges. Donor site dry, healing well, no evidence of infection. Three sutures taken out

A/P Written by PETERSON, MARIT C @ 02 May 2007 1222 EDT
**1. OPEN WOUND OF BUTTOCK:** Wounds healing well, no evidence of infection.  Advised pt not to use bacitracin on open wounds, it can be used on skin graft donor site.  Alternatively could use regular lotion on donor site.  Does not need to dress wounds any longer.  Will f/u in clinic in one week.

Disposition Written by NELSON, JEFFERY M @ 03 May 2007 1852 EDT
**Released w/o Limitations**
**Follow up:** 1 week(s) in the COLO-RECT CL WR clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding. 20 minutes face-to-face/floor time..

Signed By **NELSON, JEFFERY M (Chief, Colon and Rectal Surgery, WRAMC) @ 03 May 2007 1853**

| Name: | **ROMAN, MANUEL** | Sex: | M | Sponsor Name: | ROMAN, MANUEL | | |
|---|---|---|---|---|---|---|---|
| FMP/SSN: | | DoD ID: | 1272425414 | Rank: | SPECIALIST | | |
| DOB: | Jan 1976 | Tel H: | 787-531-6916 | Unit: | WP1ATD | (0130 EN BN | HHC CBT REAR) |
| PAT CAT: | A15.2 USA NG ENLISTED | Tel W: | | OutPAT RR: | | | |
| MC Status: | | CS: | | Insurance: | No | | |
| Status | | PCM: | | Tel. PCM: | | | |
| CIC: | | | | | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 2 of 2

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: ROMAN, MANUEL
Facility: NNMC Bethesda, MD

Date: 08 May 2007 0900 EDT
Clinic: Behavior Health Adult Walter Reed

Appt Type: SPEC
Provider: ATWAL, NAVNEET K.

Patient Status: Outpatient

**Reason for Appointment:** PTSD

AutoCites Refreshed by ATWAL, NAVNEET K. @ 08 May 2007 0835 EDT

**Problems**
- OPEN WOUND OF BUTTOCK
- Dressing Change
- visit for: military services physical
- visit for: postsurgical exam
- Inquiry And Counseling: Family Functioning
- Patient Education
- PARENT / CHILD PROBLEM
- ASSESSMENT OF PATIENT CONDITION WORK-RELATED
- visit for: screening exam pulmonary tuberculosis
- Patient Education - Dietary
- NO PSYCHIATRIC DIAGNOSIS ON AXIS II
- LUMBAGO

**Allergies**
No Allergies Found.

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| DIPHENHYDRAMINE HCL, 25MG, CAPSULE | Active | T1-2 CAP (25-50MG) PO Q6H #90 RF0 | NR | 30 Apr 2007 |
| Bacitracin 500U/g, Ointment | Active | AAA BID UD #1 RF2 | 2 of 2 | 30 Apr 2007 |
| ZINC SULFATE, 110MG, TABLET | Active | T1 TAB PO TID #60 | NR | 25 Apr 2007 |
| Petrolatum, Ointment | Active | USE UD #2 RF0 | NR | 25 Apr 2007 |
| ASCORBIC ACID, 500MG, TABLET | Active | T1 TAB PO TID #100 RF0 | NR | 25 Apr 2007 |
| IBUPROFEN, 800MG, TABLET | Active | T1 TAB PO TID #100 RF0 | NR | 25 Apr 2007 |
| SERTRALINE HCL, 25MG, TABLET | Active | T1 TAB PO QD #30 | NR | 25 Apr 2007 |
| SENNOSIDES, 8.6MG, TABLET | Active | T1 TB PO HS PRN FOR CONSTIPATION #90 RF0 | NR | 25 Apr 2007 |
| HYDROXYZINE HCL, 25MG, TABLET | Active | T1 TB PO Q8HRS PRN #30 RF0 | NR | 25 Apr 2007 |
| DOCUSATE SODIUM, 100MG, CAPSULE | Active | T1 CAP PO BID #60 RF2 | 2 of 2 | 25 Apr 2007 |
| Morphine Sulfate 30mg, Extended release tablet | Active | T1 TAB PQ Q12HRS FOR PAIN #50 RF0 | NR | 25 Apr 2007 |
| HYDROMORPHONE HCL, 2MG, TABLET | Active | T1-2 TABS PO Q4HRS PFP #60 RF0 | NR | 25 Apr 2007 |
| HYDROMORPHONE HCL, 2MG, TABLET | Active | TAKE 1-2 TAB(S) BY MOUTH EVERY 4 HOURS AS NEEDED | NR | 13 Apr 2007 |
| Hydromorphone Hydrochloride 1mg/mL, Solution | Replaced | PRNQ2H | NR | Not Recorded |
| Hydromorphone Hydrochloride 1mg/mL, Solution | Replacement Order | PRNQ DAY | NR | Not Recorded |
| DIPHENHYDRAMINE HCL, 25MG, CAPSULE | Replaced | PRNQ4H | NR | Not Recorded |
| DIPHENHYDRAMINE HCL, 25MG, CAPSULE | Replacement Order | PRNQ4H | NR | Not Recorded |

| Name: | **ROMAN, MANUEL** | Sex: | M | Sponsor Name: | ROMAN, MANUEL | |
|---|---|---|---|---|---|---|
| FMP/SSN: | | DoD ID: | 1272425414 | Rank: | SPECIALIST | |
| DOB: | Jan 1976 | Tel H: | 787-531-6916 | Unit: | WP1ATD  (0130 EN BN   HHC CBT REAR) |
| PAT CAT: | A15.2 USA NG ENLISTED | Tel W: | | OutPAT RR: | | |
| MC Status: | | CS: | | Insurance: | No | |
| Status | | PCM: | | Tel. PCM: | | |
| CIC: | | | | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| **HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE** | |
|---|---|---|
| 08 May 2007 0900 | Facility: WRNMMC Clinic: Behavior Health Adult WR | Provider: ATWAL, NAVNEET K |

Screening Written by ATWAL, NAVNEET K. @ 08 May 2007 0835 EDT
Reason For Appointment: PTSD

Allergen information verified by ATWAL, NAVNEET K. @ 08 May 2007 0835 EDT

SO Note Written by ATWAL, NAVNEET K. @ 08 May 2007 1001 EDT
**Chief complaint**
The Chief Complaint is: " I can't sleep"

**Referred here**
"By Capt Addis"

**History of present illness**
The Patient is a 31 year old male.
° Encounter Background Information: Pt is s/p EFP (explosive force projectile) in buttocks on 29 March 2007 while on Patrol as a gunner in Iraq. He was partially treated in theater, wounds left open and transferred to Landstuhl and eventually arrived in WRAMC on 4/2/05. Pt underwent wound closure of buttock wound, discharged to med-hold on 25 April 2007.'

Pt reports being in normal states of mental health up until he got back to US. He endorses difficulty falling and staying asleep "dream about Iraq and the incident that keep me awake" he remembers the dreams and denies any night sweats or sx of anxiety. He admits to startle response to loud noises "the other day I heard the gun shots but nothing was happening around." Denies any sx of withdrawal, anxiety/panic attacks. He admits to sad mood at times with feelings of guilt of leaving the " Buddies back in Iraq " and poor energy; concentration can " go up and down" with some forgetful ness and at times " space out , I would be awake but thinking about Iraq , my family , my buddies " but still is well aware of the surroundings at the same time. No anhedonia /no safety issues. He has positive attitude towards life and is hopeful for his future. Still thinks that he could go back to Iraq. He was started on Zoloft 25 mg dose while in the hospital, no s. /e of meds

• Decreased concentrating ability on and off ' sometime can concentraion, other times can't'

° No anxiety • Depression at times with sad mood, insomnia, poor energy.
° No feelings of hopelessness ° No anhedonia ° No social withdrawal ° No loss of interest in friends and family ° A desire to continue living ° Not having a suicide plan ° No stated intent to commit suicide ° No previous suicide attempt ° No homicidal thoughts ° No low self-esteem • Feeling guilty ' about leaving buddies in Iraq'

° Appetite not decreased
**Past medical/surgical history**
**Reported History:**
Reported medications: Taking medication for depression.
Medical: Past medical history was reported by the patient see problem list
No thyroid disease.  Previous psychiatric treatment Started on Zoloft in the hospital.

Physical trauma: Physical trauma as per HPI

**Diagnosis History:**
No anorexia nervosa
No bulimia nervosa
No bipolar I disorder, most recent episode, manic.
No generalized anxiety disorder
**Previous therapy**
No history of herbal medicines
**Personal history**
Social History: The patient is born in MA, raised by his both parents.   He has one brother and one sister; he is # 2 in the family. Parents live in Puerto Rico at the present time.Describes his childhood as loving.Denies having any developmental delays or problems. The patient is currently single, never married but has 3 daughters aged 9, 11, 12 years of from a relationship. His ex-GF has the custody of his children; His daughters became aware of his injury 1-2 weeks ago. No history of physical /sexual /emotional abuse has been reported.Military History: - Joined Military in 2004, Basic training at Ft Lenorwood, 3years TIS, deployed to Iraq in

| Name: | **ROMAN, MANUEL** | Sex: | M | Sponsor Name: | ROMAN, MANUEL | | |
|---|---|---|---|---|---|---|---|
| FMP/SSN: | | DoD ID: | 1272425414 | Rank: | SPECIALIST | | |
| DOB: | Jan 1976 | Tel H: | 787-531-6916 | Unit: | WP1ATD | (0130 EN BN | HHC CBT REAR) |
| PAT CAT: | A15.2 USA NG ENLISTED | Tel W: | | OutPAT RR: | | | |
| MC Status: | | CS: | | Insurance: | No | | |
| Status | | PCM: | | Tel. PCM: | | | |
| CIC: | | | | | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 2 of 4

| **HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE** | |
|---|---|---|
| 08 May 2007 0900 | Facility: WRNMMC Clinic: Behavior Health Adult WR | Provider: ATWAL, NAVNEET K |

Sept 2006; E-4, USAD, 21 B MOS

Behavioral history: Caffeine use 2-3 cups of cofee a day and tobacco use 2-3 cigarettes a day

Critical stress history: Critical stress history Being on Med hold,s/p injury

Alcohol: Alcohol use 1-2 beers occasionally

Drug use: Not using drugs.
Habits: Not exercising regularly.
<u>Family history</u>
    No depression
    No suicide attempt
    Suicide not completion
    No anxiety disorder NOS.
<u>Review of systems</u>
Systemic symptoms: Feeling tired or poorly sometimes

    No recent weight change.
Cardiovascular symptoms: No chest pain or discomfort and no palpitations.
Pulmonary symptoms: No dyspnea and no rapid breathing.
Gastrointestinal symptoms: No abdominal pain.
Endocrine symptoms: No temperature intolerance, no hot flashes, and no loss of hair from the head or body.
Skin symptoms: No dry skin.
Psychological symptoms: Not sleeping much more than usual.  Insomnia.
<u>Physical findings</u>
General appearance:
    ° Oriented to time, place, and person missed the month ( though it was April instead of May)
       ° Well developed.  ° Well nourished.  ° Healthy appearing.  ° In no acute distress.
Neurological:
    ° Speech was normal.
    Mental Status Findings: ° Clothing was not dishevelled.  ° No decreased eye-to-eye contact was observed.  ° Mood was not
       depressed describes his mood ' tired but OK' Affect --looks tired but euthymic, full range
       ° Mood was not anxious.  ° Affect was not inappropriate.  ° Memory was unimpaired.  ° Thought processes were not
       impaired.  ° Thought content revealed no impairment.  ° No suicidal ideation.  ° No suicidal plans.  ° No suicidal intent.
       ° No homicidal ideations.  ° No homicidal plans.  ° No homicidal intent.
    Motor: ° No bradykinesia was noted.

<u>A/P Written by ATWAL, NAVNEET K. @ 08 May 2007 1013 EDT</u>
**1. ADJUSTMENT DISORDER WITH DEPRESSED MOOD:** and insomnia

| Procedure(s): | -Psychiatric Evaluation Comprehensive Examination |
|---|---|
| Medication(s): | -SERTRALINE--PO 25MG TAB - T2 TAB PO QD #60 RF2 Qt: 60 Rf: 2 Ordered By: ATWAL, NAVNEET K. Ordering Provider: ATWAL, NAVNEET K |
| | -TRAZODONE--PO 50MG TAB - TAKE HALF TO 1 TAB AT BED TIME. #30 RF2 Qt: 30 Rf: 2 Ordered By: ATWAL, NAVNEET K. Ordering Provider: ATWAL, NAVNEET K |
| Laboratory(ies): | -B12+FOLATE PANEL (Routine) Ordered By: ATWAL, NAVNEET K. Ordering Provider: ATWAL, NAVNEET K; THYROID STIMULATING HORMONE (Routine) Ordered By: ATWAL, NAVNEET K. Ordering Provider: ATWAL, NAVNEET K |
| Patient Instruction(s): | -Anticipatory Guidance: Concerns About Sleeping |
| | -Goals, Options, Limitations and Risks Of Therapy |
| | -Patient Education - Medication Adverse Reactions |
| | -Patient Education - Proper Use Of Medications |
| | -Return To Clinic If Worse Or New Symptoms |

**2. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS II**(*OTHER UNKNOWN AND UNSPECIFIED CAUSES OF MORBIDITY AND MORTALITY, NOT PGW SYNDROME*)
**3. PSYCHIATRIC DIAGNOSIS OR CONDITION DEFERRED ON AXIS III**(*OTHER UNKNOWN AND UNSPECIFIED CAUSES OF MORBIDITY AND MORTALITY, NOT PGW SYNDROME*): s/p wound repair at buttocks
**4. AXIS IV PSYCHOSOCIAL AND ENVIRONMENTAL PROBLEMS**: s/p Injury , on medhold, being away from family
**5. AXIS V GLOBAL ASSESS OF FUNCTIONING (GAF) SCALE ___ (100-0):** 65

| Name: | **ROMAN, MANUEL** | Sex: | M | Sponsor Name: | ROMAN, MANUEL | | |
|---|---|---|---|---|---|---|---|
| FMP/SSN: | | DoD ID: | 1272425414 | Rank: | SPECIALIST | | |
| DOB: | ▮Jan 1976 | Tel H: | 787-531-6916 | Unit: | WP1ATD | (0130 EN BN | HHC CBT REAR) |
| PAT CAT: | A15.2 USA NG ENLISTED | Tel W: | | OutPAT RR: | | | |
| MC Status: | | CS: | | Insurance: | No | | |
| Status | | PCM: | | Tel. PCM: | | | |
| CIC: | | | | | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW VIOLATORS WILL BE PROSECUTED.

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 08 May 2007 0900 | Facility: WRNMMC Clinic: Behavior Health Adult WR | Provider: ATWAL, NAVNEET K |

Disposition Written by ATWAL, NAVNEET K. @ 08 May 2007 1017 EDT
**Released w/o Limitations**
Follow up: as needed in 3 week(s)  week(s) in the BEHAVIOR HEALTH ADULT WR clinic or sooner if there are problems. - Comments: 1. Psycho education on diagnosis and medications reviewed with patient. Basic labs reviewed and ordered B12/folate/TSh.  After discussing with the pt about the medication options /Risks/benefits and Side effects of medication, started him on Trazodone 25 mg at bed time, can take upto 50 mg this week, going upto 100 mg in 2-3 weeks to Rx insomnia. Increased the dose of Zoloft to 50 mg to minimize sx of depression. Educated the pt about the impact of caffeine on sleep, encouraged him not to drink coffee after 2 Pm, Sleep hygiene D/W the pt. Emergency procedures reviewed with patient if worsening symptoms or dangerousness   Towards self or others.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
65 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

**Signed By  ATWAL, NAVNEET K. (Staff Psychiatrist, Walter Reed Behavioral Health Clinic) @ 08 May 2007 1018**

| Name: | **ROMAN, MANUEL** | Sex: | M | Sponsor Name: | ROMAN, MANUEL | | |
|---|---|---|---|---|---|---|---|
| FMP/SSN: | | DoD ID: | 1272425414 | Rank: | SPECIALIST | | |
| DOB: | Jan 1976 | Tel H: | 787-531-6916 | Unit: | WP1ATD | (0130 EN BN | HHC CBT REAR) |
| PAT CAT: | A15.2 USA NG ENLISTED | Tel W: | | OutPAT RR: | | | |
| MC Status: | | CS: | | Insurance: | No | | |
| Status | | PCM: | | Tel. PCM: | | | |
| CIC: | | | | | | | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.



**CRECE**
Consultores Psicológicos y Psiquiátricos

## PSYCHOLOGICAL EVALUATION
### Confidential Report

| | |
|---|---|
| Name | : Manuel Román Padilla |
| Age | : 32 years old |
| Date of Birth | : January 21, 1976 |
| Date of Evaluation | : December 3, 2007 |
| | December 13, 2007 |
| | December 14, 2007 |
| | December 22, 2007 |
| | January 10, 2008 |
| | January 14, 2008 |
| | January 25, 2008 |
| Informant | : Mr. Manuel Román Padilla |
| Level of Education | : Vocational School |

Referral: Manuel Román Padilla was referred for an evaluation because of social/emotional problems and neurological problems

Psychological and Neuropsychological Test Administered:

--- Bender Gestalt
--- Memory for Designs
--- MMPI 2
--- Rorschach Test
--- Trauma Symptom Inventory
--- Detailed Assessment of Posttraumatic Stress
--- Wechsler Adult Intelligence Scale – Third Edition
--- Wechsler Memory scales – Third Edition
--- Microcog – Assessment of Cognitive Functioning

---

Edificio Médico Hermanas Dávila Calle B Esquina Jurb Urb. Hermanas Dávila Bayamón P.R. 00959
Teléfono (787) 787-1314 (787) 778-2323

ROMAN 022

General Observations:

Manuel Román Padilla is a 3 year-old, well developed, well nourished, young man. He is an average height, average weight, white young man, who has black hair. His physical appearance was clean and neat. His hair was combed. He came to the interview by himself. He came to the testing situation by himself. Manuel was able to give information about him. He entered the situation in a passive manner. His posture was erect and tense. His gait was adequate. His psychomotor movements were purposeful. There were no visible tics, rigidity of extremities, tremors or mannerisms. His facial expression was friendly, yet very tense and anxious. He was able to establish visual contact with the examiner. He behaved in a friendly manner. His verbal expression was adequate. He used short phrases and sentences, words and gestures to communicate with the examiner. He spoke in a low tone of voice. His enunciation was adequate. He spoke when spoken to at the beginning but as the process evolved he was spontaneous and frank. His primary language is English; therefore the interview and testing were conducted in English. His affect was mood congruent; his mood was anxious and sad. He was oriented in person, time and place. He was coherent and relevant. There was no evidence of delusions or thought disorders at the present time. His thought process was adequate.

