# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY B. HEATON, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>        Defendant. | Civil Action No. 1:19-cv-03003-JMC |

[PROPOSED] **ORDER GRANTING DEFAULT JUDGMENT AGAINST IRAN**

Upon consideration of the Bellwether Plaintiffs' Motion for Default Judgment Against Iran, and the entire record herein, it is hereby:

**ORDERED** that judgment is entered in favor of the Bellwether Plaintiffs and against Iran in the total amount of $**882,500,000** ($220,625,000 in compensatory damages and $661,875,000 in punitive damages) and it is further

**ORDERED** that each Bellwether Plaintiff is entitled to damages in the amounts listed in the accompanying chart.

    **SO ORDERED.**

    **Dated: _____**

                                                    _____
                                                    **JIA M. COBB**
                                                    United States District Judge

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post- Judgment Interest Rate |
|---|---|---|---|---|---|
| Mary Heaton | Family Member (Mother of KIA Service Member Robert West) | $6,250,000 – Solatium Damages | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| Lisa Brooks | Family Member (Sister of KIA Service Member Robert West) | $2,500,000 – Solatium Damages | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| Victoria Croft | Family Member (Mother of KIA Service Member David Croft) | $6,250,000 – Solatium Damages. | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| Robin Messer | Family Member (Sister of KIA Service Member David Croft) | $3,125,000 – Solatium Damages | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Tyler Croft | Family Member (Brother of KIA Service Member David Croft) | $3,125,000 – Solatium Damages | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Melodie Hanson | Family Member (Half-Sister of KIA Service Member David Croft) | $3,125,000 – Solatium Damages | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Andrea Whatley | Family Member (Half-Sister of KIA Service Member David Croft) | $3,125,000 – Solatium Damages | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Laurie West | Family Member (Parent of KIA Service Member Laurent West) | $6,250,000 –Solatium Damages | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| **Albert Dyk** | Direct Victim | $4,750,000 – Pain & Suffering Damages | $14,250,000 | $19,000,000 | 28 U.S.C. § 1961(a) |
| **Joseph Morcerf** | Direct Victim | $5,000,000 – Pain & Suffering Damages | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |

3

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post- Judgment Interest Rate |
|---|---|---|---|---|---|
| **James W. Hull** | Direct Victim | $5,000,000 – Pain & Suffering Damages | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| Teresa Hull | Family Member (Mother) | $2,500,000 – Solatium Damages. | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| James Hull | Family Member (Father) | $2,500,000 – Solatium Damages. | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| **Maximillian Miller** | Direct Victim | $5,000,000 – Pain & Suffering Damages | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| Maximillian Miller as Next Friend of J.M. | Family Member (Minor Son) | $2,500,000 – Solatium Damages | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| Caitlin Miller | Family Member (Wife) | $4,000,000 – Solatium Damages | $12,000,000 | $16,000,000 | 28 U.S.C. § 1961(a) |
| **Jon Kone** | Direct Victim | $6,000,000 – Pain & Suffering Damages | $18,000,000 | $24,000,000 | 28 U.S.C. § 1961(a) |
| Lisa Hundley | Family Member (Wife of KIA Military Contractor Curtis Lee Hundley). | $10,000,000 – Solatium Damages | $30,000,000 | $40,000,000 | 28 U.S.C. § 1961(a) |
| Lisa Hundley As Personal Representative of the Estate of Curtis Lee Hundley | Family Member (Executor/Personal Representative of the Estate of Curtis Lee Hundley). | $1,000,000 – Conscious Pain & Suffering Survival Damages | $3,000,000 | $4,000,000 | 28 U.S.C. § 1961(a) |
| **Robert Sabado** | Direct Victim | $7,000,000 – Pain & Suffering Damages | $21,000,000 | $28,000,000 | 28 U.S.C. § 1961(a) |

