IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY B. HEATON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Civil Action No. 1:19-cv-03003-JMC |

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN PLAINTIFFS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Nathaniel Wayne Gay and Amanda Wayne, through their undersigned counsel, hereby provide notice of their voluntary dismissal without prejudice from the above-captioned action. Under Rule 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The above-named Plaintiffs may, by notice, voluntarily dismiss their actions against Iran at this date because Iran has failed to appear or otherwise respond to this action.

The above-named Plaintiffs are not, by this notice of voluntary dismissal of their own action against Iran, seeking dismissal or taking any other action with respect to the actions of any other Plaintiffs who intend to continue to pursue this action. *See* 5 Moore's Federal Practice, § 41.06-1, p. 1088 ("…even if courts read Rule 41(a) restrictively, they may still permit termination of the action as to fewer than all the parties …"); Wright & Miller, 9 *Fed. Prac. & Proc. Civ.* § 2362 (4th ed.) ("The power to drop some plaintiffs or defendants from [a] suit plainly exists, either explicitly in the Federal Rules or in the district court's inherent power.").

Respectfully submitted,

Dated: October 9, 2024

/s/     *Matthew D. McGill*
Matthew D. McGill (D.C. Bar No. 481430)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9522
mmcgill@gibsondunn.com

/s/     *Craig W. Carlson*
Craig W. Carlson (D.C. Bar No. TX0182)
Philip J. Koelsch (D.C. Bar No. TX0039)
THE CARLSON LAW FIRM, P.C.
100 East Central Expressway
Killeen, TX 76541
Telephone: (254) 526-5688
Facsimile: (254) 526-8204
ccarlson@carlsonattorneys.com
pkoelsch@carlsonattorneys.com

*Attorneys for Plaintiffs*