# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY B. HEATON, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:19-cv-03003-JMC |
| THE ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion For Leave To File A Second Motion For Default Judgment, it is hereby.

**ORDERED** that Plaintiffs' Motion For Leave To File A Second Motion For Default Judgment is **GRANTED**. It is further **ORDERED** that the plaintiffs listed in Plaintiffs' Motion For Leave To File A Second Motion For Default Judgment, shall move for default judgment by May 8, 2025.

**SO ORDERED**.

Dated: _____                                      _____

                                                         THE HONORABLE JIA M. COBB
                                                         United States District Judge