**Exhibit 1: Plaintiffs and Their Injuries**

| Exhibit No. | Plaintiff or Decedent | Direct Injury Plaintiff, Family Member, or Deceased U.S. Soldier | Location of Proof of Status | Nature and Extent of Injuries | Docket Location of Proof of Injury | D.D.C. *Peterson/Heiser* Baseline Family Member Solatium Damages Amount Before Adjustment | Pain and Suffering Sought for Direct Injury Plaintiffs |
|---|---|---|---|---|---|---|---|
| Ex. 3 | Matthew Ashmead | Direct Victim | Ex. 3 at 2-7, 14, 15 | Posttraumatic stress disorder with major depressive disorder and alcohol use disorder, residual of traumatic brain injury – 100% VA rating | Ex. 3 at 3-7, 17, 19, 20, 21, 24, 51, 55 | | $7,000,000[1] [2] |
| | | | | Tinnitus – 10% VA rating | Ex. 3 at 3-7, 17, 21 | | |
| Ex. 4 | The Late Jerome Potter | Deceased U.S. Soldier | Ex. 4 at 2, 3, 11, 12, 14-17 | | Ex. 4 at 2, 3, 8, 9, 11, 12, 14-17 | | |

---

[1] For a directly-injured claimant, "[c]ourts generally 'begin[ ] with the baseline assumption that persons suffering substantial injuries in terrorist attacks are entitled to $5 million in compensatory damages.'" *Barry v. Islamic Republic of Iran*, 410 F. Supp. 3d 161, 180 (D.D.C. 2019) (quoting *Wultz v. Islamic Republic of Iran*, 864 F. Supp. 2d 24, 37-38 (D.D.C. 2012)).

[2] *See Schooley v. Islamic Republic of Iran*, No. 17-cv-376, 2019 WL 2717888 at *75 (D.D.C. June 27, 2019) (Service-member plaintiffs with VA ratings of 70-100% receive an award of $7,000,000; *Gration v. Islamic Republic of Iran*, 2023 WL 5221955 at *30 (D.D.C. Aug. 15, 2023) ("[S]ervicemember plaintiffs rated 70–100% disabled by the VA will receive a further upward departure, for a total of $7,000,000 ….").

|  | Brad Jones | Family Member (Father) | Ex. 4 at 2-10, 17 | Solatium with aggravating circumstances[3] | Ex. 4 at 2-10 | $5,000,000[4] |
| --- | --- | --- | --- | --- | --- | --- |
| Ex. 5 | The Late Jaron Holliday | Deceased U.S. Soldier | Ex. 4 at 2, 3, 71, 72, 77, 78, 82 |  | Ex. 4 at 2, 3, 71, 72, 77, 78, 82 |  |
|  | Kelly Holliday | Family Member (Mother) | Ex. 4 at 2-18, 82 | Solatium with aggravating circumstances | Ex. 4 at 7-17 | $5,000,000 |
|  | John Holliday, Jr. | Family Member (Father) | Ex. 4 at 19-27, 82 | Solatium | Ex. 4 at 24-26 | $5,000,000 |
|  | John Holliday, III | Family Member (Brother) | Ex. 4 at 28-31 | Solatium | Ex. 4 at 29-30 | $2,500,000[5] |
|  | Joshua Holliday | Family Member (Brother) | Ex. 4 at 32-37 | Solatium | Ex. 4 at 33-36 | $2,500,000 |
|  | Jeremiah Holliday | Family Member (Brother) | Ex. 4 at 38-42 | Solatium | Ex. 4 at 39-41 | $2,500,000 |
|  | Jada Holliday | Family Member (Sister) | Ex. 4 at 43-52 | Solatium with aggravating circumstances | Ex. 4 at 45-51 | $2,500,000 |
|  | Josiah Holliday | Family Member (Brother) | Ex. 4 at 53-59 | Solatium | Ex. 4 at 55-58 | $2,500,000 |
|  | Justus Holliday | Family Member (Brother) | Ex. 4 at 60-64 | Solatium | Ex. 4 at 61-63 | $2,500,000 |

---

[3] For family members of either directly injured victims or deceased U.S. contractors, "an upward adjustment [to solatium damages] may be appropriate in cases with aggravating circumstances, indicated by such things as testimony which describes a general feeling of permanent loss or change caused by decedent's absence or medical treatment for depression and related affective disorders." *Barry v. Islamic Republic of Iran,* 437 F.Supp.3d 15, 54 (D.D.C. 2020) (internal citations and quotations omitted).

