IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY B. HEATON, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>        Defendant. | Civil Action No. 1:19-cv-03003-JMC |

### [PROPOSED] ORDER GRANTING ROUND 2 PLAINTIFFS DEFAULT JUDGMENT AGAINST IRAN

Upon consideration of Round 2 Plaintiffs' Motion for Default Judgment Against Iran, and the entire record herein, it is hereby:

**ORDERED** that judgment is entered in favor of Round 2 Plaintiffs and against Defendant Iran in the amount of $292,500,000; and it is further

**ORDERED** that each Plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED.**

_____
Hon. Jia M. Cobb
United States District Judge

Dated: