IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY B. HEATON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Civil Action No. 1:19-cv-03003-JMC-MJS |

## STATUS REPORT

Plaintiffs respectfully submit the following status report pursuant to the Court's July 1, 2025 minute order. Plaintiffs are United States nationals who seek judgment against Defendant the Islamic Republic of Iran for its role in approximately 420 separate acts of attempted or completed extrajudicial killing that occurred from approximately 2003 to 2011. A subset of Plaintiffs, killed or injured in 20 of those terrorist attacks, filed their pending Bellwether Motion for Default Judgment, ECF No. 51 ("Bellwether Motion") on June 2, 2023. On December 20, 2024, this Court agreed to hold in abeyance "the claims associated with the nine Bellwether attacks impacted by *Borochov v. Islamic Republic of* Iran, 94 F.4th 1053 (D.C. Cir. 2024), and defer ruling on the *Borochov*-impacted Bellwether attacks that occurred on the relevant dates … until final disposition of appellate proceedings in *Borochov v. Islamic Republic of Iran*, No. 24-277 (U.S.)." Minute Order (Dec. 20, 2024). The Supreme Court denied the petition for certiorari in *Borochov* on June 30, 2025. No. 24-277 (U.S. June 30, 2025). This Court then ordered Plaintiffs to "file a status report indicating how they wish to proceed with the *Borochov*-impacted Bellwether Plaintiffs" "by no later than July 21, 2025." Minute Order (July 1, 2025).

1

In light of the Supreme Court's denial of the petition for certiorari in *Borochov*, Plaintiffs intend to file a notice of voluntary dismissal of the plaintiffs injured in the nine bellwether attacks that did not result in any recorded deaths.[1] Plaintiffs also intend to file a notice of voluntary dismissal of the non-bellwether plaintiffs injured in attacks that did not result in any provable death within 90 days.

Dated: July 21, 2025                                    Respectfully submitted,

/s/      *Matthew D. McGill*
Matthew D. McGill
(D.C. Bar No. 481430)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9522
mmcgill@gibsondunn.com

/s/      *Craig W. Carlson*
Craig W. Carlson
(D.C. Bar No. TX0182)
THE CARLSON LAW FIRM, PC
100 East Central Texas Expy
Killeen, TX  76541
Telephone: (254) 526-5688
Facsimile: (254) 526-8204
ccarlson@carlsonattorneys.com

/s/      *Jeremy C. Shafer*
Jeremy C. Shafer (DC Bar No. 1006578)
VETERAN LEGAL GROUP
700 12th Street NW, Suite 700
Washington, D.C.  20005
Telephone:  888.215.7834
jshafer@bannerlegal.com

---

[1] *See* Bellwether Motion at 16-18, 21 (describing attacks committed on December 26, 2007; May 17, 2011; January 4, 2011; October 29, 2008; May 16, 2006; March 29, 2007; August 24, 2007; April 20, 2007; and April 20, 2008).