**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARY B. HEATON, et al.,

                Plaintiffs,

    v.

THE ISLAMIC REPUBLIC OF IRAN,

                Defendant.

Civil Action No. 1:19-cv-03003-JMC

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN PLAINTIFFS

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the following

Plaintiffs, through their undersigned counsel, hereby provide notice of their voluntary dismissal

without prejudice from the above-captioned action:

Kathy Aakre-Ruddy
Allen Ruddy

Noe Abad
R.A., a minor, by next friend Noe Abad
Janina G Abad

Corey Alderman

Migo Algailany

William Allen

Orlando U Andrews
Deborah Andrews
Daijah Andrews
Linda Andrews

Trent Artis
Ashley Artis
Paige Artis
Shaun Artis
Derek Taylor

Sheraon Artis

Joseph Asbery

Keith Austin
Amber Austin

Jesse L Avent
Harriet Avent

Samuel Lee Ayers
Zacchaues Ayers
Janite Ayers
Shauna Ayers

Jose Baggett

Jonathan Bailey

Justin Bardwell

Ronald Barela
Gabriel Barela
Jeremy Barela
Lisa Gonzales

George F. Barton
Heloisa Barton

Archie Bates III

Gregory Beddingfield
Victoria Beddingfield
Viola Beddingfield
Gregory Beddingfield
Adrian Beddingfield

David Bennett
David Bennett Sr.
Carla Remmer
Brittany Sanders

Rodney Bennett

Jeremy Bernheisel

J.B., a minor, by next friend Jeremy Bernheisel
Melva Pikes

James E. Berube
Makayla Berube
Susan Berube

Jean-Louis Blackburn

Jason Blacken
Bill Blacken
Connie Blacken

Gary Boggs
April Arguin

Christopher Boyajian

Timothy Boyd
E.B., a minor, by next friend Timothy Boyd
T.B., a minor, by next friend Timothy Boyd
K.L., a minor, by next friend Timothy Boyd
Hattie Boyd

Brandan J Bradley
Jeroline Bradley
M.B., a minor, by next friend Brandan Bradley

Francis Brennan

John Charles Brewer
Jordan Christine Brewer
Courtney Jill Brewer
John Curtis Brewer
John Christopher Brewer

Dennis Brophy Jr.

Deandre K. Brown

Derek W Brown
Haley Brown

Dustin Hershel Brown
Sadie Brown

Hershel Brown
Terri Guthrie
Taylor Brown
Alexander Brown
L.B., a minor, by next friend Dustin Hershel Brown

John J. Brown  Jr.

Nicholas D. Bullard

Andy Burdette
Tabitha Burdette
Colby Burdette
E.B., a minor, by next friend Andy Burdette

Michael Burten
Meghan Justice

Christopher J. Camune
Priscila Camune

James Cano

David Cantu
Anselmo Cantu
Rose V Cantu
Mario Cantu

Felipe Castaneda Jr.

Juan Castaneda
Maria Castaneda
Isaias Castaneda
Eloy Castaneda
Esmerelda Tatum

Erik M. Castillo
T.C., a minor, by next friend Erik M. Castillo
Kristina Castillo

Roberto C. Cazares
Diego Cazares

Robin Coby-Ranzy
Carl Coby

Jason Ranzy
Chance Coby

Arthur Connor
Elizabeth C Connor
Arthur W Connor
Joseph Connor
Samuel Connor
Kelly Connor

David Cary Cook
Dana Cook
Dan Cook
Joanne Cook
Dan C Cook
Donald Cook
David Carlos Cook
Stephanie Denise Cook

Corey Q. Cornett

Daniel Andrew Courtney
Madison Courtney
Daniel Courtney Sr.
Andrew Courtney

Kenny Ray Cox

Michael Cramer
Michael Cramer
Pamela Cramer
Megan Cramer
Nahir Cramer

Clayton T. Crowell

Patrick Alan Danks
A.D., a minor, by next friend Patrick Alan Danks
Carol Danks

Laveto Davidson

Andrew Davis
J.D., a minor, by next friend Andrew Davis
Jill Russell

Glenn Davis
Alice Davis

Jason E. Davis
Sarah Davis
Cole Davis
Barbara Davis

Markeise Davis
Brenda Davis
Darrell Davis
Kadijah Davis

Marcel Dentremont
Sharelle Dentremont

Javier Diaz

Shervayne Diaz
Joey Ragas
Danielle Diaz

Russell Dickerson
Amanda Dickerson

Michael R Didonato
S.R., a minor, by next friend Michael R. Didonato
Kathryn Barnes
Donna Didonato

