**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY B. HEATON, et al., <br><br>                    Plaintiffs, <br><br>      v. <br><br>THE ISLAMIC REPUBLIC OF IRAN, <br><br>                 Defendant. | Civil Action No. 1:19-cv-03003-JMC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Status Conference, it is hereby

**ORDERED** that Plaintiffs' Motion for a Status Conference is **GRANTED**, and that a

status conference will be held on _____ at _____.

**SO ORDERED**.

Dated: _____, 2026

_____
THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT COURT JUDGE