**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY B. HEATON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 19-cv-3003 (JMC-MJS) |

**ORDER**

Before the Court is the Report and Recommendation of Magistrate Judge Matthew J. Sharbaugh, which was filed on September 15, 2026. Under Federal Rule of Civil Procedure 72(b)(2), a party may lodge written objections to such a Report and Recommendation within 14 days of being served. That time expired on September 29, 2026. Plaintiffs have indicated that they have no objections, and the Court has received no objections from Defendant, who is in default.

Having carefully reviewed the findings and conclusions contained in Magistrate Judge Sharbaugh's Report and Recommendation, the Court will adopt in full the Report and Recommendation as the findings and conclusions of this Court.

Upon consideration of the Report and Recommendation, the absence of objections, and the entire record, it is hereby:

**ORDERED** that the Report and Recommendation is adopted by the Court; and it is further

**ORDERED** that the Group 1 Plaintiffs' motion, ECF 51, is **GRANTED IN PART** and **DENIED IN PART**, denying without prejudice the Plaintiffs' claims that relate to Attacks 7, 8, and 9; and it is further

**ORDERED** that the Group 2 Plaintiffs' motion, ECF 62, is **GRANTED IN PART;** and it

is further

**ORDERED** that the Court awards: (1) compensatory damages at the amounts described in the Report and Recommendation and in its appendix, a copy of which is reproduced with this Order; (2) punitive damages against Iran at three times the value of the compensatory awards; and (3) post-judgment interest consistent with 28 U.S.C. § 1961.

**SO ORDERED.**

This is a final appealable Order.

JIA M. COBB
United States District Judge

Date: September 30, 2026

# APPENDIX

| | Plaintiff | Attack | Recommended Compensatory Award | Recommended Punitive Award | Total Recommended Award | Post-Judgment Interest |
|---|---|---|---|---|---|---|
| 1. | Mary Heaton | Attack 1 – May 14, 2006 Baghdad, Iraq | $5,000,000 | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| 2. | Lisa Brooks | Attack 1 – May 14, 2006 Baghdad, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 3. | Victoria Croft | Attack 2 – January 5, 2010 Balad, Iraq | $5,000,000 | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| 4. | Robin Messer | Attack 2 – January 5, 2010 Balad, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 5. | Tyler Croft | Attack 2 – January 5, 2010 Balad, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 6. | Melodie Hanson | Attack 2 – January 5, 2010 Balad, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 7. | Andrea Croft | Attack 2 – January 5, 2010 Balad, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 8. | Laurie West | Attack 3 – March 11, 2008 Kishkishkia, Iraq | $5,000,000 | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| 9. | Albert Dyk | Attack 3 – March 11, 2008 Kishkishkia, Iraq | $4,750,000 | $14,250,000 | $19,000,000 | 28 U.S.C. § 1961(a) |
| 10. | Jon Kone | Attack 4 – September 8, 2009 Baghdad, Iraq | $6,000,000 | $18,000,000 | $24,000,000 | 28 U.S.C. § 1961(a) |

| | Plaintiff | Attack | Recommended Compensatory Award | Recommended Punitive Award | Total Recommended Award | Post-Judgment Interest |
|---|---|---|---|---|---|---|
| 11. | Lisa Hundley (*Representative of Estate of Curtis Lee Hundley)* | Attack 5 – April 21, 2005 Ramadi, Iraq | $1,000,000 | $3,000,000 | $4,000,000 | 28 U.S.C. § 1961(a) |
| 12. | Lisa Hundley | Attack 5 – April 21, 2005 Ramadi, Iraq | $8,000,000 | $24,000,000 | $32,000,000 | 28 U.S.C. § 1961(a) |
| 13. | Robert Sabado | Attack 5 – April 21, 2005 Ramadi, Iraq | $6,000,000 | $18,000,000 | $24,000,000 | 28 U.S.C. § 1961(a) |
| 14. | Michelle Sabado | Attack 5 – April 21, 2005 Ramadi, Iraq | $4,000,000 | $12,000,000 | $16,000,000 | 28 U.S.C. § 1961(a) |
| 15. | Skyler Sabado | Attack 5 – April 21, 2005 Ramadi, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 16. | Crystal Sabado | Attack 5 – April 21, 2005 Ramadi, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 17. | Tiffany Sabado | Attack 5 – April 21, 2005 Ramadi, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 18. | Bradley Salisbury | Attack 6 – January 18, 2007 Baghdad, Iraq | $6,500,000 | $19,500,000 | $26,000,000 | 28 U.S.C. § 1961(a) |
| 19. | Deidre Salisbury | Attack 6 – January 18, 2007 Baghdad, Iraq | $4,000,000 | $12,000,000 | $16,000,000 | 28 U.S.C. § 1961(a) |
| 20. | Robin Bogacz | Attack 6 – January 18, 2007 Baghdad, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 21. | Amy Crandall | Attack 6 – January 18, 2007 Baghdad, Iraq | $1,250,000 | $3,750,000 | $5,000,000 | 28 U.S.C. § 1961(a) |