During the testing situation Manuel was cooperative and spontaneous. He appeared to approach the required tasks with apparent interest and effort. It was observed that his performance was impulsive. It was also observed that during the testing sessions he was anxious, restless, and exhibited a low frustration tolerance. In the mathematics subtest he used his fingers to solve math problems. He also became confused in the Picture Arrangement and Object Assembly sub test of the WAIS III and instructions had to be repeated.

Relevant History:

Manuel Román Padilla is the second of three siblings. He was born and raised in the United States. He added that he lived in Massachusetts until he was twenty four. He then moved to Puerto Rico. Mr. Román referred that he was in a relationship for eight years and has three children. He informed that they separated and his daughters live with their mother in the United States. He referred that he is in a committed relationship at the present time. He added that she is pregnant.

2

ROMAN 023

He informed that to his knowledge his mother had no problems during her pregnancy or delivery. He added that his psychomotor development was as follows within the expected norms.

In relation to his academic history, Mr. Román referred that he completed a High School Education. He added that he attended a Public School and received average grades. He informed that he liked Elementary and Middle School but disliked High School. He denied Academic or Behavioral problems in school.

In relation to his occupational history, Mr. Román referred that his first job was in a factory in the United States. He informed that he worked there for six years. He then moved to Puerto Rico and worked three years in a School Supply.

In relation to his military history, Mr. Román referred that he has served in the army for three years. He joined the National Guard Army on April 26, 2004. He referred that he was activated in June 2006 and sent to Wisconsin for three months. He was then sent to Kuwait for one week and then to Iraq.

He referred that on March 29, 2007 while doing road clearance in Baghdad at eight o'clock at night they were hit by an EFP. He informed he was the gunner and he fell to the ground from about a height of six feet. He referred he received injuries to his lower back, lumbar area, spine, and buttocks. He informed that as a consequence of the explosion he had herniated discs, a fractured spine, and had multiple pieces of shrapnel all over his body, but no loss consciousness. He added that he exposed to explosion on multiple occasions before he was injured. He continued to inform that after he was injured he was sent to Kuwait. He was later on transferred to Germany and then to Walter Reed. He reported he underwent seven operations at Walter Reed. He also received psychological and psychiatric treatment. He then was transferred to Fort Buchanan in Puerto Rico. He is presently on medical hold at Fort Buchanan.

In relation to his medical history, Mrs. Román referred he had been a rather healthy person until his injuries in Iraq. Mr. Román referred that since the his injuries he feels restless, tired, moody, easily frustrated, wants to be alone, feels depressed, and cannot sleep. He added that he has gained ten pounds in a month or two. He also informed that he gets very angry, is disrespectful, and becomes verbally aggressive. He continued to say that he has headaches, and back pain. He added that he has nightmares, flashbacks, is unable to relax, and feels anxious, tense and panicky at times. He referred concentration difficulties, memory problems and difficulty in making

3

decisions. He informed that he feels worthless, useless, inadequate, lonely, misunderstood, confused and full of regrets.

Mr. Román referred on Intake that he was taking the following medication: Oxycodone four times a day; Effexor XR 37.5 mg at 4:30 pm and 150 mg am; Relafen 750 mg every 12 hours; Norflex 100 mg twice a day when needed; Neurontin 400 mg at bedtime; Prosom 2 mg on hour before bedtime; Zyrtec 10 mg; Elavil 100mg at bedtime. On January 11, 2008 he informed that his medication had been increased as follows: Effexor 150 mg am and 75 mg in the afternoon; Neurontin 600 mg twice a day; Elavil 150 mg at bedtime and Dalmane 30 mg at bedtime; Oxycodone four times a day; Percoset 2 tablets every six hours.

Analysis of Psychological Findings:

**SCORES SUMMARY**

| WAIS-III SCALE | SCORE | WMS-III INDEXES | SCORE |
|---|---|---|---|
| Verbal (VIQ) | 76 | Auditory Immediate | 62 |
| Performance (PIQ) | 72 | Visual Immediate | 57 |
| Full Scale (FSIQ) | 72 | Immediate Memory | 51 |
| | | Auditory Delayed | 61 |
| | | Visual Delayed | 59 |
| | | Auditory Recog. Delayed | 55 |
| | | General Memory | 51 |
| | | Working Memory | 76 |

**Interpretation of WAIS-III Results**

**WAIS General Intellectual Ability**

Manuel was administered 14 subtests of the Wechsler Adult Intelligence Scale-Third Edition (WAIS-III) from which his IQ and Index scores were derived. The Full Scale IQ is the aggregate of the Verbal and Performance scores and is usually considered to be the most representative measure of g, or global intellectual functioning. Manuel's general cognitive ability is in the Borderline range of intellectual functioning, as measured by the Wechsler Adult Intelligence Scale -Third Edition (WAIS-III). His overall thinking and reasoning abilities exceed those of approximately 3.0% of adults his age (FSIQ = 72; 95% Confidence Interval = 68-77). Manuel may experience difficulty in keeping up with his peers in a wide variety of situations that require age appropriate thinking and reasoning abilities.

**Verbal and Performance Abilities**

The Verbal score is a measure of acquired knowledge, verbal reasoning, and comprehension of verbal information. His verbal reasoning

4

ROMAN-PADILLA,MANUEL 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 [SAJ] RMS/NEUROPSYCHOLOGY REPORT/POLYTRAUMA NOTE 04/09/2009 08:56 (pg 5 of 27)    Report Page 290

Case 1:19-cv-03003-JMC    Document 51-20    Filed 06/02/23    Page 27 of 80

abilities, as measured by the Verbal IQ, are in the Borderline range and above those of approximately 5.0% of his peers (VIQ = 76, 95% Confidence Interval = 72-82). On the verbal reasoning subtests, Manuel obtained his highest score(s) on the Digit Span subtest(s). His performance on this subtest differs significantly from his Verbal subtest mean score and suggests that this is the area of most pronounced strength in Manuel's profile of verbal reasoning abilities. The Verbal Comprehension Index (VCI) is similar to the Verbal IQ in that it provides a measure of verbal acquired knowledge and verbal reasoning. However, it does not include the measures of abilities related to working memory, such as holding information to perform a specific task. Therefore, the Verbal Comprehension Index may be considered a purer measure of verbal comprehension than is the Verbal IQ. In Manuel's case, his Verbal Comprehension Index score is generally comparable to his Verbal IQ score. On the Verbal Comprehension Index, Manuel's performance is below that of his peers. His ability to understand and respond to verbally presented material is better than that of only 5.0% of others his age (VCI = 76, 95% Confidence Interval = 71-83). A relative weakness in comprehending verbal information may impede Manuel's ability to learn new material.

The Performance score provides an indication of an individual's nonverbal reasoning, spatial processing skills, attentiveness to detail and visual-motor integration. His nonverbal reasoning abilities, as measured by the Performance IQ, are in the Borderline range and better than those of approximately 3.0% of his peers (PIQ = 72, 95% Confidence Interval = 67-80). On the nonverbal reasoning tasks, Manuel obtained his highest score(s) on the Digit-Symbol Coding subtest(s) and his lowest score(s) on the Object Assembly and Picture Completion subtest(s). In Manuel's profile of nonverbal reasoning abilities, his performance across these areas differs significantly and suggests that these are areas of relative strength and weakness, respectively. Although better than his performance on the other nonverbal reasoning subtests, Manuel's ability on the Digit-Symbol Coding subtest(s) is still below that of most individuals his age. His weak performance on the Object Assembly and Picture Completion subtest(s) is below that of most of his peers. The Perceptual Organization Index (POI) is actually a purer measure of nonverbal reasoning than is the Performance IQ. The POI measures fluid reasoning, spatial processing, attentiveness to detail, and visual motor integration. However, it does not measure the individual's speed in processing information or performing simple tasks related to that information. In Manuel's case, his Perceptual Organization Index score is comparable to his Performance IQ score. Manuel's nonverbal

5

reasoning abilities are less developed than those of his peers. His performance on the Perceptual Organization Index exceeds that of only 2.0% of his age-mates (POI = 70, 95% Confidence Interval = 65-79).

His ability to think with words is comparable to his ability to reason without the use of words. Both Manuel's verbal reasoning and nonverbal reasoning abilities are also in the Borderline range.

**Working Memory Abilities**

The Working Memory Index (WMI) provides information regarding an individual's ability to attend to verbally presented information, to process information in memory, and then to formulate a response. Compared to his peers, Manuel may experience difficulty in holding information to perform a specific task. Difficulties with working memory may make the processing of complex information more time-consuming for Manuel, drain his mental energies more quickly, and perhaps result in more frequent errors on a variety of learning tasks, in comparison to other adults his age. On the Working Memory Index, he performed better than 3.0% of his peers (WMI = 71, 95% Confidence Interval = 66-80). On the subtests which compose the Working Memory Index, Manuel obtained his highest score on the Digit Span subtest. His ability to process and store information (e.g., numbers) simultaneously and to verbally express this information according to a specified sequence may be a relative strength compared to his overall level of working memory abilities.

**Processing Speed Abilities**

The Processing Speed Index (PSI) provides a measure of an individual's ability to process simple or routine visual information quickly and efficiently and to quickly perform tasks based on that information. Manuel's skill in processing visual material without making errors is below that of his peers. His performance on the Processing Speed Index was better than only 10.0% of his age-mates (PSI = 81; 95% Confidence Interval = 74-92). A relative weakness in processing speed may make the task of comprehending novel information more time-consuming and difficult for Manuel. Manuel's abilities on the subtests that compose the Processing Speed Index are all in the Low Average range. His performance across these subtests varies little, suggesting that his abilities are comparable across this domain.

6

ROMAN 027

**Interpretation of WMS-III Results**

The WMS-III report is organized into six sections: 1) Working Memory; 2) Ability to learn and retain new material; 3) Auditory Learning; 4) Modality-specific memory; 5) Retention of information; and 6) Retrieval of information. Each section is intended to provide interpretive hypotheses regarding various aspects or processes involved in one's ability to process and retrieve newly learned information.

It is also important to take into consideration other factors that may have contributed to Manuel's test performance such as difficulties with vision, hearing, motor functioning, English language and speech/language performance. According to the background information provided, none of these specific factors were identified in the background screens. However, you should evaluate all background information and use your professional judgment when evaluating the interpretive hypotheses in this report.

**Working Memory**

The Working Memory Index of the WMS-III is a measure of an individual's ability to hold information temporarily in memory for the purpose of using that information to perform a specific task. Working memory (i.e., a higher level attentional ability) is an important prerequisite of many cognitive abilities such that inadequate working memory skills will likely affect an individual's ability to perform other mental operations efficiently.

Compared to his age peers, Manuel experiences difficulty holding auditory and visual-spatial information in temporary storage. He experiences a rapid loss of relevant information required to accurately perform mental operations at the level of his peers. Manuel's score, which is in the Borderline classification range, exceeds that of only 5.0% of individuals in his age group (Wkg Mem Index=76, Confidence Interval=70-89).

The difference between Manuel's WAIS-III VIQ and WMS-III Working Memory indicates that his working memory skills are commensurate with his level of intellectual functioning.

**Ability to Learn and Remember New Material**

Learning refers to a person's ability to encode and store novel information while memory refers to the persistence of learned material that can be retrieved after a brief (immediate) or long (delayed) interval. The WMS-III is intended to provide information regarding learning and memory

7

under a specific set of conditions but is not intended to provide direct information regarding academic achievement or to reflect the more general academic usage of the term ability to learn.

In situations requiring Manuel to remember new information, he may experience significant difficulty. Manuel's poor performance on immediate memory measures may account for functional difficulties in daily living and other cognitive domains relative to the performance of his peers. His score on the Immediate Memory Index is in the Extremely Low classification range and exceeds that of only 0.1% of individuals in his age group (Imm Mem Index=51, Confidence Interval=47-63).

Manuel's scores on the Auditory Immediate and Visual Immediate indexes are comparable and suggest approximately equal capabilities in both modalities.

Manuel showed very significant difficulty in retrieving recently learned information after a 25- to 35-minute delay. His low performance on the general memory measures will negatively affect functioning in daily living and perhaps in other cognitive domains relative to the performance of his peers. His General Memory Index score is in the Extremely Low classification range and exceeds that of only 0.1% of individuals in his age group (Gen Mem Index= 51, Confidence Interval=47-63).

Manuel's scores on the Auditory Delayed and Visual Delayed indexes are comparable and suggest approximately equal capabilities in both modalities.

Manuel's immediate and delayed memory capabilities are lower than expected relative to his overall intellectual functioning as measured by the VIQ. The VIQ - Immediate Memory Index difference occurred for <1% of the normative group, and the VIQ - General Memory Index difference occurred for <1% of the normative group. This pattern suggests a relative weakness or deficit in both immediate and delayed memory.

**Auditory Learning**

On the WMS-III, the rate at which an individual learns new information is determined by the difference between the amount of information learned after a single presentation of the material and the amount of information learned after multiple learning trials. The Single-Trial Learning and Learning Slope process composites provide information regarding the extent to which repetition of information improves auditory memory functioning.

Compared to the performance of individuals of similar age, Manuel's initial acquisition of auditory information after a single presentation is in the

8

ROMAN 029

Manuel's performance on the Auditory Recognition Delayed Index (Aud Rec Del Index=55, Confidence Interval=56-78) and the Auditory Delayed Index (Aud Del Index=61, Confidence Interval=57-75) does not indicate retrieval difficulties. That is, his recognition of auditory information is not substantially greater than his retrieval of auditory information through recall.

**Subtest Scores Summary**

| Verbal Subtests | Raw Score | Age SS | PR | Reference SS* |
|---|---|---|---|---|
| Vocabulary | 20 | 5 | 5 | 5 |
| Similarities | 11 | 5 | 5 | 5 |
| Arithmetic | 7 | 4 | 2 | 5 |
| Digit Span | 16 | 9 | 37 | 9 |
| Information | 9 | 7 | 16 | 7 |
| Comprehension | 13 | 6 | 9 | 7 |
| Letter-Number Sequencing | 4 | 3 | 1 | 3 |

**Subtest Scores Summary**

| Performance Subtests | Raw Score | Age SS | PR | Reference SS* |
|---|---|---|---|---|
| Picture Completion | 9 | 4 | 2 | 4 |
| Digit Symbol-Coding | 61 | 7 | 16 | 7 |
| Block Design | 20 | 6 | 9 | 6 |
| Matrix Reasoning | 6 | 5 | 5 | 5 |
| Picture Arrangement | 6 | 5 | 5 | 5 |
| Symbol Search | 22 | 6 | 9 | 6 |
| Object Assembly | 13 | 4 | 2 | 4 |

*Reference Group for ages 20-34

**Summary of WMS-III Primary Subtest Scores**

| Primary Subtest Scores | Raw Score | Age SS | Ref SS |
|---|---|---|---|
| Logical Memory I - Recall | 19 | 4 | 4 |
| Faces I - Recognition | 24 | 4 | 4 |
| Verbal Paired Assoc I - Recall | 2 | 3 | 3 |
| Family Pictures I - Recall | 16 | 3 | 2 |
| Letter-Number Sequencing | 5 | 4 | 4 |
| Spatial Span | 12 | 7 | 6 |
| Logical Memory II - Recall | 7 | 4 | 4 |
| Faces II - Recognition | 26 | 5 | 4 |
| Verbal Paired Assoc II - Recall | 0 | 3 | 2 |
| Family Pictures II - Recall | 14 | 2 | 2 |
| Auditory Recognition - Delayed | 28 | 1 | 1 |

10

**ROMAN 030**

The Microcog was designed to be sensitive to detecting cognitive impairment across a wide age range and takes into account levels of premorbid intellectual functioning by providing age-- and education- level. Manuel was administered the Standard Form which contains 18 subtest.

The General Cognitive Functioning Index score is a global measure of neurocognitive ability based upon performance on the Information Processing Speed and Information Processing Accuracy Indexes. Accuracy and speed of performance are considered equally important. Relative to individuals with comparable age and education, Manuel is currently functioning in the Low Average range (70) on a standardized measure of General Cognitive Functioning. His scores might indicate some generalized impairment in the examinee's neurocognitive functioning.

The score on the General Cognitive Proficiency Index is a global measure of neurocognitive ability based upon the average of subtest proficiency scores. Proficiency scores are defined as the speed with which perceptual processing, semantic retrieval, and correct-response execution occurs. They are derived from the interaction of response accuracy and an exponential weighting of correct response latencies at the item level. As such, proficiency scores tap the interaction between accuracy and speed of performance and place primary emphasis on accuracy rather than on speed. Proficiency represents a sensitive index of mastery and competence. He is also currently functioning in the Low Average range (72) on a standardized measure of General Cognitive Proficiency; which indicates Manuel's reduced cognitive competence due to slow or inaccurate cognitive processing.