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post- Judgment Interest Rate |
|---|---|---|---|---|---|
| Michelle Sabado | Family Member (Wife) | $4,000,000 – Solatium Damages | $12,000,000 | $16,000,000 | 28 U.S.C. § 1961(a) |
| Skyler Sabado | Family Member (Son) | $2,500,000 – Solatium Damages | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| Crystal Sabado | Family Member (Daughter) | $2,500,000 – Solatium Damages | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| Tiffany Sabado | Family Member (Daughter) | $2,500,000 – Solatium Damages | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| **Christopher Gomes** | Direct Victim | $9,000,000 – Pain & Suffering Damages | $27,000,000 | $36,000,000 | 28 U.S.C. § 1961(a) |
| **Joshua Matson** | Direct Victim | $6,000,000 – Pain & Suffering Damages | $18,000,000 | $24,000,000 | 28 U.S.C. § 1961(a) |
| Joshua G. Matson | Family Member (Son) | $2,500,000 – Solatium Damages | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| **Manuel Roman** | Direct Victim | $7,000,000 – Pain & Suffering Damages | $21,000,000 | $28,000,000 | 28 U.S.C. § 1961(a) |
| **Bradley Salisbury** | Direct Victim | $6,500,000 – Pain & Suffering Damages | $19,500,000 | $26,000,000 | 28 U.S.C. § 1961(a) |
| Deidre Salisbury | Family Member (Wife) | $4,000,000 – Solatium Damages | $12,000,000 | $16,000,000 | 28 U.S.C. § 1961(a) |
| Robin Bogacz | Family Member (Mother) | $2,500,000 – Solatium Damages | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| Amy Crandall | Family Member (Sister) | $1,250,000 – Solatium Damages | $3,750,000 | $5,000,000 | 28 U.S.C. § 1961(a) |

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post-Judgment Interest Rate |
|---|---|---|---|---|---|
| **Robert Crossno** | Direct Victim | $7,500,000 – Pain & Suffering Damages | $22,500,000 | $30,000,000 | 28 U.S.C. § 1961(a) |
| Angela Crossno | Family Member (Mother) | $2,500,000 – Solatium Damages | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| **Jeffrey Kadis** | Direct Victim | $6,500,000 – Pain & Suffering Damages | $19,500,000 | $26,000,000 | 28 U.S.C. § 1961(a) |
| Theresa Kadis | Family Member (Wife) | $4,000,000 – Solatium Damages | $12,000,000 | $16,000,000 | 28 U.S.C. § 1961(a) |
| Lisa Ruiz | Family Member (Mother of KIA Service Member Manuel Antonio Ruiz). | $5,000,000 – Solatium Damages | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| Manuel Ruiz, Sr. | Family Member (Father of KIA Service Member Manuel Antonio Ruiz). | $5,000,000 – Solatium Damages | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| Joshua Ruiz | Family Member (Brother of KIA Service Member Manuel Antonio Ruiz). | $3,125,000 – Solatium Damages | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Jacobo Ruiz | Family Member (Brother of KIA Service Member Manuel Antonio Ruiz). | $3,125,000 – Solatium Damages | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Gretchen Miller | Family Member (Mother of KIA Service Member Jeremy Horton). | $5,000,000 – Solatium Damages | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |

| Plaintiff | Direct Victim/Family Member | Base Compensatory Damages | Punitive Damages | Total Award (total with punitive damages) | Post- Judgment Interest Rate |
|---|---|---|---|---|---|
| William Neff | Family Member (Father of KIA Service Member Christian Neff). | $6,250,000 – Solatium Damages | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| Nancy Neff | Family Member (Mother of KIA Service Member Christian Neff). | $6,250,000 – Solatium Damages | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| Shannon Neff | Family Member (Sister of KIA Service Member Christian Neff). | $3,125,000 – Solatium Damages | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Gary Hubbell | Family Member (Father of KIA Service Member Darren Hubbell). | $5,000,000 – Solatium Damages | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| David Stelmat, Sr. | Family Member (Father of KIA Service Member David Stelmat, Jr.). | $6,250,000 – Solatium Damages | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| Carisa Girdwood | Family Member (Sister of KIA Service Member David Stelmat, Jr.). | $3,125,000 – Solatium Damages | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| Rebecca McGraw | Family Member (Sister of KIA Service Member David Stelmat, Jr.). | $3,125,000 – Solatium Damages | $9,375,000 | $12,500,000 | 28 U.S.C. § 1961(a) |
| **Michael Wells** | Direct Victim | $6,500,000 – Pain & Suffering Damages | $19,500,000 | $26,000,000 | 28 U.S.C. § 1961(a) |