[4] "As a starting point, the family of a deceased victim typically receives damages in the amount of . . . $5 million for a parent." *Id*.

[5] "As a starting point, the family of a deceased victim typically receives damages in the amount of . . . $2.5 million for a . . . sibling." *Id*. at 53-54.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jamin Holliday | Family Member (Brother) | Ex. 4 at 65-70 | Solatium | Ex. 4 at 66-69 | $2,500,000 | |
| Ex. 6 | Dale D. Fair | Direct Victim | Ex. 6 at 2-6, 18-21 | Traumatic brain injury with mild neurocognitive disorder – 70% VA rating | Ex. 6 at 5-6, 17-19, 26, 30, 34, 37, 38 | | $7,000,000[6] [7] |
| | | | | Posttraumatic stress disorder, combat-related – 50% VA rating | Ex. 6 at 5-6, 17-19, 27, 30, 34, 35, 37, 39 | | |
| | | | | Peripheral vestibular disorder, status post traumatic brain injury – 30% VA rating | Ex. 6 at 5-6, 17-19, 27, 30, 34, 37 | | |
| | | | | Migraine headaches – 30% VA rating | Ex. 6 at 5-6, 17-19, 26, 30, 37 | | |
| | | | | Bilateral hearing loss – 10% VA rating | Ex. 6 at 5-6, 17-19, 23, 29, 30, 33 | | |
| | | | | Tinnitus | Ex. 6 at 5-6, 17-19, 27, 29, 30 | | |
| | | | | Radiculopathy left lower extremity – 10% VA rating | Ex. 6 at 5-6, 17-19, 22 | | |

---

[6] For a directly-injured claimant, "[c]ourts generally 'begin[ ] with the baseline assumption that persons suffering substantial injuries in terrorist attacks are entitled to $5 million in compensatory damages.'" *Barry v. Islamic Republic of Iran*, 410 F. Supp. 3d 161, 180 (D.D.C. 2019) (quoting *Wultz v. Islamic Republic of Iran*, 864 F. Supp. 2d 24, 37-38 (D.D.C. 2012)).

[7] *See Schooley v. Islamic Republic of Iran*, No. 17-cv-376, 2019 WL 2717888 at *75 (D.D.C. June 27, 2019) (Service-member plaintiffs with VA ratings of 70-100% receive an award of $7,000,000; *Gration v. Islamic Republic of Iran*, 2023 WL 5221955 at *30 (D.D.C. Aug. 15, 2023) ("[S]ervicemember plaintiffs rated 70–100% disabled by the VA will receive a further upward departure, for a total of $7,000,000 ….").

| | | | | Smoke inhalation | Ex. 6 at 5-6, 17-19 | | |
|---|---|---|---|---|---|---|---|
| | Dana Fair | Family Member (Daughter) | Ex. 6 at 8-12 | Solatium | Ex. 6 at 9-11 | $2,500,000[8] | |
| Ex. 7 | Zachary C. Martinez | Direct Victim | Ex. 7 at 2-9, 21, 22, 24, | Posttraumatic stress disorder causing individual unemployability – 70% VA rating | Ex. 7 at 26-29, 31-32, 35-36, 57-61, 81-82, 84-85 | | $7,000,000[9] [10] |
| | | | | Traumatic brain injury with residual dizziness and loss of balance | Ex. 7 at 70-74 | | |
| | | | | Individual Unemployability | Ex. 7 at 27 | | |
| | | | | Tinnitus – 10% VA rating | Ex. 7 at 25, 28 | | |

---

[8] "[F]or the family of an injured victim, courts generally award[ ] . . . $2.5 million.to a child." *Barry*, 437 F. Supp. 3d at 54.