Raymond Dorminey
Carrie Dorminey

Joseph Downing Sr.
Joseph Downing Jr.
Sarah Downing

Cheryl Eberg

Christopher Eggleston

Shakina Ellis

Jesse H. Emery

Mark R. Espinosa

Bobby D. Estes
J.E., a minor, by next friend Bobby D. Estes
Lakeisha Estes

Jonathon Etterbeek
Tatiana Etterbeek
Anastasia Etterbeek
Alexei Etterbeek
Laurilee Etterbeek

Shane B Farlin

Donald Farris
Jodi Farris
Phillip Farris
Paula Farris

Clayton Ferguson

Jorge Fernandez-Davila

Scott Fink
G.B., a minor, by next friend Scott Fink
Daniel Bond-Fink
Thomas Fink
Monica Bond-Fink

Schoen S. Flax

Robert Conley Fleming
April M Fleming

Corbin Foster

Daniel Fouch

Frank Wayne Fuller

John Gamble
Ivy Gamble

Nelson Garcia

Lydia Garcia
Matthew Garcia

John G Garza
Claudia Marcela Mora Pineda

Devin Gates

Don Gates
Rola Bazzi-Gates

Jerry Gilbert
Margaret Gilbert

Johari Ginocchio
Elijah Ginocchio
Angelina Ginocchio

Lajawn Gladney

Don Joseph Glory  Jr.

Kendall E. Goerdt
Patrick Goerdt
Linda Goerdt

Daniel Gonzalez

Preston Granillo

Jonathan Green
Trista Green

Nathan E Green

Frank Guzman

George Hanhauser IV.

Anthony T. Hartman
L.H., a minor, by next friend Anthony T. Hartman
C.H., a minor, by next friend Anthony T. Hartman
Keshia Hartman

Luke Henderson

Michele Henderson
Quincy Clay Henderson
Raphael Henderson
Xaviera Henderson

Donnie C. Hendricks
L.H., a minor, by next friend Donnie C. Henricks
Diana Hendricks

Douglas Hernandez

Leon D. Hernandez

Sergio Herrera
David Herrera
Maria Herrera
Ricardo Herrera
David Herrera
Fernando Herrera
Luis Herrera
Daniel Herrera

Rashon Hill

Tyson Hiner
A.H., a minor, by next friend Tyson Hiner

Charles C. Hoffman

Jeremy Holbrook

John Hudson

Elliott T. Ingram

Muriel Irwin
Daniel Irwin
Daniel P. Irwin
Bryan Irwin

Orin Jackson
Anisa Jackson

Jonathan R. James

Brent E. Jeffries

Andrea Johnson

Darby Lee Johnson

Fredolando Johnson
Amber Mason
Kiambri Mason
Khandi Crawford
Addea Glover
Audrey Tarver
Jeremy Moore

Matthew Johnson
M.J., a minor, by next friend Matthew Johnson
Heather Johnson

Martin Jones

Louis Joseph
Jasmine Joseph
Joseph Louis III.

Justin Killingsworth
Gina Hailey
Miranda Berckenhoff
Kaci Killingsworth

Eric King
Jaidus N. King
Eric K King

Bobby Kling
Andrea Kling

Keith Krudwig
Nathan Krudwig

Peter Kudarauskas
Elizabeth Kudarauskas

Michael L. Lamon
Julia E. Lamon

Eric Laninga
Elizabeth Laninga

Mark A Lanton

William C Lensing
William S. Lensing

Benjamin Little

Edward N. Litwinkowich
Denise Litwinkowich

Patrick Llamas

Guy Lohr
Seira Lohr
Cheyenne Lohr
Diane Lohr

Leslie Byrd Lowe
T.L., a minor, by next friend Leslie Byrd Lowe
Joshua Lowe
Deontae Gaskins
Jane R. Lowe