| | Plaintiff | Attack | Recommended Compensatory Award | Recommended Punitive Award | Total Recommended Award | Post-Judgment Interest |
|---|---|---|---|---|---|---|
| 22. | Gretchen Miller | Attack 7 – May 21, 2004 Iskandariyah, Iraq | ~ | ~ | ~ | ~ |
| 23. | William Neff | Attack 8 – September 19, 2007 Baghdad, Iraq | ~ | ~ | ~ | ~ |
| 24. | Nancy Neff | Attack 8 – September 19, 2007 Baghdad, Iraq | ~ | ~ | ~ | ~ |
| 25. | Shannon Neff | Attack 8 – September 19, 2007 Baghdad, Iraq | ~ | ~ | ~ | ~ |
| 26. | Gary Hubbell | Attack 8 – September 19, 2007 Baghdad, Iraq | ~ | ~ | ~ | ~ |
| 27. | David Stelmat, Sr. | Attack 10 – March 22, 2008 Husseiniyah, Iraq | $5,000,000 | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| 28. | Carisa Girdwood | Attack 10 – March 22, 2008 Husseiniyah, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 29. | Rebecca McGraw | Attack 10 – March 22, 2008 Husseiniyah, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 30. | Lisa Ruiz | Attack 10 – March 22, 2008 Husseiniyah, Iraq | $5,000,000 | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| 31. | Manuel Ruiz, Sr. | Attack 11 – February 7, 2007 Karmah, Iraq | $5,000,000 | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| 32. | Joshua Ruiz | Attack 11 – February 7, 2007 Karmah, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 33. | Jacobo Ruiz | Attack 11 – February 7, 2007 Karmah, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |

| | Plaintiff | Attack | Recommended Compensatory Award | Recommended Punitive Award | Total Recommended Award | Post-Judgment Interest |
|---|---|---|---|---|---|---|
| 34. | Matthew Ashmead | Attack 12 – December 10, 2006 Sadr City, Iraq | $7,000,000 | $21,000,000 | $28,000,000 | 28 U.S.C. § 1961(a) |
| 35. | Brad Lee Jones | Attack 13 – May 3, 2007 Baghdad, Iraq | $6,250,000 | $18,750,000 | $25,000,000 | 28 U.S.C. § 1961(a) |
| 36. | Dale Fair | Attack 14 – April 6, 2008 Baghdad, Iraq | $7,000,000 | $21,000,000 | $28,000,000 | 28 U.S.C. § 1961(a) |
| 37. | Dana Fair | Attack 14 – April 6, 2008 Baghdad, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 38. | Zachary C. Martinez | Attack 15 – September 8, 2009 Tikrit, Iraq | $7,000,000 | $21,000,000 | $28,000,000 | 28 U.S.C. § 1961(a) |
| 39. | Kelly Hollidy | Attack 16 – August 4, 2007 Hawr Rajab, Iraq | $5,000,000 | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| 40. | John Holliday, Jr. | Attack 16 – August 4, 2007 Hawr Rajab, Iraq | $5,000,000 | $15,000,000 | $20,000,000 | 28 U.S.C. § 1961(a) |
| 41. | John Holliday, III | Attack 16 – August 4, 2007 Hawr Rajab, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 42. | Joshua Holliday | Attack 16 – August 4, 2007 Hawr Rajab, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 43. | Jeremiah Holliday | Attack 16 – August 4, 2007 Hawr Rajab, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 44. | Jada Holliday | Attack 16 – August 4, 2007 Hawr Rajab, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 45. | Josiah Holliday | Attack 16 – August 4, 2007 Hawr Rajab, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |

| | Plaintiff | Attack | Recommended Compensatory Award | Recommended Punitive Award | Total Recommended Award | Post-Judgment Interest |
|---|---|---|---|---|---|---|
| 46. | Justus Holliday | Attack 16 – August 4, 2007<br>Hawr Rajab, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 47. | Jamin Holliday | Attack 16 – August 4, 2007<br>Hawr Rajab, Iraq | $2,500,000 | $7,500,000 | $10,000,000 | 28 U.S.C. § 1961(a) |
| 48. | David C. Rogers, III | Attack 17 – June 6, 2011<br>Baghdad, Iraq | $7,000,000 | $21,000,000 | $28,000,000 | 28 U.S.C. § 1961(a) |
| 49. | Larry Clark | Attack 18 – May 6, 2007<br>Baqubah, Iraq | $7,000,000 | $21,000,000 | $28,000,000 | 28 U.S.C. § 1961(a) |