The Attention/Mental Control Index taps a full range of simple and complex attentional functions. Relative to individuals with comparable age and education, Manuel is currently functioning in the Low Average range (79) on a standardized measure of Attention/Mental Control. His score could indicate impairment in his ability to focus, hold, divide, and sustain attention. This index assesses selective attention, processing speed, attentional capacity, working memory, and vigilance.

The Memory Index targets immediate and delayed recall for meaningful verbal material. Relative to individuals with comparable age and education, Manuel is currently functioning in the Low Average range (79) on a standardized measure of Memory. His score could indicate impairment in the individual's verbal learning and memory.

The Reasoning/Calculation Index requires problem-solving in verbal, nonverbal, and numeric areas. Relative to individuals with comparable age and education, Manuel is currently functioning in the Average range (86) on

11

ROMAN-PADILLA,MANUEL 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 [SA] RMS/NEUROPSYCHOLOGY REPORT/POLYTRAUMA NOTE 04/09/2009 08:56 (pg 11 of 27)    Report Page 296

Case 1:19-cv-03003-JMC   Document 51-20   Filed 06/02/23   Page 33 of 80

a standardized measure of Reasoning / Calculation. His score might indicate strength in the examinee's abstraction, reasoning, and problem solving abilities.

The Spatial Processing Index encompasses several aspects of spatial processing including visual discrimination, perception of spatial orientation, spatial relations, and spatial memory. Demands on motor systems are minimal. Relative to individuals with comparable age and education, Manuel is currently functioning in the Below Average range (64) on a standardized measure of Spatial Processing. A low score might indicate impairment in the examinee's non-motor visual-perceptual cognitive processing.

The Reaction Time Index score is a measure of simple auditory and visual reaction time with selective cuing. Relative to individuals with comparable age and education, Manuel is currently functioning in the Below Average range (63) on a standardized measure of Reaction Time. Low scores could indicate impairment in the individual's arousal, alertness, or attention. Low scores may suggest his impaired ability to orient, identify, and react to salient environmental events.

The Information Processing Speed Index is a means of measuring the time the individual required to complete simple and complex mental tasks; accuracy is disregarded. Relative to individuals with comparable age and education, Manuel is currently functioning in the Low Average range (84) on a standardized measure of Information Processing Speed. Low scores could indicate slowed cognitive processing.

The Information Processing Accuracy Index taps domain based competencies, and its scores reflect the accuracy of performance (i.e., correct or incorrect responses) without regard to speed. Relative to individuals with comparable age and education, Manuel is currently functioning in the Below Average range (65) on a standardized measure of Information Processing Accuracy. Low scores suggest that basic cognitive abilities have been compromised.

Manuel demonstrated a severe relative weakness in -- The Information Processing Accuracy Index relative to The Information Processing Speed Index. The discrepancy is both significant and rare. His performance pattern was rapid and inaccurate.

Manuel demonstrated a severe relative weakness in -- The Information Processing Speed Index relative to General Cognitive Proficiency Index. The discrepancy reflects an impulsive style which may be coupled with cognitive limitations.

12

**ROMAN 032**

ROMAN-PADILLA,MANUEL 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 [SAJ] RMS/NEUROPSYCHOLOGY REPORT/POLYTRAUMA NOTE 04/09/2009 08:56 (pg 12 of 27)   Report Page 297

Case 1:19-cv-03003-JMC   Document 51-20   Filed 06/02/23   Page 34 of 80

**Summary Index Table**

| Age and Education Corrected Norms ( Age: 25 - 34, Education: = High School ) | | | | | |
|---|---|---|---|---|---|
| | **Sum** | **Scaled Score** | **%ile** | **95% Conf. Interval** | **Qualitative Description** |
| **Level 3 – Indexes** | | | | | |
| General Cognitive Functioning (GCF) | 149 | 70 | 2 | 63-77 | Low Average |
| General Cognitive Proficiency (GCP) | 59 | 72 | 3 | 66-78 | Low Average |
| **Level 2 – Indexes** | | | | | |
| Information Processing Speed (IPS) | 78 | 84 | 14 | 77-91 | Low Average |
| Information Processing Accuracy (IPA) | 74 | 65 | 1 | 56-74 | Below Average |
| **Level 1 – Indexes** | | | | | |
| Attention/Mental Control (Attn) | 56 | 79 | 8 | 68-90 | Low Average |
| Reasoning/ Calculation (Reas) | 51 | 86 | 18 | 75-97 | Average |
| Memory (Mem) | 43 | 79 | 8 | 69-89 | Low Average |
| Spatial Processing (Spat) | 21 | 64 | 1 | 52-76 | Below Average |
| Reaction Time (RT) | 30 | 63 | 1 | 55-71 | Below Average |
| **Reference Group Norms** | | | | | |
| | **Sum** | **Scaled Score** | **%ile** | **95% Conf. Interval** | **Qualitative Description** |
| **Level 3 – Indexes** | | | | | |
| General Cognitive Functioning (GCF) | 141 | 63 | 1 | 56-70 | Below Average |
| General Cognitive Proficiency (GCP) | 58 | 70 | 2 | 63-77 | Low Average |
| **Level 2 – Indexes** | | | | | |
| Information Processing Speed (IPS) | 75 | 82 | 12 | 75-89 | Low Average |
| Information Processing Accuracy (IPA) | 67 | 59 | <1 | 50-68 | Below Average |
| **Level 1 – Indexes** | | | | | |
| Attention/Mental Control (Attn) | 54 | 77 | 6 | 65-89 | Low Average |
| Reasoning/ Calculation (Reas) | 49 | 83 | 13 | 71-95 | Low Average |
| Memory (Mem) | 37 | 69 | 2 | 58-80 | Below Average |
| Spatial Processing (Spat) | 22 | 65 | 1 | 53-77 | Below Average |
| Reaction Time (RT) | 24 | 57 | <1 | 50-65 | Below Average |

The results of the Bender Gestalt reveal a score of 10 in the Hain Scoring System which reflects a Borderline Range of Brain Damage. The recall retest revealed memory problems. The results also suggest emotional indicators such as insecurity, anxiety, hesitancy, self doubt with difficulty completing tasks, aggressiveness, and impulsiveness.

The results of the Memory for Designs revealed a score of 19 which places him in the range of Brain Damage.

The results of the MMPI 2 indicate that this is a valid clinical profile. This report was developed using the D and Pt scales as the prototype. The client's MMPI-2 clinical profile reflects much psychological distress at this time. He has major problems with anxiety and depression. He tends to be high-strung and insecure, and he may also be having somatic

13

ROMAN 033

problems. He is probably experiencing loss of sleep and appetite and slowness in personal tempo.

Individuals with this profile often have high standards and a strong need to achieve, but they feel that they fall short of their expectations and then blame themselves harshly. Manuel feels quite insecure and pessimistic about the future. He also feels quite inferior, has little self-confidence, and does not feel capable of solving his problems.

Manuel seems to have a rather limited range of cultural interests and tends to prefer stereotyped masculine activities to literary and artistic pursuits or introspective experiences. Interpersonally, he may be somewhat intolerant and insensitive.

In addition, the following description is suggested by the Manuel's scores on the content scales. He endorsed a number of items suggesting that he is experiencing low morale and a depressed mood. He reports a preoccupation with feeling guilty and unworthy. He feels that he deserves to be punished for wrongs he has committed. He feels regretful and unhappy about life, and he seems plagued by anxiety and worry about the future. He feels hopeless at times and feels that he is a condemned person. He endorsed response content that reflects low self-esteem and long-standing beliefs about his inadequacy. He has difficulty managing routine affairs, and the items he endorsed suggest a poor memory, concentration problems, and an inability to make decisions. He appears to be immobilized and withdrawn and has no energy for life. He views his physical health as failing and reports numerous somatic concerns. He feels that life is no longer worthwhile and that he is losing control of his thought processes.

According to his response content, there is a strong possibility that he has seriously contemplated suicide. Manuel's recent thinking is likely to be characterized by obsessiveness and indecision. His response content suggests that he feels intensely fearful about a large number of objects and activities. This hypersensitivity and fearfulness appear to be generalized at this point and may be debilitating to him in social and work situations. He endorses statements that show some inability to control his anger. He may physically or verbally attack others when he is angry. His high endorsement of general anxiety content is likely to be important to understanding his clinical picture.

Long-term personality factors identified by his PSY-5 scale elevations may help provide a clinical context for the symptoms he is presently experiencing. He shows a meager capacity to experience pleasure in life. Persons with high scores on INTR (Introversion/Low

14

**ROMAN 034**

Positive Emotionality) tend to be pessimistic. According to his score on NEGE (Negative Emotionality/Neuroticism), he tends to view the world in a highly negative manner and usually develops a worst-case scenario to explain events affecting him. He tends to worry to excess and interprets even neutral events as problematic. His self-critical nature prevents him from viewing relationships in a positive manner.

The relative elevation of the highest scales in his clinical profile shows very high profile definition. His scores on D and Pt are likely to be very prominent in his profile if he is retested at a later date.

He appears to be quite passive and dependent in interpersonal relationships and does not speak up for himself even when others take advantage of him. He avoids confrontation and seeks nurturance from others, often at the price of his own independence. He forms deep emotional attachments and tends to be quite vulnerable to being hurt. He also tends to blame himself for interpersonal problems. Individuals with this profile are often experiencing psychological distress in response to stressful events. The intense feelings may diminish over time or with treatment.

He appears to be rather shy and inhibited in social situations, and he may avoid others for fear of being hurt. He has very few friends, and others think he is hard to get to know. He is quiet, submissive, and conventional, and he lacks self-confidence in dealing with other people. Individuals with this passive and withdrawing lifestyle are often unable to assert themselves appropriately and are frequently taken advantage of by others. Personality characteristics related to social introversion tend to be stable over time. His generally reclusive behavior, introverted lifestyle, and tendency toward interpersonal avoidance may be prominent in any future test results.

Manuel's scores on the content scales suggest the following additional information concerning his interpersonal relations. He appears to be an individual who has rather cynical views about life. Any efforts to initiate new behaviors may be colored by his negativism. He may view relationships with others as threatening and harmful. He feels intensely angry, hostile, and resentful of others, and he would like to get back at them. He is competitive and uncooperative, tending to be very critical of others. His social relationships are likely to be viewed by others as problematic. He may be visibly uneasy around others, sits alone in group situations, and dislikes engaging in group activities.

The results of the Rorschach Test point toward a person with some inner resources who has difficulty in using his inner resources to deal

15

ROMAN 035

ROMAN-PADILLA,MANUEL 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 [SAJ] RMS/NEUROPSYCHOLOGY REPORT/POLYTRAUMA NOTE 04/09/2009 08:56 (pg 15 of 27)    Report Page 300

Case 1:19-cv-03003-JMC   Document 51-20   Filed 06/02/23   Page 37 of 80

with every day living challenges. He tends to be overly inhibited in expressing his emotions. He tends to be inflexible and has a difficult time accepting and adjusting to change. The results also suggest the presence of anger, hostility, impulsiveness, and the possibility of acting out. He also tends to see himself as surrounded by threatening persons. The results suggest that his controls are brittle and may become overwhelmed by his emotions. The results suggest he tends to be more labile, suggestible, sensitive and irritable than most people. He tends to be oversensitive in personal relationships and may feel uncomfortable in social situations. He may also be highly defensive and constricted. The results suggest constrained, internal and painful affects.

The results of the Detailed Assessment of Posttraumatic Stress (DAPS) provide detailed information about an individual's symptomatic responses to a specific traumatic event. This includes feelings and thoughts that occurred during or soon after the event, as well as later posttraumatic symptoms involving intrusive reliving of the event, avoidance, and autonomic hyperarousal. Posttraumatic dissociation, suicidality, and substance abuse are also evaluated by the DAPS. This information can yield, among other things, a diagnosis of potential posttraumatic stress disorder (PTSD) or acute stress disorder (ASD), as well as information about the severity of the individual's posttraumatic symptoms. The DAPS also may identify individuals at risk for self-destructiveness and serious substance abuse.

**Validity Scales**

| Scale | Raw score | *T* score |
|---|---|---|
| Negative Bias *(NB)* | 19 | 137 |
| Positive Bias *(PB)* | 4 | 49 |

**Trauma Specification Scales**

| Index Trauma | Description |
|---|---|
| 7 | Respondent reports having been in a war. |

| Scale | Raw score | *T* score |
|---|---|---|
| Relative Trauma Exposure *(RTE)* | 2 | 46 |
| Peritraumatic Distress *(PDST)* | 29 | 70 |
| Peritraumatic Dissociation *(PDIS)* | 19 | 73 |

**Clinical Scales**

| Scale | Raw score | *T* score |
|---|---|---|
| Reexperiencing *(RE)* | 40 | 109 |

16

ROMAN 036



| | | |
|---|---|---|
| Avoidance *(AV)* | 41 | 110 |
| Effortful Avoidance *(AV-E)** | 15 | 98 |
| Numbing *(AV-N)** | 20 | 115 |
| Hyperarousal *(AR)* | 43 | 103 |
| Posttraumatic Stress - Total *(PTS-T)* | 124 | 110 |
| Posttraumatic Impairment *(IMP)* | 19 | 92 |
| Trauma-Specific Dissociation *(T-DIS)* | 15 | 110 |
| Substance Abuse *(SUB)* | 14 | 65 |
| Suicidality *(SUI)* | 10 | 47 |

Manuel's *T* score on the Negative Bias *(NB)* scale is elevated, indicating that he endorsed items that were rarely endorsed by traumatized individuals in the standardization sample. He may be experiencing an unusual number of atypical symptoms.

**Index Trauma**

The index trauma is the trauma that the respondent (or his therapist) selected as the most upsetting or most clinically important at this point in time. All subsequent responses on the DAPS are given with reference to this index trauma.

Manuel indicated on the DAPS that his index trauma is having been in a war. He described this trauma in the following manner: "I was blown up by an EFO explosive causing injuries to my back, lumber spine, buttocks, and a lot of pain." The traumatic experience occurred a year ago or longer.

**Trauma History**

Although the respondent specified an index trauma on which to base his item endorsements on the DAPS, in many cases an individual's response to a given traumatic event is affected by other traumas occurring either before or after the index event. These additional traumas also may produce significant symptomatology, including the possibility of separate PTSD and/or ASD diagnoses associated with these other traumas.

His Relative Trauma Exposure *(RTE) T* score is 46, indicating that the total number of trauma types to which he has been exposed is about average among people who report a trauma history. However, this does not mean that he has not had numerous trauma exposures within a given trauma type.

17

**Peritraumatic Distress *(PDST)***

Manuel's subjective response to the index trauma described above is evaluated on the DAPS at two levels. At the *general level,* his score on the Peritraumatic Distress *(PDST)* scale indicates the degree of negative emotionality and negative thoughts he experienced at the time of, or soon after, the trauma. Various studies indicate that higher levels of peritraumatic distress are associated with greater traumatization and a greater likelihood of developing PTSD or ASD. At the *specific level,* his endorsements of the individual items on the *PDST* scale can be interpreted in terms of the amount of fear, horror, disgust, etc., that he experienced at the time of the trauma as compared to others who have been exposed to trauma.

Manuel has a *T* score of 70 on the *PDST* scale, indicating that he experienced more distress during or soon after the index trauma than the average trauma victim. Peritraumatic distress at this level indicates that he was significantly traumatized by what he experienced, and thus he is likely to report significant posttraumatic symptomatology.

**Peritraumatic Dissociation *(PDIS)***

Peritraumatic dissociation refers to alterations in awareness, especially those involving depersonalization and derealization, which occur during a traumatic event. Such responses may arise when a sufficiently destabilizing event temporarily overwhelms the individual's nervous system, or may represent the activation of previous dissociative capacities in the face of new emotional distress. Research indicates that individuals who dissociate at the time of a trauma have a greater likelihood of developing ASD or PTSD later on.

Manuel has a *T* score of 73 on the Peritraumatic Dissociation *(PDIS)* scale, indicating clinically significant levels of peritraumatic dissociation at the time of the index trauma.

***Posttraumatic Stress Scales***

The posttraumatic stress scales of the DAPS evaluate (a) the extent to which the respondent is experiencing each of the three clusters of symptoms common to PTSD and ASD (i.e., intrusive reexperiencing, avoidance/numbing, and autonomic hyperarousal), (b) the overall severity of his posttraumatic stress symptoms, and (c) the impact these symptoms may be having on his overall psychosocial functioning.

ROMAN 038

## Reexperiencing *(RE)*

The *RE* scale assesses the reexperiencing symptom cluster of PTSD and ASD. This cluster generally involves intrusive thoughts about the trauma, flashbacks, upsetting memories, and dreams or nightmares of the traumatic event, as well as psychological distress and autonomic reactivity upon exposure to trauma-reminiscent events. Reexperiencing is often, but not inevitably, triggered by a stimulus in the environment that is in some way similar to aspects of the original trauma. When the intrusive memories are sensory, as occurs in flashbacks, they may consist of auditory, visual, olfactory, tactile, or gustatory sensations associated with the original event. These intrusive sensations and memories are often experienced as ego-dystonic and quite upsetting, and may trigger a sense of reliving the original traumatic event.

Manuel's *T* score on the *RE* scale is 109. This suggests that he is undergoing significant posttraumatic stress. He is regularly bothered by intrusive recollections of the traumatic event and may feel unable to control these reexperiencing symptoms. An elevated score at this level on the *RE* scale is often accompanied by attempts to avoid environmental events that might trigger more reexperiencing.