[9] For a directly-injured claimant, "[c]ourts generally 'begin[ ] with the baseline assumption that persons suffering substantial injuries in terrorist attacks are entitled to $5 million in compensatory damages.'" *Barry v. Islamic Republic of Iran*, 410 F. Supp. 3d 161, 180 (D.D.C. 2019) (quoting *Wultz v. Islamic Republic of Iran*, 864 F. Supp. 2d 24, 37-38 (D.D.C. 2012)).

[10] *See Schooley v. Islamic Republic of Iran*, No. 17-cv-376, 2019 WL 2717888 at *75 (D.D.C. June 27, 2019) (Service-member plaintiffs with VA ratings of 70-100% receive an award of $7,000,000; *Gration v. Islamic Republic of Iran*, 2023 WL 5221955 at *30 (D.D.C. Aug. 15, 2023) ("[S]ervicemember plaintiffs rated 70–100% disabled by the VA will receive a further upward departure, for a total of $7,000,000 ….").

| Ex. 8 | David Rogers | Direct Victim | Ex. 8 at 2-11, 22-26 | Post-traumatic stress disorder (PTSD) – 70% VA rating | Ex. 8 at 3-10, 21-23, 26, 31, 33, 39-40 | | $7,000,000[11] [12] |
| | | | | Lumbar spine injury - 10% VA rating | Ex. 8 at 3-10, 21-23, 30 | | |
| | | | | Left lower extremity injury -10% VA rating | Ex. 8 at 3-10, 21-23, 30, 55-57, 66-67 | | |
| | | | | Right lower extremity injury - 10% VA rating | Ex. 8 at 3-10, 21-23, 30 | | |
| | | | | Tinnitus – 10% VA rating | Ex. 8 at 3-10, 21-23, 29 | | |
| Ex. 9 | Larry Clark | Direct Victim | Ex. 9 at 2-18 | Right hand multiple fractures, including two open fractures requiring two surgeries with residual scars of 2" and ¾" | Ex. 9 at 6-11, 17-18, 26-31, 34, 50, 52-53, 55, 58, 59 | | $7,000,000[13] |
| | | | | Post-traumatic stress disorder (PTSD) – 70% VA rating | Ex. 9 at 6-18, 26, 27-28, 32, 34 | | |

---

[11] For a directly-injured claimant, "[c]ourts generally 'begin[ ] with the baseline assumption that persons suffering substantial injuries in terrorist attacks are entitled to $5 million in compensatory damages.'" *Barry v. Islamic Republic of Iran*, 410 F. Supp. 3d 161, 180 (D.D.C. 2019) (quoting *Wultz v. Islamic Republic of Iran*, 864 F. Supp. 2d 24, 37-38 (D.D.C. 2012)).

[12] *See Schooley v. Islamic Republic of Iran*, No. 17-cv-376, 2019 WL 2717888 at *75 (D.D.C. June 27, 2019) (Service-member plaintiffs with VA ratings of 70-100% receive an award of $7,000,000); *Gration v. Islamic Republic of Iran*, 2023 WL 5221955 at *30 (D.D.C. Aug. 15, 2023) ("[S]ervicemember plaintiffs rated 70–100% disabled by the VA will receive a further upward departure, for a total of $7,000,000 ….").

[13] *See Gunn v. Islamic Republic of Iran*, No. 21-1187 (RC), 2024 WL 3566173 at *25 (D.D.C. July 29, 2024) ($7,000,000 in pain and suffering damages awarded to Kathie Brister based on 100% VA rating with complex injuries requiring ongoing treatment); *see also Schooley,* 2019 WL 2717888 at *75; (Service-member plaintiffs with VA ratings of 70-100% receive an award of $7,000,000); *Gration,* 2023 WL 5221955 at *30 ("[S]ervicemember plaintiffs rated 70–100% disabled by the VA will receive a further upward departure, for a total of $7,000,000 ….").

| | | | | | Lacerations to the head and face caused by shrapnel from the blast | Ex. 9 at 6-18, 26, 27-8, 52-53 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Right wrist injury – 10% VA rating | Ex. 9 at 6-11, 17-18, 26, 27-28, 31, 34 | | |
| | | | | | Tinnitus – 10% VA rating | Ex. 9 at 6-11, 17-18, 26, 27-28, 31, 34 | | |