Edmund Lucas

Jared Luce

Alvin Lugo
Gretchen Padro
Jaime Padro
Nuvia Rodriguez

Brad Macy
Katrina Macy

Cory Donovan Martin
Hailey Martin
Hazen Martin

Jerry Martin
Sharronda Martin
Bobbie Hollis

Serral Martin
Kyon Young

Jose Martinez
Lilia Martinez

Angel D. Mateo
Anna Kuleshova

Wilber Mayer

William J. Mcbain

Anthony W Mccann

Calvin J. Mccloy

Brian Daniel McCluskey

Christopher Shaun Mccoig
Krystle Mccoig

John Mccormick

Ian Mchugh
Betsy Lenahan

Gregory Mcintyre

Isaac Mckee

James Mckenzie
Shemaiah Mckenzie
Jashua Mckenzie
Mary Mckenzie

Leif Meisinger
Terry Meisinger
Asbjorg Meisinger
Seth Meisinger
Divita Meisinger

Favio Melendez

Luke D. Melvin

Chase E. Messer

Jennifer Miller

Joseph Mobbley

Juan Montoya

Amber R. Moore

John A. Moore

Keith Moore

Shon R. Moore
A.M. a minor, by Next Friend Shon R. Moore
Renee Moore

Efrain Morales Jr.
Delia Morales

Amanda Morris

Paul M. Morris
Andrea Morris

Joseph Bernard Morse III.

Paul Murphy
Jessica Murphy

Eric R Nichols

Chance Wade Nix
Jennifer Nix

Jermaine Norman

Rory O'Brien
Hugh O'Brien
Linda O'Brien
Shannon O'Brien
Danielle O'Brien

John B. Odom
Christopher Odom
Sandra Dee Odom

Nikolaus D. Oekerman
Keith Oekerman
Sarah Oekerman

Rodney Ohara
Hailey Ohara
Cindy Wieberdink
Jason Ohara
Misty Ohara
Mandy Ohara

Ernest Olidan

Todd Olsen
A.O. a minor, by Next Friend Todd Olsen

Arthur M. Orona

Philip L. Orrico

Timothy Christopher Osborn
Alexus Osborn
Jacob Osborn

Byron J. Owen

Alfred Pardo
Mary Figueroa

John T. Parker
John E. Parker
Lisa Hastings
Jonathan Niedringhaus
Elizabeth Parker

Vince Lawrence Pelanca
Alyssa Pelanca
Jayden Pelanca

Brett A. Pelezo

Jeremy Penman
Sean Johnson-Penman

Hector Perez

James Perry

Jesse Perry
K.A. a minor, by Next Friend Jesse Perry
Melinda Perry

Bryan Persinger
Sarah Persinger

Bela F. Ponyi
Bill Ponyi
Posie Williams
Deandre Rush

Duenean Pressley

Sheridan Puckett

Roderick Pugh

Charles Quigley
Allen Quigley
Kathleen Quigley
Julie Quigley

Alan Ray
Noelle Ray
Alan R. Ray
Nedra Ray
Alan J. Ray
Marjorie Ray

John Reed

Jordan Reese

Timothy Reeves
Kimberly Alosi

Vincent Reynolds

Kenneth Earl Rich
Lisa Linton
K.R. a minor, by Next Friend Kenneth Earl Rich
Katherine Rich

Leo Richardson

Stuart Edward Riley, Jr.
Amber G. Koronkiewicz
Ezekiel Riley
Anita Riley

Adam Thomas Ritterbeck

Omar Rivera-Lugo
Mariuxi Rivera

John Roberts
Eva Roberts

Jacob Rodgers

Raymond Rodriguez

Willie Rogers
Bionca Rogers
Cinnamon Rogers
Edd Rogers
Luedella Rogers
Bo Rogers

Martin Roman

Benjamin Rosario-Villegas

Lindsey Rowland

Matthew Salisbury
Claire Salisbury
M.S. a minor, by Next Friend Matthew Salisbury
Nancy Salisbury
Christian Salisbury
Chandra Salisbury

Elbros Samkough
A.S. a minor, by Next Friend Elbros Samkough
Meriem Samkough

Joshua T. Santoro
Malisa Santoro

Donald Scee

Trent Schapker
Thomas F Schapker
Dane Schapker
Shelby Schapker

Charles T. Schertle

Robert Schoch
Angela A Schoch
Alexander Schoch
Robert P Schoch
Angela Schoch

Eugene Schwoch

Dale Scott
A.S. a minor, by Next Friend Dale Scott
Alexander Scott
Dorothy Scott
Tanya James-Scott