## Avoidance *(AV)*

The *AV* scale consists of those avoidance responses subsumed under Criterion C symptoms of PTSD and, to some extent, Criterion B and D symptoms of ASD, as described in the *DSM-IV-TR*. These responses include not only conscious attempts to avoid people, places, conversations, and situations that might trigger flashbacks or other intrusive reexperiencing symptoms, but also emotional numbing and constriction. Certain *AV* items, such as not wanting to talk about the traumatic experience and avoiding environmental stimuli that might trigger traumatic memories, represent what is sometimes referred to as *effortful* avoidance. Other *AV* items, such as loss of interest in activities and feeling disconnected from others, tap emotional constriction and numbing, which is thought to be a functionally independent component of PTSD, although it is currently subsumed under the avoidance cluster of symptoms. This second group of symptoms is sometimes known as the *numbing* cluster and often it is more associated with posttraumatic hyperarousal than with effortful avoidance. This report includes scores, and their interpretation, for two subscales of the *AV* scale — Effortful Avoidance *(AV-E)* and Numbing Avoidance *(AV-N)*. Each of these

19

ROMAN 039

Based on the respondent's *T* score of 110 on the *PTS-T* scale, the overall severity of his posttraumatic stress symptoms is in the **severe** range.

**Posttraumatic Impairment *(IMP)***

The *IMP* scale assesses the respondent's self-reported level of psychosocial impairment as a result of the effects of the index trauma. An elevated score on this scale is also required for a *DSM-IV-TR* diagnosis of PTSD or ASD. *IMP* scale items involve having trouble at work, school, social situations, relationships, or other aspects of one's life. As a result, scores on this scale can be used as an indication of the overall functional impairment associated with his posttraumatic symptomatology. However, the clinician should keep in mind that this is the respondent's subjective estimate of his dysfunction.

Manuel's *T* score on the *IMP* scale is 92, indicating that he reports that the effects of the index trauma are significant, to the extent that his ability to function on an ongoing basis has been compromised.

### Associated Features Scales

The Associated Features scales of the DAPS evaluate three important psychological issues that are often comorbid with posttraumatic stress: posttraumatic dissociation, substance abuse, and suicidality.

**Trauma-Specific Dissociation *(T-DIS)***

The *T-DIS* scale evaluates derealization, depersonalization, and detachment symptoms that can persist following exposure to a traumatic event. *T-DIS* scale items specifically tap the posttraumatic dissociative criteria for ASD and the associated features of PTSD. Items include going around in a daze since the index trauma occurred, feeling that things have become unreal since the event, and posttraumatic feelings of being separated from one's body. Posttraumatic dissociation is phenomenologically different from general dissociative symptomatology in that it represents lasting responses to a specific trauma, as opposed to a general tendency to dissociate. Nevertheless, individuals with ongoing dissociative symptoms are more likely than others to dissociate in response to an acute trauma.

Manuel's *T* score on the *T-DIS* scale is 110, indicating that he has developed clinically significant levels of dissociation following the index trauma that remain present at the time of assessment.

21

**ROMAN 040**

ROMAN-PADILLA,MANUEL 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 [SA] RMS/NEUROPSYCHOLOGY REPORT/POLYTRAUMA NOTE 04/09/2009 08:56 (pg 20 of 27)    Report Page 305

Case 1:19-cv-03003-JMC    Document 51-20    Filed 06/02/23    Page 42 of 80

subscales consists of the four *AV* scale items that are most relevant to that subscale.

Manuel's *T* score on the overall *AV* scale is 110. His *T* score on the Effortful Avoidance *(AV-E)* subscale is 98, whereas his *T* score on the Numbing Avoidance *(AV-N)* subscale is 115. His overall *AV* score indicates that he is experiencing significant posttraumatic avoidance symptoms. His *AV* subscale *(AV-E* and *AV-N)* scores suggest significant withdrawal, apathy, and emotional numbing, as well as a tendency to avoid people, places, or situations that remind him of the index trauma. The respondent may be reluctant to discuss his symptoms with therapists or others, and may have problems with treatment adherence. In some cases, this avoidance pattern is associated with a more severe and chronic course.

**Hyperarousal *(AR)***

The *AR* scale taps the autonomic hyperarousal cluster of PTSD and ASD symptoms. These symptoms are thought to arise from the fact that exposure to overwhelming trauma can prompt sustained hyperactivation of the sympathetic ("fight or flight") component of the autonomic nervous system. Symptoms of posttraumatic autonomic hyperarousal include heightened startle responses, tension, sleeping difficulties, irritability, problems with attention and concentration, and hypervigilance.

Manuel's *T* score on the *AR* scale is 103, suggesting that he is experiencing some combination of tension, irritability, and a tendency to be jumpy or "on edge." He also may complain of various somatic concerns (e.g., muscle tension, gastrointestinal distress) that reflect the effects of sustained hyperarousal. Because hyperarousal symptoms can be quite aversive, some people with an elevated score on the *AR* scale may use drugs, alcohol, or other sedating or soothing devices to down-regulate their emotional state.

The *PTS-T* scale is the sum of the *RE, AV,* and *AR* scale scores and reflects the overall severity of posttraumatic stress symptoms endorsed by the respondent. Typically, a *PTS-T* score in the moderate to severe range (i.e., $T \geq 65$) indicates clinically significant posttraumatic stress symptomatology. However, in some instances, one or two Posttraumatic Stress scales will be elevated at a level that suggests clinical disturbance, yet the total *PTS-T* score will be lower than 65. In such instances, it may be appropriate to interpret the elevated scale score(s) as clinically significant, but to consider the overall level of symptom severity to be insufficient for a PTSD diagnosis.

ROMAN 041




## Substance Abuse *(SUB)*

The *SUB* scale measures the respondent's self-reported use of drugs and alcohol, a known associated feature of PTSD. Individuals with high *SUB* scores may have serious drug or alcohol problems that either predate or follow their trauma exposure. Major substance abuse in a trauma survivor can result in treatment disruption, delayed recovery due to impaired processing of traumatic memories, and the possibility of additional traumas in the future.

Manuel's *T* score on the *SUB* scale is 65, indicating that he reports using substances at levels above that of the average trauma-exposed person. However, because this scale was endorsed at relatively low levels in the normative sample, individuals who use more than a small amount of alcohol or drugs may have elevated scores on the *SUB* scale. For this reason, an elevated *SUB* score should be followed up by an examination of the specific items on this scale.

## Suicidality *(SUI)*

The *SUI* scale measures the respondent's self-reported suicidal motives, ideations, and behaviors. According to *DSM-IV-TR,* suicidality is a well-established associated feature of PTSD, perhaps especially for those who have experienced major losses or who are suffering extreme psychological pain. Suicidal thoughts and behaviors also are frequently associated with depression, which, in turn, is relatively common among individuals with PTSD. An elevation on the *SUI* scale should always be followed up with a detailed suicide-risk interview.

Manuel's *T* score on the *SUI* scale is 47, indicating that overall he is not reporting high levels of suicidality, although his specific responses should be examined to detect any endorsement of individual suicidal thoughts, feelings, or behaviors.

The Trauma Symptom Inventory (TSI) is intended for the use in the evaluation of acute and chronic traumatic symptomatology. The validity scales reflect a valid profile. His response pattern in the Atypical Response Scale (ATR) reflects extreme distress.

The results of the clinical Scales are as following:

The Anxious Arousal Scale (AA) reflect the extent to which the, respondent is experiencing symptoms of anxiety and autonomic hyperarousal. Manuel's T score on the AA scale is 79, which suggest a tendency to exhibit nervousness, jumpiness, feeling on edge, excessive worrying, and fears of bodily harm. He tends to be tense and may report

22

ROMAN-PADILLA,MANUEL 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 [SAJ] RMS/NEUROPSYCHOLOGY REPORT/POLYTRAUMA NOTE 04/09/2009 08:56 (pg 22 of 27)    Report Page 307

Case 1:19-cv-03003-JMC   Document 51-20   Filed 06/02/23   Page 44 of 80

reacting to stress or sudden intrusive stimuli with fearfulness or an exaggerated startle response.

The Intrusive Experiences Scale (IE) scale consists of items reflecting intrusive posttraumatic reactions and symptoms. These include nightmares, flashbacks (sudden, intrusive sensory memories of a previously traumatizing event), upsetting memories that are easily triggered by current events, and repetitive thoughts of an unpleasant previous experience that intrude into awareness. Such symptoms are typically perceived by the affected individual as ego-dystonic (i.e., unexpected and unwanted intrusions from out of nowhere), primarily involving reminiscence or reexperiencing of an especially upsetting event. Manuel's T score is 77. The results indicate he feels out of control, and a minority may fear that they are psychotic. The results reflect the intrusion of such traumatic material into current awareness, often producing an associated state of distress.

The Anger/ Irritability Scale (AI) indicate the extent of angry mood and irritable affect experienced by the respondent. Manuel's T score is 75. The results reflect irritability and the presence of angry cognitions (e.g., wanting to hurt someone or tell them off) and angry behavior (e.g., yelling, argumentativeness, picking fights). He often describes anger as an intrusive and unwanted experience and may see his angry thoughts or behavior as not entirely in his control. He tends to describe pervasive feelings of irritability, annoyance, or bad temper, such that minor difficulties or frustrations provoke contextually inappropriate angry reactions. It should be noted that he tends to be impulsive and acting out may be a possibility.

The Defensive Avoidance (DA) Scale consists of those avoidance responses generally subsumed under the C group of PTSD symptoms and the D group of ASD symptoms in DSM-lV. Manuel's T score is 68. The results indicate he often attempts to avoid events or stimuli in his environment that might restimulate upsetting thoughts or memories. There is also the desire neutralize negative feelings about previous traumatic experiences.

The Depression (D) Scale measures the extent to which the respondent experiences depressed mood and depressive cognitions. High scores on this scale reflect frequent feelings of sadness and unhappiness and a general sense of being depressed. Individuals with high D scores report perceptions of themselves as worthless and Inadequate, a (view of the future as hopeless, and a tendency to have thoughts about death and dying. On a behavioral level, such individuals may describe periods of tearfulness and secluding or isolating themselves from others. Suicidality and/or self-injurious behavior is always a possibility in the event of a high D score. As

23

ROMAN 043

a result, the suicidality should also be evaluated when an elevated D Score is accompanied by above-average TRB scores, even if neither (or only one) reaches a T score of 65. Manuel's T score is 66. The results indicate he is experiencing depressed mood and depressive cognitions, with feelings of sadness and a perception that he is inadequate and worthless. His perception of life may tend to of hopelessness.

Based on the Manuel's TSI responses, he is likely to satisfy diagnostic criteria for Posttraumatic Stress Disorder (PTSD). As noted earlier, his overall posttraumatic stress level is in the severe range.

Summary:

Manuel Román Padilla is a 31 year old male who completed the WAIS-III. His overall cognitive ability, as estimated by the Full Scale IQ, is in the Borderline range (FSIQ=72).On the Verbal scale, his score is in the Borderline range (VIQ = 76). Manuel's Performance score is in the Borderline range (PIQ = 72). On the Indexes, Manuel performed in the Borderline range on the Verbal Comprehension Index (VCI = 76). On the Perceptual Organization Index, he performed in the Borderline range (POI = 70). On the Working Memory Index, Manuel performed in the Borderline range (WMI = 71). His Processing Speed Index score was within the Low Average range (PSI = 81).On the WMS-III, his working memory capacity as estimated by the Working Memory Index is in the Borderline range (Wkg Mem Index=76). Manuel's immediate memory performance is in the Extremely Low range (Imm Mem Index=51) and delayed memory performance is in the Extremely Low range (Gen Mem Index=51). An analysis of the difference between Manuel's WAIS-III and WMS-III scores suggests that Manuel's immediate and delayed memory capabilities are lower than expected relative to his overall intellectual functioning as measured by the VIQ. The VIQ Immediate Memory Index difference occurred for <1% of the normative group, and the VIQ General Memory Index difference occurred for <1% of the normative group. This pattern suggests a relative weakness or deficit in both immediate and delayed memory. On the basis of his WAIS-III performance, Manuel's abilities to process visual information quickly, his verbal comprehension skills, his working memory abilities, and his nonverbal reasoning abilities are comparable. Relative to his peers, Manuel exhibits less well developed abilities across all domains. The results suggest that Manuel may experience difficulty in keeping up with his peers in a wide variety of situations that require age appropriate thinking and reasoning abilities. Compared to his peers, Manuel may experience difficulty in holding information to perform a

24

ROMAN 044



specific task. Difficulties with working memory may make the processing of complex information more time-consuming for Manuel, drain his mental energies more quickly, and perhaps result in more frequent errors on a variety of learning tasks, in comparison to other adults his age. Manuel's skill in processing visual material without making errors is below that of his peers. A relative weakness in processing speed may make the task of comprehending novel information more time-consuming and difficult for Manuel. Compared to his age peers, Manuel experiences difficulty holding auditory and visual-spatial information in temporary storage. He experiences a rapid loss of relevant information required to accurately perform mental operations at the level of his peers. In situations requiring Manuel to remember new information, he may experience significant difficulty. Manuel's poor performance on immediate memory measures may account for functional difficulties in daily living and other cognitive domains relative to the performance of his peers. Manuel showed very significant difficulty in retrieving recently learned information after a 25- to 35-minute delay. His low performance on the general memory measures will negatively affect functioning in daily living and perhaps in other cognitive domains relative to the performance of his peers.

The results of the Microg suggest some generalized impairment in Manuel's neurocognitive functioning. The results point toward reduced cognitive competence due to slow or inaccurate cognitive processing. His score could indicate impairment in his ability to focus, hold, divide, and sustain attention. This index assesses selective attention, processing speed, attentional capacity, working memory, and vigilance. His score could also indicate impairment in the individual's verbal learning and memory. The scores obtained in the test might indicate strengths in the examinee's abstraction, reasoning, and problem solving abilities. His scores also suggest slowed cognitive processing and those basic cognitive abilities may have been compromised.

The results obtained in the WAIS, WMS and Microg are consistent with symptoms often associated with Post Concussion Syndrome, Traumatic Brain Injury and neurocognitive disorder as a consequence of a cumulative effect of being exposed to continuous or frequent explosions and head trauma.

In summary, the results of the DAPS, TSI satisfy *DSM-IV-TR* diagnostic criteria for PTSD. The severity of this disorder is estimated to be in the severe range. In addition, he reports clinically meaningful levels of trauma-specific dissociation and substance abuse. This clinical presentation, especially in the presence of other significant

25

ROMAN 045

symptomatology, may signal the presence of a more "complex" PTSD. This more complicated clinical picture often requires more extended or intense psychological and/or pharmacological treatment. Furthermore, greater attention to avoidance or subjective distress issues may be indicated during treatment, perhaps especially in the context of therapeutic exposure to traumatic memories.

The results of the Rorschach and MMPI 2 point toward impulsive behavior, emotionally lability, tendency to become agitated, excitable and hostile, he and may show poor judgment. The results indicate that he is overwhelmed by anxiety, tension, and depression. He feels helpless and alone, inadequate and insecure, and he believes that life is hopeless and that nothing is working out right. He attempts to control his worries through intellectualization and unproductive self-analysis, but he has difficulty concentrating and making decisions. He may have episodes of more intense and disturbed behavior resulting from an elevated stress level. The results indicate that he is functioning at a very low level of efficiency. He tends to overreact to even minor stress, and he may show rapid behavioral deterioration. He also tends to blame himself for his problems. He is also experiencing low morale and a depressed mood. He reports a preoccupation with feeling guilty and unworthy. He feels that he deserves to be punished for wrongs he has committed. He feels regretful and unhappy about life, and he seems plagued by anxiety and worry about the future. He feels hopeless at times and feels that he is a condemned person. He has difficulty managing routine affairs, and the items he endorsed suggest a poor memory, concentration problems, and an inability to make decisions. He appears to be immobilized and withdrawn and has no energy for life. He views his physical health as failing and reports numerous somatic concerns. He feels that life is no longer worthwhile and that he is losing control of his thought processes. He endorses statements that show some inability to control his anger. The results also suggest that he feels intensely angry, hostile, and resentful of others, and he would like to get back at them. The results evidence symptoms of depression, tension, and anxiety.

After reviewing his history and test results our diagnostic impression based on the analysis of the test results discussed in this report we concluded that Manuel Román Padilla is experiencing emotional and cognitive impairment as a result of a Traumatic Brain Injury and Emotional Trauma sustained during the war in Iraq.

Diagnostic Impression:

26

ROMAN 046

Axis I -      309.81 Posttraumatic Stress Disorder, Chronic
              296.21 Mayor Depression, mild
              294.9   Cognitive Disorder, NOS
Axis II -     None
Axis III -    Herniated Discs, Broad Disc Bulges
Axis IV-      Exposure to war and injuries during the war, re adjustment to
civilian life
Axis V-       50

Recommendations:

1. Individual Psychotherapy to deal with PTSD symptoms, anger
management, depression, and impulse control.
2. Psychiatric Treatment.
3. Family therapy.
4. Referral to TBI Clinic Intervention to work with areas of cognitive
process identified in the report.
5. Referral to PTSD Clinic to work with his symptoms
6. Complete Neurological Evaluation

## TREATMENT CONSIDERATIONS

Individuals with this MMPI-2 pattern are usually feeling a great
deal of discomfort and tend to want help for their psychological problems.
The client's self-esteem is low and he tends to blame himself too much for
his difficulties. Although he worries a great deal about his problems, he
seems to have little energy left over for action to resolve them.

Symptomatic relief for his depression may be provided by
antidepressant medication. Psychotherapy, particularly cognitive
behavioral treatment, may also be beneficial.

The passive, unassertive personality style that seems to underlie this
disorder might be a focus of behavior change. Individuals with these
problems may learn to deal with others more effectively through
assertiveness training.