Billy Setliff
Lisa Ayn Setliff

John D. Shahin
David Shahin
Barbara Shahin
Mark Shahin
Amy Shahin

Jeffrey D. Shaw

Eric Sheehan

Justin Adam Shephard
Edie M Shephard

Frederick J. Silvio

Owen J. Simpson

Yvon D. Singh
Ulrike Singh

James M. Slayton
S.S. a minor, by Next Friend James M. Slayton
A.S. a minor, by Next Friend James M. Slayton
Gage Slayton
Megan Slayton

Alan Smith
Kim Thelander

Derrick H. Smith

Michael Smith

William J. Smith

Helen N. Smoaks
Shakala Smoaks

Anthony Snyder

Daniel Sorrell

Christopher Sparks
Monica Rios

Sparks  Samuel III.

Benjamin Stephens

Christopher Allen Stephens
Sarah Stephens
Olivia Stephens

George Stiltner
Sarah Stiltner
Kayla Castegnetta
Crystal Stiltner

Andrew J. Stofleth

Simon Strating
Eve Strating

Frank Sullivan

Lucius Sykes
Tonesha Sykes

David W Tanner

Fernando Tejada
Maria Tejada
Laniqua Tejada

Virgil Thomas

Chad Thomson

Lucas Thuemmel

Christopher R. Toey

Rama Toulon

Willie L. Turner
Cassandra Snipes

Travis J. Tysinger

David C. Underwood
A.U.  a minor, by next friend David C. Underwood
T.U.  a minor, by next friend David C. Underwood

Ronnie L. Underwood
Betty Underwood

Thomas Vandeventer

Carl Vickers

Pedro Viorato

Michael John Volkman

Randall T Wackerly

John E. Watts

Joshua T. Webley
Kimberly Webley

Sheena Renee Westmoreland

Brandon M. White

Jeffrey Eugene Wikle
Stephanie Michelle Wikle
Anthony Jeff Wikle
Aracelis Elena Wikle

Aaron Williams

Michael Williams

Christopher D. Williamson
Sandra Williamson

Jonathan Levi Wilmert
D.W. a minor, by next friend Jonathan Levi Wilmert
J.W. a minor, by next friend Jonathan Levi Wilmert
D.W. a minor, by next friend Jonathan Levi Wilmert
Brittany Wilmert

Frank James Wilson
Randy Wilson
Deadra Wilson
Paige Wilson

Anthony C. Wisyanski

Cory Woodstock

Micah Wright

Henry J. Young
Corneila Thrower

Henry J. Young
Corneila Thrower

Matthew Zeimys

Kyle D. Zipf
Allyson M Zipf

James Zollman

Under Rule 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The above-named Plaintiffs may, by notice, voluntarily dismiss their actions against Iran at this date because Iran has failed to appear or otherwise respond to this action.

The above-named Plaintiffs are not, by this notice of voluntary dismissal of their own action against Iran, seeking dismissal or taking any other action with respect to the actions of any other Plaintiffs who intend to continue to pursue this action. *See* 5 Moore's *Federal Practice*, § 41.06-1, p. 1088 ("[E]ven if courts read Rule 41(a) restrictively, they may still permit termination of the action as to fewer than all the parties …"); Wright & Miller, 9 *Fed. Prac. & Proc. Civ.* § 2362 (4th ed.) ("The power to drop some plaintiffs or defendants from [a] suit plainly exists, either explicitly in the Federal Rules or in the district court's inherent power.").

Respectfully submitted,

Dated: February 19, 2026

/s/      Matthew D. McGill
Matthew D. McGill, D.C. Bar #481430
matthew.mcgill@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone: (202) 737-0500

/s/      Craig W. Carlson
Craig W. Carlson, D.C. Bar #TX0182
ccarlson@carlsonattorneys.com
The Carlson Law Firm, P.C.
100 East Central Expressway
Killeen, TX 76541
Telephone: (254) 526-5688

/s/      Jeremy C. Shafer
Jeremy C. Shafer DC Bar No. 1006578
VETERAN LEGAL GROUP
700 12th Street NW, Suite 700
Washington, D.C. 20005 Telephone: 888.215.7834
jshafer@bannerlegal.com

*Attorneys for Plaintiffs*