Manuel's scores on the content scales seem to indicate low potential
for change. He may feel that his problems are not addressable through
therapy and that he is not likely to benefit much from psychological
treatment at this time. His apparently negative treatment attitudes may
need to be explored early in therapy if treatment is to be successful.

27

ROMAN 047

Case 1:19-cv-03003-JMC   Document 51-20   Filed 06/02/23   Page 49 of 80




In any intervention or psychological evaluation program involving occupational adjustment, his negative work attitudes could become an important problem to overcome. He has a number of attitudes and feelings that could interfere with work adjustment.

His acknowledged problems with alcohol or drug use should be addressed in therapy.


*Mary Kathleen Vidal*

Mary Kathleen Vidal, Psy. D.
Clinical Psychologist
Lic. # 961

28

ROMAN 048

DEPARTMENT OF THE ARMY
US ARMY INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT BUCHANAN
218 BROOKE STREET
FORT BUCHANAN, PUERTO RICO 00934-4206

ORDERS 248-0001                                           04 September 2008

ROMAN, MANUEL ███████ SPC CBHCO PUERTO RICO MHO, (W07SD2), FT BUCHANAN, PR
00934

You are released from assignment and duty because of physical disability
incurred while entitled to basic pay and under conditions that permit your
placement on the Temporary Disability Retired List.

**Effective date of retirement:  04 September 2008**
Date placed on retirement list: 05 September 2008
Retired grade/Date of rank: SPC/27 April 2005
Permanent grade of rank: SPC
Authorized place of retirement:  FORT BUCHANAN TC (W1H1A4) FORT BUCHANAN PR
00934
Requested place of retirement: N/A
Percentage of disability: 60
DOB:  21 January 1976
Sex:  M
Citizenship code:  A
Retirement type and allotment code:  TEMP DISABILITY/8
Component:  ARNGUS
Statute authorizing retirement:   1372
Other eligible laws:   1202
Disability retirement: 2 years, 4 months, 29 days
Section 1405: 2 years, 10 months, 1 days
Basic Pay:  4 years, 5 months, 9 days
Total active federal commissioned service date:  Not applicable
Date initially entered military:  26 March 2004
Completed over 4 years of active service as Enl or WO:  Y
**Disability is based on injury or disease received in the line of duty as a**
**direct result of armed conflict or caused by an instrumentality of war and**
**incurring in the line of duty during a period of war as defined by law:  Yes**
Disability resulted from a combat related injury as defined in 26 USC 104:  Yes
Member of an Armed Force on 24 Sep 75:  No
Significant awards:  Not applicable
Additional instructions:
a. Accounting classification (OPERATION IRAQI FREEDOM)
  Officer: 2182010.0000 01-1100 P1X1A00 11**/12** VIRQ F9203 5570 S12120
  Enlisted: 2182010.0000 01-1100 P2X2A00 11**/12** VIRQ F9203 5570 S12120
  Travel: 2182020.0000 01-1100 P135198 21**/22**/25** VIRQ F9203 5570 S12120
c. Soldier must be in duty uniform during out-processing
d. You must complete a retirement Briefing as soon as possible and return the DD
Form 2656 (SBP Checklist) to the Transition Center

PEBD:  26 March 2004
Format:  660

FOR THE COMMANDER:

****************
***ORIGINAL SIGNED***

# Progress Notes

```
PROBLEM/ONSET DATE:  LUMBAR PAIN SINCE MARCH.

PT TX: 6/8 SESSIONS

DATA: Patient mentions that continues with pain but is able to do the exercise.

Action: patient received the following PT TX:
 Modalities:
  -HP and HVES to L/S area x 20 mins
  -Gentle massage at T/L area.
  Exercise:(60mins) (TENS application during exercise at L/S area).
   -core/LE strengthening and stretching exercise
   -back stabilization exercise on theraball
   -PVM exercise in prone position (Active at UE'S and AA at LE'S)1 x 10 rep.
   -Sci-fit exercise x 10 min level 5 manual setting.
   -PRE 2# for shoulder flexion and abduction.
   -modified squatting exercise with yellow therapeutic ball 1 x 10 rep.

RESPONSE: patient tolerated PT TX with no adverse reaction during or after
intervention. Patient with tenderness and muscle spasm at T/L area.

Plan: continue as recommended.

Precaution: universal, avoid hyper flexion & hyperextension of spine



/es/ YOLANDA ARZOLA-TORRES
PHYSICAL THERAPIST LIC1096
Signed: 10/07/2008 16:23
```

```
 LOCAL TITLE: C&P PTSD, INITIAL EVALUATION
STANDARD TITLE: C & P EXAMINATION NOTE
DATE OF NOTE: OCT 07, 2008@10:00    ENTRY DATE: OCT 10, 2008@10:09:38
     AUTHOR: PETERSON-TAPIA,YVON  EXP COSIGNER:
  URGENCY:                           STATUS: COMPLETED

COMPENSATION AND PENSION EXAMINATION
INITIAL EVALUATION FOR POST-TRAUMATIC STRESS DISORDER (PTSD)
=============================================================



REVIEW OF RECORDS
==================

  C-FILE WAS:
     Reviewed
  MEDICAL RECORDS WERE:
     Reviewed
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL <br> ▀▀▀▀▀ <br><br> LAS MARIAS, PUERTO RICO  00670 <br> DOB:01/▀▀/1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 050

# Progress Notes

```
MEDICAL HISTORY
===============
      AGE: 32
      PERIOD OF SERVICE: GWOT
      ETHNIC BACKGROUND: Latin Or Hispanic


   PAST MEDICAL HISTORY
   --------------------
      SIGNIFICANT NON-PSYCHIATRIC ILLNESSES, INJURIES, OR HOSPITALIZATIONS:
        . Backache
        . Spondylolisthesis
        . Cognitive Disorder
        . Low Back Pain
        . Brain diseases due to trauma
        . Overweight

      DATES, CURRENT TREATMENT, AND OTHER SIGNIFICANT DETAILS OF NON-
      PSYCHIATRIC ISSUES:
         He receives treatment at SJVAMC


   TREATMENT
   ---------
      WAS THERE OUTPATIENT TREATMENT FOR A MENTAL DISORDER? Yes
         DATE(S) OF OUTPATIENT TREATMENT: while in active duty
            CONDITION(S) AND LOCATION OF TREATMENT:
               due to "PTSD & TBI"


   HOSPITALIZATION(S)
   ------------------
      WERE THERE ONE OR MORE HOSPITALIZATIONS FOR A MENTAL DISORDER? No


   PRESENT MEDICAL HISTORY
   -----------------------
      SYMPTOMS PRESENT DURING PAST YEAR: Yes
      IS THERE CURRENT TREATMENT FOR A MENTAL DISORDER? Yes
         SUMMARY OF CURRENT TREATMENT FOR A MENTAL DISORDER:
            CURRENT TREATMENT(S): Anti-depressant, Anti-anxiety
            SPECIFY MEDICATION AND OTHER COMMENTS: Paroxetine 30 mg PO QD
            Alprazolam 0.5 mg PO BID & 2 mg PO QHS
            MEDICATION SIDE EFFECT(S): None
            GROUP THERAPY: No
            INDIVIDUAL PSYCHOTHERAPY: Yes
            EFFECTIVENESS OF THERAPY: Poor
            COMMENT ON EFFECTIVENESS OF THERAPY: He said the medications
            are
                  "not working"
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL<br>▬▬▬▬▬▬<br>LAS MARIAS, PUERTO RICO  00670<br>DOB:01/▬▬/1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 051

# Progress Notes

```
                   ******************************************

FREQUENCY, SEVERITY, AND DURATION OF NON-PTSD PSYCHIATRIC/MEDICAL
SYMPTOMS:
  He reported the following symptoms: irritability, socially withdrawn,
  feelings of worthlessness, depressed mood, trouble sleeping with
  nightmares, stressed-out. These symptoms started while in active duty,
  on a daily basis, moderate


PTSD INITIAL: PRE-MILITARY HISTORY
----------------------------------
  EDUCATION: 12
  FAMILY STRUCTURE AND ENVIRONMENT WHERE RAISED:
    He was born and raised in the urban area. He was raised by both
    parents. He is the second of three siblings. He described his
    childhood as "good"
  FAMILY PSYCHIATRIC HISTORY:
    None reported
  QUALITY OF PEER RELATIONSHIPS AND SOCIAL ADJUSTMENT:
    He used to participate in sports.
  PERFORMANCE IN SCHOOL:
    He said he had "average" grades
  TYPE OF JOB(S):
    factory worker before being deployed

  ISSUES ASSOCIATED WITH ALCOHOL USE:
    Legal or other problematic consequences
      DESCRIPTION OF LEGAL OR OTHER CONSEQUENCES:
        He enrolled in a Alcohol Rehab program

  ISSUES ASSOCIATED WITH OTHER SUBSTANCE USE:
    No use

BEHAVIORAL DISTURBANCES OR LEGAL PROBLEMS PRIOR TO SERVICE? Yes
  DESCRIPTION OF BEHAVIORAL DISTURBANCE OR LEGAL PROBLEMS:
    He was jailed due to assault and battery against his live-in
    ladyfriend


MILITARY HISTORY
----------------
  DATE(S) OF SERVICE: 04/2004-09/2008

  BRANCH OF SERVICE: Army

  HIGHEST RANK OBTAINED: E 4

  TYPE OF DISCHARGE: Honorable
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)** | **VISTA Electronic Medical Documentation**

ROMAN-PADILLA,MANUEL
█████████████

LAS MARIAS, PUERTO RICO  00670
DOB:01/██/1976

Printed at SAN JUAN VA MEDICAL CENTER

ROMAN 052

# Progress Notes

```
RANK AT DISCHARGE: E 4

MILITARY OCCUPATIONAL SPECIALTY: 21B (combat engineer)

DECORATIONS AND MEDALS AWARDED: Purple Heart, CAB, AAM, ARCOM and
others
    he cannot recall

DID THE VETERAN HAVE COMBAT EXPERIENCE: Yes

WERE COMBAT WOUNDS SUSTAINED: Yes

LOCATION AND DATE OF COMBAT EXPERIENCE: Iraq in Baghdad

DESCRIBE COMBAT WOUNDS AND OTHER COMMENTS: While being a gunner in
the
    streets of Baghdad, there was a EFP explosion and veteran he
received
    injury in low back, buttocks and head. He was in severe pain,
and
    depressed

ALCOHOL USE OR ABUSE: No Problematic Effects

OTHER SUBSTANCE USE OR ABUSE: No Use
*******************************


PTSD INITIAL: POST MILITARY PSYCHOSOCIAL HISTORY
------------------------------------------------
  LEGAL HISTORY? No

  EDUCATIONAL ACCOMPLISHMENTS? No

  DESCRIPTION OF MARITAL AND FAMILY RELATIONSHIPS:
    He is single, never married. He is the father of four children. He
    lives with a ladyfriend and a daughter. He described his family
    relationship as "moody"
  DESCRIPTION OF DEGREE AND QUALITY OF SOCIAL RELATIONSHIPS:
     He described his social relationship as "none"
  DESCRIPTION OF ACTIVITIES AND LEISURE PURSUITS:
    Watch Tv. Listen to radio
  HISTORY OF SUICIDE ATTEMPTS? No

  HISTORY OF VIOLENCE/ASSAULTIVENESS? Yes
     COMMENTS AND ADDITIONAL INFORMATION:
       He has been physically violent with his relatives, last episode
       three days ago
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL ▉▉▉▉ <br><br> LAS MARIAS, PUERTO RICO  00670 <br> DOB:01▉▉▉1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 053

# Progress Notes

```
      ISSUES ASSOCIATED WITH ALCOHOL USE:
        No use

      ISSUES ASSOCIATED WITH OTHER SUBSTANCE USE:
        No use

PSYCH EXAM
==========
  GENERAL APPEARANCE:
    Clean

  PSYCHOMOTOR ACTIVITY:
    Other
      DESCRIPTION OF ANY OTHER PSYCHOMOTOR ACTIVITY:
        he walks with the aid of a cane

  SPEECH:
    Spontaneous

  ATTITUDE TOWARD EXAMINER:
    Cooperative

  AFFECT:
    Constricted

  MOOD:
    Depressed

  ATTENTION:
    Attention Intact
      ABLE TO DO SERIAL 7'S? Yes
      ABLE TO SPELL A WORD FORWARD AND BACKWARD? Yes

  ORIENTATION:
    INTACT TO PERSON: Yes

    INTACT TO TIME: Yes

    INTACT TO PLACE: Yes

  THOUGHT PROCESS:
    Unremarkable

  THOUGHT CONTENT:
    Unremarkable

  DELUSIONS:
    None

  JUDGMENT: Understands outcome of behavior
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL <br> ████████ <br><br> LAS MARIAS, PUERTO RICO  00670 <br> DOB:01█████1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 054

# Progress Notes

```
INTELLIGENCE: Average

INSIGHT: Patient understands that he/she has a problem.

DOES THE PATIENT HAVE SLEEP IMPAIRMENT? Yes
  COMMENTS AND DESCRIPTION OF EXTENT SLEEP IMPAIRMENT INTERFERES WITH
  DAILY ACTIVITY:
    He feels "moody" the next day

TYPE OF HALLUCINATIONS:
  None

DOES THE PATIENT HAVE INAPPROPRIATE BEHAVIOR? No

INTERPRETS PROVERBS APPROPRIATELY? Yes

DOES THE PATIENT HAVE OBSESSIVE/RITUALISTIC BEHAVIOR? No

DOES THE PATIENT HAVE PANIC ATTACKS? No

IS THERE PRESENCE OF HOMICIDAL THOUGHTS? No

IS THERE PRESENCE OF SUICIDAL THOUGHTS? No

EXTENT OF IMPULSE CONTROL: Poor
EPISODES OF VIOLENCE: Yes
  EXAMPLES OF EFFECTS ON MOTIVATION/MOOD OR OTHER COMMENTS:
    Stated in the history

ABILITY TO MAINTAIN MINIMUM PERSONAL HYGIENE? Yes

IS THERE PROBLEM WITH ACTIVITIES OF DAILY LIVING: No


MEMORY
------
    REMOTE MEMORY: Normal
    RECENT MEMORY: Normal
    IMMEDIATE MEMORY: Normal


PTSD STRESSORS
-------------
  STRESSOR EVENT(S) THE VET FOUND PARTICULARLY TRAUMATIC:
    Accident involving actual or threatened serious injury or death to
    self
      DESCRIPTION OF STRESSOR: Accident involving actual or threatened
      serious injury or death to self
      DATE AND LOCATION: Baghdad
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL ▆▆▆▆▆ <br><br> LAS MARIAS, PUERTO RICO  00670 <br> DOB:01▆▆▆▆1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 055

# Progress Notes

```
                    TRAUMA OCCURRED: During Military Service
                    INTENSE FEAR: Yes
                    FEELING OF HOPELESSNESS: Yes
                    FEELING OF HORROR: No
                    OTHER REACTION: Yes
                      DESCRIBE OTHER: in pain
                    ADDITIONAL COMMENTS: While being a gunner in the streets
              of
                        Baghdad, there was a EFP explosion and veteran he
              received injury in
                        low back, buttocks and head.
        ******************************


          TRAUMA EXPOSURE TESTING
          -----------------------
            TESTING FOR TRAUMA EXPOSURE VETERAN HAS UNDERGONE:
              No testing has been done


          PTSD SYMPTOMS

          -------------

            PERSISTENT SYMPTOMS OF INCREASED AROUSAL:
              Difficulty falling or staying asleep, Irritability or outbursts of
              anger

      TESTS
      =====

          INTERVIEW-BASED DIAGNOSTIC INSTRUMENTS FOR PTSD:
            None

          QUANTITATIVE PSYCHOMETRIC ASSESSMENT OF PTSD SYMPTOM SEVERITY:
            None

      DIAGNOSIS
      =========

          PTSD INITIAL: MENTAL COMPETENCY
          -------------------------------
            DOES THE VETERAN KNOW THE AMOUNT OF THEIR BENEFIT PAYMENT? Yes
            DOES THE VETERAN KNOW THE AMOUNTS OF MONTHLY BILLS? Yes
            DOES THE VETERAN PRUDENTLY HANDLE PAYMENTS? Yes
            DOES THE VETERAN PERSONALLY HANDLE MONEY AND PAYS BILLS? Yes

            IS THE VETERAN CAPABLE OF MANAGING FINANCIAL AFFAIRS? Yes

            IS A SOCIAL WORK ASSESSMENT NECESSARY TO RENDER AN OPINION? No
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL<br><br>LAS MARIAS , PUERTO RICO  00670<br>DOB:01████1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 056

# Progress Notes

```
PTSD INITIAL: EMPLOYMENT HISTORY
--------------------------------
  USUAL OCCUPATION:
    warehouse employee
  IS THE VETERAN CURRENTLY EMPLOYED? No

  IS VETERAN RETIRED? No

  IS VETERAN UNEMPLOYED BUT NOT RETIRED? Yes
  DURATION OF CURRENT UNEMPLOYMENT: Less than 1 year
  REASON(S) GIVEN FOR UNEMPLOYMENT:
    He was discharged on 09/2008

DOES THE VETERAN MEET THE DSM-IV STRESSOR CRITERION? Yes
  DESCRIPTION OF PRIMARY STRESSOR(S) RELATED TO PTSD:
    While being a gunner in the streets of Baghdad, there was a EFP
    explosion and veteran he received injury in low back, buttocks and
    head.

DOES THE VETERAN MEET THE DSM-IV CRITERIA FOR A DIAGNOSIS OF PTSD? No
  AXIS I: Depressive Disorder NOS
    IF ANY ADDITIONAL MENTAL DISORDERS HAVE BEEN DIAGNOSED, EXPLANATION OF
    HOW THE SYMPTOMS ARE RELATED TO OR ARE PART OF EACH MENTAL DISORDER:
      No other mental disorder was found.

      There is no evidence of illegal drugs/alcohol use, abuse, nor
      dependence, at the present time, related to, secondary to,
      nor
      aggravated by the above diagnosis

  AXIS II: No Diagnosis
  AXIS III: Stated Above
  AXIS IV: War Exposure
  AXIS V: GLOBAL ASSESSMENT OF FUNCTIONING
  ----------------------------------------
    SCORE: 60TIME FRAME: Current functioning
    COMMENTS:
      Veteran meets the DSM IV TR stressor criteria for PTSD, as well as
      the symptom criteria for persistent hyper arousal. Nonetheless, he
      does not fulfill the symptom criteria for persistent avoidance of
      the stimulus, nor for persistent re-experiencing the traumatic
      event.


PSYCH SUMMARY
=============
  CHANGES IN FUNCTIONAL STATUS AND QUALITY OF LIFE SINCE LAST EXAM:
    Performance in employment, Social/interpersonal relationships,
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL<br><br>LAS MARIAS, PUERTO RICO  00670<br>DOB:01▮▮▮▮1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 057

# Progress Notes

```
        Recreation/leisure pursuits

    DESCRIPTION OF LINKAGE BETWEEN PTSD SYMPTOMS AND AFOREMENTIONED CHANGES IN
    IMPAIRMENT, IN FUNCTIONAL STATE, AND QUALITY OF LIFE:
        There is moderate impairment in the stated areas due to trauma exposure.


/es/ YVONNE PETERSON-TAPIA
MD
Signed: 10/10/2008 10:09
```

---

```
 LOCAL TITLE: PM&R OUT-PATIENT ATTENDING NOTE
STANDARD TITLE: PHYSICAL MEDICINE REHAB ATTENDING NOTE
DATE OF NOTE: OCT 06, 2008@11:56     ENTRY DATE: OCT 06, 2008@11:57:36
     AUTHOR: MOTTA-VALENCIA,KERY  EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

PAST MEDICAL HX:
Computerized Problem List is the source for the following:

 1. Backache
 2. Spondylolisthesis * (ICD-9-CM 756.12)
 3. Cognitive Disorder NOS (ICD-9-CM 294.9)
 4. Posttraumatic Stress Disorder * (ICD-9-CM 309.81)
 5. Depression * (ICD-9-CM 311./300.4)
 6. Low Back Pain
 7. Brain diseases due to trauma (ICD-9-CM 348.8)
 8. Overweight * (ICD-9-CM 278.00)


ALLERGIES:No Allergy Assessment

Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                        Status
==============================================================================
1)   ALPRAZOLAM 0.5MG TAB TAKE ONE TABLET BY MOUTH TWO     ACTIVE
        TIMES A DAY AND TAKE FOUR TABLETS AT BEDTIME FOR 30
        DAYS FOR ANXIETY
2)   LIDOCAINE 5% 5IN X 6IN PATCH APPLY 1 PATCH            ACTIVE
        TRANSDERMAL EVERY DAY FOR PAIN ( DO NOT LEAVE
        APPLIED PATCH FOR MORE THAN 12 HOURS )
3)   MENTHOL 10%/METHYL SALICYLATE 15% CREAM APPLY A THIN  ACTIVE
        FILM TO AFFECTED AREA DAILY FOR PAIN
4)   MORPHINE SULFATE CR 15 MG TAB TAKE ONE TABLET BY      ACTIVE
        MOUTH EVERY 12 HOURS FOR 15 DAYS FOR PAIN
5)   MORPHINE SULFATE CR 30 MG TAB TAKE ONE TABLET BY      ACTIVE
        MOUTH EVERY 12 HOURS FOR 15 DAYS FOR PAIN
6)   OXYCODONE HCL 5MG CAP TAKE TWO CAPSULES BY MOUTH      ACTIVE
        EVERY 6 HOURS AS NEEDED FOR 15 DAYS FOR PAIN
7)   OXYCODONE HCL 5MG/APAP 325MG TAB TAKE 1 TABLET BY     ACTIVE
```

---

ROMAN 058

# Progress Notes

Printed On Feb 13, 2019

```
        - One-to-One Training
        Written material
     Teaching method used:
        - Discussion
        - Written Material
           Comment: GIVEN
     The following education was provided according to identified learning
     need:
        - Preventive Health:
        Comment: Testicular Test, Seat-belts use, Weight Control, Benefit
        of exercise
     Teaching Evaluation:
        - Level of Understanding:
        >>> Good
        - Verbalize understanding of the information provided
        Comment: GOODFEEDBACK
     Information given in:
        Spanish
```

```
/es/ ELSA GEIGEL-DE VELEZ
RN,MSN
Signed: 05/07/2010 15:01
```

```
 LOCAL TITLE: C&P MUSCLES
STANDARD TITLE: C & P EXAMINATION NOTE
DATE OF NOTE: MAY 07, 2010@09:40    ENTRY DATE: MAY 10, 2010@07:13:17
     AUTHOR: BERRIOS-RIVERA,JORG  EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED


COMPENSATION AND PENSION EXAMINATION
MUSCLE
====================================


REVIEW OF MEDICAL RECORDS
=========================

  C-FILE WAS: Not requested by VARO
  MEDICAL RECORDS WERE: Reviewed
  COMMENTS:
     CASE OF A 34 YEARS OLD VETERAN WITH PAST HX OF MUSCLES EVALUATION FOR C&P
     PURPOSES. HE HAD IED EXPLOSION IN IRAK WITH SHELL FRAGMENT WOUNDS ON THE
BUTTOCKS.
     HE REFERS THAT SINCE HIS LAST C&P EVALUATION HE HAS SEVERE PAIN UPON SITTING
DOWN.
     HE REFERS LOSS OF TISSUE AND MUSCLE PAIN.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL<br><br>LAS MARIAS, PUERTO RICO  00670<br>DOB:01████1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 059

# Progress Notes

```
PROBLEM: BILATERAL BUTTOCK PAIN
DATE OF ONSET: SERVICE
CIRCUMSTANCES AND INITIAL MANIFESTATIONS: ALREADY SC
COURSE SINCE ONSET: Stable
CURRENT TREATMENTS: Medication
DESCRIPTION OF TREATMENT(S): GABAPENTIN 600MG 1 TAB PO AT HS, FLEXERIL 10MG 1 TAB
PO
BID, MRPHINE SULFATE CR 30MG I TAB PO BID AND OXYCODONE 5MG 1 CAPO PO Q 6HRS PRN
WITH GOOD PAIN CONTROL
SIDE EFFECTS OF CURRENT TREATMENT: No
*****************************

MEDICAL HISTORY
===============
IS THERE A HISTORY OF HOSPITALIZATION, SURGERY, OR DEBRIDEMENT? Yes
   SUMMARY OF ALL HOSPITALIZATIONS AND SURGERIES:
      HOSPITAL AND LOCATION: WALTER REED
      DATE: 30 DAYS AROUND 2006 TO 2008
      REASON OR TYPE OF SURGERY: REMOVAL OF FRAGMENTS
      ******************************

IS THERE A HISTORY OF TRAUMA TO THE MUSCLES? No

IT THERE A HISTORY OF NEOPLASM? No

SUMMARY OF HISTORIES FOR EACH WOUND INVOLVING MUSCLES:
   MUSCLES INVOLVED: BUTTOCKS
   ETIOLOGY OF INJURY: Missile
   VELOCITY OF MISSILE: Unknown
   CALIBER OF MISSILE: Unknown
   NUMBER OF MISSILES: Multiple
   TYPE OF MISSILE: Shrapnel
   INITIAL TREATMENT IN THE FIELD: HE DOES NOT RECALL
   LENGTH OF INITIAL HOSPITALIZATION: 30 DAYS WALTER REED
   TIME FOR RETURN TO DUTY OR LIMITED DUTY OR DETERMINATION THAT DUTY COULD NOT BE
   RESUMED: DUTY COULD NOT BE RESUMED
   WAS THE WOUND A THROUGH AND THROUGH INJURY: No
   WAS THE WOUND INITIALLY INFECTED BEFORE HEALING: No
   WERE THERE ASSOCIATED BONE, NERVE, VASCULAR OR TENDON INJURIES: Yes
    DESCRIPTION: LUMBAR SPINE FRACTURES
   CURRENT SYMPTOMS
    IS THERE PAIN: Yes
    IS THERE DECREASED COORDINATION: No
    IS THERE INCREASED FATIGABILITY: Yes
    IS THERE WEAKNESS: Yes
    IS THERE UNCERTAINTY OF MOVEMENT: Yes
    OTHER SYMPTOMS: No
   ARE THERE FLARE-UPS OF MUSCLE INJURY RESIDUALS: Yes
    SEVERITY: Severe
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

ROMAN-PADILLA,MANUEL
████

LAS MARIAS, PUERTO RICO  00670
DOB:01████1976

VISTA Electronic Medical Documentation

Printed at SAN JUAN VA MEDICAL CENTER

ROMAN 060

# Progress Notes

```
    FREQUENCY: Every 1 to 2 months
    DURATION: 1 to 2 weeks
    PRECIPITATING AND ALLEVIATING FACTORS: PRECIPITATING FACTORS, SITTING DOWN.
  ALLEVIATING FACTORS, SLEEP, RELAX AND TAKE MEDICATION
    EXTENT IF ANY, PER VETERAN, THEY RESULT IN ADDITIONAL LIMITATION OF MOTION OR
  OTHER FUNCTIONAL IMPAIRMENT: HE HAS DIFFICULTY WALKING, SITTING DOWN,
    ***************************************************

PHYSICAL EXAMINATION
====================

  VITAL SIGNS
  -----------
    TEMPERATURE: 97.6 F
    PULSE: 88 bpm
    RESPIRATORY RATE: 18
    BLOOD PRESSURE: 133 / 87 mmHg
    HEIGHT: 71 INCHES
    WEIGHT: 200 POUNDS
    WEIGHT CHANGE: None

  HAS A MUSCLE BEEN INJURED, DESTROYED, OR TRAVERSED? Yes
    SUMMARY OF MUSCLE GROUP(S) INJURED:
      BODY AREA INJURED: Pelvic Girdle
      SIDE: Right and Left
      GROUP 16 MUSCLE(S) INJURED: None
       MUSCLE STRENGTH: 5
      GROUP 17 MUSCLE(S) INJURED: Gluteus Maximus, Gluteus Medius, Gluteus Minimus
       MUSCLE STRENGTH: 4
       TISSUE LOSS: Yes
      GROUP 18 MUSCLE(S) INJURED: None
       MUSCLE STRENGTH: 5
       ***************************************

  IS THERE INTERMUSCULAR SCARRING? No

  IS MUSCLE FUNCTION NORMAL IN TERMS OF COMFORT, ENDURANCE, AND STRENGTH SUFFICIENT
TO
  PERFORM ACTIVITIES OF DAILY LIVING? Yes

  ARE SCARS PRESENT? Yes
    SIZE AND DETAILED DESCRIPTION OF SCAR: LEFT BUTTOCK INFERIOR ASPECT

    14 X 4
    UNIT OF MEASUREMENT: Centimeters
    IS THE SCAR PAINFUL OR TENDER TO TOUCH: Yes
    IS THE SCAR ADHERENT: No
    ARE THERE SEPARATE ENTRY AND EXIT SCARS: No
    ********************************************
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL <br><br> LAS MARIAS, PUERTO RICO  00670 <br> DOB:01████1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 061

# Progress Notes

```
SIZE AND DETAILED DESCRIPTION OF SCAR: LEFT UPPER BUTTOCK

5.0 X 5.0
UNIT OF MEASUREMENT: Centimeters
IS THE SCAR PAINFUL OR TENDER TO TOUCH: Yes
IS THE SCAR ADHERENT: No
ARE THERE SEPARATE ENTRY AND EXIT SCARS: No
********************************************

SIZE AND DETAILED DESCRIPTION OF SCAR: LEFT BUTTOCK LOWER ASPECT

2.0 X 1.5
UNIT OF MEASUREMENT: Centimeters
IS THE SCAR PAINFUL OR TENDER TO TOUCH: Yes
IS THE SCAR ADHERENT: No
ARE THERE SEPARATE ENTRY AND EXIT SCARS: No
********************************************

SIZE AND DETAILED DESCRIPTION OF SCAR: RIGHT UPPER BUTTOCK

7.0 X 6.0
UNIT OF MEASUREMENT: Centimeters
IS THE SCAR PAINFUL OR TENDER TO TOUCH: Yes
IS THE SCAR ADHERENT: No
ARE THERE SEPARATE ENTRY AND EXIT SCARS: No
********************************************

SIZE AND DETAILED DESCRIPTION OF SCAR: RIGHT LOWER LUMBAR AREA

4 X 4
UNIT OF MEASUREMENT: Centimeters
IS THE SCAR PAINFUL OR TENDER TO TOUCH: Yes
IS THE SCAR ADHERENT: No
ARE THERE SEPARATE ENTRY AND EXIT SCARS: No
********************************************

SIZE AND DETAILED DESCRIPTION OF SCAR: RIGHT LUMBAR AREA

4.0 X 4.0
UNIT OF MEASUREMENT: Centimeters
IS THE SCAR PAINFUL OR TENDER TO TOUCH: Yes
IS THE SCAR ADHERENT: No
ARE THERE SEPARATE ENTRY AND EXIT SCARS: No
********************************************

SIZE AND DETAILED DESCRIPTION OF SCAR: RIGHT LOWER LUMBAR SPINE

2.0 X 2.0
UNIT OF MEASUREMENT: Centimeters
IS THE SCAR PAINFUL OR TENDER TO TOUCH: Yes
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

ROMAN-PADILLA,MANUEL
█████████
LAS MARIAS, PUERTO RICO  00670
DOB:01████1976

VISTA Electronic Medical Documentation
Printed at SAN JUAN VA MEDICAL CENTER

ROMAN 062

# Progress Notes

```
      IS THE SCAR ADHERENT: No
      ARE THERE SEPARATE ENTRY AND EXIT SCARS: No
      ********************************************

      SIZE AND DETAILED DESCRIPTION OF SCAR: RIGHT LOWER LUMBAR SPINE

      1.0 X 1.0
      UNIT OF MEASUREMENT: Centimeters
      IS THE SCAR PAINFUL OR TENDER TO TOUCH: Yes
      IS THE SCAR ADHERENT: No
      ARE THERE SEPARATE ENTRY AND EXIT SCARS: No
      ********************************************

   ARE THERE RESIDUALS OF NERVE DAMAGE? No

   ARE THERE RESIDUALS OF TENDON DAMAGE? No

   ARE THERE RESIDUALS OF BONE DAMAGE? No

   IS THERE A FINDING OF MUSCLE HERNIATION? No

   IS THERE A LOSS OF DEEP FASCIA OR MUSCLE SUBSTANCE? No

   IS THE MOTION OF ANY JOINT LIMITED BY MUSCLE DISEASE OR INJURY? No

TESTS
=====
   CLINICAL TESTS AND RESULTS:
      NO TEST ORDERED.

DIAGNOSIS
=========

   EMPLOYMENT HISTORY
   ------------------
      USUAL OCCUPATION:
         COMBAT ENGINEER ARMY BEFORE ARMY BACK TENDER HE REWINDED THE PAPER ON PAPER
         FACTORY MASSACHUSSETS FOR 10 YEARS
      IS VETERAN CURRENTLY EMPLOYED? No
      IS VETERAN RETIRED? Yes
         DATE OF RETIREMENT: 09/04/08
         CAUSE OF RETIREMENT:
            Medical (physical problem), Medical (psychiatric problem)
            MEDICAL/PHYSICAL PROBLEMS:
               LUMBAR SPINE FRACTURE DISC HERNIATION AND BUTTOCK IN JURIES
            PSYCHIATRIC PROBLEMS:
               PTSD AND TBI

   SUMMARY OF ALL EFFECTS ON OCCUPATIONAL AND DAILY ACTIVITIES:
      DIAGNOSIS OR ETIOLOGY OF PROBLEM:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL ▮▮▮▮ <br><br> LAS MARIAS, PUERTO RICO   00670 <br> DOB:01▮▮▮▮1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 063

# Progress Notes

1. RESIDUAL SHRAPNEL WOUND AND SKIN WOUND, RIGHT BUTTOCK

2. RESIDUAL SHRAPNEL WOUND AND SKIN WOUND, RIGHT BUTTOCK

PROBLEM ASSOCIATED WITH THE DIAGNOSIS: BILATERAL BUTTOCK PAIN
GENERAL OCCUPATIONAL EFFECT: Not Employed
ARE THERE EFFECTS OF THE PROBLEM ON USUAL DAILY ACTIVITIES: Yes
 CHORES: Severe
 SHOPPING: Severe
 EXERCISE: Severe
 SPORTS: Prevents
 RECREATION: Prevents
 TRAVELING: Severe
 FEEDING: None
 BATHING: Severe
 DRESSING: Severe
 TOILETING: Moderate
 GROOMING: None
 ****************************
 OCCUPATIONAL HISTORY: HE STUDIED UP TO 4 YEARS OF HIGH SCHOOL. BEFORE THE ARMY
HE
 WORKED IN A PAPER FACTORY REWINDING PAPER AS A BACK TENDER FOR 10 YEARS. HE
WORKED
 IN THE ARMY AS A COMBAT ENGINEER FOR 5 YEARS. NOTE: ***DUE TO HIS SC BUTTOCKS
 MUSCLE INJURY THERE ARE NO LIMITATIONS TO WORK** AND GET A REMUNERATIVE JOB***.


/es/ JORGE R BERRIOS-RIVERA
Physician, C&P/Physical Med & Rehab
Signed: 05/10/2010 07:13

---

 LOCAL TITLE: RMS/POLYTRAUMA-SOCIAL WORK NOTE
STANDARD TITLE: POLYTRAUMA NOTE
DATE OF NOTE: MAY 06, 2010@14:26    ENTRY DATE: MAY 06, 2010@14:26:25
 AUTHOR: VARGAS-GOIRE,MAIRYN  EXP COSIGNER:
 URGENCY:                       STATUS: COMPLETED

                   Polytrauma Social Work Intervention

          Address: BO DOMINGUITO         Phone: [787]237-6595
                   CARR 129
                   ARECIBO, PR  00612     County: ARECIBO

   Marital Status: NEVER MARRIED         Age: 34
         Religion: ROMAN CATHOLIC CHURCH  Sex: MALE
       Occupation:
Period of Service: PERSIAN GULF WAR
Branch of Service: ARMY
           Combat: NO                     POW: NO

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL ▆▆▆▆▆ LAS MARIAS, PUERTO RICO  00670 DOB:01▆▆▆1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 064

# Progress Notes

```
     GROOMING: Moderate
     ADDITIONAL COMMENTS: EFFECTS ON DAILY ACTIVITIES DESCRIBED ABOVE ARE ONLY DURING
     EPISODES OF PROSTRATING HEADACHE.
     ********************************************

   COMMENTS:
     BASED ON RECORDS REVIEW, HISTORY, PHYSICAL EXAM AND TODAY'S EXAMINATION, IT'S MY
     OPINION THAT VETERAN IS ABLE TO OBTAIN, PERFORM AND SECURE A SUSTANTIAL GAINFUL
     OCCUPATION REQUIRING A LIGHT, SEDENTARY AND/OR SEMI-SEDENTARY DUTY WORK.

   WAS A MEDICAL OPINION REQUESTED? No




/es/ Karina Rodriguez-Juan, MD
Physician, C&P/Neurology
Signed: 05/26/2010 14:13
```

---

```
 LOCAL TITLE: PROSTHETICS' EQUIPMENT RECEIPT
STANDARD TITLE: ORTHOTICS PROSTHETICS OUTPATIENT NOTE
DATE OF NOTE: MAY 18, 2010@08:36:56  ENTRY DATE: MAY 18, 2010@08:37:16
     AUTHOR: SANTIAGO,LUISA A     EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED

Prosthetic's Equipment Receipt
The  Patient ,  signed the receipt for   GEL ELECTRODES , on May 18,
2010 at 8:36 AM. Given at the Prostethic's Service Area.
Please see VistA Imaging for the details of this
form.


                    *** SCANNED DOCUMENT ***
                    SIGNATURE NOT REQUIRED


  Electronically Filed: 05/18/2010
                    by: IMED CONSENT
```

---

```
 LOCAL TITLE: PSYCHIATRIC CONSULT
STANDARD TITLE: PSYCHIATRY CONSULT
DATE OF NOTE: MAY 13, 2010@04:48    ENTRY DATE: MAY 13, 2010@04:48:39
     AUTHOR: LUGO-RODRIGUEZ,GABR EXP COSIGNER: FEBLES-GORDIAN,INDRA
     URGENCY:                      STATUS: COMPLETED

          Patient came to the psychiatric intervention center after evaluation at
the Emergency Room by Dr. Diaz-Alcala to consider an opioid detoxification.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL ▮▮▮▮ LAS MARIAS , PUERTO RICO  00670 DOB:01▮▮▮1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 065

# Progress Notes

Patient currently followed at polytrauma clinics by Dr. Acosta last times on May
6, 2010. Patient with with history of back trauma resulting in surgical
procedures (march/07) at back & buttocks for removal of metal fragments,
secondary to an EFP (explosive force proyectile). Patient is currently using
prescribed opioid medications in order to manage his chronic pain. Patient
reported feeling fine to nursing staff during the behavioral assesment. He was
fully oriented, in contact with reality, denying suicidal and homicidal ideas.
Mr. Roman informed not been interested in a psychiatric evaluation because he
was already enrolled in Polytrauma and Postraumatric stress disorder clinics.
Patient was taken to the waiting area but was not there when was called for
psychiatric evaluation. He has a schedulle folllow up appointment with Dr.
Vicente on June 9, 2010.


/es/ GABRIEL LUGO-RODRIGUEZ
Resident, Psychiatry Service
Signed: 05/13/2010 05:08

/es/ INDRA FEBLES-GORDIAN,MD
Physician/Psychiatry Service/Psychiatrist
Cosigned: 05/13/2010 07:33


Receipt Acknowledged By:
05/13/2010 09:22        /es/ DEBORAH A. ACOSTA-RAMIREZ,MD
                        Physician/Psychiatry Service/Psychiatrist

---

 LOCAL TITLE: BEHAVIORAL NURSING SCREENING
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAY 13, 2010@03:25     ENTRY DATE: MAY 13, 2010@03:25:55
     AUTHOR: CIRILO-MATOS,ALFRED  EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED

                              Department of Veterans Affairs
                              VA Caribbean Healthcare System

                              BEHAVIORAL NURSING SCREENING


Patient Name: ROMAN-PADILLA,MANUEL
Social Security: 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
Date: MAY 13, 2010

On arrival patient was: Wheelchair
Homeless: No

Vital Signs Measurement:
Temperature:    98.1 F [36.7 C] (05/13/2010 00:10)
Pulse         80 (05/13/2010 03:24)
Respiratory Rate: 16 (05/13/2010 03:24)
Blood Pressure:  130/83 (05/13/2010 03:24)
Weight:         204 lb [92.7 kg] (05/07/2010 10:43)

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL <br><br> LAS MARIAS, PUERTO RICO  00670 <br> DOB:01█████1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 066

# Progress Notes

```
(x) Reports improved family and social relationships.
(x) Demonstrates improved capability to manage adequately situations that
    may trigger relapse.
(x) Has received support from his/her significant other who is
    participating very actively in the participant's rehabilitation plan.

    Reports improvement in the following emotional and psychological
    symptoms:
(x) Reports improved ability to perform self care activities.
(x) Shows significant progress to manage anger adequately.
(X) Good adherence with individual therapy
(X) Good adherence with group therapy.
(X) Good adherence with pharmacotherapy.
```

Comments:Veteran did not attend any hour of intervention due to a request that
he had made for personnal treason. Is IOP staff and primary AT that veteran had
improved sinces he started IOP and is making great effort to comply. Veteran
will be referred to pain clinic. abd is expected on 09-10-10 for individual
counseling.

```
Plan:
        1. Continue with INTENSIVE OUTPATIENT PROGRAM Rehabilitation PLAN.
        2. Veteran continue participating of individual and group intervention.
        3. Continue counseling to avoid triggers and high risk situations.


/es/ SIDNEY MARIANI-COLON
ADDICTION THERAPIST
Signed: 09/09/2010 14:44

Receipt Acknowledged By:
09/09/2010 15:40        /es/ LUIS COLLAZO-RODRIGUEZ, Ph.D
                             Staff Psychologist, Psychology Service
09/09/2010 15:05        /es/ NURIA F FLORES-VEGA
                             ADDICTION THERAPIST
09/09/2010 14:48        /es/ YOLANDA I HUERTAS-MORALES, MSW
                             CLINICAL SOCIAL WORKER
09/09/2010 16:40        /es/ Katherine I MERCADO-NAZARIO
                             PSYCHIATRIST
09/10/2010 07:13        /es/ LUIS R MORALES-LABOY
                             ADDICTION THERAPIST
```

```
 LOCAL TITLE: RMS/POLYTRAUMA/INTERDISCIPLINARY TEAM MEETING
STANDARD TITLE: PHYSICAL MEDICINE REHAB NOTE
DATE OF NOTE: SEP 07, 2010@14:29    ENTRY DATE: SEP 07, 2010@14:29:36
     AUTHOR: MOTTA-VALENCIA,KERY   EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

Active problems:
postconsussion symptoms after blast (EFP), PTSD, LBP due to DDD,  chornic
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

ROMAN-PADILLA,MANUEL

LAS MARIAS, PUERTO RICO  00670
DOB:01████1976

VISTA Electronic Medical Documentation
Printed at SAN JUAN VA MEDICAL CENTER

ROMAN 067

# Progress Notes

headaches

Case of a 34 y/o MALE pt followed at Polytrauma since 2008, last interdisciplinary meeting was Apr/7/2009. At that time, pt had completed cognitive rehab interventions & initial Polytrauma clinics care plan. His main needs of service were for chronic pain management due to LBP, that failed to stabilize although all conservative treatments were exhausted and was referred to the Chronic NonMalignant Pain Program (IPRP).

After prolonged follow up at IPRP, pt continued with LBP refractory to multiple Tx alternatives. Implementation of opiods appears to be non-contributory to improvements in pain/function status, physical exam finidings. Additionally, pt exhibited poor compliance to medications usage and denied to withdrawal symptoms. Pt was discharged from the clinic being free of withdrawal symptoms and tolerating w/o any pain meds. It was concluded that restarting narcotics at this time has relative contraindications due to no clear necessity, exposing patient again to adverse effects when no significant outcomes expecetd with narcotics, particularly in this patient exhibiting poor insight towards pain treatment goals due to TBI.

Above considerations are in agreement with our Polytrauma's clinic previous experience with patient, in which pt had poor compliance and no objective improvements with narcotic therapy; furthermore with potential risk of narcotic abuse based on a previous history of this problem that had been documented in medical charts from Buchanan.

Currently in Polytrauma he is receiving OT groups therapies with empahsis in: coping skills, stress management, communication skills & cognitive program. He is also followed by Social Worker on consentual partner conflicts, legal issues with daughter custody. He was scheduled last week for MD appointment where was no-show, and therefore Interdsiciplinary meeting was completed today. A new appointment reccommended in 30 days. Currently no immediate need for medications, reviewed chart and all pain meds have refills x 2 in active orders.

Dr. Soto reccommendations (reproted on addendum to Psychologoist note of aug/26/2010) wre reivewed and agree with him:
-Patient has been noncompliant and erratic regarding use of narcotic medications (Morphine sulfate and Oxy IR 5mg); with increased risk for misuse of medications.
-Non-narcotics are the medications of preference for his pain management, including:
 - NSAIDs: currently in Anaprox, an option may be meloxicam 15mg.
 - muscle relaxants : currently cyclobenzaprine, options are Norflex PO or Skelaxin (NF).
 - analgesics: currently Tramadol, may consider increased up to 100mg qid monitoring for interactions with SSRIs.
 - topical agents: continue with lidoderm.

Future considerations for pain management may include: trigger point injections,

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL ▬▬▬▬ LAS MARIAS, PUERTO RICO  00670 DOB:01▬▬1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 068

# Progress Notes

```
acupuncture


PLAN:
1. agree to continue active with Intensive Outpatient Program (IOP), for
substance abuse disorder
2. agree with IPRP program reccommendations to monitor testosteron levels, bit
is pending Endocrine clinics consult after completing IOP
3. Meds: will monitor as above, no changes at this time
4. PolyT:
-continue OT groups therapy
-continue SW/Case management
-since pt was No-Show to last appointment Sep/2/2010 with Dr. Motta;
        re-schedule in 30 days (end-Sep or early-Oct)
        keep upcoming apopointment for Dr. Motta, nov/4/2010 as scheduled




The following providers were present today:
ARZOLA-TORRES,YOLANDA
ROMAN-SOLER, ZAMARYS
MOTTA-VALENCIA, KERYL

/es/ KERYL MOTTA-VALENCIA, MD
PHYSICIAN, PHYSICAL MED & REHAB
Signed: 09/07/2010 15:59

Receipt Acknowledged By:
09/08/2010 13:28         /es/ YOLANDA ARZOLA-TORRES, PT
                             PHYSICAL THERAPIST, PM&R, PT SECTION
09/07/2010 17:09         /es/ ZAMARYS ROMAN-SOLER, MS, OTR/L
                             OCCUPATIONAL THERAPIST, PM&R SERVICE, OT SECTION
09/09/2010 10:20         /es/ MAIRYN VARGAS-GOIRE
                             CLINICAL SOCIAL WORKER
```
---
```
 LOCAL TITLE: NO-SHOW CONSULT
STANDARD TITLE: NO SHOW NOTE
DATE OF NOTE: SEP 02, 2010@16:23    ENTRY DATE: SEP 02, 2010@16:23:25
     AUTHOR: MOTTA-VALENCIA,KERY  EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

                    NO-SHOW CONSULT

SEP 02, 2010 16:23

LAST OUTPATIENT VISIT:
9/1/10 @ 1430   SJ.IOP/GROUP/COLLAZO
8/31/10 @ 1430   SJ.IOP/GROUP/S.MARIANI
8/30/10 @ 1400   SJ.IOP/GROUP/N.FLORES
8/27/10 @ 1430   SJ.IOP/GROUP/V.NEGRON
```
---

ROMAN 069

**Medical Record**

Roman, Manuel    DOB: 21 Jan 1976  SSN: ***-**-0263    DoD ID: 1272425414    Created: 25 Sep 2018

**SO Note** Written by CABALLERO,GILBERTO @ 05 Jul 2012 1622 EDT

**History of present illness**

The Patient is a 36 year old male.  Source of patient information was patient.  Source of patient information was medical records.  Encounter Background Information: NG soldier who was called to active duty service June 2006 for OIF and deployed to Iraq on Sep 2006. Medical records show he was evaluated for a low back sprain on 13 Dec 2006 that responded to NSAID and muscle relaxant therapy. He was stable and continued his military duties until 29 Mar 2007 when, as a gunner on patrol his vehicle was hit by an EFP receiving shrapnel injuries to both buttocks. He reported no LOC, no ringing of the ears. He was partially treated at the combat hospital and then transferred to Landstuhl and to WRAMC in April 2007. He was followed by general surgery and showed an excellent healing process. As soldier continued with LBP, a lumbar CT scan on 3 Mar 2007 showed bilateral L5 spondylosis and DDD L5-S1. PMR gave physical therapy with a slight response. As he persisted with LBP and numbness and tingling of LE a lumbosacral MRI was done and showed broad-based protrusion L1-L2 and a small central focal disc protrusion at L5-S1. There is also history of PTSD treated with psychotropic medications.  Past medical history reviewed with patient, medication list reviewed with patient, and surgical history reviewed.

In the Army for 5-6 years.

Midline lower back pain.  No lower back pain radiating.  Chronic lower back pain, worsens with sitting, with standing, with walking, with bending forward, before storms, with cold temperatures, relieved by lying down on the back with a pillow under the knees, by medication, and by heat.

No systemic symptoms.  No eye symptoms.  No cardiovascular symptoms.  No pulmonary symptoms.  No fecal incontinence.  No urinary loss of control.  No endocrine symptoms.  No hematologic symptoms.

**Allergies**

An allergy to NSAIDs Ketorolac- generalized rash.

**Past medical/surgical history**

**Reported:**

Medical: Previous psychiatric treatment.

Surgical / Procedural: No surgical / procedural history.

Medications: Taking medication for pain, medication to help sleep, and medication for depression.

**Personal history**

Behavioral: Cigarette smoking one pack of cigartees per day and wishing to stop smoking for health reasons.

Alcohol: Alcohol use occasionally on holidays or parties.

Home Environment: Rents home, durable medical equipment: a bench, chair, or stool in the shower/tub, a hand-held shower, grab bars in the shower/tub, and cane.

Education: Has high school diploma.

Military: Military service in Iraq during Operation Iraqi Freedom - direct combat.

Work: Unemployed and currently on partial disability.

Activities: Per day watching television.

Religion: Religion: Roman Catholic.

Marital: Currently married.

**Family history**

Aunts and uncles paternal aunts and uncles several with DM type II

No family history of cancer

No family history of mental illness (not retardation)

No family history of allergies.

**Physical findings**

**General Appearance:**

° Alert.  ° Active.  ° In no acute distress see NARSUM.

**Tests**

**Imaging:**

X-Ray Lumbosacral Spine:

Complete x-ray of lumbosacral spine with oblique views was performed Radiology Report Details

Procedure: Location:

SPINE LUMBOSACRAL SERIES W/OBLIQUES SAN JUAN VAMC

Exam Date:

06Oct10@0809

Reason for Order:

CHRONIC LBP

Report Status:

VERIFIED

Report Text:


Impression:


Report:

Lumbosacral spine AP lateral and both oblique projections:


Examination shows normal preservation of the vertebral body heights and intervertebral spaces. The posterior elements of the spine appear normal.

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

ROMAN 070

**Medical Record**

Roman, Manuel      DOB: 21 Jan 1976   SSN: ***-**-0263      DoD ID: 1272425414          Created: 25 Sep 2018

Mineralization is normal. Paravertebral soft tissues are unremarkable.

Display includes data currently available from Veterans Health, AHLTA Health, BHIE Repository Health, SHARE Health, Theater Health

-------------------------------------------------------------------------------.

MRI Spinal:
An MRI of the lumbar spine without contrast was performed Radiology Report Details
Procedure: Location:
MRI LUMBAR SPINE W/OUT CONT. SAN JUAN VAMC
Exam Date:
16Jul08@1404
Reason for Order:
PATIENT WITH PERSISTEN TLOW BACK PAIN. LUMBAR SPIN EMRI SHOWED DDD AT LOWER THORACIC SPINE.
Report Status:
VERIFIED
Report Text:

Impression:

Report:
Lumbar spine without contrast done on 7/16/2008.

Technique: Sagittal T1 and T2, axial T1 and T2 images of the lumbar spine
were obtained.

Findings:

Vertebral body height and alignment are adequate. There are multilevel
Schmorl's nodes. The bone marrow is of normal signal. The conus medullaris is
in adequate position at T12-L1.

Prominent epidural fat surrounding the thecal sac which is compatible with
epidural lipomatosis. The visualized portion of the cord has normal signal
and size. The prevertebral and paraspinal soft tissues are within normal
limits.

At the T11-T12 and T12-L1 there are diffuse disc bulge without significant
neural foramina narrowing.

At L1-L2 level there is no significant disc bulge or neural foraminal
narrowing.

At L2-L3, L3-L4 and L4-L5 levels there are diffuse disc bulge and mild
bilateral facet joint and posterior ligament hypertrophy changes without
significant neural foraminal narrowing.

At L5-S1 level there are diffuse disc bulge and bilateral facet joint and
posterior ligament hypertrophy changes with mild bilateral neural foraminal
narrowing.

There is diffuse spinal canal narrowing throughout the lumbar spine, which
could be in part by congenital spinal canal stenosis.

Display includes data currently available from Veterans Health, AHLTA Health, BHIE Repository Health, SHARE Health, Theater Health
Radiology Report Details
Procedure: Location:
MRI LUMBAR SPINE W/OUT CONT. SAN JUAN VAMC
Exam Date:
12Nov10@1427
Reason for Order:
PT W/ DISCOGENIC DISEASE T-10 TO L5 AFTER MVA DURING ACTIVE DUTY

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS
INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 83**

**Medical Record**

Roman, Manuel      DOB: 21 Jan 1976   SSN: ***-**-0263      DoD ID: 1272425414      Created: 25 Sep 2018

Report Status:
VERIFIED
Report Text:

Impression:

Report:
Lumbar spine MRI without contrast done on 11/12/2010.

Technique: Sagittal T1 and T2, axial T1 and T2 images of the lumbar spine were obtained.

Findings:

Limited study seems some of the images, especially the sagittal T1 sequence is degraded by motion artifact, nondiagnostic. Patient is unable to space still.

Vertebral body height and alignment are adequate. The bone marrow is of normal signal. The conus medullaris is in adequate position at T12-L1 level. There are Schmorl nodes in the superior and inferior endplates of T12 vertebral body and inferior endplate of T11 vertebral body.

There is no evidence of spinal canal masses or epidural collections.  The visualized portion of the cord has normal signal and size. The prevertebral and paraspinal soft tissues are within normal limits.

There is decreased intervertebral disc space at T12-L1 level without significant spinal canal stenosis or neuroforaminal narrowing.

At L1-L2 level there is no significant disc bulge, spinal canal stenoses or neural foraminal narrowing.

At L2-L3 level there is disc dehydration without significant spinal canal stenosis or neuroforaminal narrowing.

At L3-L4 level there is no significant disc bulge, spinal canal stenoses or neural foraminal narrowing.

At L4-L5 level no significant disc bulge, spinal canal stenoses or neural foraminal narrowing.

At L5-S1 level there is no significant disc bulge, spinal canal stenoses or neural foraminal narrowing.

    Display includes data currently available from Veterans Health, AHLTA Health, BHIE Repository Health, SHARE Health, Theater Health
    --------------------------------------------------------------------------------.

**A/P** Last Updated by CABALLERO,GILBERTO @ 05 Jul 2012 1413 EDT
**1. Visit for: military services medical evaluation board (MEB)**(FITNESS FOR DUTY EXAMINATION)
**2. LUMBAGO**
**3. INTERVERTEBRAL DISC DEGENERATION - LUMBAR**
**4. POST-TRAUMATIC STRESS DISORDER**

**Disposition** Written by CABALLERO,GILBERTO @ 05 Jul 2012 1623 EDT
**Released w/o Limitations**
**Follow up:**  with PCM. - Comments: Continue medical and psychiatric care at the local VA medical center.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Medical board

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
ROMAN 072

**Medical Record**

Roman, Manuel        DOB: 21 Jan 1976    SSN: ***-**-0263      DoD ID: 1272425414        Created: 25 Sep 2018

Signed By  CABALLERO, GILBERTO (Physician, Rodriguez Army Health Clinic) @ 05 Jul 2012 1624

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.        **Page 85**

**ROMAN 073**

# Progress Notes

```
        GOAL:  Perform activities of daily living [MI] and/or ambulation
               verbalizing pain level of [4]/10 or less.


    PATIENT[x] participated on development of long term
    goal(s) as follows: be able to do his normal ADL'S with less pain.

EDUCATION:
Teaching Assessment:
  Type of teaching:
  - INITIAL Teaching
  Participant(s):
    Patient
  - Readiness to Learn:
    - Ready to learn and receptive for education
  Learning Barriers:
    - No barriers
  Learning Preferences/Styles:
    - One-to-One Training
  Teaching method used:
    - Discussion
    - Written Material
The following education were provided according to identified learning
need(s):
  - Rehabilitation/Habilitation:
        - Exercise:
          -Stretching program.
          -Precautions on exercising.
Teaching Evaluation
  Teach me back method was utilized to assess understanding of education
  provided:
  Level of Understanding:
    - Good.
  - Verbalize understanding of the information provided.
  - Information given in:
    Spanish


/es/ YOLANDA ARZOLA-TORRES, PT
PHYSICAL THERAPIST, PM&R, PT SECTION
Signed: 11/27/2012 14:41
```

```
 LOCAL TITLE: RMS/POLYTRAUMA/INTERDISCIPLINARY TEAM MEETING
STANDARD TITLE: PHYSICAL MEDICINE REHAB NOTE
DATE OF NOTE: NOV 20, 2012@18:30    ENTRY DATE: NOV 20, 2012@18:30:07
     AUTHOR: MOTTA-VALENCIA,KERY  EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

   *** RMS/POLYTRAUMA/INTERDISCIPLINARY TEAM MEETING Has ADDENDA ***
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

ROMAN-PADILLA,MANUEL

LAS MARIAS, PUERTO RICO  00670
DOB:01██1976

Printed at SAN JUAN VA MEDICAL CENTER

# Progress Notes

This is a 36 y/o male patient who was first evaluated at Polytrauma clinic on Jan/9/2008, where reported he was involved in an EFP incident on March 29, 2007. At first encounter in the Polytrauma clinic, patient came diagnosed with CLBP that had onset since injury in EFP incident and he was receiving treatment for PTSD. Pt had not been previously evaluated for TBI, and no prior LOD or service medical charts were available to review.

At initial interview revealed that at time of injury patient was doing surveillance, as Gunner on RG-31 when EFP fell at few feet away. Pt reported that he fell into the vehicle, bumped helmet to floor and recalled that peers assisted him, but that he was knocked out with pain killers and next thing he recalled was being in a hospital.

The history provided was unremarkable for focal/transient neurologic deficits as expected in a concussion, however it is noted that there is memory gap. This memory gap could have represented post-traumatic amnesia or alteration to consciousness, versus the sedative effects from pain killers. However, it is noted this memory gap was temporarily related to the EFP incident adding weight to the impression that this event represented a concussive exposure but severity of event is difficult to assess.  The duration of the patient's memory gap, is a severity indicator for TBI, but could not be estimated due to the inevitable difficulty patient's have in recalling remote events. At present and after performing this case review, it appears that transport time from accident to the hospital (his next clear memory) should be considered as the best estimate duration of this memory gap: if reached facility in less than 30 minutes, then this was a mild TBI; if reached facility in  30 minutes or more then indicates moderate TBI.

Further interdisciplinary evaluation were considered to help support diagnosis of TBI:
-Somatic symptoms were a complaint in the NBS (including : headaches; photophobia; Poor coordination, clumsy) and progress notes in chart (reporting patient complaints of imbalance, falling & vertigo). It should be noted these are mainly somatic symptoms, that favor TBI.
-When patient started cognitive functional evaluations in 2008, OT reported deficits in memory issues such as those seen with TBI: In terms of cognition, the patient obtained  scores in the Cognistat examination indicating mild impairments in the areas of attention, language repetition, and memory. He obtained scores of moderate impairments in constructional abilities, and visual memory.
-Neuropsychology: Polytrauma clinics Neuropsychologist (Dr. Mendez-Villarrubia) reviewed the patient's psychology & neuropsychology battery reports from outside VA, and also evaluated patient and added further neuropsychology evaluations. On Jan/12/2009, he entered a progress note on Jan/12/2009, documenting the psychological and neuropsychology evaluations done outside VA supported the following diagnoses:
            "Axis I  Posttraumatic Stress disorder
            Cognitive Impairment:  Moderate perceptual abilities, attention and
            verbal learning
            Cognitive Disorder NOS

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| ROMAN-PADILLA,MANUEL <br><br> LAS MARIAS , PUERTO RICO   00670 <br> DOB:01███1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 075

# Progress Notes

        Major Depression, mild"
In conclusion of his review, he concluded: "The results indicate that Mr. Roman's
deficits range from mild to severe, which are attributed to Traumatic Brain
Injury."

Since then, patient has been followed at Polytrauma clinics due to
postconsussion symptoms after blast (EFP), LBP due to DDD, chronic post-
traumatic headaches. Several interdisciplinary modalities have been used for a
symptoms-based approach treatment.


/es/ KERYL MOTTA-VALENCIA, MD
PHYSICIAN, PHYSICAL MED & REHAB
Signed: 11/29/2012 11:31

Receipt Acknowledged By:
11/30/2012 09:28        /es/ MAIRYN VARGAS-GOIRE, ACSW
                             CLINICAL SOCIAL WORKER, SOCIAL WORK SERVICE
11/29/2012 11:44        /es/ DEBORAH A. ACOSTA-RAMIREZ,MD
                             Physician/Psychiatry Service/Psychiatrist
11/29/2012 11:46        /es/ LAURA E DALMASY-FROUIN
                             Optometrist, Surgical Service, Ophthalmology
11/29/2012 11:54        /es/ ITAMAR MENDEZ-LOPEZ, MBA, OTR/L
                             OCCUPATIONAL THERAPIST, PM&R SERVICE, OT SECTION


11/30/2012 ADDENDUM                    STATUS: COMPLETED
Social Worker offered orientation in our office. Patient and his wife were
oriented about Release of Information Office to receive copy of this note. They
were oriented about Fort Buchanan request by fax of this TBI condition and
treatment. However, VA has protocols to information release. Social Worker
offered orientation of Dr. Gilberto Caballero office (787-707-2820 / 2219) and
fax, 787-707-2949. They will request copy of this note and will arrive to Fort
Buchanan office to offer this copy. They understood and agreed orientation
offered. Patient was agreed with this medical letter reason, because he is
pending of military medical board re-evaluation.

/es/ MAIRYN VARGAS-GOIRE, ACSW
CLINICAL SOCIAL WORKER, SOCIAL WORK SERVICE
Signed: 11/30/2012 10:45

 LOCAL TITLE: ADDICTION THERAPIST NOTE
STANDARD TITLE: ADDICTION PSYCHIATRY THERAPIST NOTE
DATE OF NOTE: NOV 19, 2012@14:43    ENTRY DATE: NOV 19, 2012@14:43:27
    AUTHOR: MORALES-LABOY,LUIS    EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED

PRIMARY THERAPIST NOTES:

Mr. Roman is a 36 year old male patient that currently lives with his wife in

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL | Printed at SAN JUAN VA MEDICAL CENTER |
| LAS MARIAS, PUERTO RICO  00670<br>DOB:01███1976 | |

ROMAN 076

# Progress Notes

Printed On Feb 13, 2019

```
 LOCAL TITLE: PRIOR AUTHORIZATION DRUG REQUEST RESPONSE-APPROVED-
STANDARD TITLE: PHARMACY MEDICATION MGT CONSULT
DATE OF NOTE: FEB 12, 2019@15:59    ENTRY DATE: FEB 12, 2019@15:59:45
    AUTHOR: SANCHEZ-CABRERA,JAN  EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED
    SUBJECT: PREGABALIN 50MG ORAL CAP


The medical record has been reviewed with regard to this prior
authorization drug request.

  Medication requested: PREGABALIN 50MG ORAL CAP
  Medication indication: Widespread pain

Medical history relevant to this request:

    Case of a 43 y/o male pt clbp due to muscle spasm/contusion with MBT and TBI
at Irak after an IED explosion threw him back. He blacked out for 1-2 mins and
was admitted to the hospital for excision of metal fragments from his low back
and buttock. Between surgery and rehab he was in the hospital about a year. He
has been seen in the polytrauma clinic.  Has received numerous treatments,
acupuncture, blocks 2-3 times, injections, prior physical therapy and pool
therapy without benefits. Currently on tramadol. Previousuly treated with
gabapentin (1800 mg/d), and amitriptyline (remote data). Trial of pregabalin for
widespread pain approved.


The request is approved
- A documented therapeutic failure of the preferred formulary
  alternative(s) exists




/es/ JANYS SANCHEZ-CABRERA, RPH
Clinical Pharmacist/Pharmacy Service/Ext. 11476
Signed: 02/12/2019 16:05
```
```
 LOCAL TITLE: PATIENT EDUCATION
STANDARD TITLE: EDUCATION NOTE
DATE OF NOTE: FEB 12, 2019@15:58    ENTRY DATE: FEB 12, 2019@15:58:17
    AUTHOR: SANCHEZ-CABRERA,JAN  EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED


Teaching Assessment:
  Type of teaching:
  - INITIAL Teaching
  Participant(s):
    Patient
  - Readiness to Learn:
    - Ready to learn and receptive for education
  Learning Barriers:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ROMAN-PADILLA,MANUEL<br><br>LAS MARIAS, PUERTO RICO  00670<br>DOB:01█████1976 | Printed at SAN JUAN VA MEDICAL CENTER |

ROMAN 077



**DEPARTMENT OF THE ARMY**
U.S. ARMY HUMAN RESOURCES COMMAND
1600 SPEARHEAD DIVISION AVENUE, DEPARTMENT 420
FORT KNOX, KENTUCKY  40122-5402

May 21, 2018

Combat-Related Special Compensation

SPC (RET) Manuel Roman

Arecibo, PR  00612-9107

Original Application Date:  March 30, 2009

Subject:  Army CRSC Decision Letter, (Claim #: 350521)

Dear SPC Roman (RET):

   We have reviewed your claim for Combat-Related Special Compensation (CRSC) and have approved your claim in accordance with current program guidance.  A copy of this decision letter will be sent to the Defense Finance and Accounting Service (DFAS) for payment calculation and processing.  Payment questions should be referred to DFAS at 1-800-321-1080.

## Verified as Combat-Related:

| VASRD | Description | Combat Code | % | CRSC Effective Date | Justification /Comments |
|-------|-------------|-------------|---|---------------------|-------------------------|
| 5317 | Residual Shrapnel Wound and Skin Wound, Right Buttock | ACPH | 0% | OCT 08 | Previously awarded; verified percentage and effective date. |
| 5317 | Residual Shrapnel Wound and Skin Wound, Left Buttock | ACPH | 0% | OCT 08 | Previously awarded; verified percentage and effective date. |
| 5243 | Degenerative Disc Disease, to Include Bulging Discs, Thoracolumbar Spine | ACPH | 40% | OCT 08 | Previously awarded; verified percentage and effective date. |
| 9434 | Depressive Disorder, Not Otherwise Specified | AC | 50% | OCT 08 | This condition is granted due to your combat awards. |

## Total Combined Percentage:

| | |
|---|---|
| Total Combat-Related Disability: | 70%   OCT 08 |

## Unable to Verify as a Combat-Related Disability:

| VASRD | Description | % | Justification/Comments |
|-------|-------------|---|------------------------|
| 6204 | Vertigo (8045-6204) | 30% | Previously requested; no new evidence provided to show combat-related event caused condition. |

ROMAN 078

- 2 -

SPC (RET) Manuel Roman (Claim #: 350521)

| VASRD | Description | % | Justification/Comments |
|-------|-------------|---|------------------------|
| 8100 | Post-Traumatic Headaches (8045-8100) | 30% | Previously requested; no new evidence provided to show combat-related event caused condition. |

Please keep us informed of any changes that take place regarding your CRSC-approved disability ratings. Additionally, if the VA awards you new disabilities that may be combat-related, please forward copies of the VA Rating Decision Letter(s) awarding these new conditions to our office for consideration.

To apply for an additional disability or reconsideration of a previously unverified/changed condition, send a completed Reconsideration Form (CRSC Form 12E) with new supporting documentation to:

> Mail: DEPARTMENT OF THE ARMY
> U.S. Army Human Resources Command
> ATTN: AHRC-PDR-C (CRSC)
> 1600 Spearhead Division Avenue – Dept 420
> Fort Knox, Kentucky 40122-5402
> eMail: usarmy.knox.hrc.mbx.tagd-crsc-claims@mail.mil
> eFax: 1-502-613-9550

*Six Year Statute of Limitations:* CRSC is subject to the 6-year statute of limitations, 31 U.S.C., Section 3702(b). In order to receive the full retroactive CRSC entitlement, you must file your CRSC claim within 6 years of any VA rating decision that could potentially make you eligible for CRSC or the date you become entitled to retired pay, whichever is more recent. If you file your claim more than 6 years after initial eligibility, you will be restricted to 6 years of any retroactive entitlement. Any questions relating to the payment of this claim must be addressed to DFAS, which serves as the payment authority for CRSC.

Thank you for your dedication and selfless service to our Nation. We recommend that you keep this decision as part of your military personnel records. If you have questions regarding this decision, or need Reconsideration Form (CRSC 12e), contact 1-866-281-3254 or visit www.hrc.army.mil/tagd/crsc.

Sincerely,

BARMETTLER.JOANN.LINDA.1148922132
Digitally signed by BARMETTLER.JOANN.LINDA.1148922132
Date: 2018.05.21 15:30:20 -04'00'

JoAnn L. Barmettler
Sergeant First Class, U.S. Army
Certifying Officer, Combat Related
  Special Compensation